

Sections

Get our free newsletters    LOG IN    SUBSCRIBE



The certification of Electoral College votes for the state of Arizona is unsealed during a joint session of the House and Senate convenes to confirm the electoral votes cast in November's election, at the Capitol, Jan 6, 2021. (AP Photo/Andrew Harnik, File)

PHOENIX - Arizona's top prosecutor is ramping up a criminal investigation into alleged attempts by Republicans to overturn the 2020 presidential election results in the state by signing and transmitting paperwork falsely declaring Donald Trump the winner, according to two people familiar with the investigation.

Arizona Attorney General Kris Mayes (D) assigned a team of prosecutors to the case in May, and investigators have contacted many of the pro-Trump electors and their lawyers, according to the two people who spoke on the condition of anonymity to candidly describe the probe. Investigators have requested records and other information from local officials who administered the 2020 election, the two people said, and a prosecutor has inquired about evidence collected by the Justice

Department and an Atlanta-area prosecutor for similar probes.

It is unclear if the investigation will broaden into other attempts to undermine President Biden's victory in the state, including a pressure campaign by Trump and his allies to thwart the will of voters and remain in office.

ADVERTISEMENT



**Minnesota is a paddler's paradise.**

Explore Minnesota - Sponsored

Learn More

Dan Barr, Mayes's chief deputy, said the investigation is in the "fact-gathering" phase. He declined to say whether subpoenas have been issued and which state statutes the team thinks might have been broken.

"This is something we're not going to go into thinking, 'Maybe we'll get a conviction,' or 'Maybe we have a pretty good chance,'" he said. "This has to be ironclad shut."

This is one of several investigations into attempts to overturn the election results. There is a federal criminal probe being led by special counsel Jack Smith, who was appointed by Attorney General Merrick Garland to examine the sprawling efforts in

several states intended to reverse Trump's loss.

Smith's team has interviewed and subpoenaed about a dozen Arizonans. In Georgia, Fulton County District Attorney Fani T. Willis (D) has spent more than two years investigating efforts by Trump and others to overturn his narrow loss in the state, and she is expected to announce a charging decision this summer.

ADVERTISEMENT

Both of those investigations are much more sprawling in scope and further along than the new one in Arizona.

Mayes campaigned during the 2022 midterm election on a pledge to investigate the 22 Republicans who signed two sets of documents claiming to be the state's chosen electors for Trump in the electoral college, despite his loss. One set was signed by the state party chair and other high-profile Republicans, while the other involved party activists. Shortly after taking office in January, Mayes said that her office had launched a probe - but for several months there were no outward signs of an inquiry.

ADVERTISEMENT

Arizona escalates probe into alleged efforts to swing election for Trump - Anchorage Daily News                    5/19/24, 3:24 PM



Mayes declined to comment Wednesday. In an interview in February, she said her administration was in the "very, very" early phase of reviewing information about the elector activities but wouldn't discuss details about a coming probe.

"There has to be a deterrent to this happening again," she said. "We can't have this occurring again in Arizona - or in the country."

Prosecutors at the local, state and federal levels have grappled with the question of whether the elector scheme violated the law and, if so, whether it would be best to pursue it state-by-state or at the federal level.

In January 2022, Democratic state attorneys general in Michigan, New Mexico and Wisconsin referred information about the elector scheme to the Justice Department, indicating that they believed the effort was coordinated by the Trump campaign nationally and would be best investigated by federal authorities. Those referrals ultimately resulted in the Justice Department probe now led by Smith.

But in Georgia, an investigation of whether the elector effort and other actions by Trump after the 2020 election broke state law has been ongoing. The district attorney has offered some form of immunity to 12 of the 16 electors, according to

three people with knowledge of the investigation.

The activity in Arizona represents a new attempt to tackle the issue at the state level, as Mayes explores whether Arizona law was violated.

In the aftermath of the 2020 presidential election, Arizona became a centerpiece of Trump's unfounded accusations of widespread voter fraud. Republican candidates for president traditionally win Arizona, and Biden was the first Democrat to win the state in 24 years.

Trump and his allies tried to pressure state and local officials to employ strategies to help him stay in power. Election officials and others in the state faced violent threats and harassment. In 2021, the GOP-controlled state Senate commissioned a taxpayer-funded review by a firm with no election auditing experience that confirmed Biden's win.

Continued denial of the election results became central to the campaigns of nearly every major Republican candidate in the midterm election, including gubernatorial candidate Kari Lake. Many Democratic candidates campaigned on a promise of restoring democracy and unexpectedly swept key races. Now in control of most major statewide offices, they have an opportunity to hold Republicans accountable for their actions after the 2020 election.

Mayes's Republican predecessor, Mark Brnovich, did not pursue an investigation into the efforts to use invalid Trump electors. He said at the time that information about the elector efforts should be provided to federal investigators and his special unit created to crack down on illegal voting and other election-related crimes instead dug into conspiracies.

Alexander Kolodin, an attorney representing some of the Republicans who were

Trump's electors, declined to comment. The electors who were part of a pro-Trump slate promoted by the state party either declined to comment or did not respond. Most of the electors from the second slate could not be reached for comment or declined to comment. One person from that slate said Wednesday that the group "didn't even fully understand what that paperwork was for." He declined to explain how that effort came together.

The electors have said little about their activities, which were intensely scrutinized in the aftermath of the Jan. 6, 2021, insurrection at the U.S. Capitol. Kolodin argued in an August 2022 court filing that Trump electors simply created a backup plan in case legal challenges to Arizona's outcome were successful. The filing was part of a lawsuit seeking to prevent the U.S. House committee investigating Jan. 6 from accessing cellphone records of Kelli Ward, an elector who was the Arizona GOP chair. Ward did not respond to a request for comment.

"Their beliefs and the actions they took were no secret," the filing said. "Their vote was posted on YouTube and Dr. Kelli Ward wrote a book about it.

"The connection between that action, which took place on December 14, 2020, and the riot at the Capitol on January 6, is far from obvious," the filing said.

Experts in Arizona's election law said state law doesn't specifically address a competing elector scenario, but prosecutors may try to build a case around state statutes ranging from fraud to forgery to conspiracy, or offering a document to a government office that has been falsely made, or contains false information.

ADVERTISEMENT

A successful case could hinge on the state of mind of the electors, two Arizona criminal defense attorneys said.

"You're going to have to have some meat on the bones and show there is some evidence of intent," said Ashley Adams, a criminal defense attorney and former federal prosecutor.

Tim Eckstein, a criminal defense lawyer who has worked on election-related cases, said the argument at the time by some Republicans that the state legislature had the constitutional authority to name the electors could complicate a criminal case.

"The very bottom line is you don't want to criminalize conduct that wasn't clearly criminal at the time somebody engaged in it," he said.

Republicans in seven states that Trump lost in 2020 have said they wanted the pro-Trump elector slates in place to compete with official slates for Biden in case election outcomes were somehow changed on or before Jan. 6, 2021, when Congress met to affirm Biden's win.

After Trump's defeat, Arizona Republicans mounted legal fights as they sought to overturn Trump's loss. Among them was a lawsuit filed by the Trump electors in U.S.

District Court in Arizona that alleged widespread fraud and argued that the state had the authority to choose its electors by other means.

With those challenges underway, representatives for Trump's campaign called an Arizona Republican in early December 2020 and proposed assembling an alternate slate of electors on Dec. 14, 2020, the day the electoral college formally convened, according to a person familiar with the conversation, who spoke on the condition of anonymity for fear of retribution.

During one conversation, which has not been previously reported, the campaign representatives described the plan as a legal maneuver to keep alive Trump's prospects for a second term, the person said. A spokesman for Trump has not responded to a request for comment.

ADVERTISEMENT

"It came out of the blue," the person said of the call. "This was to show [Trump] that everyone was doing everything they could."

Days later, Trump's electors in Arizona and in other states followed-through on the plan.

In Phoenix, the electors gathered at the state party's headquarters for a signing ceremony. The party publicized the event on Twitter, writing, "The Signing."

Another group that called itself "The Sovereign Citizens of the Great State of Arizona" sent signed and notarized certifications declaring themselves the state's electors to the National Archives and the Arizona secretary of state's office. Katie Hobbs, then the secretary of state, asked the state attorney general's office to investigate that group's use of the state seal without authorization. No inquiry publicly materialized. Mayes told The Washington Post in February that the statute

of limitations had passed on misuse of the state seal. Those familiar with the current investigation said that the group may have violated other statutes.

Aside from the elector probe, the state prosecutor has weighed scrutinizing other efforts to delegitimize Trump's loss, a person familiar with the office's discussions said.

"When you start investigating one thing, you find out stuff about another," the person said. "No one is foreclosing anything."

- - -

*The Washington Post's Josh Dawsey contributed to this report.*

---

## Most read by subscribers

**1**   Spring reveals a mess on Anchorage's trails, and a vexing conversation about homelessness



**2**   From right-on-red to homelessness to zoning, Anchorage Assembly to vote on a bevy of proposals Tuesday



**3**   'A victim of his own depravity': The explosive tale of a 1902 Skagway bank robbery



**4**   Reigning state long jump champions break records at Region

Arizona escalates probe into alleged efforts to swing election for Trump - Anchorage Daily News          5/19/24, 3:24 PM

**4**   Reigning state long jump champions break records at Region IV track and field championships



**5**   Helicopter carrying Iran's hard-line president apparently crashes in foggy, mountainous region



---

ADVERTISEMENT

---

ADVERTISEMENT

## Around the Web



Arizona escalates probe into alleged efforts to swing election for Trump - Anchorage Daily News

5/19/24, 3:24 PM



### Top Doctor: If You Eat Eggs Every Day, This Is What Happens

GundryMD



### Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)

Beverly Hills MD



### If Anyone Has Ear Ringing Try This Immediately

WellnessGuide



### Md: Building Muscle After 60 Comes Down to This 1 Thing

ApexLabs



### A New $59 Smartwatch That Can Test Blood Sugar Painlessly Just in a Few Seconds

Shirem



### Neuropathy: Relieve Nerve Pain - Try This at Home Today

Wellness Gaze Nuero

ADVERTISEMENT

# Latest

Airstrike kills 27 in central Gaza and fighting rages as Israel's



Airstrike kills 27 in central Gaza and fighting rages as Israel's leaders are increasingly divided



OPINION: Broadband partnerships will power progress in rural Alaska



'A victim of his own depravity': The explosive tale of a 1902 Skagway bank robbery



How YouTube became must-see TV: Shorts, sports and Coachella livestreams



A lonely desert fire station, the only lifeline for millions of Vegas travelers

ADVERTISEMENT

ADVERTISEMENT





### Sleepy Hollow Parent & Me Golf League!

Tuesday, June 4, 2024

Get Tickets



### Sleepy Hollow Farm and Agriculture Camp!

Monday, June 10, 2024

Get Tickets



### Sleepy Hollow Parent & Me Golf League!

Tuesday, June 11, 2024

Get Tickets

More Events

**Download Our App**

**Newsletters**

**Get The Newspaper**

**Contact Us**

# EXHIBIT 2



Exhibit 2:  The following is a link to "The Buckmaster Show" saved in MP3 audio format:

Ex 2 The Buckmaster Show.mp3


A copy of this MP3 file can be requested from Wilenchik & Bartness, P.C. at (602) 606-2810 or via e-mail at admin@wb-law.com.

# EXHIBIT 3





# HARVARD LAW SCHOOL

LAWRENCE LESSIG
ROY L. FURMAN PROFESSOR OF LAW AND LEADERSHIP
CAMBRIDGE · MASSACHUSETTS · 02138
TEL. (617) 496-8853
LESSIG@LAW.HARVARD.EDU

June 24, 2024

Re: *Arizona v. Lamon,* CR2024-006850-006

I have been asked to provide my views on the issues raised in the Anti-Slapp Motion filed by Mr. Lamon. I do so below.

## My qualifications

1.      I am the Roy L. Furman Professor of Law and Leadership at Harvard Law School. I have been teaching law, and specifically, constitutional law, for more than 30 years. I am the author of many academic works addressing the election of the president and presidential power. I have litigated numerous cases about the Electoral College and the power of presidential electors. I am the co-author (with Matthew Seligman) of *How To Steal A Presidential Election* (Yale Press 2024). My CV is attached as Exhibit A.

**Procedural History of Arizona Election**

2.      The results of the 2020 presidential election in Arizona were
        close and hotly contested. Joe Biden won the popular vote by
        about 10,000 votes out of 3.3 million votes cast.

3.      The chair of the Arizona Republican Party, challenged those
        results on several grounds, including the claim that certain
        duplicated ballots did not accurately reflect the voter's apparent
        intent as reflected on the original ballot. Though the Superior
        Court found the testimony "credible" and "corroborated by the
        review of the 1,626 duplicate ballots," the judge declined to
        permit further review, believing the Electoral Count Act
        required resolution of election claims six days before the day
        presidential electors were to vote ("Electors Day").

4.      In the Arizona Supreme Court, the Arizona Republican Party
        Chair challenged the holding that the Electoral Count Act
        required resolution of any contest six days before Electors Day.
        The Arizona Supreme Court found the alleged errors not
        substantial enough to change the results. It, therefore, declined
        to consider whether the Electoral Count Act required the
        resolution of election disputes six days before Electors Day.

5.      On December 11, 2020, three days before Electors Day, the
        Arizona Republican Party Chair filed certiorari to the United
        States Supreme Court, challenging the Superior Court's
        determination that election disputes must be resolved six days

before Electors Day. The U.S. Supreme Court denied the petition on February 22, 2001. *Ward v. Jackson,* 141 S.Ct 1381 (2021).

6.  Based on the evidence of tabulation errors presented to the Superior Court, the Arizona Republican Party Chair apparently believed that had a recount of the duplicated ballots been permitted, as well as a recount of other "adjudicated" ballots, the results in Arizona could have been reversed.

7.  Subsequent recounts completed after President Biden's election had been confirmed by Congress found no errors sufficiently substantial to reverse the Arizona results.

8.  You have asked for my opinion about whether the Republican Electors were privileged to meet and cast their ballots on Electors Day 2020 without fear of criminal liability.

9.  I have agreed to offer you this opinion without compensation.

**The Role of Contingent Electors Under the Constitution**

10. Under Article II of the Constitution and the 12th Amendment, the President and Vice President are to be elected by the vote of presidential electors, so long as a majority of electors supports each candidate. If a majority does not support the election of the President, the choice moves "immediately" to the House of Representatives.

11.     Three dates determine this process. The Constitution expressly gives Congress the power to decide when Electors are appointed. It also expressly gives Congress the power to decide when Electors cast their ballot. Congress has exercised the power to specify by statute when electoral votes shall be counted.

12.     Congress has determined that electors shall be appointed on "the Tuesday next after the first Monday in November" ("Election Day"). It has determined that electors shall cast their ballot "on the first Tuesday after the second Wednesday in December next following their appointment" ("Electors Day"). And Congress has set January 6 as the day when electoral votes are to be counted.

13.     Since at least 1876, it has been clear that election contests may well not be resolved by Electors Day, and that even after Electors Day, multiple slates of electors might be sent to Congress. In 1876, that is precisely what happened. Contests in Florida, Louisiana, Oregon, and South Carolina resulted in electors from both parties meeting and voting on Electors Day; those multiple slates were then sent to Congress. Congress determined to resolve the contest within each state by appointing a commission to review claims supporting each slate. By a single vote, that commission ruled in favor of the Republican slate in each state, resulting in the election of Rutherford B. Hayes by a single electoral vote.

14.   That conflict led Congress to adopt a statutory scheme to address elections in which multiple slates of electors are presented by a state. The Electoral Count Act of 1887 ("ECA") specified a complicated scheme for determining which slate of electors is to be counted, depending upon (a) whether the state had a process for contesting election results, (b) if it did, when that contest was resolved, (c) whether there were competing authorities certifying different slates, or (d) whether there was no authority for determining finally which slate should count.

15.   To enable its mechanism to work, the ECA expressly obligated the President of the Senate to open "all the certificates and *papers purporting to be certificates of the electoral votes*" (emphasis added).

16.   The law thus presumed that there would continue to be cases in which multiple slates of electors would be presented to Congress.

17.   The law thus also presumed that the electors whose votes were recorded in those multiple slates would have met on Electors Day and cast ballots for their candidate, despite, at most, only half being properly certified at the time they voted.

18.   The ECA thus plainly contemplated electors meeting on Electors Day and casting their ballots for President and Vice President without having been properly certified under state law.

19.     In meeting and voting, presidential electors perform a "federal function." *Ray v. Blair,* 343 U.S. 214, 224 (1952). It is foundational to American constitutional law that no state may substantively interfere with the performance of a federal function. The state cannot prohibit electors from meeting; it cannot punish them for meeting and casting their ballots.

20.     Since 1887 and before 2020, there has been only one election where multiple slates were genuinely presented to Congress. In 1960, Hawaii's vote was originally determined to favor Richard Nixon. That result was challenged. However, the recount of the Hawaii ballots could not be completed before Electors Day. To ensure that they met the constitutional requirement that votes be cast on the same day, electors for both John Kennedy and Richard Nixon met on Electors Day and cast their ballots for their respective candidates. When the recount was completed, Kennedy was determined to have been the winner. Papers certifying this result were then immediately sent to Capitol Hill.

21.     On January 6, 1961, Richard Nixon, as President of the Senate, noted that there were three sets of "papers purporting to be certificates of the electoral votes" — the votes of Republican electors, with their original certificate of ascertainment, the votes of Democratic electors with no certificate of ascertainment, and a corrected certificate of ascertainment confirming the appointment of the Kennedy electors. Nixon

determined, without objection, to count the slate favoring Kennedy. And though he indicated that he did not mean that decision to establish a precedent, his actions were, in fact, perfectly consistent with the ECA: Congress had been presented with multiple slates; under the ECA, neither slate benefited from §5's "safe harbor" determination; it was therefore for Congress to select which slate should be counted; Vice President Nixon made a presumptive ruling favoring the Kennedy slate; no sufficient objection to that determination was made.

22.     The Hawaii example demonstrates a sensible, pro-democratic accommodation to the rules of the Constitution. By recognizing that contests about an election will not necessarily be resolved by Electors Day, its innovation permits the legal process to be completed without interfering with the ability of a state to be properly represented. By allowing the process for resolving a contest to continue for three more weeks, between Electors Day and January 6, the Hawaii accommodation gives a state the maximum opportunity to determine which candidate is properly entitled to the electoral votes from the state. Had Hawaii been forced to truncate that process on Electors Day, the will of its voters would not have been reflected on January 6, 1961. By permitting the process to continue, the vote finally recorded on January 6 properly accorded with the will of Hawaii's voters.

23.     The Hawaii accommodation is also appropriate to permit the orderly resolution of any election-related claim that could not be resolved before Electors Day. If there is a contest about either the results of the election or the legal principles under which those results should be determined, and both slates of electors have not met and cast their ballots on Electors Day, then subsequent adjudication would be moot: The Constitution expressly requires that the "Day" on which electors "shall give their Votes" "shall be the same throughout the United States"; litigation after Electors Day cannot change when "their Votes" were actually given; thus, if electoral votes were not actually cast on Electors Day, no resolution by a court could affect the ultimate result; such litigation would therefore be moot.

24.     There is no principled justification for limiting to a recount the reasons why electors from both slates might be permitted to meet and cast their ballots on Electors Day. Consider a hypothetical suggested by the HBO series *Succession* to make the point: In season 4, episode 8, an election in Wisconsin is marred by a fire at the largest Milwaukee polling place, destroying the ballots cast that day. Because of that destruction, there were fewer votes from Milwaukee to count, and the election was therefore called for the Republican candidate. Under the Electoral Count Reform Act of 2022, such an event would likely entitle the governor of Wisconsin to extend the time for voting in Milwaukee. Imagine the governor tries to do

that, but a state court enjoins the move, finding the federal law unconstitutional. Imagine litigation challenging that injunction continues past Electors Day. Assume the United States Supreme Court ultimately decides in favor of the Wisconsin governor and permits the voting in Milwaukee to continue. And imagine, finally, that vote, when complete, is enough to swing the state for the Democrat. If the Democratic electors in this hypothetical had not met on Electors Day, then there would be no votes for Congress to count on January 6. Indeed, if the Democratic electors in this hypothetical had not met on Electors Day, any litigation after Electors Day would be moot. Thus, in this hypothetical, if the Democratic electors had not met on Electors Day and cast their ballot, there would be no way to ensure that the electoral votes for Wisconsin could have been cast for the Democratic candidate. The fire — if intentional — would have achieved its intended results: the election would have been stolen from the Democratic candidate, because the Democratic electors had not cast their ballot on Electors Day.

25.     In such cases, there could be no sufficient reason to permit the state to interfere with the federal function of electors meeting and voting on Electors Day. If they do meet and cast their ballots, and the litigation fails, then their votes are just extra paper in the National Archive. If they do meet and cast their ballots, and the litigation resolves in their favor, then the will of

the voters from their state would be recognized in the tally completed on January 6. But if, because of threatened criminal prosecutions under state law, they do not meet and cast their ballots, then there is no opportunity for any litigation about their claims to be completed, and there is a real chance that the will of the voters from their state will not be recorded on January 6.

26.    In every multiple-slate case contemplated by the ECA, electors supporting both major candidates would have met to cast their ballots on Electors Day. No doubt, such electors could be said to be "fake," and be engaged in a "conspiracy" to elect their candidate for President. But the ECA provided an adequate mechanism for protecting the nation against any malign consequences from such a "conspiracy," by providing a method for determining which slate would, in the end, be counted. There is nothing in our history to suggest that Congress is incapable of resolving contests under the statute. Even in the face of violence, Congress has demonstrated that it has the institutional capacity to determine such contests appropriately

27.    Further, it is my view that the Superior Court in the *Ward v. Jackson* case was fundamentally mistaken about whether the Electoral Count Act purported to require the resolution of any election-related claims by the "safe harbor" date, six days before Electors Day. Not only does the law not purport to require any such resolution, it would, in my view, be unconstitutional for

Congress to regulate the manner by which the states determine which slate of electors shall represent it in the Electoral College. The Constitution gives Congress the power to say when electors shall be appointed, and when electors shall cast their ballots. But it does not give Congress the power to regulate how the states adjudicate election-related claims, and it certainly would not give Congress the power to ignore the certification by a governor of a different slate of electors — as Hawaii did in the 1960 election — simply because that certification happens after Electors Day — at least if the later-certified electors had, in fact, met and cast their ballots on Electors Day.

28. These arguments suggest two important implications for federal constitutional power. First, presidential electors must be free to exercise their federal function, state law notwithstanding. Second, the ECA clearly contemplated electors exercising that federal function, even though they had not yet been finally certified as the electors of a state.

29. It is my view, therefore, that no criminal action could stand against any 2020 Arizona Republican elector:

   1.    When the Arizona Republican electors met and cast their ballots on Electors Day, they were performing a federal function;

2.      That function was appropriate, given the ongoing litigation of claims related to the results of the election;

3.      Whether or not those claims would change the results in Arizona, they certainly had legal merit: to the extent the lower court believed itself blocked by the Electoral Count Act of 1887 from considering evidence of error, that belief was clearly incorrect; it was certainly plausible that the United States Supreme Court would, on the precedent of *Bush v. Gore,* have taken the case, to at least correct that mistaken view, and permit a recount consistent with the correct view;

4.      Had the Republican electors not performed their federal function and cast their ballots on Electors Day, any subsequent litigation about the election would have been moot, defeating the substantial state and federal interest that the will of the legislature — that the vote of the people of Arizona determine its electoral votes — be respected;

5.      For litigation to create the need for an elector to perform his or her federal function, that litigation must have a basis in law and fact. But the judgment about whether such litigation has a legitimate basis should be made by the lawyers pursuing that litigation, subject to professional obligations; it is not appropriate to force presidential

12

electors, many of whom are not trained in the law, to make an independent judgment about the appropriateness of legal arguments within a contested election.

30. Finally, I offer my view about two more possible arguments said to justify the Arizona Republican electors meeting to cast their ballots on Electors Day.

31. In the 2020 election, both the Trump campaign and some in Congress believed that the President of the Senate had a constitutional power to determine which slate of electors from a state should be counted.

32. That view had been suggested in a 2004 law review article by Professor Bruce Ackerman and then-future Professor David Fontana. It was also advanced by Republicans in 1876 when they threatened to exercise such power and rule Hayes into office. A handful of scholars have pointed to this mid-19th-century view of some within Congress. Taken together, these views might well suggest that there was a plausible legal basis for the President of the Senate to exercise independent judgment about which slate to count. An elector convinced of this reasoning could, therefore, have had a good faith belief that it was appropriate to meet and cast ballots on Electors Day, if only to preserve the power of the President of the Senate.

33. I believe there is no constitutional authority in the President of the Senate to determine — independently of the Joint Session

— which slate of electors shall be counted. The contrary view is, in my view, based on an incomplete and inaccurate understanding of our constitution and history. Thus, whether or not one could, in good faith, believe that the President of the Senate was vested with constitutional discretion, I do not believe such a view was correct in 2020. Congress's amendment of the ECA confirms it is not correct today.

34.   Nonetheless, whether that view was correct or not, the proper question about an elector's privilege to meet and cast their ballot on Electors Day without fear of criminal sanction cannot depend on whether a novel legal argument is ultimately deemed correct. Electors are not Supreme Court Justices, or lawyers or law professors. If our system is to have an adequate opportunity to adjudicate novel legal arguments, electors must be privileged to cast their ballot if only to preserve the opportunity for that argument to be resolved. The appropriateness of those arguments should be regulated by the rules of the legal profession, not the judgment of untrained electors. Certainly, before 2020, more scholars had suggested that the Vice President had a constitutional discretion to determine which slate of electors shall be counted than had been suggested, before 2000, that the Equal Protection Clause gave a presidential campaign the power to challenge varying recount procedures. Yet that latter claim formed the basis of the

injunction that stopped the 2000 recount in Florida, thereby
determining the election for George Bush.

35.     Similarly, beginning in November 2020, certain Members of
Congress began to insist that regardless of any power that the
President of the Senate might have, Congress itself was the
ultimate forum for determining whether fraud or constitutional
flaws had marred state elections, at least where the state courts
had failed to address the substance of such claims adequately.
That argument could well have been made against the Arizona
proceedings because, again, the Arizona Superior Court
truncated its review of duplicate ballots and related
"adjudicated" ballots based on an incorrect interpretation of the
Electoral Count Act.

36.     It is my view that this view of congressional power is incorrect.
Under the Constitution, Congress's job is to count the electoral
votes presented to Congress. It is not its job to adjudicate state
election returns or oversee state judicial processes. Nonetheless,
as the Senators advancing this view were among the most
educated in the United States Senate (Yale-educated Senator
Josh Hawley, for example, had been a law professor before
joining the Senate), an elector could well, in good faith, believe
that insufficiently adjudicated claims of fraud or
maladministration could be resolved by Congress on January 6.

37.     However, for the same reason as offered in ¶34, the correctness of that view cannot affect an elector's privilege to meet and cast their ballot on Electors Day without fear of criminal sanction. If Congress indeed determines that its power includes the power to police the administration of election results, it can exercise that power in a particular state only if there is an alternative slate of electoral votes to count. It would certainly simplify the system of selecting the President if a court would rule — or Congress would resolve — that Senator Hawley's view was plainly incorrect. But it cannot be a crime for an elector to act on the basis of the views of prominent members of the United States Congress, if only to give Congress the opportunity to resolve those views. Again, had the Arizona electors failed to cast their ballots, there would have been no basis for Congress to determine which slate of electors was proper since there would have been no alternative votes from those electors for Congress to count.

## Conclusion

38.     For these reasons, it is my view that neither the states nor Congress could limit the privilege of an uncertified elector to meet and cast their ballot on Electors Day, so long as a proper authority could determine that that elector had been properly appointed on Election Day.

39.   It follows that the Arizona Republican Electors were privileged
      to meet and cast their ballots on Electors Day, because they
      could have been determined to have been properly appointed on
      Election Day, either because:

   1.   there was a petition before the United States Supreme
        Court that, under the rationale of *Bush v. Gore*, could have
        raised a federal question about the effect of the Electoral
        Count Act upon the time the state had to resolve election
        contests;

   2.   there was a still unresolved view, however strongly I
        believe it to be erroneous, that the Vice President had a
        constitutional discretion to determine any contest between
        slates of electors;

   3.   there was a still unresolved view, however strongly I
        believe it to be erroneous, that Congress has the ultimate
        power to adjudicate state election administration
        questions, at least when state courts have not, in
        Congress's view, adequately resolved such claims.

40.   In each of the above three cases, without a privilege to cast their
      ballot, there would be no opportunity, because of mootness, to
      resolve either the legal claim, the claim about the Vice
      President's constitutional authority, or the claim about
      Congress's congressional authority in the face of incompletely
      adjudicated state claims.

41.    There could be no sufficient interest, in my view, to support
       suppressing such an elector's privilege, so as to avoid the chance
       of Congress mis-determining the results on January 6. The
       Electoral Count Act of 1887 is a mechanism designed precisely
       to resolve cases where Congress is presented with multiple
       slates of electors. It worked well in the thirteen decades before
       the 2020 election. And even in the face of a violent
       insurrection, Congress has demonstrated that it has the
       institutional capacity to determine those contests appropriately.

42.    I base my view on an understanding of the nature of the
       federalist choice that the selection of our President involves.
       States have enormous power in that process. But the function of
       presidential electors is, ultimately, federal. That federal function
       privileges electors to perform their role without substantive
       interference by state law or state authorities.

43.    My view is reinforced by a practical recognition of the
       challenges that our presidential election system is certain to
       face. We have entered a period of extremely close national
       elections. We can be confident that in the foreseeable future,
       there will be many states in every election that have extremely
       close contests, and some that cannot be resolved finally in the
       period before Electors Day.

44.    Arizona's criminal prosecution of uncertified electors who met
       and voted on Electors Day will only add to the uncertainty and

ultimate risk that the results will fail to reflect the vote of the people. Criminal liability will certainly dissuade future uncertified electors from meeting and voting, even though their candidate would, ultimately, prevail through ongoing litigation. But their failing to meet and vote would terminate that litigation, regardless of its merits.

45.   By contrast, recognizing the privilege of electors to meet and cast their ballot, so long as a proper authority could determine them to be the properly appointed electors, secures to the process an additional three weeks during which close elections can be adjudicated.

46.   For these reasons, I believe it would have been completely appropriate for Arizona's Republican electors to meet on Electors Day and cast their ballots for Donald Trump. State criminal prosecution of those acts would, therefore, be unconstitutional.

I make these statements above based on my considered views and sworn under the penalty of perjury.

Lawrence Lessig



**EXHIBIT A**

**Lawrence Lessig**
Brookline, MA 02446

## EDUCATION

**Yale Law School, New Haven, CT**
*J.D., 1989.*

**Trinity College, Cambridge University, Cambridge, UK**
*M.A. Philosophy, Honors First Class, 1986.*

**University of Pennsylvania, Philadelphia, PA**
*B.A. Economics, B.S. Management (Wharton), 1983.*

## HONORARY DEGREES

**University of Victoria, Victoria, BC, Canada**
*Honorary Doctorate of Education, 2022*

**Université catholique de Louvain, Louvain, Belgium**
*Honorary Doctorate, 2014.*

**Lund University, Lund, Sweden**
*Honorary Doctorate in Sociology, 2013.*

**John Marshall Law School, Atlanta, GA**
*Honorary Doctorate in Law, 2012.*

**Athabasca University, Athabasca, Canada**
*Honorary Doctorate of Law, 2010.*

**University of Amsterdam, Amsterdam, Netherlands**
*Honorary Doctorate of Law, 2010.*

## EMPLOYMENT AND POSITIONS

**Harvard University, Cambridge, MA**
*Roy L. Furman Professor of Law and Leadership, 2009-present; Director, Edmond J. Safra Center for Ethics, 2009-2015; Courses taught: Constitutional Law I, Contracts, Institutional Corruption, Comparative Constitutional Law, Contextual Constitutionalism: The view through race. Seminars taught: Corruption, Digital Platforms, Article V Convention Process, Fidelity in Constitutional Interpretation, Law and Narrative, Birthing Constitutions, Secession and Reconstruction, Wargaming 2020, Reconstruction Originalism, Governing Virtual Worlds, Readings in Reconstruction, The Surveillance Society.*

**Stanford Law School, Stanford, CA**
*C. Wendell and Edith M. Carlsmith Professor of Law, 2005-2009; John A. Wilson Distinguished Faculty Scholar, 2003-2005; Wilson Faculty Scholar, 2002; Professor of Law,*

*2000–2002; Co–Director, Center for Internet and Society, 2000–present; Courses taught: Contracts, Constitutional Law I (structure, equal protection, due process), Constitutional Law II (First Amendment), Torts, Contracts. Seminars taught: Open Sources, Patents in Developing Worlds, Architectures of Identity, Law of the Virtual World, Contracts II; Immunity; Research on Corruption; Fair Use in Film.*

**American Academy in Berlin, Berlin, Germany**
*Fellow, 2007–2008.*

**Wired Magazine, San Francisco, CA**
*Columnist, 2003–2007.*

**Creative Commons, San Francisco, CA**
*CEO, 2001–2007.*

**Red Herring, San Francisco, CA**
*Columnist, 2002–2003.*

**CIO Insight, New York, NY**
*Columnist, 2002–2003.*

**Business Law Center, Tokyo University, Tokyo, Japan**
*Fellow, 2002.*

**Wissenschaftskolleg zu Berlin, Berlin, Germany**
*Fellow, 1999–2000.*

**Harvard Law School, Cambridge, MA**
*Jack N. and Lillian R. Berkman Professor for Entrepreneurial Legal Studies, 1998; Professor of Law, 1997–2000; Visiting Professor of Law, Winter term, 1997. Courses taught: Contracts, Constitutional Law. Seminars taught: The Microsoft Case, The Law of Cyberspace: Social Protocols, The High-Tech Entrepreneur, Fidelity.*

**The Industry Standard, San Francisco, CA**
*Columnist, 1998–2001.*

**Program on Ethics and the Professions, Harvard University, Cambridge, MA**
*Fellow, 1996–1997.*

**The Yale Law School, New Haven, CT**
*Visiting Professor of Law, Spring term, 1995. Course taught: Antitrust. Seminar taught: The Law of Cyberspace.*

**University of Chicago Law School, Chicago, IL**
*Professor of Law, 1995–1997; Assistant Professor of Law, 1991–1995. Co-Director, Center for the Study of Constitutionalism in Eastern Europe. Courses taught: Constitutional Law I (federalism, separation of powers, judicial review); Constitutional Law II (free speech); Contracts. Seminars taught: The Law of Cyberspace; The Public Good;*

> *Comparative Constitutional Law; Legal Theory Workshop;*
> *Fidelity Theory: Theories of Originalism.*

**Lexis Counsel Connect, Miamisburg, OH**
> *Moderator, Constitutional Law Discussion Group,*
> *1994–1995.*

**Legal Studies Program, CEU Budapest College, Budapest, Hungary**
> *Lecturer in LLM program for Eastern and Central European*
> *lawyers. Courses taught: Law and Economics, Separation of*
> *Powers, and Constitutional Privacy. Summer, 1992, 1993,*
> *1995 (Budapest); 1994 (Moscow).*

**Justice Antonin Scalia, United States Supreme Court, Washington, DC**
> *Law Clerk, 1990–1991.*

**Judge Richard Posner, U.S. Court of Appeals, Seventh Circuit, Chicago, IL**
> *Law Clerk, 1989–1990.*

## BOARDS

**Equal Citizens**
> *Founder, Member of the Board, 2017–present.*

**The Metagovernance Project**
> *Member of the Board, 2019–2023.*

**AXA Scientific Research Fund, Paris, France**
> *Member of the Advisory Board, 2011–present.*

**Creative Commons, San Francisco, CA**
> *Emeritus, 2015–present.*
> *Member of the Board, 2007–2015.*
> *Chairman of the Board, 2001–2007.*

**Authors' Alliance**
> *Member of the Advisory Board, 2021–present.*

**MaydayPAC**
> *Founder, Member of the Board, 2014–2015.*

**Rootstrikers**
> *Founder, Member of the Board, 2009–2014.*

**Sunlight Foundation, Washington, DC**
> *Member of the Advisory Board, 2008–2016.*

**iCommons, London, England**
> *Member of the Board, 2005–2012.*

**Brave New Films Foundation, Los Angeles, CA**
> *Chairman of the Board, 2008–2012.*

*Member of the Board, 2007–2008.*

**Change Congress, San Francisco, CA**
*Member of the Board, 2008–2011.*

**MAPLight.org, Berkeley, CA**
*Member of the Board, 2008–2012.*

**Americans Elect**
*Member of the Advisory Board, 2011–2012.*

**Freedom House, Washington, DC**
*Member of the Board, 2008.*

**Free Press, Washington, DC**
*Member of the Board, 2007–2009.*

**Journal of Academic Legal Studies**
*Member of the Advisory Board, 2008–2009.*

**LifeJournal, San Francisco, CA**
*Member of the Advisory Board, 2008–2009.*

**American Academy in Berlin, Berlin, Germany**
*Member of the Board, 2008–2012.*

**Software Freedom Law Center, New York, NY**
*Member of the Board, 2005–2008.*

**Public Library of Science, San Francisco, CA**
*Member of the Board of Directors, 2003–2007.*

**Public Knowledge, Washington, DC**
*Member of the Board, 2002–2007.*

**Electronic Frontier Foundation, San Francisco, CA**
*Member of the Board, 2002–2007.*

**Free Software Foundation, Cambridge, MA,**
*Member of the Board, 2004–2007.*

**Red Hat Center for the Public Domain, Durham, NC**
*Board Member, 2000–2001.*

**Penn National Commission on Society, Culture and Community, Philadelphia, PA**
*Commission Member, 1997–98.*

**Lexis-Nexis Electronic Authors Press, Miamisburg, OH**
*Member of the Editorial Advisory Board, 1995–1997.*

## HONORS AND AWARDS

**Oxford Internet Institute's Lifetime Achievement Award, 2016**

**Distinguished Alumni Award, The Lancer Foundation of the Loyalsock Township School District, 2016**

**Brookline PAX, Ethel & Ben Alper Progressive Activism Award, 2015**

**Common Cause of Illinois, Champions of Democracy, 2015**

**The Politico 50, 2014**

**Webby Lifetime Achievement Award, 2014**

**Fastcase 50 Award, 2011**

**American Philosophical Society, Philadelphia, PA**
*Fellow, 2007.*

**American Academy of Arts and Sciences, Cambridge, MA**
*Fellow, 2006.*

**Monaco Media Prize, 2008**

**Finalist, FT Business Book of the Year, 2008**

**National Law Journal "100 Most Influential Lawyers in America," 2000, 2006, 2013**

**Free Software Foundation Award for the Advancement of Free Software, 2003**

**Scientific American, Top 50 Innovators, 2002**

**Editors' Choice, Best Non-Technical Book, Linux Journal, 2002**

**World Technology Award for Law, 2001, 2009**

**BusinessWeek "25 Top eBiz Leaders," 2001, 2000**

## TESTIMONIES AND LITIGATION

**Baxter v. MA Attorney General (2023)**
*Counsel for Plaintiff*

**Patrick v. Alaska Public Offices' Commission (2021)**
*Counsel for Plaintiff*

**Baca v. Colorado (2020)**
*Counsel for Plaintiff.*

**Chiafalo v. Washington (2020)**
*Counsel for Plaintiff.*

**CTIA v. City of Berkeley (2015)**
*Counsel for Defendant.*

**Hearing on SCR 6, Article V Convention to Amend the US Constitution**
*148th Regular Session, Delaware General Assembly, May 13, 2015.*

**Hearing on Ordinance Requiring Notice Concerning Carrying of Cell Phones**
*Regular Meeting, Berkeley City Council, May 12, 2015.*

**Hearing on Article V Convention**
*Assembly of State Legislatures Judiciary Committee Meeting on Capitol Hill, December 8, 2014.*

**Hearing on SJR 42, US Constitutional Convention**
*98th Regular Session, Illinois General Assembly, May 20, 2014.*

**The Case for an Article V Convention of the States**
*With several MA State Representatives and Wolf PAC volunteers, Massachusetts Statehouse, July 10, 2013.*

**Hearing on JRS 27, Campaign Finance Reform**
*Vermont House Government Operations Committee, Vermont Legislature, April 18, 2013.*

**Hearing on "Taking Back Our Democracy: Responding to Citizens United and the Rise of Super PACs"**
*US Senate Judiciary Committee, Subcommittee on the Constitution, Civil Rights, and Human Rights, 2012.*

**Hearing on "The High Cost of High Prices for HIV/AIDS Drugs and the Prize Fund Alternative"**
*US Senate Committee on Health, Education, Labor and Pensions, 2012.*

**Hearing on "The Future of the Internet"**
*US Senate Committee on Commerce, Science, and Transportation, 2008.*

**Hearing on "Network Neutrality"**
*US Senate Committee on Commerce, Science, and Transportation, 2006.*

**H.R. 107 – The Digital Media Consumers' Rights act of 2003**
*House Subcommittee on Commerce, Trade, and Consumer Protection, 2004.*

**Kahle v. Ashcroft (2004)**
*Counsel for Plaintiff.*

**Hardwicke v. American Boychoir (2003)**
*Counsel for Plaintiff.*

**Eldred v. Ashcroft (2003)**
*Counsel of Record in challenge to 1998 Sonny Bono Copyright Term Extension Act.*

**Government Role in Promoting the Future of Telecommunications Industry and Broadband Deployment**
*US Senate Committee on Commerce, Science, and Transportation, 2002.*

**Exemptions from Section 1201 of the Digital Millennium Copyright Act**
*Copyright Office, 2002.*

**Universal Music v. Corley (2001)**
*Author, Amicus Brief.*

**Simon v. AT&T (2001)**
*Plaintiffs' expert.*

**A&M Records v. Napster (2000)**
*Defendant's expert.*

**Microsystems Software v. Scandinavia Online (1999)**
*Author, Amicus Brief.*

**United States v. Microsoft (1997-2002)**
*Author, Amicus Brief, 2000.*

*Testimony before Senate Committee on the Judiciary, 2001.*

**In the Matter of AT&T/Media One**
*FCC filing (with Mark Lemley), 1999.*

**ICANN DNS Proposal**
*NTIA comments, 1998.*

**Child Online Protection Act**
*Testimony before House Subcommittee on Telecommunications and Consumer Protection, 1998.*

**Anti-Paparazzi Legislation**
*Testimony before House Judiciary Committee, 1998.*

## PUBLICATIONS

### BOOKS

(1)  **How to Steal a Presidential Election**
*Yale University Press, 2024.*

(2)  **They Don't Represent Us: Reclaiming Our Democracy**
*Dey Street Books, 2019.*

**(3)** **Fidelity & Constraint: How the Supreme Court Has Read the American Constitution**
*Oxford University Press, 2019.*

**(4)** **America, Compromised**
*University of Chicago Press, 2018.*

**(5)** **Republic, Lost Version 2: The Corruption of Equality and the Steps to End It**
*Twelve Books, 2015.*

**(6)** **The United States is Lesterland**
*TED Books, 2013.*

**(7)** **One Way Forward**
*Byliner Originals, 2012.*

**(8)** **Republic, Lost: How Money Corrupts Congress And a Plan to Stop It**
*Twelve Books, 2011.*

**(9)** **Remix: Making Art and Commerce Thrive in the Hybrid Economy**
*Penguin Press, 2008.*

**(10)** **Code Version 2**
*Basic Books, 2007.*

**(11)** **Free Culture: How Big Media Uses Technology and the Law to Lock Down Culture and Control Creativity**
*Penguin Press, 2004.*

**(12)** **The Future of Ideas: The Fate of the Commons in a Connected World**
*Random House, 2001.*

**(13)** **Code, and Other Laws of Cyberspace**
*Basic Books, 1999.*

## ARTICLES

**(1)** **The Brilliance in *Slaughterhouse*: A Judicially Restrained and Original Understanding of "Privileges or Immunities"**
*26 University of Pennsylvania Journal of Constitutional Law 1 (2024)*

**(2)** **Scalia the Legal Sociologist,**
*Harvard Journal of Law & Public Policy Per Curiam, No. 4 (Winter 2023)*

**(3)** **The First Amendment Does Not Protect Replicants**
in *Social Media and Democracy* by Lee Bollinger & Geoffrey Stone, eds. (Oxford 2022)

**(4)** **Foreword**
*Democracy Vouchers: How bringing money into politics can drive money out of politics* by Tom Latkowski (Democracy Policy Network Books: July 26, 2021).

**(5)**     **Foreword**
> *Harvard Law & Policy Review, Vol. 15-1 (Winter 2020).*

**(6)**     **Repairing a Fractured America**
> in *Which Side of History?: How Technology Is Reshaping Democracy and Our Lives* by James P. Steyer, editor (Chronicle Prism, October 13, 2020).

**(7)**     **Foreword**
> *The University of Chicago Law Review 86 Special: Symposium: Commemorating the Career of Judge Richard A. Posner* (2019): 1027-036.

**(8)**     **How Academic Corruption Works**
> *65 Chron. Higher Education (October 7, 2018).*

**(9)**     **Rendering Sensible Salient**
> *The Good Society, Vol. 27, No. 1–2 (2018).*

**(10)**    **Institutional Corruption Revisited: Exploring Open Questions within the Institutional Corruption Literature**
> *with E. Amit, J. Koralnik, A.-C. Posten, and M. Muethel, 26 S. Cal. Interdisc. L.J. 447 (2017).*

**(11)**    **The Lesson Patterson Taught**
> *11 Journal of Intellectual Property Law 1 (April 2016).*

**(12)**    **Corrupt and Unequal, Both,**
> *Fordham Law Review, Volume 84, Issue 2 (November 2015).*

**(13)**    **Perma: Scoping and Addressing the Problem of Link and Reference Rot in Legal Citations**
> *with Jonathan Zittrain and Kendra Albert, 127 Harv. L. Rev. F. 176 (2014).*

**(14)**    **A Reply to Professors Cain and Charles**
> *California Law Review, Volume 102, Issue 1 (February 2014).*

**(15)**    **What an 'Originalist' Would Understand 'Corruption' to Mean: The 2013 Jorde Lecture**
> *California Law Review, Volume 102, Issue 1 (February 2014).*

**(16)**    **Foreword: 'Institutional Corruption' Defined**
> *Journal of Law, Medicine and Ethics, Vol. 41, No. 3 (Fall 2013).*

**(17)**    **Institutional Corruptions**
> *Edmond J. Safra Working Papers, No. 1 (March 15, 2013.)*

**(18)**    **On What Being a (small-r) Republican Means**
> *74 Montana Law Review 37 (2013).*

**(19)    Contagious Inferences in Institutional Trust: The Costs of Transparency**

> *with Piercarlo Valdesolo, Steven Lehr, Mahzarin Banaji, (unpublished, 2012).*

**(20)    Foreword**

> *Citations, Out of the Box: Adapting Zotero for legal and multilingual research* by Frank G. Bennett (2012).

**(21)    A Reply to Professor Hasen**

> 126 Harv. L. Rev. F. 61 (2012).Foreword

> *Good Faith Collaboration: the Culture of Wikipedia* by Joseph Reagle (The MIT Press, August 27, 2010)

**(22)    Getting Our Values around Copyright Right,**

> *Educause Review, vol. 45, no. 2, March/April 2010.*

**(23)    What Everybody Knows and What Too Few Accept: Comment on *Caperton v. A.T. Massey Coal Co.***

> *123 Harv. L. Rev. 104 (2009).*

**(24)    Foreword**

> Symposium: Cultural Environmentalism at *10, 70 Law and Contemporary Problems 1 (2007).*

**(25)    Does Copyright Have Limits? *Eldred v. Ashcroft* and Its Aftermath**

> in *Open Content Licensing: Cultivating the Creative Commons* by Brian Fitzgerald, principal editor (Sydney University Press, March 22, 2007).

**(26)    The Vision for the Creative Commons: What are We and Where are We Headed? Free Culture,**

> in *Open Content Licensing: Cultivating the Creative Commons* by Brian Fitzgerald, principal editor, (Sydney University Press, March 22, 2007).

**(27)    The Future**

> with Stuart Cunningham and Sal Humphreys in *Open Content Licensing: Cultivating the Creative Commons* by Brian Fitzgerald, principal editor (Sydney University Press, March 22, 2007).

**(28)    What Things Regulate Speech: CDA2.0 vs. Filtering**

> in *Law and Society Approaches to Cyberspace* by Paul Schiff Berman, editor (Ashgate Publishing, 2007).

**(29)    The Code of Privacy**

> *151 Proceedings of the American Philosophical Society 283 (2007).*

**(30)    Foreword**
> *Freedom of Expression: Resistance and Repression in the Age of Intellectual Property,* University of Minnesota Press (2007).

**(31)    .commons**
> in *Norms and the Law,* Cambridge University Press (2006).

**(32)    The Second Annual Distinguished Lecture in Intellectual Property and Communications Law: Creative Economies**
> *1 Michigan State Law Review 1 (2006).*

**(33)    Re-crafting a Public Domain**
> *18 Yale Journal of Law & the Humanities 56 (Special Issue 2006).*

**(34)    (Re)Creativity: How Creativity Lives**
> *in* Copyright and Other Fairy Tales by Helle Porsdam *(Elgar Publishers, March 30, 2006).*

**(35)    Creative Freedom for All**
> *in* The Best American Legal Commentary *by Rosemary Passantino, editor (Universal Publishers, February 15, 2005).*

**(36)    The Failures of Fair Use and the Future of Free Culture**
> *in* Cut: Film as Found Object in Contemporary Video, *(Milwaukee Art Museum, 2005).*

**(37)    Reply: Re-Marking the Progress in Frischmann**
> *89 Minnesota Law Review 1031 (2005).*

**(38)    Preface**
> *Du bon usage de la piraterie: Culture libre, sciences ouvertes* by Florent Latrive (Exils Editeur, December 16, 2004).

**(39)    The Creative Commons**
> *65 Montana Law Review (Winter 2004).*

**(40)    Coase's First Question**
> *27 Regulation (Fall 2004).*

**(41)    Foreword**
> *Open Source Licensing: Software Freedom and Intellectual Property Law* by Lawrence Rosen (Prentice Hall, July 1, 2004).

**(42)    Free(ing) Culture for Remix**
> *4 Utah Law Review 961–975 (2004).*

**(43)    The Laws of Cyberspace**
> *in* Readings in Cyberethics *(Jones and Bartlett Publishers, February 23, 2004).*

**(44)    The Commons that Libraries Build**
> *Library Journal (February 15, 2004).*

**(45)    Keynote: The International Information Society**
> *24 Loyola of Los Angeles Entertainment Law Review 1 (2004) Symposia—2003 Stanford Law & Technology Association Conference: Ideas without Boundaries: Creating and Protecting Intellectual Property in the International Arena and At the Crossroads of Law & Technology: Fourth Annual Conference, Patenting the Human Genome*

**(46)    The Balance of Robert Kastenmeier**
> *4 Wisconsin Law Review (2004).*

**(47)    Law Regulating Code Regulating Law**
> *Loyola University Chicago Law Journal, Vol. 35, Issue 1 (Fall 2003).*

**(48)    The Creative Commons**
> *55 Florida Law Review 763 (2003).*

**(49)    The Place of Cyberlaw**
> *in* The Place of Law *by Austin Sarat & Martha Merrill Umphrey, editors (August 28, 2003).*

**(50)    An Information Society: Free or Feudal?**
> *The COOK Report on Internet (April 2003).*

**(51)    Governance**
> *The COOK Report on Internet XI, No. 12 (March 2003).*

**(52)    Introduction**
> *in* Free Software, Free Society: Selected Essays of Richard M. Stallman and Joshua Gay *(Free Software Foundation, October 1, 2002).*

**(53)    Innovating Copyright**
> *20 Cardozo Arts & Entertainment Law Journal 611 (June 2002).*

**(54)    The Architecture of Innovation**
> *51 Duke Law Journal 1783 (April 2002).*

**(55)    Privacy as Property**
> *69 Social Research 247–269 (March 2002).*

**(56)    A regra dos direitos autorais**
> *in* Propriedade intelectual e internet: uma perspectiva integrada à sociedade da informação by Marcos Wachowicz *(Juruá Editora, 2002).*

**(57)    Open Source Baselines: Compared to What?**
> *in* Government Policy toward Open Source Software *by Robert W. Hahn, editor (January 1, 2002).*

**(58)**   **Ley del caballo: Lo que el ciberderecho podría enseñar**
*in* Derecho y tecnologías de la información by Iñigo de la Maza Gazmuri *(Fundación Fernando Fueyo Laneri, January 1, 2002).*

**(59)**   **Privacy and Attention Span**
*89 Georgetown Law Journal 2063 (June 2001).*

**(60)**   **Architecting Innovation**
*49 Drake Law Review 397 (June 2001).*

**(61)**   **A Roundtable Discussion with Lawrence Lessig, David G. Post, and Jeffrey Rosen**
*49 Drake Law Review 441 ( June 2001).*

**(62)**   **Preface to a Conference on Trust**
*81 Boston University Law Review 329 (April 2001).*

**(63)**   **The End of End-to-End: Preserving the Architecture of the Internet in the Broadband Era**
*with Mark Lemley, 48 UCLA Law Review 925 (April 2001).*

**(64)**   **Copyright's First Amendment**
*48 UCLA Law Review 1057 (April 2001).*

**(65)**   **The Law of the Horse: What Cyberlaw Might Teach**
*in* Communications Law and Policy: Cases and Materials by Jerry Kang *(Aspen Law and Business, March 1, 2001).*

**(66)**   **Foreword: Symposium Cyberspace and Privacy**
*52 Stanford Law Review 987 (2000).*

**(67)**   **The Death of Cyberspace**
*57 Washington & Lee Law Review 337 (2000).*

**(68)**   **Open Access to Cable Modems**
*with Mark A. Lemley, 22 Whittier Law Review 3 (2000).*

**(69)**   **Zoning Speech on the Internet: A Legal and Technical Model**
*with Paul Resnick, 98 Michigan Law Review 395(1999).*

**(70)**   **Change and Choices: Introduction to "On the Social Role of Computer Communications" by Robert Fano**
*Proceedings of the IEEE (December 1999).*

**(71)**   **The Law of the Horse: What Cyberlaw Might Teach**
*113 Harvard Law Review 501 (1999).*

**(72)**   **Open Code and Open Societies: Values of Internet Governance**
*74 Chicago Kent Law Review 1405 (1999).*

**(73)**   **The Limits in Open Code: Regulatory Standards and the Future of the Net**
*14 Berkeley Technology Law Journal 759 (1999).*

**(74)   The Architecture of Mandated Access Controls**
*in* Competition, Regulation, and Convergence: Current Trends In Telecommunications Policy Research by Sharon Gillett and Ingo Vogelsang, Editors *(Routledge, September 1, 1999).*

**(75)   Keynote Address: Commons and Code**
*9 Fordham Intellectual Property, Media and Entertainment Law Journal 459 (1999).*

**(76)   The Architecture of Privacy**
*1 Vanderbilt Journal of Entertainment Law & Practice 56 (1999).*

**(77)   Understanding Federalism's Text**
*66 George Washington Law Review 1218 (1998).*

**(78)   What Things Regulate Speech**
*38 Jurimetrics 629 (Summer 1998).*

**(79)   The New Chicago School**
*27 Journal of Legal Studies 661 (1998).*

**(80)   Judicial Influence: a Citation Analysis of Federal Courts of Appeals Judges**
*with William Landes and Michael Solimine, 27 Journal of Legal Studies 271 (1998).*

**(81)   Lessons from a Line Item Veto Law**
*47 Case Western Reserve Law Review 1659 (1997).*

**(82)   *Erie*-Effects of Volume 110: an Essay on Context in Interpretive Theory**
*110 Harvard Law Review 1785 (1997).*

**(83)   The Puzzling Persistence of Bellbottom Theory: What a Constitutional Theory Should Be**
*15 Georgetown Law Journal 1837 (1997).*

**(84)   The Constitution of Code: Limitations on Choice-Based Critiques of Cyberspace Regulation**
*5 CommLaw Conspectus 181 (1997).*

**(85)   Intellectual Property and Code**
*11 St. Johns Journal of Legal Commentary 635 (1997).*

**(86)   Constitution and Code**
*27 Cumberland Law Review 1 (1997).*

**(87)   Fidelity and Constraint**
*65 Fordham Law Review 1365 (1997).*

**(88)   The Zones of Cyberspace**
*48 Stanford Law Review 1403 (1996).*

**(89)   Translating Federalism: *United States v. Lopez***
*1995 Supreme Court Review 125 (1996).*

**(90)   What Drives Derivability: Response to Responding to Imperfection (Book Review)**
>    *74 Texas Law Review 839 (1996).*

**(91)   Post-Constitutionalism (Book Review)**
>    *94 Michigan Law Review 1422 (1996).*

**(92)   Grounding the Virtual Magistrate**
>    *with Jack Goldsmith (1996).*

**(93)   Social Meaning and Social Norms**
>    *144 University of Pennsylvania Law Review 2181 (1996).*

**(94)   Making Sense of the Hague Tribunal**
>    *Eastern European Constitutional Review, Fall 1996.*

**(95)   Reading the Constitution in Cyberspace**
>    *45 Emory Law Review 869 (1996).*

**(96)   The Limits of Lieber**
>    *16 Cardozo Law Review 2249 (1995).*

**(97)   The Path of Cyberlaw**
>    *104 Yale Law Journal 1743 (1995).*

**(98)   The Regulation of Social Meaning**
>    *62 University of Chicago Law Review 943 (1995).*

**(99)   Understanding Changed Readings: Fidelity and Theory**
>    *47 Stanford Law Review 395 (1995).*

**(100)  Introduction, Redesigning the Russian Court Roundtable**
>    *3 East European Constitutional Review 72-73 (Fall 1994).*

**(101)  Evaluation of the United States Court of Appeals for the Seventh Circuit**
>    *with Chicago Council of Lawyers, 43 DePaul Law Review 673 (Spring 1994).*

**(102)  Lessons of the American Presidency**
>    *with Cass Sunstein, Eastern European Constitutional Review (Fall 1993/Winter 1994).*

**(103)  A Review of the Russian Constitution: Separation of Powers**
>    *ABA CEELI Project Report, January 1994.*

**(104)  The President and the Administration**
>    *with Cass Sunstein, 94 Columbia Law Review 1 (1994).*

**(105)  The Path of the Presidency**
>    *2/3 East European Constitutional Review 104 (1994).*

**(106)  Readings by Our Unitary Executive**
>    *15 Cardozo Law Review 175 (1993).*

**(107)  Fidelity in Translation**
>    *71 Texas Law Review 1165 (1993).*

**(108)   The Supreme Court and Our Future**
*38 University of Chicago Law School Record 13 (1992).*

**(109)   Plastics: Unger and Ackerman on Transformation**
*98 Yale Law Review 1173 (1989).*

## Essays

**(1)   Here's One Way to Steal the Presidential Election**
*(with Matthew Seligman) New York Times, January 22, 2024*

**(2)   When Billionaires Say: "Give us less."**
*Medium, January 16, 2024*

**(3)   Cenk's best argument**
*Medium, January 8, 2024*

**(4)   Why Trump Should Not Be Removed, v3**
*Medium, January 4, 2024*

**(5)   Steamboat Willie, reborn in peace**
*Medium, January 1, 2024*

**(6)   The Supreme Court Must Unanimously Strike Down Trump's Ballot Removal**
*Slate, December 20, 2023*

**(7)   ChatGPT, or: How I Learned to Stop Worrying and Love AI**
*Medium, November 28, 2023*

**(8)   The Key to Saving Our Atrocious Campaign Finance Laws Might Be … Josh Hawley?**
*Slate, November 14, 2023*

**(9)   Should First Amendment Rights Really Be Getting in the Way of Kids' Privacy Online?**
*(with Tristan Harris) Slate, November 2, 2023*

**(10)   True but misleading: The New Yorker quote I should have quibbled with.**
*Medium, October 1, 2023*

**(11)   A Terrible Plan to Neutralize Trump Has Entranced the Legal World**
*Slate, September 19, 2023*

**(12)   On Data Colada**
*Medium, August 22, 2023*

**(13)   On Francesca Gino**
*Medium, August 18, 2023*

**(14)   The costs of distraction**
*Medium, July 30, 2023*

**(15)   On Electors: For the (obviously) confused**
*Medium, July 20, 2023*

**(16)   The unbearable lightness of No Labels' "Common Sense" (unmetered)**
*Medium, July 18, 2023*

**(17)   The Age of the Fantasist**
*Medium, July 16, 2023*

**(18)**   **What's sauce for the goose…**
*Medium, July 2, 2023*

**(19)**   **The argument that will end SuperPACs**
*Medium, July 1, 2023*

**(20)**   **On being a skunk at a data privacy conference**
*Medium, June 21, 2023*

**(21)**   **How AI could take over elections — and undermine democracy**
*Medium, June 15, 2023*

**(22)**   **A Proposed 28th Amendment**
*Medium, June 13, 2023*

**(23)**   **For AI copyright (for AI artists)**
*Medium, May 30, 2023*

**(24)**   **For a 2024 moratorium on political LLM AIs**
*Medium, May 18, 2023*

**(25)**   **Jesus, Masnick, just give it a rest**
*Medium, April 21, 2023*

**(26)**   **Making a Constitutional Convention Safe for Democracy**
*The New York Review of Books, April 17, 2023.*

**(27)**   **Code may be law, but not all law is legal.**
*Medium, April 16, 2023*

**(28)**   **Scapegoating Thomas?**
*Medium, April 11, 2023*

**(29)**   **Herrmann v. Attorney General: post argument reflections**
*Medium, February 7, 2023*

**(30)**   **Has the virus of © term extension been beaten?**
*Medium, January 15, 2023*

**(31)**   **Theorizing Context**
*Balkinization, January 15, 2023.*

**(32)**   **The Web 3 Movement**
*The Oriental Economist, December 20, 2022.*

**(33)**   **A Response to Professor Maltz on the Slaughterhouse Case**
*The Originalism Blog, November 7, 2022.*

**(34)**   **A Crowdsourced War: a reflection**
*Medium, October 23, 2022.*

**(35)**   **How Merrick Garland Can Put the Supreme Court's Originalists On Notice**
*Slate, October 13, 2022.*

**(36)**   **On the Massachusetts Initiative to End SuperPACs**
*Medium, September 10, 2022.*

(37)   **"Privileges or Immunities": The genius in the Slaughterhouse Cases**
       *Medium, August 22, 2022.*

(38)   **Freeing Mickey, Unconstitutionally**
       *Medium, May 31, 2022.*

(39)   **Pushers v2.0: A regulatory solution?**
       *Medium, May 21, 2022.*

(40)   **Tucker's war for non-binaries**
       *Medium, March 17, 2022.*

(41)   **How patriots resist unjust wars**
       *Medium, March 1, 2022.*

(42)   **The Supreme Court Needs Its Own Filibuster**
       *Slate, February 15, 2022.*

(43)   **Many Trump Electors Facing Criminal Referrals Were Just Following Precedent**
       *Slate, January 27, 2022.*

(44)   **Congress' Plan to Protect the 2024 Election From Sabotage Has One Huge Flaw**
       *Slate, January 11, 2022.*

(45)   **Filibuster-backers are Framer-wannabes**
       *The Hill, December 18, 2021.*

(46)   **Why the US Is a Failed Democratic State**
       *New York Review of Books, December 10, 2021.*

(47)   **The Democrats Are Walking Right Into a Trap on Voting Rights**
       *with Guy-Uriel Charles, Slate, May 24, 2021.*

(48)   **Op-Ed: Epstein at Harvard: We're Not Finished Yet**
       *The Harvard Crimson, April 13, 2021.*

(49)   **If Joe Biden Is Serious About Protecting American Democracy, Here's Where He Can Start**
       *Slate, February 22, 2021.*

(50)   **More Commentary: Nebraska should close loophole that could affect presidential election**
       *with Hassaan Shahawy, Omaha World Herald, February 13, 2021.*

(51)   **On faithless legislatures**
       *Medium, December 8, 2020.*

(52)   **On alleged inconsistencies**
       *Medium, November 24, 2020.*

(53)   **State legislatures do not have the power to veto the people's choice in an election**
       *USA Today, November 18, 2020.*

(54)    **State Legislatures Can't Ignore the Popular Vote in Appointing Electors**
            *with Jason Harrow, Lawfare, November 6, 2020.*

(55)    **Why Pennsylvania should take its time counting votes**
            *with Van Jones, CNN, November 4, 2020.*

(56)    **RCV in Massachusetts: When the piper gets ignored**
            *Medium, October 30, 2020.*

(57)    **The Mess Congress Could Make**
            *The Atlantic, October 19, 2020.*

(58)    **What happens if a nominee dies shortly before or after the election? It's complicated.**
            *with Jason Harrow, The Washington Post, October 6, 2020.*

(59)    **How Ginsburg's Seat is Saved**
            *Medium, September 19, 2020.*

(60)    **The Scary Result of a Black Man Arguing With a Cop: Getting hit by a police car isn't justifiable**
            *Level, September 1, 2020.*

(61)    **Hey NYT, please just don't**
            *Medium, June 26, 2020.*

(62)    **Fearing bubbles**
            *Medium, June 1, 2020.*

(63)    **The Supreme Court v. the coronavirus**
            *The Boston Globe, May 14, 2020.*

(64)    **Morning after thoughts**
            *Medium, May 14, 2020.*

(65)    **What Rick Hasen is Missing**
            *Medium, May 6, 2020.*

(66)    **It won't be 1972; don't make it 1968**
            *Medium, March 1, 2020.*

(67)    **On suing the Times**
            *Medium, January 13, 2020.*

(68)    **Don't allow McConnell to swear a false oath**
            *The Washington Post, January 8, 2020.*

(69)    **Why Mayor Pete's 'wine cave' dinner is beside the point**
            *Los Angeles Times, December 20, 2019.*

(70)    **This is the silent political revolution of 2020**
            *CNN, December 12, 2019.*

(71)    **How Twitter just might save democracy in America**
            *The Philadelphia Inquirer, November 14, 2019.*

**(72)   Clickbait Defamation: On the careful reading of the New York Times editors**
   *Medium, September 15, 2019.*

**(73)   On Joi and MIT**
   *Medium, September 8, 2019.*

**(74)   Response to Commentators, Symposium on Lawrence Lessig's *Fidelity and Constraint***
   *Balkinization, August 13, 2019.*

**(75)   Why John Roberts may be right about gerrymandering**
   *The Washington Post, July 10, 2019.*

**(76)   Fundamental reform must be on the Democrats' Debate Stage**
   *Medium, June 4, 2019.*

**(77)   American democracy is broken. We must demand 2020 candidates commit to a fix**
   *The Guardian, May 5, 2019.*

**(78)   Trump's border wall demand is constitutionally illegitimate**
   *The Guardian, January 4, 2019.*

**(79)   Beto O'Rourke's biggest blind spot cost him Texas. Democrats, take note.**
   *The Guardian, November 11, 2018.*

**(80)   Congress' Latest Move to Extend Copyright Is Misguided**
   *Wired, May 18, 2018.*

**(81)   Mick Mulvaney shows why we need to radically change our elections**
   *The Washington Post, April 29, 2018.*

**(82)   Let's fix Electoral College. It'll be easy compared to gerrymandering**
   *with Richard Painter, USA Today, October 13, 2017.*

**(83)   The Time Has Come: Reform the Electoral College Now**
   *The Daily Beast, September 13, 2017.*

**(84)   The Constitution lets the electoral college choose the winner. They should choose Clinton.**
   *The Washington Post, November 24, 2016.*

**(85)   The cleanup of our polluted political ecosystem will require the energy of citizens across the political spectrum**
   *Sierra Magazine (August 1, 2016).*

**(86)   Three ways Congress can muscle-up to your voting rights**
   *with Michael Golden, Chicago Sun-Times, August 19, 2016.*

**(87)   How Gingrich broke Congress**
   *CNN, July 13, 2016.*

**(88)   Democrats Campaign-Finance Reform Sham**
   *The Daily Beast, June 3, 2016.*

**(89)**    **Jolly's folly: Lawmakers still beholden to funders**
            *Orlando Sentinel, May 7, 2016.*

**(90)**    **Scalia set a principled example**
            *USA Today, February 17, 2016.*

**(91)**    **The campaign finance fight can't wait**
            *The Washington Post, February 12, 2016.*

**(92)**    **Dear Bernie Sanders: Don't follow in Obama's footsteps on campaign
            finance reform**
            *The Washington Post, February 11, 2016.*

**(93)**    **Why I Dropped Out**
            *The New Yorker, January 28, 2016.*

**(94)**    **Why I Ran for President**
            *The New Yorker, January 27, 2016.*

**(95)**    **Open Letter: Let's Sit-In to Save Democracy From the Billionaire
            Class**
            *The Nation, December 2, 2015.*

**(96)**    **Europe Vote Threatens Net Neutrality. Help Save the Open Internet.**
            *with Barbara van Schewick, The Huffington Post, October 26,
            2015.*

**(97)**    **What Was Missing From the Democrats' Debate Stage**
            *The Huffington Post, October 21, 2015.*

**(98)**    **Larry Lessig: I'm All In**
            *The Atlantic, October 17, 2015.*

**(99)**    **How Our Democracy Got Vetoed — And How To Fix It**
            *The Daily Beast, September 22, 2015.*

**(100)**   **Citizens, First**
            *The Huffington Post, September 19, 2015.*

**(101)**   **Launching the Campaign**
            *The Huffington Post, September 9, 2015.*

**(102)**   **The Question for My Critics**
            *The Huffington Post, September 2, 2015.*

**(103)**   **On Being 'Serious' About Reform**
            *The Huffington Post, August 31, 2015.*

**(104)**   **On 'Dumbing Down' the Democratic Debate**
            *The Huffington Post, August 28, 2015.*

**(105)**   **The Plan, Part 2: Referendum Representatives**
            *The Huffington Post, August 24, 2015.*

**(106)**   **We Are Not Thinking Big Enough**
            *The Huffington Post, August 19, 2015.*

**(107)  I'm Running for President to Quit**
*The Daily Beast, August 13, 2015.*

**(108)  Why I Want to Run**
*The Huffington Post, August 11, 2015.*

**(109)  The Only Realistic Way to Fix Campaign Finance**
*The New York Times, July 21, 2015.*

**(110)  Why No One Will Reform Washington**
*The Daily Beast, July 16, 2015.*

**(111)  Should We Convene?**
*The New York Review of Books, July 9, 2015.*

**(112)  On the Trustee President: Not EITHER/OR but BOTH/AND**
*Medium, June 10, 2015.*

**(113)  Frodo Baggins for President**
*Medium, June 6, 2015.*

**(114)  On Rejecting the Clinton Defense: What Reform Democrats Need**
*Medium, June 5, 2015.*

**(115)  In Washington, money talks louder than ordinary Americans — and we do nothing**
*New Statesman, June 4, 2015.*

**(116)  Could Hillary Clinton Be the Champion Campaign-Finance Reform Needs?**
*The Atlantic, May 28, 2015.*

**(117)  Democrats Embrace the Logic of "Citizens United"**
*The Washington Post, May 8, 2015.*

**(118)  How a Reform Republican Can Topple Hillary By Taking on Crony Capitalism**
*The Daily Beast, May 5, 2015.*

**(119)  Something Is Going Right: Net Neutrality and the FCC**
*The Huffington Post, February 19, 2015.*

**(120)  Obama's Stand on Net Neutrality Finally Feels Like the President We've Been Waiting For**
*The Guardian, November 12, 2014.*

**(121)  We Should Be Protesting, Too**
*The Huffington Post, October 1, 2014.*

**(122)  What New Yorkers Can Do About Money in Politics**
*The Huffington Post, September 8, 2014.*

**(123)  Campaign-Finance Reform Has to Be Cross-Partisan**
*The Atlantic, June 18, 2014.*

**(124)  Our New SuperPAC Is Going to Change American Politics for $12 Million**
*The Daily Beast, June 6, 2014.*

**(125)  What's So Bad About a SuperPAC?**
*Medium, June 4, 2014.*

**(126)  A Real Step to Fix Democracy**
*The Atlantic, May 30, 2014.*

**(127)  Campaign Finance and the Nihilist Politics of Resignation**
*The Atlantic, April 10, 2014.*

**(128)  Originalists Making It Up Again: McCutcheon and 'Corruption'**
*The Daily Beast, April 2, 2014.*

**(129)  The Republican Street Fight Over Transparency in Government**
*The Daily Beast, March 26, 2014.*

**(130)  D.C. Needs a Grassroots Fix That Will Come When Left and Right Find Common Ground**
*The Daily Beast, February 9, 2014.*

**(131)  How to Make Americans Care About Money Corrupting Politics**
*The Atlantic, January 31, 2014.*

**(132)  Why We're Marching Across New Hampshire to Honor Aaron Swartz**
*The Atlantic, January 10, 2014.*

**(133)  A New Hampshire Rebellion for Aaron Swartz**
*The Daily Beast, January 10, 2014.*

**(134)  Aaron's Walk: The New Hampshire Rebellion**
*The Huffington Post, January 10, 2014.*

**(135)  Congress Can Be Corrupt Without Corrupt People**
*The Daily Beast, December 13, 2013.*

**(136)  Why Money Is the Root of All That's Wrong With Washington**
*The Daily Beast, October 21, 2013.*

**(137)  Obama's Lawyer Should Have Used Originalism to Sway Originalist Justices**
*The Atlantic, October 10, 2013.*

**(138)  Republicans Against the Republic**
*The Daily Beast, October 3, 2013.*

**(139)  The Court Case That Pivots on What 'Corrupt' Really Means**
*The Daily Beast, September 26, 2013.*

**(140)  The Roots of the Next Financial Crisis: How Wall Street Undermines Reform**
*The Daily Beast, June 23, 2013.*

(141)  **It's Time to Rewrite the Internet to Give Us Better Privacy, and Security**
*The Daily Beast, June 12, 2013.*

(142)  **Congressmen Come and Go, but Corruption is Here to Stay**
*The Daily Beast, June 7, 2013.*

(143)  **Can Democrats Get a New Party, Too?**
*The Atlantic, May 29, 2013.*

(144)  **Why Is Congress Trying to Make Our Internet Abuse Laws Worse, Not Better?**
*with Orin Kerr, The Atlantic, April 22, 2013.*

(145)  **Why Washington is Corrupt**
*CNN, April 8, 2013.*

(146)  **Super PACs — The story the election didn't tell**
*with John Sarbanes, Chicago Tribune, February 15, 2013.*

(147)  **"They Know We Know It." Get Politicians On The Record About Corruption**
*The Huffington Post, February 14, 2013.*

(148)  **Aaron's Law: Violating a Site's Terms of Service Should Not Land You in Jail**
*The Atlantic, January 16, 2013.*

(149)  **Prosecutor as Bully**
*The Huffington Post, January 13, 2013.*

(150)  **Online Artists Share Work—Tyrants Would Prefer They Share a Cell**
*The Wall Street Journal, January 8, 2013.*

(151)  **Why a Democratic Tea Party Is the Best Hope for Fixing Corrupt Government**
*The Atlantic, December 6, 2012.*

(152)  **Seizing 'Forward': 3 Steps Obama Must Take to Fight Corruption and Gridlock**
*The Atlantic, November 8, 2012.*

(153)  **What the Hell Is Being a Moderator For?**
*The Huffington Post, October 21, 2012.*

(154)  **The Founders Versus the Funders**
*The Progressive, September 12, 2012.*

(155)  **The No Lobbying Pledge**
*The Huffington Post, September 11, 2012.*

(156)  **Obama's Chance to Keep His Reform Promise**
*The Atlantic, September 6, 2012.*

(157)  **EmTech Preview: The Politics of the Outsider**
*Technology Review, August 29, 2012.*

**(158)   The (Almost) Brilliance of Representative Dingell and His Friends**
*The Atlantic, August 4, 2012.*

**(159)   Big Campaign Spending: Government by the 1%**
*The Atlantic, July 10, 2012.*

**(160)   Upon the People Alone**
*Slate, June 16, 2012.*

**(161)   Contagious Inferences in Institutional Trust: The Costs of Transparency**
*with Piercarlo Valdesolo, Steven Lehr, Mahzarin Banaji, unpublished, June 15, 2012.*

**(162)   A Message to Law Grads: Instead of Corporations, Help Ordinary People**
*The Atlantic, May 31, 2012.*

**(163)   Buddy Roemer, the Anti-Spoiler**
*The Atlantic, May 13, 2012.*

**(164)   The Last Best Chance for Campaign Finance Reform: Americans Elect**
*The Atlantic, April 25, 2012.*

**(165)   Obamacare and the Supreme Court: More on the Rule of Politics**
*The Atlantic, April 15, 2012.*

**(166)   Why Scalia Could Uphold Obamacare**
*The Atlantic, April 13, 2012.*

**(167)   An Open Letter to the Citizens Against Citizens United**
*The Atlantic, March 23, 2012.*

**(168)   What's Really Wrong With Goldman Sachs**
*Special to CNN, March 15, 2012.*

**(169)   After the Battle Against SOPA — What's Next?**
*The Nation, January 26, 2012.*

**(170)   Calling for a Convention**
*The American Prospect, January 4, 2012.*

**(171)   The Great Promise of Super-PACs**
*The Huffington Post, December 20, 2011.*

**(172)   Newt Gingrich, the man who changed Washington**
*CNN, November 21, 2011.*

**(173)   More Money Can Beat Big Money**
*The New York Times, November 16, 2011.*

**(174)   One More Try: The Rules Versus the Game**
*The Huffington Post, October 27, 2011.*

**(175)   A Reply to the @EdgeofSports: Who Exactly Are the 99%?**
*The Huffington Post, October 26, 2011.*

**(176)  A response to Dave Zirin's "Memo to Lawrence Lessig: The Tea Party is No Answer for Occupy USA"**
*The Nation, October 26, 2011.*

**(177)  Something More Than Polarization**
*The Huffington Post, October 25, 2011.*

**(178)  A Letter to the #Occup(iers): The Principle of Non-Contradiction**
*The Huffington Post, October 12, 2011.*

**(179)  #OccupyWallSt v2: What Cross-Partisanship Must Mean**
*The Huffington Post, October 7, 2011.*

**(180)  #OccupyWallSt, Then #OccupyKSt, Then #OccupyMainSt**
*The Huffington Post, October 5, 2011.*

**(181)  Report from the Conference on the Constitutional Convention**
*The Huffington Post, September 30, 2011.*

**(182)  The Good Soul Howard Schultz: Exploiting an Addict Rather Than Ending an Addiction**
*The Huffington Post, August 25, 2011.*

**(183)  A Conference on the Constitutional Convention**
*The Huffington Post, August 10, 2011.*

**(184)  An Open Letter to North Carolina Gov. Bev Perdue: Support Community Broadband**
*The Huffington Post, May 20, 2011.*

**(185)  On the Significance of the Roemer Announcement**
*The Huffington Post, March 3, 2011.*

**(186)  An Obvious Distinction**
*The Huffington Post, November 12, 2010.*

**(187)  In Praise of Tea**
*The Huffington Post, November 11, 2010.*

**(188)  The "Imbecile" and "Moron" Responds: On the Freedoms of Remix Creators**
*The Huffington Post, October 15, 2010.*

**(189)  A Letter to FixCongressFirst.Org: Where We Are, Where We're Going**
*The Huffington Post, October 15, 2010.*

**(190)  Sorkin vs. Zuckerberg**
*The New Republic, October 1, 2010.*

**(191)  How the campaign finance system is eroding confidence in Congress**
*The Washington Post, October 1, 2010.*

**(192)  Democracy After Citizens United**
*Boston Review, September/October 2010.*

**(193)  Neo-Progressives**
*The Huffington Post, September 3, 2010.*

**(194)  Google-Verizon should prompt FCC to demand Net Neutrality**
         *with Susan Crawford, The Mercury News, August 12, 2010.*

**(195)  On the Rage of Gibbs**
         *The Huffington Post, August 12, 2010.*

**(196)  ASCAP's attack on Creative Commons**
         *The Huffington Post, July 10, 2010.*

**(197)  Adding Pathetic to Puny: On Why We're Joining Others to Oppose the DISCLOSE Act**
         *The Huffington Post, June 16, 2010.*

**(198)  Rhode Island's David Segal's Call for a Constitutional Convention**
         *The Huffington Post, June 14, 2010.*

**(199)  The Moment**
         *The Huffington Post, May 22, 2010.*

**(200)  Delusion on the Hill? The Earmark Puzzle**
         *The Huffington Post, May 17, 2010.*

**(201)  Citizens Unite**
         *The Huffington Post, May 16, 2010.*

**(202)  Italy and the Internet**
         *The Huffington Post, May 16, 2010.*

**(203)  OK, So Now I'm a Liar**
         *The Huffington Post, May 11, 2010.*

**(204)  Obama's Pick of Kagan Recognizes the Difference Between 4 and 5**
         *The Huffington Post, May 11, 2010.*

**(205)  Systemic Denial**
         *The Huffington Post, May 4, 2010.*

**(206)  The Democrats' Dirty Money Problem**
         *The Huffington Post, April 27, 2010.*

**(207)  A Better Chance at Justice for Abuse Victims**
         *The New York Times, April 27, 2010.*

**(208)  A Case for Kagan**
         *The Huffington Post, April 26, 2010.*

**(209)  "A Dose of Realism"? How About This for "Realism": We Need Leadership**
         *The Huffington Post, April 19, 2010.*

**(210)  The Democrats' Response to Citizens United: Not (Even Close to) Good Enough**
         *The Huffington Post, April 17, 2010.*

**(211)  Anti-counterfeiting agreement raises constitutional concerns**
         *with Jack Goldsmith, The Washington Post, March 26, 2010.*

**(212)   Letter: Campaign Finance Ruling**
*The New York Times, February 20, 2010.*

**(213)   For the Love of Culture: Google, copyright, and our future**
*The New Republic, February 4, 2010.*

**(214)   How to Get Our Democracy Back**
*The Nation, February 3, 2010*

**(215)   The Internet Under Siege**
*Foreign Policy, November 16, 2009.*

**(216)   Against Transparency**
*The New Republic, October 9, 2009.*

**(217)   Prosecuting Online File Sharing Turns a Generation Criminal**
*US News & World Report, December 22, 2008.*

**(218)   It's Time To Demolish The FCC**
*Newsweek, December 22, 2008.*

**(219)   Change 2.0**
*Newsweek, December 3, 2008.*

**(220)   Can Obama Create a Transformational Presidency?**
*Newsweek, November 30, 2008.*

**(221)   Why The Banks All Fell Down**
*Newsweek, October 27, 2008.*

**(222)   Copyright and Politics Don't Mix**
*The New York Times, October 21, 2008.*

**(223)   In Defense of Piracy**
*Wall Street Journal, October 12, 2008.*

**(224)   How the Founders Failed**
*Stanford Magazine, September 1, 2008.*

**(225)   Independence 2.0**
*Metroactive, August 6, 2008.*

**(226)   Little Orphan Artworks**
*The New York Times, May 20, 2008.*

**(227)   Public Must Fight to Maintain Net Neutrality**
*with Ben Scott, San Francisco Chronicle, April 17, 2008.*

**(228)   Lucasfilm's Phantom Menace**
*The Washington Post, July 12, 2007, at A23.*

**(229)   Credit where Credit's Due**
*Harper's Magazine, April 1, 2007.*

**(230)   Make Way for Copyright Chaos**
*The New York Times, March 18, 2007.*

**(231)  I Blew it on Microsoft**
>        *Wired, January 1, 2007.*

**(232)  Do Not Bow Down Before the Famous on Copyright**
>        *Financial Times, December 7, 2006.*

**(233)  A Costly Addiction**
>        *Wired, November 1, 2006.*

**(234)  Congress Must Keep Broadband Competition Alive**
>        *Financial Times, October 19, 2006.*

**(235)  Free, as in Beer**
>        *Wired, September 1, 2006.*

**(236)  Where the Truth Lies**
>        *Wired, July 1, 2006.*

**(237)  No Tolls on the Internet**
>        *with Robert McChesney, The Washington Post, June 8, 2006.*

**(238)  Crushing Competition**
>        *Wired, May 1, 2006.*

**(239)  Can Microsoft Save the Net?**
>        *Wired, March 1, 2006.*

**(240)  The People Own Ideas!**
>        *MIT Technology Review, February 5, 2006.*

**(241)  When Theft Serves Art**
>        *Wired, January 1, 2006.*

**(242)  Creatives Face a Closed Net**
>        *Financial Times, December 29, 2005.*

**(243)  Why Crush Them?**
>        *Newsweek, November 28, 2005.*

**(244)  Google's Tough Call**
>        *Wired, November 1, 2005.*

**(245)  The march of the web-enabled amateurs**
>        *Financial Times, September 20, 2005.*

**(246)  A Rotten Ruling**
>        *Wired, September 1, 2005.*

**(247)  Do You Floss?**
>        *London Review of Books Vol. 27 No. 16, August 18, 2005.*

**(248)  The Same Old Song**
>        *Wired, July 1, 2005.*

**(249)  Lessig's Rebuttal to Epstein: Epstein is Smart, but Still Wrong**
>        *MIT Technology Review, June 1, 2005.*

**(250)  Voice-Over-IP's Unlikely Hero**
*Wired, May 1, 2005.*

**(251)  Why Your Broadband Sucks**
*Wired, March 1, 2005.*

**(252)  Why Wilco is the Future of Music**
*Wired, February 1, 2005.*

**(253)  Let a Thousand Googles Bloom**
*Los Angeles Times, January 12, 2005.*

**(254)  They're Not Worthy**
*Wired, January 1, 2005.*

**(255)  Technology over Ideology**
*Wired, December 1, 2004.*

**(256)  Bytes and Bullets**
*The Washington Post, November 24, 2004.*

**(257)  Our Kids Are in Big Trouble**
*Wired, October 1, 2004.*

**(258)  Porn Free**
*Wired, September 1, 2004.*

**(259)  Copyrighting the President**
*Wired, August 1, 2004.*

**(260)  Fair Use of 'Fair and Balanced'?**
*Daily Variety, July 14, 2004.*

**(261)  Stamping out Good Science**
*Wired, July 1, 2004.*

**(262)  Antitrust Smackdown**
*Wired, June 1, 2004.*

**(263)  Protectionism Will Kill Recovery!**
*Wired, May 1, 2004.*

**(264)  Insanely Destructive Devices**
*Wired, April 1, 2004.*

**(265)  How I Lost the Big One**
*Legal Affairs, March/April 2004.*

**(266)  Some Like it Hot**
*Wired, March 1, 2004.*

**(267)  Internet Providers Must Not Dictate Content**
*Financial Times, February 20, 2004.*

**(268)  The Commons That Libraries Build**
*Library Journal, February 15, 2004*

**(269)  Stop Making Pills Political Prisoners**
*Wired, February 1, 2004.*

**(270)  A Taste of Our Own Poison**
*Wired, January 1, 2004.*

**(271)  Fiber to the People**
*Wired, December 1, 2003.*

**(272)  The New Road to the White House**
*Wired, November 1, 2003.*

**(273)  Code Breaking: Open Source, Closed Minds**
*CIO Insight, October 1, 2003.*

**(274)  The BBC's lessons for America**
*Financial Times, September 8, 2003.*

**(275)  Code Breaking: Service Calls**
*CIO Insight, June 16, 2003.*

**(276)  Spamsters Know the Law Will Never Be Enforced**
*The Philadelphia Enquirer, May 9, 2003.*

**(277)  Spectrum for All**
*eWeek, March 14, 2003.*

**(278)  Wireless Spectrum: Defining the 'Commons' in Cyberspace**
*eWeek, March 13, 2003.*

**(279)  Laying Down the Law**
*The Guardian, March 13, 2003.*

**(280)  Protecting Mickey Mouse at Art's Expense**
*The New York Times, January 18, 2003.*

**(281)  Copy cats and robotic dogs**
*Red Herring, January 10, 2003.*

**(282)  A Threat to Innovation on the Web**
*Financial Times, December 12, 2002.*

**(283)  Code Breaking: Racing Against Time**
*CIO Insight, December 1, 2002.*

**(284)  Copyright Law and Roasted Pig**
*Red Herring, October 22, 2002.*

**(285)  Time to End the Race for Ever-Longer Copyright**
*Financial Times, October 17, 2002.*

**(286)  Code Breaking: A Bounty on Spammers**
*CIO Insight, September 16, 2002.*

**(287)  Anti-Trusting Microsoft**
*Red Herring, September 10, 2002.*

**(288)  Hollywood v. Silicon Valley: Make New Code, Not War**
*CIO Insight, June 17, 2002.*

**(289)  The End of Innovation?**
*Stanford Lawyer, Spring 2002.*

**(290)  US Should Speed Broadband Development**
*Newsday, January 10, 2002.*

**(291)  Who's Holding Back Broadband?**
*The Washington Post, January 8, 2002.*

**(292)  Innovation, Regulation, and the Internet**
*The American Prospect, December 19, 2001.*

**(293)  May the Source Be With You**
*Wired, December 1, 2001.*

**(294)  The Internet's Undoing**
*Financial Times, November 29, 2001.*

**(295)  It's Still a Safe World for Microsoft**
*The New York Times, November 9, 2001.*

**(296)  Visible Hand**
*The Industry Standard, August 13, 2001.*

**(297)  Jail Time in the Digital Age**
*The New York Times, July 30, 2001.*

**(298)  Jail Time, Digital Style**
*The Moscow Times, July 30, 2001.*

**(299)  Antitrust and Verify: Will Microsoft Admit It Has Lost?**
*The New Republic, July 23, 2001.*

**(300)  The Limits of Credibility**
*The Industry Standard, July 23, 2001.*

**(301)  Artful Dodges**
*The Industry Standard, June 18, 2001.*

**(302)  Copyright Thugs**
*The Industry Standard, May 7, 2001.*

**(303)  Copyright Extensions Absurd**
*The New York Times, April 30, 2001.*

**(304)  Let the Stories Go**
*The New York Times, April 30, 2001.*

**(305)  Just Compensation**
*The Industry Standard, April 16, 2001.*

**(306)  Adobe in Wonderland**
*The Industry Standard, March 19, 2001.*

**(307)   The Rules of Politics**
*The Industry Standard, January 15, 2001.*

**(308)   The Rules of Law**
*The Industry Standard, December 4, 2000.*

**(309)   Government Property**
*The Industry Standard, October 30, 2000.*

**(310)   Straitjacket on the Internet?**
*The Washington Post, October 25, 2000.*

**(311)   Copyrights Rule**
*The Industry Standard, October 2, 2000.*

**(312)   Behind the Curtain**
*The Industry Standard, September 4, 2000.*

**(313)   Microsoft Misreads Professor Lessig. Tie Game.**
*The New Republic, August 14, 2000.*

**(314)   Right Back At Ya**
*The Industry Standard, July 24, 2000.*

**(315)   Europe's "Me-Too" Patent Law**
*Financial Times, July 11, 2000.*

**(316)   End Game**
*The New Republic, June 19, 2000.*

**(317)   The Limits of Copyright**
*The Industry Standard, June 19, 2000.*

**(318)   Will AOL Own Everything?**
*Time, June 19, 2000.*

**(319)   A Letter to Bill**
*The Industry Standard, June 5, 2000.*

**(320)   Cracking the Microsoft Case**
*with Larry Kramer, The Boston Globe, June 5, 2000*

**(321)   Technology Will Solve Web Privacy Problems**
*The Wall Street Journal, May 31, 2000.*

**(322)   In Search of Skeptics**
*The Industry Standard, April 17, 2000.*

**(323)   Battling Censorware**
*The Industry Standard, April 3, 2000.*

**(324)   Online Patents: Keep Them Pending**
*The Wall Street Journal, March 23, 2000.*

**(325)   Cyberspace Prosecutor**
*The Industry Standard, February 21, 2000.*

**(326)  Who's Controlling Cyberspace?**
*Computerworld, February 7, 2000.*

**(327)  Judgment Calls**
*Daily Deal, February 2, 2000.*

**(328)  Code is Law: On Liberty in Cyberspace**
*Harvard Magazine (January/February 2000).*

**(329)  Patent Problems**
*The Industry Standard, January 21, 2000.*

**(330)  Connection Trouble**
*Slate, January 20, 2000.*

**(331)  Common Ground**
*Slate, January 19, 2000.*

**(332)  Cyber-Liberty Depends on the Architecture**
*Slate, January 18, 2000.*

**(333)  Real World Libertarians and the Net**
*Slate, January 17, 2000.*

**(334)  The Net, Version 2000**
*The Industry Standard, December 27, 1999.*

**(335)  The Values of Code (and *Code*)**
*The Atlantic Online, December 13, 1999.*

**(336)  The Code of Cyberspace**
*The Industry Standard, December 6, 1999.*

**(337)  G-Rated Browsers**
*The Industry Standard, December 3, 1999.*

**(338)  The Prolific Iconoclast: Richard Posner**
*American Lawyer, Vol. 21 Issue 11, December 1, 1999.*

**(339)  Architecting Innovation**
*The Industry Standard, November 14, 1999.*

**(340)  Filtering Content**
*The Industry Standard, October 15, 1999.*

**(341)  Thinking Different(ly)**
*The Industry Standard, September 10, 1999.*

**(342)  The Cable Debate, Pt. II**
*The Industry Standard, July 20, 1999.*

**(343)  Broadband Blackmail**
*The Industry Standard, June 15, 1999.*

**(344)  Coding Privacy**
*The Industry Standard, May 20, 1999.*

**(345)  The Problem with Patents**
*The Industry Standard, April 23, 1999.*

**(346)  The Code is the Law**
*The Industry Standard, April 9, 1999.*

**(347)  Memo to the Leviathan**
*The Industry Standard, March 5, 1999.*

**(348)  Pain in the OS**
*The Industry Standard, February 5, 1999.*

**(349)  The Spam Wars**
*The Industry Standard, December 31, 1998.*

**(350)  Net Gains: Will Technology Make CBS Unconstitutional?**
*with Yochai Benkler, The New Republic, December 14, 1998.*

**(351)  Sign It and Weep**
*The Industry Standard, November 20, 1998.*

**(352)  Digital Dog Tags**
*The Industry Standard, October 16, 1998.*

**(353)  A Bad Turn for Net Governance**
*The Industry Standard, September 18, 1998.*

**(354)  In Defiance of the Public Interest**
*with Pamela Samuelson, The Washington Post, July 13, 1998.*

**(355)  Tyranny in the Infrastructure**
*Wired, July 1, 1997.*

**(356)  A Good Plan for a Bad Idea**
*The Wall Street Journal, December 6, 1996.*

**(357)  An End Run to a Balanced Budget**
*Los Angeles Times, January 17, 1995.*

## ADDRESSES, CONFERENCES, AND WORKSHOPS

*available at https://lessig.org/gigs/*

Clerk of the Superior Court
*** Electronically Filed ***
I. Osuna, Deputy
6/24/2024 3:24:35 PM
Filing ID 18041916

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 North Central Ave.
Phoenix, AZ 85004
Telephone: 602-542-3881
crmfraud@azag.gov

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | Case No.:   **CR2024-006850-001** |
| Plaintiff, | **CR2024-006850-002** |
| | **CR2024-006850-003** |
| | **CR2024-006850-004** |
| vs. | **CR2024-006850-005** |
| | **CR2024-006850-006** |
| **KELLI WARD (001),** | **CR2024-006850-007** |
| **TYLER BOYWER (002),** | **CR2024-006850-008** |
| **NANCY COTTLE (003),** | **CR2024-006850-009** |
| | **CR2024-006850-010** |
| **JACOB HOFFMAN (004),** | **CR2024-006850-011** |
| **ANTHONY KERN (005),** | **CR2024-006850-012** |
| **JAMES LAMON (006),** | **CR2024-006850-013** |
| **ROBERT MONTGOMERY (007),** | **CR2024-006850-014** |
| **SAMUEL MOORHEAD (008),** | **CR2024-006850-015** |
| **LORAINE PELLIGRINO (009),** | **CR2024-006850-016** |
| | **CR2024-006850-017** |
| **GREGORY SAFSTEN (010),** | **CR2024-006850-018** |
| **MICHAEL WARD (011),** | |
| **RUDOLPH GIULIANI (012),** | **STATE'S MOTION FOR  PROTECTIVE ORDER** |
| **JOHN EASTMAN (013),** | (Assigned to the Honorable Christina Henderson) |

BORIS EPSHTEYN (014),

JENNA ELLIS (015),

CHRISTINA BOBB (016),

MICHAEL ROMAN (017),

MARK MEADOWS (018),

               Defendants.

The State requests this Court grant a protective order that (1) authorizes the State to disclose the State Grand Jury transcripts and 31 exhibits to defense counsel and (2) limits the dissemination of these materials by defense counsel, as authorized by Rule 15.5. Based on the number of transcripts and exhibits, disclosure will allow defense counsel a better opportunity to review the materials. A protective order will account for Arizona's "broader statutory framework protecting grand jury secrecy." *State v. Bergin*, 256 Ariz. 462, ¶ 21 (App. 2023); ER 3.8, cmt. 3 ("a prosecutor may seek an appropriate protective order from the tribunal if disclosure of information to the defense could result in substantial harm to an individual or to the public interest.").

Pursuant to Arizona Rules of Criminal Procedure 15.5(a)(2), this Court, for good cause, may regulate disclosure under Rule 15. Regulation is appropriate if the Court finds disclosure would result in a risk or harm outweighing any usefulness to any party and the risk cannot be eliminated by a less substantial

restriction. Due to the sensitive nature of grand jury proceedings, the State requests this Court enter a limited order restricting the defendant's use and dissemination of such sensitive information.

The State also will redact the names of the State Grand Jurors. *Morgan v. Dickerson*, 253 Ariz. 207, 213, ¶ 25 (2022) (holding that "public access to jurors' names promotes neither fairness in voir dire proceedings nor the perception of fairness."). Defense counsel may still access the redacted transcripts at the court if necessary to consider the jurors' names or challenge a grand juror under Rule 12.8.

Accordingly, the State requests this Court to issue an order providing that:

1. Defense counsel shall maintain the State Grand Jury transcripts and exhibits from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. The defendants may review the grand jury transcripts and exhibits in the presence of defense counsel or other members of the defense teams. The parties agree that

review at the office of defense counsel constitutes being the presence of the defense team for purposes of this Order. The defendant may not retain a copy of the grand jury transcripts and exhibits. Any copies must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

2. Defense counsel shall maintain a copy of the order and shall ensure that the State Grand Jury transcripts and exhibits are identified in any case management system as subject to this protective order.

3. With respect to any discovery provided by the State under this Order, said discovery is for use in the defense of this criminal case only, but also includes any appeal, collateral attack, or other post-conviction proceeding.

RESPECTFULLY SUBMITTED this 24th day of June, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL


*/s/  Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
this 24th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Christina Henderson
Maricopa County Superior Court

COPY of the foregoing emailed
this 24th day of June, 2024 to:

Bradley Lewis Miller
Brad Miller Law LLC
office@bradlmiller.com
*Counsel for Defendant Kelli Ward (001) and Michael Ward (011)*

Andrew Pacheco
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

John Dosdall
Jackson White
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle (003)*

Timothy LaSota
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

Andrew Mercantel
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

M. Daniel Evans
Amanda Lauer
Office of the Legal Defender
minute@old.maricopa.gov
*Counsel for Defendant Robert Montgomery (007)*

Jeffrey Cloud
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Samuel Moorhead (008)*

Joshua Kolsrud
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

Rudy Giuliani
Mailed to residential address in New York, New York

Ashley Adams
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey
Arizona Chamber of Commerce & Industry
mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn (014)*

Matthew Brown
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

Thomas Jacobs
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman
Ashley Fitzwilliams
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman (017)*

Anne Chapman
Mitchell Stein Cary Chapman PC
anne@mscclaw.com
*Counsel for Defendant Mark Meadows (018)*

Clerk of the Superior Court
*** Electronically Filed ***
M. Yelverton, Deputy
6/26/2024 9:16:39 PM
Filing ID 18059317

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000
NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | Case No.: **CR2024-006850-004** |
| Plaintiff, | **CR2024-006850-005** |
| | **CR2024-006850-006** |
| vs. | **CR2024-006850-016** |
| | **CR2024-006850-017** |
| **JACOB HOFFMAN (004),** | **CR2024-006850-018** |
| **ANTHONY KERN (005),** | |
| **JAMES LAMON (006),** | **REPLY TO MEADOWS'S RESPONSE** |
| **CHRISTINA BOBB (016),** | **TO STATE'S MOTION FOR** |
| **MICHAEL ROMAN (017),** | **PROTECTIVE** |
| **MARK MEADOWS (018),** | **ORDER** |
| Defendant. | (Assigned to the Honorable Christina Henderson) |

The State requests this Court grant a protective order that (1) authorizes the State to disclose a redacted version of the State Grand Jury transcripts and 31 exhibits to defense counsel, (2) limits the dissemination of these materials, as

authorized by Rule 15.5, and (3) requires defendant to return or destroy all copies of unredacted versions of the state grand jury transcript.

Defendant Meadows contends there is no legal basis for the State's request for a protective order, *see* Resp. at 3, but A.R.S. § 21-411(A) permits the Court to deny a portion or even the entire grand jury transcript to a defendant "upon a showing of extraordinary circumstances by a prosecuting officer." And Rule 15.5 provides the mechanism for the State to disseminate a redacted copy of the grand jury transcripts.

"Unlike an ordinary judicial inquiry, where publicity is the rule, grand jury proceedings are secret." *Levine v. United States*, 362 U.S. 610, 617 (1960). Grand jury proceedings and records have been "kept from the public eye" since the 17th century. *Douglas Oil Co. v. Petrol Stops Nw.*, 441 U.S. 211, 218 n.9 (1979). This common-law "rule of grand jury secrecy" remains "an integral part of our criminal justice system." *Id*. The Supreme Court has identified a "public interest in [this] secrecy." *Id.* at 223. Secrecy "insulates the grand jury from public pressure, protects witnesses and targets of grand jury investigations, and encourages witness cooperation." *State v. Bergin*, 256 Ariz. 462, ¶ 34 (App. 2023) (citing *Samaritan Health Sys. v. Superior Court*, 182 Ariz. 219, 221 (App. 1994)). There is no public interest in disclosing the names of the grand jurors. *See Morgan v. Dickerson*, 253

Ariz. 207, 213, ¶ 25 (2022) (holding that "public access to jurors' names promotes neither fairness in voir dire proceedings nor the perception of fairness.").

Extraordinary circumstances justify limiting the dissemination of unredacted versions of the grand jury transcript, including: (1) widespread and invasive public interest about these state grand jury proceedings, and in particular the makeup of the grand jury, has already been demonstrated in this case; (2) similarly situated grand jurors in the Georgia fake elector case had their identities and personal information disseminated online, accompanied by threats, slurs, and other vitriol; (3) given the number of defendants and defense counsel teams, the risk of one or more copies of the unredacted transcripts being disseminated to the public is high; and (4) there have already been leaks about the grand jury proceedings.

First, widespread public attention to this case necessitates limits on the dissemination of the unredacted grand jury transcript.  This has led to several apparently unlawful disclosures of details from the State Grand Jury proceedings to national media by anonymous sources,[1] including a particular interest on the

---

[1] *See, e.g.*, Betsy W. Swan, *Pro-Trump fake electors in Arizona have pleaded the Fifth before grand jury*, Politico (Mar. 28, 2024), https://www.politico.com/news/2024/03/28/arizona-fake-electors-grand-jury-plead-fifth-00149605 (last accessed June 22, 2024); Kyle Cheney & Betsy W. Swan, *Arizona grand jury indicts Meadows, Giuliani, other Trump allies for 2020 election interference*, Politico (April 24, 2024), https://www.politico.com/news/2024/04/24/arizona-election-indictments-giuliani-meadows-trump-00154241.

composition of the State Grand Jury.[2] *See* A.R.S. § 13-2812 (criminalizing unauthorized disclosure of the "nature or substance" of grand jury proceedings).

Second, a similar case out of Georgia involving some of the same defendants demonstrates the risk of harassment to the State Grand Jurors should an unredacted version of the transcripts find its way into the public. Unlike in Arizona, the names of the grand jurors in Georgia are listed on the indictment. Within days of the indictment becoming public, the grand jurors' identities and personal information were circulated on far-right websites, along with threats, slurs, and vitriol. *See Odette Yousef, Threats, slurs and menace: Far-right websites target Fulton County grand jurors*, NPR (August 18, 2023), https://www.npr.org/2023/08/18/1194471162/trump-indictment-fulton-county-grand-jurors-threats (last accessed June 22, 2024) ("Amid a torrent of other posts speculating on the race and religion of the jurors, and rife with derogatory slurs, the implication was clear: This was a target list."). Given the similarity of the two cases, a similar result could reasonably be expected should an unredacted version of the grand jury transcripts be disclosed to the public.

Throughout the grand jury proceedings, there have already been leaks to the media. Much of this information could only have been known by attorneys or witnesses

---

[2] Betsy W. Swan & Kyle Cheney, *Inside the unusually aggressive Arizona grand jury that indicted Trump's allies*, POLITICO (May 10, 2024), https://www.politico.com/news/2024/05/10/inside-arizona-grand-jury-trump-indictment-00157447

involved in the grand jury proceedings. For example, one news article relied extensively on an anonymous witness to describe the makeup of the grand jury, the types of questions asked of the witness, and the length of the questioning. Betsy W. Swan & Kyle Cheney, *Inside the unusually aggressive Arizona grand jury that indicted Trump's allies*, POLITICO (May 10, 2024), https://www.politico.com/news/2024/05/10/inside-arizona-grand-jury-trump-indictment-00157447. And another article reported on several witness receiving subpoenas to testify before the grand jury, despite acknowledging that the disclosure of such information was prohibited by Arizona law. *See* Betsy W. Swan & Kyle Cheney, *Reps. Andy Biggs, Paul Gosar subpoenaed in Arizona probe of Trump fake electors*, POLITICO (May 10, 2024). Unless the Court puts in place appropriate protective measures, therefore, the risk of further leaks and unauthorized disclosure of the grand jury proceedings is high.

Given that there are eighteen defendants in this case, most represented by different attorneys and their staff, and there are several days of grand jury transcripts, the sheer number of unredacted transcripts exponentially increases the risk of dissemination to the public. As Defendant Meadows has noted in his response, his counsel has already made numerous copies of the unredacted transcripts and disseminated them to his legal team and to the defendant himself. Presumably other defense counsel have done so as well. A protective order ordering the return or destruction of any unredacted copies is therefore necessary to prevent the risk of dissemination to the public.

The State recognizes the defendants have the right and need to review the grand jury transcripts and exhibits.   A.R.S. § 21-411(A).   A protective order permitting the State to disclose the redacted version will both account for Arizona's "broader statutory framework protecting grand jury secrecy," while also allowing defense counsel a better opportunity to review the materials from the convenience of their offices rather than taking turns reviewing a copy at the courthouse.   *State v. Bergin*, 256 Ariz. 462, ¶ 21 (App. 2023); ER 3.8, cmt. 3 ("a prosecutor may seek an appropriate protective order from the tribunal if disclosure of information to the defense could result in substantial harm to an individual or to the public interest.").   And to the extent Defense counsel needs to consider the jurors' names or challenge a grand juror under Rule 12.8, they would still have access the unredacted transcripts at the court.

The State has a redacted version of the State Grand Jury transcripts ready to share with defense counsel for each defendant, so the requested protective order will not be unduly disruptive to their ability to prepare any motions to remand under Rule 12.9.   Nor will an order to return or destroy the unredacted copy be unduly burdensome, given the competing interests of maintaining grand jury secrecy outlined above.

Accordingly, the State requests this Court to issue an order providing that:

1. Defense counsel shall maintain the State Grand Jury transcripts and exhibits

from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams, including the Defendants, receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. Any copies, including copies provided to the Defendants, must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

2. Defense counsel shall maintain a copy of the order and shall ensure that the State Grand Jury transcripts and exhibits are identified in any case management system as subject to this protective order.

3. With respect to any discovery provided by the State under this Order, said discovery is for use in the defense of this criminal case only, but also includes any appeal, collateral attack, or other post-conviction proceeding.

Respectfully submitted June 26, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/  Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
This 26th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Christina Henderson
Maricopa County Superior Court

COPY of the foregoing emailed
this 26th day of June, 2024 to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Roger Contreras
rcontreras@cochise.az.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Rudy Giuliani
truthandjustice4u@protonmail.com
*Pro Se Defendant 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittlelaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

*/s/Krista Wood*
PHX-#12097075-v1

Clerk of the Superior Court
*** Electronically Filed ***
I. Osuna, Deputy
6/28/2024 4:55:21 PM
Filing ID 18073582

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| THE STATE OF ARIZONA, | Case No**.: CR2024-006850-001**<br>**CR2024-006850-004**<br>**CR2024-006850-006 X**<br>**CR2024-006850-011**<br>**CR2024-006850-013**<br>**CR2024-006850-014** |
| Plaintiff, | |
| vs. | |
| **KELLI WARD (001),** | **NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751** |
| **JACOB HOFFMAN (004),** | |
| **JAMES LAMON (006),** | **AND** |
| **MICHAEL WARD (011),** | **REQUEST TO SET OMNIBUS BRIEFING SCHEDULE** |
| **JOHN EASTMAN (013),** | |
| **BORIS EPSHTEYN (014),** | (Assigned to the Honorable Daniel Martin) |
| Defendants. | (Honorable Jennifer E. Green, Presiding Judge) |

The State of Arizona, through undersigned counsel, hereby informs the Court that

the State intends to file a limited response addressing the "prima facie proof" component

of Defendants Kelli Ward, Jacob Hoffman, James Lamon, John Eastman, and Boris Epshteyn's respective motions to dismiss under Arizona's anti-SLAPP law, A.R.S. § 12-751(B).[1] In the interest of avoiding repetitive filings and to preserve judicial economy, the State also requests the Court exercise its discretion to align its consideration of these motions by allowing the State to file a single omnibus response.

## DISCUSSION

"A trial court has broad discretion over the management of its docket." *Findlay v. Lewis*, 172 Ariz. 343, 346 (1992). Under Arizona's anti-SLAPP law,

> a motion to dismiss or quash may be filed within sixty days after the service of the complaint or other document on which the motion is based or, in the court's discretion, at any later time on terms that the court deems proper, including a later time after there is actual notice of a party's misconduct.

A.R.S. § 12-751(D). Thus, A.R.S. § 12-751 vests the Court with discretion to address a motion to dismiss in the manner that most promotes judicial efficiency and the interests of all involved parties. Moreover, because the statute does not provide a deadline for a response to a motion to dismiss filed in a criminal case, the Arizona Rules of Criminal Procedure apply and provide the Court explicit authority to adjust motion deadlines where appropriate. Ariz. R. Crim. P. 1.9(d); *State v. Colvin*, 231 Ariz. 269, 271, ¶ 7 (App. 2013) ("Trial courts have discretion to extend the time for filing motions . . . .").

Here, since June 21, 2024, five defendants—Kelli Ward, Michael Ward, Jacob Hoffman, James Lamon, and John Eastman—have filed separate motions to dismiss

---

[1] The State reserves the right to further respond to rebut the Defendants' claims in the event the Court finds the defendants have established "prima facie proof that the legal action was substantially motivated by a desire to deter, retaliate against or prevent the lawful exercise of a constitutional right." A.R.S. § 12-571(B)

invoking A.R.S. § 12-751.[2] Given these circumstances, as well as the overlapping legal arguments and factual issues presented in each motion, a single, omnibus response, followed by a single reply deadline provides the most efficient solution to resolve the motions.

Accordingly, the State respectfully requests that the Court permit the State to file an omnibus response on the following timeline:

- Response Deadline for any Motion to Dismiss under A.R.S § 12-751 filed by June 28, 2024: **July 22, 2024.**

- Reply Deadline to State's Response: **August 9, 2024.**

The State has contacted defense counsel for each of the named Defendants above, who do not object to this motion.

## CONCLUSION

For the reasons stated above, the State requests the Court grant its request to align the briefing schedule for Defendants' motions to dismiss under A.R.S. § 12-751 and adopt the State's proposed deadlines.

---

[2] The State anticipates that additional motions to dismiss pursuant to A.R.S. § 12-751 will be filed by other defendants in this case. Those motions can either be grouped together as suggested by the above, or the parties and the Court can formulate other solutions.

Respectfully submitted June 28, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/  Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
this 28th day of June, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Daniel Martin
Maricopa County Superior Court

The Honorable Jennifer E. Green
Presiding Judge
Maricopa County Superior Court

COPY of the foregoing emailed
this 28th day of June, 2024 to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Danny Evans
 Danny.Evans@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Rudy Giuliani
truthandjustice4u@protonmail.com
*Pro Se Defendant 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittlelaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

By: /s/ Gilda Martinez
#12106968

CLERK OF THE SUPERIOR COURT
FILED

07-01-2024 at 11:24 c. m
E. Ross, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

STATE OF ARIZONA,               )   No. CR2024-006850-018
                                )
        Plaintiff,              )   **ORDER**
                                )
v.                              )
                                )
MARK MEADOWS (18),              )
                                )
        Defendant.              )
_____ )

    Having before it Defendant Mark Meadows' Unopposed Motion to Extend Time to File Motion to Challenge Grand Jury and Grand Jury Proceedings, there being no objection from the State, and good cause appearing therefore:

    **IT IS HEREBY ORDERED** granting the Motion.

    **IT IS FURTHER ORDERED** any Motion to Challenge Grand Jury and Grand Jury Proceedings shall be filed on or before September 23, 2024.

    DATED this _1st_ day of July 2024.

                                    _____
                                    Maricopa County Superior Court

Clerk of the Superior Court
*** Electronically Filed ***
I. Osuna, Deputy
7/2/2024 11:44:14 AM
Filing ID 18087266

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice motion pending*

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | No. CR2024-006850-018 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT MARK MEADOWS'S** |
| | ) | **MOTION FOR PERMISSION TO** |
| v. | ) | **FILE SUR-REPLY IN OPPOSITION** |
| | ) | **TO STATE'S MOTION FOR** |
| MARK MEADOWS (18), | ) | **PROTECTIVE ORDER** |
| | ) | |
| Defendant. | ) | (Assigned to Honorable Daniel Martin) |
| | ) | |
| | ) | (Honorable Jennifer E. Green, Presiding |
| | ) | Criminal) |

Defendant Mark Meadows respectfully requests the Court accept and consider his proposed Sur-reply in opposition to the State's Motion for Protective Order, which is being filed contemporaneously with this request. The Court should allow and consider the Sur-reply because, as explained in that filing, the State's Reply raises issues, arguments, and legal authorities that were not included in its Motion for Protective Order. Meadows should have the chance to respond to those new matters raised for the first time in the State's Reply. A form of order is attached for the Court's convenience.

RESPECTFULLY SUBMITTED July 2, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:   */s/ Anne Chapman*

Anne Chapman
Lee Stein
George J. Terwilliger III*
*\* Pro Hac Vice motion pending*
*Attorneys for Defendant Mark Meadows*

**ORIGINAL** of the foregoing **E-FILED**
July 2, 2024, with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
July 2, 2024, to:

Nicholas Klingerman, Esq.
Krista Wood, Esq.
Assistant Attorney Generals
2005 N. Central Avenue
Phoenix, Arizona 85004
crmfraud@azag.gov
*Counsel for the State of Arizona*

Bradley Lewis Miller, Esq.
Brad Miller Law LLC
office@bradmiller.com
*Counsel for Defendants Kelli Ward (001)
and Michael Ward (011)*

Andrew Pacheco, Esq.
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

//

-2-

John Dosdall, Esq.
Jackson White, Esq.
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle*
*(003)*

Timothy LaSota, Esq.
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

Andrew Mercantel, Esq.
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik, Esq.
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper, Esq.
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

Jeffrey Cloud, Esq.
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Sammuel Moorhead (008)*

Joshua Kolsrud, Esq.
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones, Esq.
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

//
//
//

-3-

Ashley Adams, Esq.
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey, Esq.
Arizona Chamber of Commerce & Industry
Mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn*
*(014)*

Matthew Brown, Esq.
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

Thomas Jacobs, Esq.
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman, Esq.
Ashley Fitzwilliams, Esq.
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre, Esq.
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman*
*(017)*


  /s/ B. Wolcott

-4-

Clerk of the Superior Court
*** Electronically Filed ***
M. Yelverton, Deputy
7/2/2024 11:45:51 AM
Filing ID 18087274

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice motion pending

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | No. CR2024-006850-018 |
| Plaintiff, | **DEFENDANT MARK MEADOWS'S PROPOSED SUR-REPLY IN OPPOSITION TO STATE'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| MARK MEADOWS (18), | (Assigned to Honorable Daniel Martin) |
| Defendant. | (Honorable Jennifer E. Green, Presiding Criminal) |

Defendant Mark Meadows submits this proposed Sur-reply for the Court's consideration in opposition to the State's Motion for Protective Order. The Court should allow and consider this Sur-reply because the State's Reply raises issues, arguments, and legal authorities that were not included in its Motion. Meadows should have the chance to respond to those new matters raised for the first time in the State's Reply. And the Court should deny the State's Motion for Protective Order because the State has failed to make

the required "showing of extraordinary circumstances" that is required before the Court may deny the defendant a portion of the grand-jury transcript. A.R.S. § 21-411(A); *see also* Ariz. R. Crim. P. 12.7(c).

As noted in Meadows's Response, the State did not include a single legal authority in its Motion that would support its request for a protective order. In its Reply, the State now argues that A.R.S. § 21-411(A), which was not even cited in its Motion, provides a legal basis for the Court to grant the requested protected order. That statute states in relevant part:

> The [grand-jury] transcript or a portion of the transcript may be denied to a defendant by the court upon a showing of extraordinary circumstances by a prosecuting officer.

A.R.S. § 21-411(A). The State's attempt to make the required showing for the first time in its Reply is plainly deficient and does not justify the Court withholding any portion of the grand-jury proceedings from defendant Meadows or ordering the other unlawful limitations on defendant Meadows's ability to review the grand-jury proceedings that led to his indictment.

An indicted defendant "is entitled to all transcripts of the proceeding from which his indictment was returned." *See Franzi v. Super. Ct.*, 139 Ariz. 556, 567 (1984). In particular, a defendant is entitled to review "a list of the names of the grand jurors" and their voir dire "examination conducted by the court." *State ex rel. Hastings v. Sult*, 162 Ariz. 112, 114 (1989). The defendant needs this material so he "can determine . . . whether the grand jurors were properly voir dired and whether the requisite number of grand jurors voted to indict." *Id.*

Only "[o]n a showing of extraordinary circumstances by the prosecutor, portions of the transcript may be withheld from the defendant." *Franzi*, 139 Ariz. at 567 (citing A.R.S. § 21–411(A)). If the prosecutor fails to make the required showing, "all testimony of the proceedings from which the indictment is returned is to be turned over to the defendant." *Id.*

1
2
3
4
5

The State has failed to make the required "showing of extraordinary circumstances" that would justify the Court withholding a portion of the grand-jury transcript from Meadows or otherwise limiting his ability to review those proceedings. None of the circumstances advanced by the State, separately or together, provide a legally sufficient basis.

6
7
8
9
10
11
12

First, the State claims that widespread public interest in this case, and particularly the previous media reports about the grand-jury proceedings, justifies limiting Meadows's ability to review the proceedings. But the media reports cited by the State came in March, April, and May 2024, months and weeks before Meadows's counsel obtained copies of the grand-jury transcripts on June 12. And Meadows himself was not a witness in the grand-jury proceedings – meaning any disclosure of grand-jury information did not come from Meadows or from his counsel.

13
14
15
16
17
18
19
20

Second, relying only on a single news report, the State claims that Meadows should not have access to information about the grand-jury proceedings that resulted in his indictment in Arizona because grand jurors in a totally separate prosecution in the state of Georgia, where the names of grand jurors who returned an indictment are presumptively public, faced online harassment. What reportedly happened in Georgia is not an extraordinary circumstance justifying the Court's limiting Meadows's ability to defend himself here. The grand juror's names have already been provided to defense counsel here and there have been no reports of harassment.

21
22
23
24
25
26
27
28

Third, the State suggests that the number of defendants in this case justifies its proposed protective order, and blames any media leaks on "attorneys or witnesses involved in the grand jury proceedings." But, again, Meadows and his lawyers were not involved in those proceedings, and the State itself decided how many defendants to prosecute in this case. In any event, the State has no information or evidence linking the media leaks to witnesses or their attorneys – the leaks could have just as easily come from the grand jurors themselves, the prosecutors presenting the case, or others involved in the proceedings.

-3-

1    Additionally, as the State acknowledges, Meadows and his counsel obtained and

2  began reviewing the grand-jury transcripts before the State filed its Motion for Protective

3  Order. The State points to nothing suggesting that Meadows or his lawyers improperly

4  disseminated these materials in the weeks that have passed since then, and they have not.

5  Simply because there are many defendants and lawyers in this case does not justify

6  placing post-hoc limits on Meadows's ability to review the grand-jury proceedings that

7  led to his indictment.

8    The materials from the grand jury in this matter are indisputably voluminous. The

9  limitations proposed by the State will therefore unduly burden Meadows's right to

10  participate in his own defense. The State has no legal basis for its retroactive request to

11  limit defendant Meadows himself from receiving and reviewing information concerning

12  the grand-jury proceedings (including the transcripts which he already has), or to limit

13  him to reviewing the transcripts and exhibits from the proceedings in the presence of his

14  counsel. *Willis v. Bernini*, 253 Ariz. 453, 460 ¶ 23 (2022) ("Inherent in a fair and

15  impartial hearing [before the grand jury] is the fair and impartial presentation of

16  evidence.").

17    The Court should deny the State's Motion for Protective Order.

18    RESPECTFULLY SUBMITTED July 2, 2024.

19

20    MITCHELL | STEIN | CAREY | CHAPMAN, PC

21    By:   */s/ Anne Chapman*

22    Anne Chapman
      Lee Stein
23    George J. Terwilliger III*
      *\* Pro Hac Vice motion pending*
24    *Attorneys for Defendant Mark Meadows*

25

26  //

27  //

28  //

-4-

**ORIGINAL** of the foregoing **E-FILED**
July 2, 2024, with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing
**DELIVERED VIA E-FILING**
July 2, 2024, to:

Nicholas Klingerman, Esq.
Krista Wood, Esq.
Assistant Attorney Generals
2005 N. Central Avenue
Phoenix, Arizona 85004
crmfraud@azag.gov
*Counsel for the State of Arizona*

Bradley Lewis Miller, Esq.
Brad Miller Law LLC
office@bradmiller.com
*Counsel for Defendants Kelli Ward (001)*
*and Michael Ward (011)*

Andrew Pacheco, Esq.
Ryan Rapp Pacheco Sorensen PLC
apacheco@rrpklaw.com
*Counsel for Defendant Tyler Bowyer (002)*

John Dosdall, Esq.
Jackson White, Esq.
jdosdall@jacksonwhitelaw.com
*Counsel for Defendant Nancy Cottle*
*(003)*

Timothy LaSota, Esq.
Timothy A. LaSota PLC
tim@timlasota.com
*Counsel for Defendant Jacob Hoffman (004)*

*//*
*//*

-5-

Andrew Mercantel, Esq.
Attorneys for Freedom Law Firm
Andy@attorneysforfreedom.com
*Counsel for Defendant Anthony Kern (005)*

Dennis Wilenchik, Esq.
Wilenchik & Bartness
admin@wb-law.com
Lacy Cooper, Esq.
Schmitt Schneck Casey Even & Williams, PC
Lacy@azbarristers.com
*Counsel for Defendant James Lamon (006)*

Jeffrey Cloud, Esq.
JCloud Law PLLC
jcloud@jcloudlaw.com
*Counsel for Defendant Sammuel Moorhead (008)*

Joshua Kolsrud, Esq.
Kolsrud Law Offices
josh@kolsrudlawoffices.com
*Counsel for Defendant Loraine Pellegrino (009)*

Richard K. Jones, Esq.
Office of the Public Defender
OPD_Minute_entries@maricopa.gov
*Counsel for Defendant Gregory Safsten (010)*

Ashley Adams, Esq.
Adams & Associates PLC
aadams@azwhitecollarcrime.com
*Counsel for Defendant John Eastman (013)*

Michael Bailey, Esq.
Arizona Chamber of Commerce & Industry
Mbailey@azchamber.com
*Counsel for Defendant Boris Epshteyn*
*(014)*

Matthew Brown, Esq.
Matt@brownandlittlelaw.com
*Counsel for Defendant Jenna Ellis (015)*

Thomas Jacobs, Esq.
Law Offices of Thomas Jacobs
tjacobs@jacobsazlaw.com
*Counsel for Defendant Christina Bobb (016)*

Kurt Altman, Esq.
Ashley Fitzwilliams, Esq.
Altman Law & Policy
Admin@altmanaz.com
Patricia Gitre, Esq.
patgitre@patriciagitre.com
*Counsel for Defendant Michael Roman
(017)*


  */s/ B. Wolcott*

Clerk of the Superior Court
*** Electronically Filed ***
07/02/2024 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                              07/01/2024


                                          CLERK OF THE COURT
HONORABLE CHRISTINA HENDERSON                      E. Ross
                                                   Deputy


STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

                                          COMM. HENDERSON
                                          VICTIM WITNESS DIV-AG-CCC



MINUTE ENTRY



        The Court is in receipt of Defendant Mark Meadows' Unopposed Motion to Extend Time to File Motion to Challenge Grand Jury and Grand Jury Proceedings.

        There being good cause appearing,

        IT IS ORDERED granting the motion and extending the deadline to 09/23/2024.

        All in accordance with the formal written Order signed by the Court on 07/01/2024 and filed by the Clerk on 07/01/2024.

Clerk of the Superior Court
*** Electronically Filed ***
A. Williams, Deputy
7/2/2024 4:05:07 PM
Filing ID 18091241

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Cause No.   CR2024006850-001 |
| | CR2024006850-002 |
| Plaintiff, | CR2024006850-003 |
| | CR2024006850-004 |
| v. | CR2024006850-005 |
| | CR2024006850-006 |
| **KELLI WARD (001),** | CR2024006850-007 |
| **TYLER BOWYER (002),** | CR2024006850-008 |
| **NANCY COTTLE (003),** | CR2024006850-009 |
| **JACOB HOFFMAN (004),** | CR2024006850-010 |
| **ANTHONY KERN (005),** | CR2024006850-011 |
| **JAMES LAMON (006),** | CR2024006850-012 |
| **ROBERT MONTGOMERY (007),** | CR2024006850-013 |
| **SAMUEL MOORHEAD (008),** | CR2024006850-014 |
| **LORRAINE PELLEGRINO (009),** | CR2024006850-015 |
| **GREGORY SAFSTEN (010),** | CR2024006850-016 |
| **MICHAEL WARD (011),** | CR2024006850-017 |
| **RUDOLPH GIULIANI (012),** | CR2024006850-018 |
| **JOHN EASTMAN (013),** | |
| **BORIS EPSHTEYN (014),** | |
| **JENNA ELLIS (015),** | **PLAINTIFF'S RULE 15.1** |
| **CHRISTINA BOBB (016),** | **SECOND SUPPLEMENTAL** |
| **MICHAEL ROMAN (017),** | **DISCLOSURE** |
| **MARK MEADOWS (018),** | |
| | Honorable Bruce Cohen |
| Defendants. | |

1

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

1.    *Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                           BATES No.:

**X (TWITTER)**
Anthony Kern
    Extracted Kern Subscriber Info
        51740855-account                                024738
        51740855-account-creation-ip                    024739
        51740855-ip-audit                               024740-024970
        51740855-phone-number                           024971
        Declaration                                     024972
        README                                          024973
        Twitter-public-key-gpg.asc                      024974
    Extracted Kern Tweets
        51740855_tweets_media                           024976-025028
            024976 1323658819361124352-EI6UqPpVcAAtZSn
            024977 1323967096233947139-EI-tDoWU4AENioK
            024978 1326524617389846528-EmjDHAeU0AEne-I
            024979 1328502739446460416-Em-iQ3XW8AAIc-K
            024980 1328502739446460416-Em-iQ3XW8AE84ZM
            024981 1331956084739698693-EnwO_9yUUAITuuc
            024982 1332458469757095936-EnwpPDvVgAAcv0U
            024983 1332829540167557120-En8pY-gVkAImkSP

024984 1332829540167557120-En8pZasUwAIUvHr
024985 1332829540167557120-En8pZKOUwAEbQYx
024986 1332829540167557120-En8pZvqVQAAPq67
024987 1333448782629859332-EoFck1YUcAoaNZs
024988 1333448782629859332-EoFcIVOUcAY2K7B
024989 1333448782629859332-EoFclycUcAwiBd3
024990 1333448782629859332-EoFcmQrVkAAjdXP
024991 1333465897676140544-EoFsKBBUcAA8xUi
024992 1333465897676140544-EoFsKbKVcAADHuw
024993 1333468605116104705-EoFuoDZVEAAEgg2
024994 1335692631121137667-EoIVXnmVQAAo5dS
024995 1335695733014458369-EobK0sjXEAAiZBO
024996 1336745417795543042-Eo0EAjgW8Ag9Tb3
024997 1336745417795543042-Eo0EAk_XMAMSpOj
024998 1336745417795543042-Eo0EAkRXYAQfo-8
024999 1336745417795543042-Eo0EAItWMAUyivX
025000 1338998954680258560-EpN2MLDXUAE3OFr
025001 1339351095957544960-S1-IHf_Gd6SFacEi
025002 1339365632261976066-PMT_85ttKbxzo0AI
025003 1339381551931375616-7_MlgswmYy4iLfzC
025004 1339578986859360256-Epcj_PPUcAAH7cq
025005 1339616214377615362-EpdF2GhU0AEDfez
025006 1339657322747060224-EpdrCfAXEAEicFn
025007 1339670105404317697-Epd227KU8AECTuJ
025008 1339750835757015040-Q_6Vcaf5E1dnELQL
025009 1339975693879312385-EpiMyttVgAAFZ5V
025010 1340004586472390657-EpinEXQU0AAUkOG
025011 1340344571947962369-qSnL6V6kv8Bt2-U3
025012 1340400586596892672-BhoAyKj_Zt8Glouh
025013 1340513290481332225-LY-G_uVDTwn5hK6j
025014 1340817037711482880-kyuZFYoFsilzeFVx
025015 1342531358657155072-EqGhJ-XVQAAV9pS
025016 1344901302199848962-EqoMmuhVQAEv7FG
025017 1345198159866130432-EqsalenUYAANT1X
025018 1346846099915632640-ErD06s8XMAAfnsi
025019 1346910038284140549-ErEviAjU0AIJv48
025020 1347605335859552256-ErKrcNBXEAMuOhx
025021 1347739274670587908-ErQZWwAUUAUZSGT
025022 1348494972631175170-Eran37yWMAEuVhT

025023 1348669113086824450-ErdvaRtVEAAxj5L
025024 1349735814553473026-A30UpaLd4C10qFEB
025025 1349932870324817921-ErvsypdUYAE4pGS
025026 1350492236572622848-Erzk-OyXAAUwJ9z
025027 1350812491631087616-Er8MxCNVEAE_u9n
025028 1351904420456407040-EsLt5uIVgAABLjs

| | |
|---|---|
| 51740855-community-tweet | 025029 |
| 51740855-deleted-direct-messages | 025030 |
| 51740855-deleted-direct-messages-group | 025031 |
| 51740855-deleted-note-tweet | 025032 |
| 51740855-deleted-tweets | 025033 |
| 51740855-direct-messages | 025034-025036 |
| 51740855-direct-messages-group | 025037 |
| 51740855-note-tweet | 025038 |
| 51740855-periscope-broadcast-metadata | 025039 |
| 51740855-tweets | 025040-025549 |
| Declaration | 025550-025551 |
| README | 025552-025557 |
| Twitter-public-key-gpg.asc | 025558 |
| anthonykernAZ-51740855-2024-04-05-21-31-12-72399078 | 025559 |
| anthonykernAZ-51740855-2024-04-05-21-31-12-72399359 | 025560 |

Boris Epshteyn
    Unzipped Files Boris EP      025561

76543481-account
76543481-account-creation-ip
76543481-community-tweet
76543481-deleted-direct-messages
76543481-deleted-direct-messages-group
76543481-deleted-tweets
76543481-direct-messages
76543481-direct-messages-group
76543481-ip-audit
76543481-periscope-broadcast-metadata
76543481-phone-number
76543481-tweets
declaration
README
twitter-public-key-gpg.asc

    Zipped Files BorisEP-76543481-2024-05-29-23-11-25-7576…   025562

Christina Bobb                                                      025563

    📄 2388042907-account
    📄 2388042907-account-creation-ip
    📄 2388042907-community-tweet
    📄 2388042907-deleted-direct-messages
    📄 2388042907-deleted-direct-messages-group
    📄 2388042907-deleted-tweets
    📄 2388042907-direct-messages
    📄 2388042907-direct-messages-group
    📄 2388042907-ip-audit
    📄 2388042907-periscope-broadcast-metadata
    📄 2388042907-phone-number
    📄 2388042907-tweets
    📄 declaration
    📄 README
    📄 twitter-public-key-gpg.asc

Jake Hoffman
    Extracted Hoffman Subscriber Info

| | |
|---|---|
| 1711236257312014336-account | 025564 |
| 1711236257312014336-account-creation-ip | 025565 |
| 1711236257312014336-ip-audit | 025566-025653 |
| 1711236257312014336-phone-number | 025654 |
| Declaration | 025655 |
| README | 025656-025657 |
| Twitter-public-key-gpg.asc | 025658 |

    Extracted Hoffman Tweets

| | |
|---|---|
| 1711236257312014336-community-tweet | 025659 |
| 1711236257312014336-deleted-direct-messages | 025660 |
| 1711236257312014336-deleted-direct-messages-group | 025661 |
| 1711236257312014336-deleted-note-tweet | 025662 |
| 1711236257312014336-direct-tweets | 025663 |
| 1711236257312014336-direct-messages | 025664 |
| 1711236257312014336-direct-messages-group | 025665 |
| 1711236257312014336-note-tweet | 025666 |
| 1711236257312014336-periscope-broadcast-metadata | 025667 |
| 1711236257312014336-tweets | 025668 |
| Declaration | 025669-025670 |
| README | 025671-025676 |
| Twitter-public-key-gpg.asc | 025677 |
| JakeHoffmanAZ-1711236257312014336-2024-04-05-21-31-11-… | 025678 |
| JakeHoffmanAZ-1711236257312014336-2024-04-05-21-31-23-… | 025679 |

Jenna Ellis                                                                                     025680
- 778763106289758208-account
- 778763106289758208-account-creation-ip
- 778763106289758208-community-tweet
- 778763106289758208-deleted-direct-messages
- 778763106289758208-deleted-direct-messages-group
- 778763106289758208-deleted-tweets
- 778763106289758208-direct-messages
- 778763106289758208-direct-messages-group
- 778763106289758208-ip-audit
- 778763106289758208-periscope-broadcast-metadata
- 778763106289758208-phone-number
- 778763106289758208-tweets
- declaration
- README
- twitter-public-key-gpg.asc

Jim Lamon
    Extracted Lamon Subscriber Info
        1381993390968086533-account                                         025681
        1381993390968086533-account-creation-ip                     025682
        1381993390968086533-ip-audit                                        025683-025724
        1381993390968086533-phone-number                             025725
        Declaration                                                            025726
        README                                                                 025727-025728
        Twitter-public-key-gpg.asc                                        025728
    Extracted Lamon Tweets
        1381993390968086533-community-tweet                         025729
        1381993390968086533-deleted-direct-messages              025730
        1381993390968086533-deleted-direct-messages-group    025731
        1381993390968086533-deleted-note-tweet                       025732
        1381993390968086533-deleted-tweets                             025733
        1381993390968086533-direct-messages                           025734
        1381993390968086533-direct-messages-group                 025735
        1381993390968086533-note-tweet                                  025736
        1381993390968086533-periscope-broadcast-metadata       025737
        1381993390968086533-tweets                                         025738
        Declaration                                                            025739-025740
        README                                                                 025741-025746
        Twitter-public-key-gpg.asc                                        025747
      jim_lamon-1381993390968086533-2024-04-05-21-31-10-723… 025748
      jim_lamon-1381993390968086533-2024-04-05-21-38-26-723… 025749

John Eastman                                                                025750
- 62932362-account
- 62932362-account-creation-ip
- 62932362-community-tweet
- 62932362-deleted-direct-messages
- 62932362-deleted-direct-messages-group
- 62932362-deleted-tweets
- 62932362-direct-messages
- 62932362-direct-messages-group
- 62932362-ip-audit
- 62932362-periscope-broadcast-metadata
- 62932362-phone-number
- 62932362-tweets
- declaration
- README
- twitter-public-key-gpg.asc

Kelli Ward
  Extracted Kelli Ward Subscriber Info
    359403242-account-creation-ip                    025751
    359403242-ip-audit                               025752-025764
    359403242-phone-number                           025765
    Declaration                                      025766
    README                                           025767-025768
    359403242-account                                025769
    ~$itter-public-key-gpg.asc                       025770
    twitter-public-key-gpg.asc                       025771
  Extracted Kelli Ward Tweets
    359403242_direct_messages_group_media
      1323422154642378758-2l-QJ-d1                   025772
      1324755761604550660-pcj-8pUw                   025773
    359403242_direct_messages_media
      1324188973955207173-5AqJGr5k                   025774
      1324188973955207173-5AqJGr5k                   025775
      1327097973382148100-wfq9QsGd                   025776
      1327358314762563589-tYhEAIvd                   025777
      1328457818672807940-MYtbDfVP                   025778
      1328457906199560197-c7IR2Ir_                   025779
      1328457957114212356-_eWh381G                   025780
      1322942444090974213-32I4xLl5                   025781
      1323638520909426692-OdCCIzB6                   025782
    359403242-community-tweet                        025783

7

| | |
|---|---|
| 359403242-deleted-direct-messages-group | 025784 |
| 359403242-deleted- note-tweet | 025785 |
| 359403242-deleted-tweets | 025786 |
| 359403242-direct-messages | 025787-026233 |
| 359403242-direct-messages-group | 026234-026444 |
| 359403242-note-tweet | 026445 |
| 359403242-periscope-broadcast-metadata | 026446 |
| 359403242-tweets | 026447-029529 |
| Declaration | 029530-029531 |
| README | 029532-029537 |
| 359403242-deleted-direct-messages | 029538-029539 |
| Twitter-public-key-gpg.asc | 029540 |
| kelliwardaz-359403242-2024-04-05-21-31-11-72399063 | 029541 |
| kelliwardaz-359403242-2024-04-05-22-14-33-72399353 | 029542 |

Lorraine Pellegrino
  Extracted Pellegrino Subscriber Info

| | |
|---|---|
| 76402703-account | 029543 |
| 76402703-account-creation-ip | 029544 |
| 76402703-ip-audit | 029545 |
| 76402703-phone-number | 029546 |
| Declaration | 029547 |
| README | 029548-029549 |
| Twitter-public-key-gpg.asc | 029550 |

  Extracted Pellegrino Tweets

| | |
|---|---|
| 76402703-deleted-direct-messages | 029551 |
| 76402703-deleted-direct-messages-group | 029552 |
| 76402703-deleted-note-tweet | 029553 |
| 76402703-deleted-tweets | 029554 |
| 76402703-direct-messages | 029555 |
| 76402703-direct-messages-group | 029556 |
| 76402703-note-tweet | 029557 |
| 76402703-periscope-broadcast-metadata | 029558 |
| 76402703-tweets | 029559 |
| Declaration | 029560 |
| README | 029561-029566 |
| Twitter-public-key-gpg.asc | 029567 |
| lorrainna1-76402703-2024-04-05-21-31-11-72399083 | 029568 |
| lorrainna1-76402703-2024-04-05-21-38-23-72399352 | 029569 |

**Mark Meadows**                                                029570

- 963480595-account
- 963480595-account-creation-ip
- 963480595-community-tweet
- 963480595-deleted-direct-messages
- 963480595-deleted-direct-messages-group
- 963480595-deleted-tweets
- 963480595-direct-messages
- 963480595-direct-messages-group
- 963480595-ip-audit
- 963480595-periscope-broadcast-metadata
- 963480595-phone-number
- 963480595-tweets
- declaration
- README
- twitter-public-key-gpg.asc

**Mark Meadows (Rep)**                                          029571

- 975198558461800449-account
- 975198558461800449-account-creation-ip
- 975198558461800449-community-tweet
- 975198558461800449-deleted-direct-messages
- 975198558461800449-deleted-direct-messages-group
- 975198558461800449-deleted-tweets
- 975198558461800449-direct-messages
- 975198558461800449-direct-messages-group
- 975198558461800449-ip-audit
- 975198558461800449-periscope-broadcast-metadata
- 975198558461800449-phone-number
- 975198558461800449-tweets
- declaration
- README
- twitter-public-key-gpg.asc

**Mike Roman**                                                 029572

- 14407458-account
- 14407458-account-creation-ip
- 14407458-community-tweet
- 14407458-deleted-direct-messages
- 14407458-deleted-direct-messages-group
- 14407458-deleted-tweets

📄 14407458-direct-messages
📄 14407458-direct-messages-group
📄 14407458-ip-audit
📄 14407458-periscope-broadcast-metadata
📄 14407458-phone-number
📄 14407458-tweets
📄 declaration
📄 README
📄 twitter-public-key-gpg.asc

Mike Ward
    Extracted Mike Ward Subscriber Info
        448162969-account        029573
        448162969-account-creation-ip        029574
        448162969-ip-audit        029575-029577
        448162969-phone-number        029578
        Declaration        029579
        README        029580-029581
        Twitter-public-key-gpg.asc        029582
    Extracted Mike Ward Tweets        029583
        DDMikeWard-448162969-2024-04-05-21-38-23-72399358
            9ee7e0d4
                9ee7e0d4
                    🌐 index
            9ee7e0d4fd7
                🌐 index
            448162969_tweets_media
                1347900868511690755-3TrUi4VRQKa7j7E9
📄 448162969-community-tweet
📄 448162969-deleted-direct-messages
📄 448162969-deleted-direct-messages-group
📄 448162969-deleted-note-tweet
📄 448162969-deleted-tweets
📄 448162969-direct-messages
📄 448162969-direct-messages-group
📄 448162969-note-tweet
📄 448162969-periscope-broadcast-metadata
📄 448162969-tweets
📄 declaration
📄 README
📄 twitter-public-key-gpg.asc

index

| | |
|---|---|
| DDMikeWard-448162969-2024-04-05-21-31-11-72399074 | 029584 |
| DDMikeWard-448162969-2024-04-05-21-38-23-72399358 | 029585 |

Nancy Cottle
    Extracted Cottle Tweets
        1038289909_tweets_media

| | |
|---|---|
| 1325285732299104257-EmRcWaKUYAIuZ7Y | 029586 |
| 1325454089266716672-EmT1eEjVcAIHZco | 029587 |
| 1328162875899146240-Em6VFmBVEAIr66H | 029588 |
| 1330277511922651137-3CQJvC4pLDjqHsaj | 029589 |
| 1330534060926541824-GdMS_QBAZh_VCX2K | 029590 |
| 1331742660768493569-ezxq1BGI6kApvLVu | 029591 |
| 1336321741174423553-EosF84OUUAI1aNq | 029592 |
| 1340527691628306434-EpnCRaDUwAEv8bx | 029593 |
| 1342592978037043202-EqHZMrpUUAAvHtv | 029594 |
| 1342843905683820545-EqK9aj9VgAABTxL | 029595 |
| 1038289909-community-tweet | 029596 |
| 1038289909-deleted-direct-messages | 029597 |
| 1038289909-deleted-direct-messages-group | 029598-029603 |
| 1038289909-deleted-note-tweet | 029604 |
| 1038289909-deleted-tweets | 029605 |
| 1038289909-direct-messages | 029606 |
| 1038289909-direct-messages-group | 029607-029616 |
| 1038289909-note-tweet | 029617 |
| 1038289909-periscope-broadcast-metadata | 029618 |
| 1038289909-tweets | 029619-029924 |
| Declaration | 029925-029926 |
| README | 029927-029932 |
| Twitter-public-key-gpg.asc | 029933 |

    Extracted Cottle X Subscriber Info

| | |
|---|---|
| 1038289909-account | 029934 |
| 1038289909-account-creation-ip | 029935 |
| 1038289909-ip-audit | 029936-029959 |
| 1038289909-phone-number | 029960 |
| Declaration | 029961 |
| README | 029962-029963 |
| Twitter-public-key-gpg.asc | 029964 |
| NancyCottle1-1038289909-2024-04-05-21-31-11-72399081 | 029965 |
| NancyCottle1-1038289909-2024-04-05-21-46-08-72399355 | 029966 |

Sam Moorhead
    Extracted Moorhead Subscriber Info

| | |
|---|---|
| 1500981167989821440-account | 029967 |

11

| | |
|---|---|
| 1500981167989821440-account-creation-ip | 029968 |
| 1500981167989821440-ip-audit | 029969-030095 |
| 1500981167989821440-phone-number | 030096 |
| Twitter-public-key-gpg.asc | 030097 |
| ~$itter-public-key-gpg.asc | 030098 |
| Extracted Moorhead Tweets | |
| 1500981167989821440-community-tweet | 030099 |
| 1500981167989821440-deleted-direct-messages | 030100 |
| 1500981167989821440-deleted-direct-messages-group | 030101 |
| 1500981167989821440-deleted-note-tweet | 030102 |
| 1500981167989821440-deleted-tweets | 030103 |
| 1500981167989821440-direct-messages | 030104 |
| 1500981167989821440-direct-messages-group | 030105 |
| 1500981167989821440-note-tweet | 030106 |
| 1500981167989821440-periscope-broadcast-metadata | 030107 |
| 1500981167989821440-tweets | 030108 |
| Declaration | 030109-030110 |
| README | 030111-030116 |
| Twitter-public-key-gpg.asc | 030117 |
| samuel_moorhead-1500981167989821440-2024-04-05-21-31… | 030118 |
| samuel_moorhead-1500981167989821440-2024-04-05-21-38… | 030119 |
| Rudy Giuliani | 030120 |

- 770781940341288960-account
- 770781940341288960-account-creation-ip
- 770781940341288960-community-tweet
- 770781940341288960-deleted-direct-messages
- 770781940341288960-deleted-direct-messages-group
- 770781940341288960-deleted-tweets
- 770781940341288960-direct-messages
- 770781940341288960-direct-messages-group
- 770781940341288960-ip-audit
- 770781940341288960-periscope-broadcast-metadata
- 770781940341288960-phone-number
- 770781940341288960-tweets
- declaration
- README
- twitter-public-key-gpg.asc

| | |
|---|---|
| Tyler Bowyer | |
| Extracted Bowyer Subscriber Info | |
| 98906083-account | 030121 |
| 98906083-account-creation-ip | 030122 |

98906083-ip-audit                              030123-030543
98906083-phone-number                          030544
Declaration                                    030545
README                                         030546-030547
Twitter-public-key-gpg.asc                     030548
Extracted Bowyer Tweets
    98906083_dm_group_media                    030549-030557

- 030550 1340706739021332484-Med84hYS
- 030550 1340708673576980484-yLzx4NTjGFZ...
- 030551 1340708952594649093-_U9sBivY6Kxp...
- 030552 1341047642298576900-P3GPu1PACM...
- 030553 1341460956514279429-CxDRIcUa
- 030554 1341797987509542918-6M_Ncews
- 030555 1341938593711927300-QIHG2tav
- 030556 1341950684250443781-pcqMiEe2
- 030557 1342882939546296325-qdmBKahj

    98906083_dm_media                          030558-030625

- 030558 1324031300861263878-niRF78sF
- 030559 1324041606878486537-1U2wM-r6
- 030560 1324042800921391108-gj7Thh-G
- 030561 1324044978213941254-KASmH8cx
- 030562 1324045015832645636-GGtnB_OO
- 030563 1324050120434921476-EWFaFSmIQ9jh_HMUQ00Sth7x4pUKaaJAAC8HTmKJN_g
- 030564 1324054889073238022-_MbOMAwe
- 030565 1324057252601319429-LaMEM2yg
- 030566 1324057602993520644-wC_HhWqb
- 030567 1324061683300532229-TCZXofs4
- 030568 1324061706453049348-2BKB3JBd
- 030569 1324061842247884807-u6MnPJ7Y
- 030570 1324062193831178244-iMxzY200
- 030571 1324066133901746182-Z0KZj-SC
- 030572 1324068137663229957-mMEVydnQ
- 030573 1324070364352184324-ucrrJfT4
- 030574 1324070477128626180-6-fd3Mkt
- 030575 1324084884441337860-MreFR4vJaeHfH30TiZer_le14zbmxDp0ZXyTA3E0KQ8
- 030576 1324089188224962564-1bE-dGAQ
- 030577 1324089231631806468-a0kJNqyQ
- 030578 1324101213470756868-0Rn9Wg2e
- 030579 1324101632163041284-OfuS6iT-

13

030580 1324101647350571014-NNVvUNZb
030581 1324101663054090244-51-YSpSf
030582 1324113983574470660-XkxH9G_N
030583 1324118927429918725-uNF-zdSY
030584 1324133214827393028-VBlnDYhq
030585 1324168585829249030-_QVkYyHl
030586 1324176388983791621-aBXD2aDu
030587 1324270308602257414-b-Jtzcap
030588 1324273158929657861-XJdRDdr0
030589 1324346339199574020-rWsfJ7Tw
030590 1324346358053040133-B1zraO9q
030591 1324414427131641860-hkLrSd66
030592 1324415887227543556-LepiMb_R
030593 1324416200768593925-FAy8X8gU
030594 1324428498849591300-euY10Nn-
030595 1324431779629948932-GZT5zq-F
030596 1324466550062030852-8AtJ5cWH
030597 1324466964949999622-hbtTVW4h
030598 1324467007463460870-nx-ExymY
030599 1324500757006094340-mSAKsmlo
030600 1324500838568529925-dMeVAjSO
030601 1324615698933534727-1hU-F3TM
030602 1324932857647783940-uPohX4Zb
030603 1325236596136845317-exfhJJz9xF4156XykhcBwoKUNph54C8HWEtT3Lo4qlE
030604 1326027087526862858-hD4Rmrju
030605 1326205362442276875-FOM_D6Dp
030606 1327029314013958148-sRezE2q1
030607 1329560495066468356-4CkbNd_N
030608 1329596130062045189-nuINVhJG
030609 1329596371557441540-GV81p0NBbFtFdDrFfdPLmg4iMEiB687D605IaMfM3gs
030610 1329637257431564292-ozusRydD
030611 1329640046236901380-xm_IaH8O
030612 1329640269910708232-9iEUts25
030613 1329906340957863941-8Gg53VC3OP3WLKL5c9DNXBPKiu1kYq5...
030614 1329944927493529605-g3exHn2e
030615 1331746891160121349-0ewHlYU1
030616 1334698965841760260-2YeVFCzL

- 030617 1335080159368507396-4Fm-2A5V
- 030618 1340959231873314820-0oYkgia0
- 030619 1342164415404072964-tGKY3rT2
- 030620 1343301997437579268-qqPivgj7
- 030621 1344153081936629764-78RuvKKGUURTdXg1NXLzeaRFckZf2TMsocvHnK3wL0Y
- 030622 1345432968773464069-XbX1s6FH
- 030623 1346334953819131908-rAzLseUX
- 030624 1347215776919465993-8-DjUERmm9ZfFV86q1xVJV2_yKgP43YxpUI_Yfdry-w
- 030625 1352193099238416388-2tWsahAH

98906083_tweets_media                                  030626-030942

- 1356389517561909248-EtLUMbWUcAAtEU4
- 1356349423349944320-OUG73x38gcxqdPxs
- 1356128779639386115-EsZrmBeVcAA38mw
- 1356124567408881665-EtG-PtRUYAADgjT
- 1356008043427885069-myqmRrCrMGJff50O
- 1355984546269945861-LA9NGjiHvrzrgaJl
- 1355966313336860680-EtEMG6OXcAElYe3
- 1355937634074439681-EtC_H7lVEAcfgQ5
- 1355929758773686286-LA9NGjiHvrzrgaJl
- 1355907121959862272-EtAgbmAUwAEbr1X
- 1355907121959862272-EtAgbmAUcAMSA-j
- 1355891005443231746-EtClH-HVcAEvvJB
- 1355766974333247491-AHEfSoYYESXYB-IE
- 1355703934439055360-EtBDQ-wXUAQi90e
- 1355702297754480641-EtBsDUMXAAEUTC6
- 1355621745156358147-Es--FnLXIAApxg0
- 1355590743021285381-EtAGmDdXIAEBe53
- 1355559554344484866-Es_nMTRVoAIsf02
- 1355541727885590528-Es-eczBXIAIMrBS
- 1355385774489948162-Es7QGjWXcAMopFO
- 1355385774489948162-Es7QGjVXYAQEW3t
- 1355379956017147906-Es8c-hiU0AEbQ7O
- 1355379763641262084-0c78VgfpJWHw6VkN
- 1355379582480904195-Es8lyk2XIAE_QRW
- 1355379582480904195-Es8lyk0XYAIAKxu
- 1355379582480904195-Es8lyk0XMAcn30S
- 1355379582480904195-Es8lyk0W8AEjAuu
- 1355377483860893700-Es9DNbaUcAIQ4kg
- 1355376211216764934-Es5Lv-7W4AYhNjd
- 1355376211216764934-Es5Lv_GXMAwhZmA

15

- 1355306244668612610-Es8Dd7vVgAQ9aNP
- 1355293697542385664-Es7lTXrUUAITyM4
- 1355291472220860423-Es7FLVSUYAMtenK
- 1355284759665115137-Es7uKIOU0AAhDVj
- 1355279684276260864--4933iI7bGVT5x6s
- 1355222290078834692-Es39dSxUcAAMnUS
- 1355222268868255744-Es3-QDoVgAE2pnM
- 1355209784069337089-Es20XJYUYAohUmh
- 1355079549994860545-Es1NXAMVoAADP9-
- 1355079549994860545-Es1NW_zXUAAuiws
- 1354999841022074880-Es3qMiTUwAEY5kr
- 1354986976198311936-yqzwgXJiJwwZDjT7
- 1354971314130309124-EszPZphU4AITwjb
- 1354971248854401025-Es3SN8fUYAMMQRT
- 1354809997708857344-Es0zhewXYAI89ss
- 1354809997708857344-Es0zhevW8AAOtW9
- 1354807240046219267-5JUrS67uSVSY8kMN
- 1354681653856067584-TCvIYXrNI28CU3jU
- 1354659472740737027-Esx1daUW8AQLs_J
- 1354650531872993282-EsytdtiW8AE3Zd4
- 1354618600666001409-EsySbooUYAQpcCB
- 1354455081215610884-Esv9t06UYAEqhrt
- 1354455081215610884-Esv9t05U4AEuYv1
- 1354451233835159553-EsuW3F3U0AER-KB
- 1354314791691538432-Ess0rOYW8AkACmD
- 1354241768980586499-EsqpJYMXMAAylbr
- 1354225893703475202-EsspnkAXAAQKF3M
- 1354161805501767680-EsozA1BUYAAI_py
- 1354132827323813888-t6dxnZSkgDZNmSXT
- 1354127310086004741-EsrTm-YU4AEvtUV
- 1353943131264147456-EsgmV0SVEAA7Hc-
- 1353859254373912576-EsnX7BmUUAAJOtu
- 1353789988316409856-EsjRV2LXIAEIdSS
- 1353760024149954561-EsjUSwWVoAAZbU0
- 1353724575754854400-GhHm7rLx-1oPYczM
- 1353722912826511363-dImuZ3QKKs8H3-na
- 1353589615899234305-Esi-DsgXEAIzw5W
- 1353589615899234305-Esi-Dm2XUAEdne-
- 1353547540772179969-EsjET3mUwAE0syP
- 1353512262628122625-EsijsTuXMAIDdWn

16

- 1353475050809171968-EseJR0FXYAED0m1
- 1353378757264871430-mHGQ_ivep3OQcxIV
- 1353209503836033024-EsYkKUEW8AAbOHx
- 1353203434770505729-EseLWc0UcAEzPMJ
- 1353170998363738117-EscWg_ZUcAY2SxI
- 1353170998363738117-EscWg_WVkAY-WB6
- 1353165963827367936-EsdG0M_W8AogBI-
- 1353165963827367936-EsdG0M_W4Ac54gn
- 1353134646096064512-EsdMye5VkAI4Q45
- 1353133590817566720-EscUK9oVcAAh7-k
- 1353099029735895041-MZYzHQTW7i5IgEaz
- 1353050878815608832-Esb-OfXVoAEttiX
- 1353044967204130817-Esb0wD_U4AEEGU1
- 1352879830862229504-EsZkxo-UUAAuePB
- 1352866078360219649-EsY7CLFWMAUA4o_
- 1352802296946585602-_44rQUNbKo3Ch-uo
- 1352641260507467776-EsUgBC_UUAAHrNb
- 1352641060120399873-EsWL30DUcAEEiTa
- 1352518334663680000-EsRRFF8W8BAy7UF
- 1352506978715586561-r6EGS3X0CNyQqtHF
- 1352495630287998979-EsT-h6jUUAATR6k
- 1352495630287998979-EsT-h6iUUAA8KqL
- 1352495630287998979-EsT-h6fVkAEsu1e
- 1352495630287998979-EsT-h6eUcAYm1C6
- 1352429403813203969-EsSkF76VkAEz_-Z
- 1352328416360607746-EsPJgDfU0AAPtEB
- 1352283000369672193-EsQprRMXAAEIUZM
- 1352283000369672193-EsQprREXlAlfRNH
- 1352027868042129408-EsKvIGZXIAEEUMB
- 1352027868042129408-EsKvIGZWMAAPqBS
- 1352027868042129408-EsKvIGYW8AAILez
- 1352027868042129408-EsKvIGiXYAEcO4T
- 1352027538323775488-EsMXyhOVkAA5bNY
- 1351997202713858048-EsM2m3gXcAAI6_C
- 1351997202713858048-EsM2m3fW8AMKgYX
- 1351997202713858048-EsM2m3fW4AYfk3D
- 1351992663868805120-EsIOXisXUAEskzH
- 1351915486183714816-Er74BvxXMAAhXrA
- 1351915021807206402-EsLhzbMWMAAuloc
- 1351914964844363786-EsLt9qFXIAlxmbj

17

1351241988167888897-EsCTKw_XAAETwVM
1350988140631175171-Er98h_UXIAMNBRt
1350889384854253569-Er9Sf2MXYAI0Y5r
1350889292042682368-Er9SiCHXUAk3nq6
1350689039356030978-Er5tFMVW8AkDNpU
1350688469329145866-Er4qWvFXcFAsGlt
1350688469329145866-Er4qWv6XUAEkUtG
1350687667592130562-Er6Si4eVcAlPHCz
1350687535840673793-LzTtzElEXamdkUJV
1350623945066639360-Er5b84SVkAAZN5N
1350596069273473027-7f3I5A4g1YU0uzMZ
1350491775748608000-Er2Z37cXUAlwveE
1350484317667954688-Er3Q84ZVEAAz3o3
1350127975648305152-ErybCXRU0AEfmQT
1349469428178509830-Erofh58XUAAoblp
1349469428178509830-Erofh56XMAEBAlF
1349081566027288576-Y1Va4eC_2Xyfk3cl
1349039578582110210-ErjANMIVQAAgWcZ
1349038357033062401-hkP1adC07MmxhhFY
1348830858023555074-Erf17cwXMAEfpDw
1348811418661916672-Erfw1fwUcAMi42Q
1348766938793603072-ErflHN8XUAloGxe
1348759535041671168-Erey_ozVoAMTsSb
1348093345961103364-ErVYdzeVoAEXvG8
1351241988167888897-EsCTKw_XAAETwVM
1350988140631175171-Er98h_UXIAMNBRt
1350889384854253569-Er9Sf2MXYAI0Y5r
1350889292042682368-Er9SiCHXUAk3nq6
1350689039356030978-Er5tFMVW8AkDNpU
1350688469329145866-Er4qWvFXcFAsGlt
1350688469329145866-Er4qWv6XUAEkUtG
1350687667592130562-Er6Si4eVcAlPHCz
1350687535840673793-LzTtzElEXamdkUJV
1350623945066639360-Er5b84SVkAAZN5N
1350596069273473027-7f3I5A4g1YU0uzMZ
1350491775748608000-Er2Z37cXUAlwveE
1350484317667954688-Er3Q84ZVEAAz3o3
1350127975648305152-ErybCXRU0AEfmQT
1349469428178509830-Erofh58XUAAoblp
1349469428178509830-Erofh56XMAEBAlF

1349081566027288576-Y1Va4eC_2Xyfk3cI

1349039578582110210-ErjANMIVQAAgWcZ

1349038357033062401-hkP1adC07MmxhhFY

1348830858023555074-Erf17cwXMAEfpDw

1348811418661916672-Erfw1fwUcAMi42Q

1348766938793603072-ErflHN8XUAloGxe

1348759535041671168-Erey_ozVoAMTsSb

1348093345961103364-ErVYdzeVoAEXvG8

1348093302260727814-ErT8_HqVcAE5yaD

1348026265488429057-ErT7OTQXEAA1H_N

1347632401258713089-ErOfui9WMAU88OG

1347630684454621184-ErOHhqXW8AYuhQK

1347566160980578307-ErLJ9dQXEAESaPd

1347401639255179265-ErK1Xl9WMAI57cQ

1347219987870543872-N_kjJ0ARpRXlixQg

1347213980582887427-ErliBN9XUAEdvsd

1346960351393316866-r9jQ_RWtGyXlxiAz

1346898020533641216-ErEePWRXEAAjeJb

1346887246851371008-VgBJJfEsv_Uf_NWy

1346885723119439873-zyuXA5hWArLkHF6x

1346885699157463041-VycNE3bswhxusoCd

1346884997781749762-ErEPov1WMAEN38E

1346861935099219968-ErDznBnU0AAly1k

1346861592961458176-_LZLdR1sF7aAq4Vm

1346838481092415489-ySc5ggJkyhP_dAP8

1346602607561887746-m75nGdrbm3UPXpw0

1346275215580360706-1SBzPaJH89JxLZBi

1345553695052685312-2tEr8fNBsXILXlyV

1345544141774589953-EqvbIhUXEAMj0hi

1345238600577761280-Eqs7wwAXIAEfTKM

1345238600577761280-Eqs7ww8W4AEOQ-h

1345218381897560067-EqsF-0uVgAAeqlX

1345133407366365185-xBTHDFp_yb9XVcWN

1345059657610534912-EqpYEIAVgAApdzM

1345049746239471616-EqmnqD1XUAEQqLA

1344912700317450242-EqnvQSXXYAAlpe2

1344906668975349762-EqoM8cfVEAEbjdj

1344871808290308098-qWeDwXMOOwlxZR7h

1344865565605650434-EqnsGabU0AEt1yJ

1344852604539473920-EqnGvZbW4AA1vS-

- 1344852604539473920-EqnGtjtXMAIlp_g
- 1344843655526318081-EqnNCjpVoAEIO7P
- 1344488752140279808-HSWrVM7qUmdSFV_F
- 1344051714517684224-Eqb2ISZW4AcuH0P
- 1343735071878987778-EqXn6ttUwAAZq6h
- 1343456426220347394-EqSH_axUYAAUfmF
- 1343398478957801473-EqS1y3IVoAEfptB
- 1343368994334547968-EqSRkXQU0AIdG2G
- 1343322521144156160-EqM0ti0U8AARBUW
- 1343258461488914432-NWgJzMNWwPDP3nD5
- 1343251771326517249-EqQwXaCUYAE2-9O
- 1343238380818034690-EqQOzN9UcAAvkXU
- 1343047599868182531-EqNuNIUU8AEgdSO
- 1342920765591625729-EqMDSCnXAAEHdqO
- 1342506576700043264-EqFj6qrWMAEZyS3
- 1342506136952401920-EqFmc6xU8AEGxCF
- 1342208381688324096-UxpUdgaZEVhERw-d
- 1342202782518968320-3o8SjCj9raEERHDv
- 1341547278692089856-Ep0Oo9SXUAEq9T4
- 1341439931168649216-Ep2bAe2W4AEvEUL
- 1341439908750082048-Ep2IqbOXEAI2Rgs
- 1341161087337603072-8kAerJgT0o3mCLVv
- 1340800460626644993-Ept57EMW8AAvV7c
- 1340573476906704897-4TgY22HSJqMcPI7h
- 1340568601556705281-EpqoCTIVQAA5YRR
- 1340567224537341952-Epqmx9HUwAAIp7T
- 1340567224537341952-Epqmx9HUcAAaW5I
- 1340567224537341952-Epqmx9HU0AARfvc
- 1340567224537341952-Epqmx9FU8AEkZX2
- 1340478609153126401-jyIBomm5Ox8XfbXJ
- 1340444025879326721-f8sC5ci_6W-FkWri
- 1339648604655374342-EpdiwSzW4AEPjvh
- 1339065453591879681-EpVNKx-XUAAEgOl
- 1339065453591879681-EpVNKx9XEAA-aRJ
- 1339050260715483137-EpUifqHXIAAWfjb
- 1338727170533851137-EpQdQ3EUUAIy-FM
- 1338619289952112641-EpO7JV0UUAISuO8
- 1338364611288911873-EpK5KHnUwAEJ7lq
- 1338303189909557248-JbVsTWWc-sB4Ykmw
- 1338231529672065025-EpJaev4VgAEee12

1338187008510840833-XqP6FSuTBpAKfZMW
1337982339641528320-BNkxN3sCDb-haVL3
1337956585306423296-4d5WLRNAyY1gbkdd
1337925838000386048-BcV8apgDKjVXZ15-
1337925694597128193-EpD2JpQXlAAkkvu
1337925276265631744-EpEFi1LXEAEx1EV
1337909094703742976-C2ReEm8yE1aD21oE
1337880491421126656-eqjjFa4OoLurL1K9
1337613770550472706-EpAbSZQU0AlhA7e
1337592489083990017-EpATFILU8AAyr3Z
1337589365371854849-Eo_UiEEVEAEmDPy
1337418462881218562-Eo9276GUwAAjvVG
1337093720328433666-Eo5A8CbXcAMvWNM
1337076270413201409-Eo4PCDdXYAEvH8y
1337076270413201409-Eo4PCB9XEAAroWs
1336904638834995200-Eo2jrtmUwAELO9C
1336794746312818689-Eo052VGVgAACojD
1336750477334224897-Eo0CB0fXEAI7f2d
1335464619817787392-Eog7A0hXYAA4kkB
1335347438345842689-kvv0zMjLQ8BMcfnC
1335276373561069568-Eofax_RVQAILz3Z
1335276373561069568-Eofax_RUYAMCW3I
1335276373561069568-Eofax_EUYAAY-CC
1335276373561069568-Eofax_EUcAUv4tc
1334620605522485248-EoVozPsVoAAt5I0
1334542227993894912-EoU-MDvW4AIJwyN
1334523006543044609-EoUthTHXUAEbcw0
1334523006543044609-EoUtfWHWMAIujVI
1334378250802323461-O7USQCcgCpk5RNuG
1334308910048534528-EoRjGE_W4AAuUsf
1334272697876609433-EoRNfSwXcAkHUjX
1334274346567647232-aNjrGziAs63su1Fw
1334274296034693120-EoRKc1nXcAAkQkW
1334274146889420801-EoQkl7CXEAQkpuK
1334057772304920577-EoM0gKlVkAISW7y
1334044158151933952-EoMHk4YXIAlfVjn
1333463535020478466-sOqdZ34HznyvnpOV
1333463130597335040-EoFcmQrVkAAjdXP
1333463130597335040-EoFclycUcAwiBd3
1333463130597335040-EoFclVOUcAY2K7B

1333463130597335040-EoFck1YUcAoaNZs

1333430924214640640-EoE2tRgXMAA8jAW

1333230214529236992-EoCTq1UUYAAUcVD

1333187156831944709-EoBukBoVkAASXgC

1333092199228002304-EoANKEQVgAEIl66

1332554831999889410-En3zwC7VoAEbTXu

1332445948098670592-En2-2BGXEAYuo_W

1332146452043218944-Enw1fXtXYAIB56I

1331720765935210496-EnrQUufUwAAjxQe

1331012048738684928-Eni0ZuoUwAAHIdj

1331012048738684928-Eni0ZuiVQAAdnfP

1330271346912342016-EnXcT0uXcAkLukc

1330153867292667910-EnWn4kNXcAAMiMk

1330039366924767235-dLXMDXtu8igtQCVu

1329635437875400707-EnN49zFVkAEuBg0

1329635437875400707-EnN49xdVgAUBHtm

1328506968164581376-Em9t45eUUAAsjNO

1328070121839988737-Em4YPx3XlAEdhm1

1328048971298729984-8oVz_9Kp_-2r1cXZ

1327824188288057344-Em1hD45VkAAm74s

1327821675459534849-Em1exhNVoAAg_5B

1327821581200945153-Em1esH8VcAA7N2y

1326747877067034624-EmmK3hIXcAISy08

1326699433753415681-oRH3L8BOJSwdzjuJ

1326610941690089473-EmkRniIVcAAQiuI

1326610889651318784-EmkRkooVkAACRvN

1326610848861745152-EmkRiQ0VkAEI2WX

1326342415259627521-EmgdZZOU8AAxVoo

1326339887767801856-EmgbGMXVgAA8Y8d

1326217081352642560-Embn6vQXUAAr9Hb

1326217081352642560-Embn6tmW4AE0nl-

1326202928927928320-EmeHD_-XEAlm6nw

1325998859256950784-Embi0DqXMAAWToH

1325883131266654208-EmZ7rU2VkAIKnm_

1325861748755243008-EmZoO41U0AAch8L

1325621626419859456-EmWN17zUYAIxTqg

1325532368203997184-EmU8qcPUcAA6yi6

1325470760819781632-N749_0G7y6jzAq1w

1325235544477986816-EmQI4rxVMAI_LNv

1325119919957004290-EmPFim4VkAUvTOW

1324960851111997440-EmM03ynU4AAfpi-
1324853621486284800-EmLSI1DWMAk77uW
1324817814293606401-56DUOHe3PhCtaZHF
1324797791852441600-EmKSdzRX0AEeSzW
1324783273776566272-ABG91JP6CzWZEJTB
1324773498116435969-BlhurEWe7OROm5Cr
1324382995634032641-EmEnNnlW0AIcrNr
1324099696751603712-EmAHMkrU0AozAuR
1324092779656474624-El_ysETX0AE6NT3
1324068393268383744-EmAJHapXEAMK3-m
1323731113320226817-El7WbhyU0AAPqWY
1323712835004690433-El6ZZQDVMAUI5YC
1323701001363156997-El67CbwVMAE7Y17
1323691174381588480-El6yGuIVgAAfNIT
1323672639915782144-El6hP1eVgAACYS8
1323654560737501184-g2QDfoeVrvF0CAdz
1323654287038111744-El6MqveVoAs8-nO
1323507421025726464-kWg1lrGg4vmMqD7c
1323340697664069632-El1zWUqVcAAMwjX
1323339292295323648-LaHozwMKyHG5QKx8
1322972494546886656-ElwVmwUU4AA4gl9
1322972494546886656-ElwVmk0VcAEW8x1
1322972494546886656-ElwVmdvVoAA5v4W
1322972494546886656-ElwVmdtU0AAAKuB
1322734608706805760-EltL9TLXEAUuPJT
1322734608706805760-EltL9TKXUAUoBie
1322734608706805760-EltL9TKXUAEGI33
1322734608706805760-EltL9TKWMAEsbaY
1322721156013596672-Els_4EnVMAA-uhU
1322721156013596672-Els_4EnU0AAw40Y

| | |
|---|---|
| 98906083-community-tweet | 030943 |
| 98906083-deleted-direct-messages | 030944-030955 |
| 98906083-deleted-direct-messages-group | 030956 |
| 98906083-deleted-note-tweet | 030957 |
| 98906083-deleted-tweets | 030958 |
| 98906083-direct-messages | 030959-031478 |
| 98906083-direct-messages-group | 031479-031526 |
| 98906083-note-tweet | 031527 |
| 98906083-periscope-broadcast-metadata | 031528 |
| 98906083-tweets | 031529-033950 |
| Declaration | 033951-034470 |

| | |
|---|---|
| README | 034471-034476 |
| Twitter-public-key-gpg.asc | 034477 |
| tylerbowyer-98906083-2024-04-05-21-31-13-72399084 | 034478 |
| tylerbowyer-98906083-2024-04-05-21-54-10-72399360 | 034479 |

**ANDREW HITT**

| | |
|---|---|
| Andrew Hitt Interview Audio Jun 11 2024 | 034480 |

**CASSIDY HUTCHINSON #3**

| | |
|---|---|
| Cassidy Hutchinson Int 3 3-26-24 | 034481 |

**GREG JACOBS #2**

| | |
|---|---|
| Greg Jacobs Emails (Supplement 27) | 034482-034483 |

**JENNA ELLIS #2**

| | |
|---|---|
| 001.139_20201201_YS_11-30-20.pdf (1) | 034484-034490 |
| Jenna Ellis J6 Deposition 3-8-22 | 034491-034556 |
| Bobb J6 Excerpts | 034557-034560 |
| Boris telling everyone press release | 034561-034565 |
| Bowers J6 Excerpts | 034566-034568 |
| Ellis and Nancy Cottle | 034569 |
| Ellis Bob Tweet | 034570 |
| Ellis December 22 Plenary Power Tweet | 034571 |
| Ellis Exhibits from June 17 2024 Interview | 034572-034646 |
| Ellis Nov Tweet Promoting Hearings | 034647 |
| Ellis November OAN Interview about Hearings in AZ | 034648-034653 |
| Ellis Post Arizona Hearing Tweet | 034654 |
| Ellis Stop the Steal Tweet 12-21-2020 | 034655-034656 |
| Ellis Tweet Election was Stolen | 034657 |
| Ellismemos | 034658-034660 |
| Epshteyn Communication Timeline_WORKING | 034661 |
| Giuliani J6 Excerpts | 034662-034665 |
| Herschmann J6 Excerpts | 034666-034669 |
| Hodgson J6 Excerpts | 034670-034672 |
| Kerik J6 Excerpts | 034673-034678 |
| Kerin Retweeting ellis on stop the steal | 034679 |
| Miller group text 2020 12 1 | 034680-034689 |
| Miller J6 Excerpts | 034690-034891 |
| Waldron PowerPoint | 034892-034927 |
| Jenna Ellis interview | 034928 |

**LORAINE PELLEGRINO #2**

Interview 6-15-24

| | |
|---|---|
| Loraine Pellegrino #1 | 034929 |
| Loraine Pellegrino #3 (1) | 034930 |
| Loraine Pellegrino #3 (2) | 034931 |
| lorraine pellegrino news statement | 034932 |
| Pellegrino Stuff | 034933-034960 |
| Safsten CDR with Lee Miller | 034961-034974 |
| 001.11_20210105 AZGOP Update Decertify | 034975 |
| 001.13_20210105 Google Alert Loraine Pellegrino | 034976 |
| 001.100_20201203 Rae - 11-24-20 | 034977-034982 |
| 001.100_20201203 Rae | 034983 |
| 001.101_20201203 Fwd What next Request To Speak trainin | 034984-034985 |
| 001.102_20201203 Fwd Who we need to contact All AZ Rep | 034986-034987 |
| 001.102_20201203 Arizona State Legislators | 034988 |
| 001.102_20201203 AZ Leg Do You Have The Will | 034989 |
| 001.103_20201203_Board_Resignation | 034990 |
| 001.104_20201203 | 034991 |
| 001.105_20201203_AZGOP_Update_Our_Next_Steps | 034992 |
| 001.106_20201203_social_media | 034993 |
| 001.108_20201202_Fwd_ - proxy | 034994 |
| 001.108_20201202_Fwd_ - Untitled attachment 00023 | 034995 |
| 001.108_20201202_Fwd | 034996 |
| 001.109_20201202 Your Tickets for December Executive Comm | 034997-034999 |
| 001.109_20201202 131389289903-1545323539-ticket | 035000-035001 |
| 001.110_20201202 RSVP Executive Committee Meeting Saturda | 035002-035003 |
| 001.111_20201202_PVRW_December_Newsletter | 035004-035008 |
| 001.112_20201202_- LD18_Sign_In_Sheet_2020 12 02 | 035009 |
| 001.112_20201202 | 035010 |
| 001.113_20201202_Fwd_Robert_s_Rules_on_Approving_Meeting | 035011-035012 |
| 001.114_20201202_ - Tyranny of the Administrative State AdT | 035013 |
| 001.114_20201202 | 035014 |
| 001.115_20201202 IMPORTANT REMINDERS | 035015-035016 |
| 001.116_20201202_Congrats | 035017 |
| 001.117_20201202_Fwd_Your_Debit_Card_Transactions_Refund | 035018 |
| 001.118_20201202_Re_Robert_s_Rules_on_Approving | 035019 |
| 001.119_20201202_Robert_s_Rules_on_Approving | 035020 |
| 001.120_20201202_Fwd_Your_Debit_Card_Transactions_Refund | 035021 |
| 001.121_20201202_Re_Your_Debit_Card_Transactions_Refund | 035022 |
| 001.123_20201202_Prayer | 035023 |
| 001.123_20201202_Prayer – novprayer | 035024 |
| 001.124_20201202_FW_ARIZONA_FEDERATION | 035025 |

| | |
|---|---|
| 001.125_20201202_Who_we_need_to_ocntact | 035026 |
| 001.125_20201202 Arizona State Legislators | 035027 |
| 001.125_20201202 AZ Leg Do You Have The Will | 035028 |
| 001.127_20201202_Fwd_What_s_next_Request_To_Speak_trainin | 035029-035030 |
| 001.128_20201201_Re_On_behalf_of_Sidney_Powell | 035031-035033 |
| 001.128_20201201 AZ DTR Engagement Agreement | 035034 |
| 001.129_20201201_Re_On_behalf_of_Sidney_Powell | 035035-035036 |
| 001.129_20201201 AZ DTR Engagement Agreement copy | 035037 |
| 001.131_20201201_Re_On_behalf_of_Sidney_Powell | 035038-035039 |

**MARK MEADOWS**

| | |
|---|---|
| Mark Meadows texts (Edited AZ references) | 035040-035051 |

    2.    *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

    3.    *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 2nd day of July, 2024.

KRISTIN K. MAYES
Attorney General


*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General


Original of the foregoing e-filed this
2nd day of July, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 2nd
day of July, 2024, to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
jzook@rrpklaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
criminalparalegals@attorneysforfreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik  / Lacy Cooper
diw@wb-law.com / lacy@azbarristers.com
admin@wb-law.com
*Counsel for J. Lamon 006*

Amanda Lauer
amanda_lauer@maricopa.gov
kay.nelson@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
staff@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
Janeth.Lira@maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittle.com
info@brownandlittle.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsazlaw.com
lmcondado3@gmail.com
*Counsel for C. Bobb 016*

*/ / /*

Kurt Altman
admin@altmanaz.com
admin@altmanaz.com  patgitre@patriciagitre.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
Karissa@mscclaw.com
*Counsel for M. Meadows 018*

Clerk of the Superior Court
*** Electronically Filed ***
07/03/2024 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CR2024-006850-018 DT                                      07/01/2024

                                              CLERK OF THE COURT
HONORABLE JENNIFER E. GREEN                          B. Navarro
                                                      Deputy

STATE OF ARIZONA                              NICHOLAS KLINGERMAN
                                              JESSICA FOTINOS

v.

MARK MEADOWS (018)                            ANNE M CHAPMAN
                                              LEE D STEIN

                                              GRAND JURY CLERKS
                                              JUDGE GREEN
                                              VICTIM WITNESS DIV-AG-CCC

*NUNC PRO TUNC* ORDER

<u>MINUTE ENTRY</u>

The Court has been contacted by the Clerk's Office regarding the June 11, 2024 Order (file date) granting defense counsel permission to temporarily remove grand jury exhibits from the custody of the Clerk's Office for 7 days. The Clerk's Office has informed the Court that the grand jury exhibits in this case consist of flash drives, large-format documents, and a large binder containing approximately 500-700 pages.

The Court is aware there are 18 defendants in this case. Due to the number of defendants in this case and because of the nature of the grand jury exhibits, the Court has issued previous orders as to co-defendants that restricted defense counsel to viewing the grand jury exhibits inside the courthouse with a Clerk's Office employee present rather than allowing the exhibits to leave the courthouse. The Court finds the orders should be consistent and is concerned that exhibits checked out temporarily by one defense team would unnecessarily delay a request to view the same exhibits from another defense team. The Court will follow that process in this case.

Docket Code 021                    Form R000A                         Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/01/2024

IT IS ORDERED, *nunc pro tunc*, modifying the order filed June 11, 2024 regarding temporary release of grand jury exhibits to defense counsel.

IT IS FURTHER ORDERED allowing defense counsel to make an appointment with the Clerk's Office to view the grand jury exhibits with an employee of the Clerk's Office present.

IT IS FURTHER ORDERED that the Clerk's Office will follow its previous protocol utilized with co-defendants' defense counsel in allowing counsel in this case to view the grand jury exhibits.

IT IS FURTHER ORDERED that this *nunc pro tunc* order does not affect the separate order as to the grand jury transcript.

Clerk of the Superior Court
*** Electronically Filed ***
07/08/2024 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/05/2024

                                              CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                          D. MacErnie
                                                    Deputy

STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

                                          VICTIM WITNESS DIV-AG-CCC
                                          JUDGE BRUCE COHEN

**PRELIMINARY CASE MANAGEMENT ORDER
PROTECTIVE ORDER AND EXTENSION OF TIME
TRAVEL AUTHORIZATION**

        This matter is now assigned to this division.  Upon receiving notice of the assignment,
this court reviewed the court record, which showed that a number of substantive and procedural
pleadings ha**ve** already been filed.  Consistent with the regular processing of multi-defendant
cases in this Court, an overall case plan is developed.  The purpose of this minute entry is to
begin that process.

*Complex Case Scheduling Conference*

        Following an Initial Pretrial Conference, all cases designated as complex are set for a
Complex Case Scheduling Conference ("CCSC").  At the CCSC, the court and counsel focus on
overall case management, including determining a realistic trial date.

        IT IS ORDERED setting this matter for **Complex Case Scheduling Conference for
August 26, 2024 at 9:00 am** in this division.  Proceedings set before this division are routinely
conducted in courtroom 6B of the South Court Tower.  However, given the number of parties
involved in this matter, this August 26 proceeding only **shall be conducted in Courtroom 5A** of
the South Court Tower, which better accommodates the parties.

Docket Code 023                    Form R000A                         Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                           07/05/2024

IT IS FURTHER ORDERED that **all parties shall appear in-person** for the CCSC.  Absent extraordinary circumstances, no virtual appearance or waiver of appearance shall be considered.

At the CCSC, there shall be discussion about future case management conferences.  Some of those conferences may proceed as a "non-appearance" Complex Case Management Conference, where parties submit a detailed, written report on the case status rather than appear personally in court.  Other proceedings may require parties to appear but, when they are anticipated to be procedural in nature, this court routinely grants requests for virtual appearances for any out-of-state defendants for those future Complex Case Management Conferences.

### *Vacating of Hearing*

For some defendants, a Status Conference was set by another judicial officer for August 1, 2024.

IT IS ORDERED vacating the August 1, 2024 Status Conference in favor of the CCSC set above.

### *Pro Hac Vice Representation*

By separate orders, this Court has granted motions filed by Defendants Bowyer (002) and Defendant Meadows (018) to associate counsel, *pro hac vice*.

### *Extension of Time*

This Court is in receipt of unopposed motions to extend time for the filing of Motions To Dismiss and Motions to Challenge Grand Jury Proceedings from some of the named defendants.  It is anticipated that others may seek a similar extension.  Rather than requiring the filing of separate motions, the court is issuing a blanket extension.

IT IS ORDERED that the deadline for the filing of any Motion To Dismiss, Motion To Remand, or Motion To Challenge Grand Jury is extended until September 23, 2024 for each named defendant, whether the extension has been sought or not.  Nothing prevents any party from seeking such relief earlier than the deadline herein.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/05/2024

### *Page Limit Extension*

There has been a motion filed by Defendant Lamon (006) to exceed page limitation on his motion to dismiss, which is hereby granted.  It is anticipated that other parties may be seeking similar relief.  Rather than requiring separate motions, which will cause delay, this Court is electing to grant leave to all parties.

IT ORDERED granting the expansion of the page limitation for motions to dismiss and any responsive pleading thereto to a presumptive total of 25 pages.  This expansion of the page limits on motions to dismiss shall apply to all parties to this proceeding.  Any further expansion of the page limitation shall require an order of the court.

### *Pending Motions*

The Court has identified a number of motions that have already been filed.  Those motions are not yet fully briefed.  However, it is anticipated that many of the motions shall be ripe for judicial determination by the date of the CCSC.

This court is reserving time for motions to be argued during the CCSC.  To facilitate those matters, this court is setting aside the times of 9 am to noon and 1:30 pm to 4:30 pm on August 26, 2024 to hear oral argument **or conduct an** evidentiary hearing on any motions ready for determination.

With this plan, there must be coordination as to how the motions shall be considered, including its sequencing.  To assist with this process,

IT IS ORDERED that the parties shall confer and create a joint pleading entitled "Notice of Pending Motions."  It shall be filed no later than August 1, 2024.  The pleading shall include the following:

- Identification of each pending motion before the court, including the names of the specific defendants who are the subject of the motion or who have joined in the motion.  Further, the notice shall include a statement as to whether the motion is fully briefed and, if not, by what date it shall be fully briefed.
- Whether the motion can be decided based on the pleadings filed or whether oral argument is sought.  If there is to be oral argument, the court will assume that the oral argument shall be conducted on August 26, 2024 unless otherwise requested by the parties.  If any motion requires an evidentiary hearing, the parties shall detail the scope of the hearing, the anticipated length of time needed for the hearing, and whether it may be conducted as

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/05/2024

part of the August 26, 2024 proceedings.  The notice shall further identify which specific
defendants are subject to each pending motion.
- Identification of any motions that are now moot given the orders contained herein.
- A list of other motions that are anticipated to be filed within the following 90 days so that
  appropriate scheduling can be addressed at the CCSC.

***States' Motion For Protective Order***

The State filed a Motion For Protective Order on June 14, 2024.  The Court has reviewed
the Motion, along with opposition thereto and joinder in the opposition from various
defendants.  The motion will require oral argument, which shall be conducted on August 26,
2024.

However, it is noted that any delay in ruling will delay the opportunities for defendants to
review documentation critical to motions that either have or may be filed.  To ensure the right to
be heard and to avoid delay,

IT IS ORDERED granting the State's *Motion For Protective Order*, **without
prejudice**.  At the time of oral argument, the Court shall consider the substantive propriety of
any protective order and may rescind this order or modify its terms.  Until then,

IT IS ORDERED as follows:

1. Counsel for each defendant shall maintain the State Grand Jury transcripts and
   exhibits from the State in defense counsels' custody.  Defense counsel may scan,
   reproduce, and disclose such information only to support staff, defense investigators,
   agents and/or experts (the "defense team") as necessary for the purposes of the
   defense of this case.  Members of the defense teams receiving such information shall
   not reproduce or disseminate any discovery materials without further order of the
   Court.  The defendants may review the grand jury transcripts and exhibits in the
   presence of defense counsel of other members of the defense teams.  No defendant
   may retain or copy the grand jury transcripts and exhibits or remove them from the
   office of the defense team.  All copies must be secure so as to reasonably prevent
   loss, theft, or accidental disclosure in any fashion to any person or entity outside of
   the scope of this authorization.
2. Defense counsel shall maintain a copy of this order and shall ensure that the State
   Grand Jury transcripts and exhibits are identified in any case management systems as
   being subject to this protective order.
3. This discovery is for use in the defense of this criminal case only and not for any
   other proceedings, unless and until otherwise ordered by the Court.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/05/2024

4.  The names or other identifying information of any Grand Jurors shall be redacted.

### *Media Coverage*

Representatives of various media outlets appear to have already made inquiries about video and photographic coverage of the proceedings.  As is this Court's practice in all cases before it, court proceedings are public and absent just cause, the Court allows for media coverage of proceedings.  The parties are therefore on notice that absent a sustained objection to media coverage in advance of August 26, 2024, this Court will be granting media coverage, to include video recording of the proceedings.  Any objection to such coverage shall be filed no later than August 1, 2024.

### *Travel Authorization*

Defendant Nancy Cottle (003) filed a motion on July 3, 2024 seeking permission to travel to Wisconsin to attend the Republican National Convention scheduled for the week of July 15, 2024.  The court recognizes that there may be other named defendants seeking similar relief.

Good cause appearing,

IT IS ORDERED granting Defendant Cottle (and any other named defendant in this matter who may need a similar order) permission to travel to Wisconsin to attend the Republican National Convention scheduled for the week of July 15, 2024.

### *Notice of Long-Term Case Management*

The parties are hereby on notice that this court shall continue to manage this case through December 31, 2024.  **It is anticipated that as of January 1, 2025, another judicial officer shall be assuming management of the case.**

**IN THE**

# COURT OF APPEALS

### STATE OF ARIZONA

### DIVISION ONE



DIVISION ONE
FILED: 07/9/2024
AMY M. WOOD,
CLERK
BY: **AMI**

|  |  |
|---|---|
| MARK MEADOWS, | Court of Appeals |
| | Division One |
| Petitioner, | No. 1 CA-SA 24-0137 |
| | |
| v. | Maricopa County |
| | Superior Court |
| THE HONORABLE JENNIFER E. GREEN, | No. CR2024-006850-018 |
| Judge of the SUPERIOR COURT OF | |
| THE STATE OF ARIZONA, in and for | |
| the County of MARICOPA, | |
| | |
| Respondent Judge, | |
| | |
| STATE OF ARIZONA | |
| | |
| Real Party in Interest. | |

**ORDER DECLINING SPECIAL ACTION JURISDICTION**

The Court, Presiding Judge Michael J. Brown, Judge D. Steven Williams, and Judge Daniel J. Kiley has considered the petition for special action filed by Petitioner.

**IT IS ORDERED** that the Court of Appeals, in the exercise of its discretion, declines to accept jurisdiction over this special action.

**IT IS FURTHER ORDERED** vacating this court's previous order in its entirety including the obligation requiring the filing and service of a response to the petition.

_____/s/_____
Michael J. Brown, Presiding Judge

A copy of the foregoing
was sent to:

Anne M Chapman
Lee D Stein
Kathleen E Brody
George J Terwilliger III
Nicholas Klingerman
Hon Jennifer E Green
Hon Jeff Fine

Clerk of the Superior Court
*** Electronically Filed ***
T. Alameda, Deputy
7/12/2024 12:27:17 PM
Filing ID 18144340

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Cause No.   CR2024006850-001 |
| | CR2024006850-002 |
| Plaintiff, | CR2024006850-003 |
| | CR2024006850-004 |
| v. | CR2024006850-005 |
| | CR2024006850-006 |
| **KELLI WARD (001),** | CR2024006850-007 |
| **TYLER BOWYER (002),** | CR2024006850-008 |
| **NANCY COTTLE (003),** | CR2024006850-009 |
| **JACOB HOFFMAN (004),** | CR2024006850-010 |
| **ANTHONY KERN (005),** | CR2024006850-011 |
| **JAMES LAMON (006),** | CR2024006850-012 |
| **ROBERT MONTGOMERY (007),** | CR2024006850-013 |
| **SAMUEL MOORHEAD (008),** | CR2024006850-014 |
| **LORRAINE PELLEGRINO (009),** | CR2024006850-015 |
| **GREGORY SAFSTEN (010),** | CR2024006850-016 |
| **MICHAEL WARD (011),** | CR2024006850-017 |
| **RUDOLPH GIULIANI (012),** | CR2024006850-018 |
| **JOHN EASTMAN (013),** | |
| **BORIS EPSTHEYN (014),** | |
| **JENNA ELLIS (015),** | **PLAINTIFF'S RULE 15.1** |
| **CHRISTINA BOBB (016),** | **SGJ DISCLOSURE** |
| **MICHAEL ROMAN (017),** | |
| **MARK MEADOWS (018),** | |
| | Hon. Bruce Cohen |
| Defendants. | |

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

Defense counsel shall maintain the State Grand Jury transcripts and exhibits from the State in defense counsels' custody. Defense counsel may scan, reproduce and disclose such information only to support staff, defense investigators, agents and/or experts (the "defense team") as necessary for purposes of the defense of this case. Members of the defense teams receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court. The defendants may review the grand jury transcripts and exhibits in the presence of defense counsel or other members of the defense teams. The parties agree that review at the office of defense counsel constitutes being the presence of the defense team for purposes of this Order. The defendant may not retain a copy of the grand jury transcripts and exhibits. Any copies must be kept secure so as to reasonably prevent loss, theft, or accidental disclosure to third parties.

1.   *Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                                    BATES No.:

**SGJ TRANSCRIPTS**
1. 2024-01-16_Redacted                                    SGJ000001-SGJ000110
2. 2024-01-22_Redacted                                    SGJ000111-SGJ000185
3. 2024-01-29_Redacted                                    SGJ000186-SGJ000291
4. 2024-02-20_Redacted                                    SGJ000292-SGJ000363
5. 2024-02-26-am scheduling_Redacted                      SGJ000364-SGJ000372
6. 2024-02-26_Redacted                                    SGJ000373-SGJ000482
7. 2024-03-04 Daily Admonitions_Redacted                  SGJ000483-SGJ000487
8. 2024-03-04_Redacted                                    SGJ000488-SGJ000713
9. 2024-03-11_Redacted                                    SGJ000714-SGJ000719
10. 2024-03-18_Redacted                                   SGJ000720-SGJ000873
11. 2024-03-19_Redacted                                   SGJ000874-SGJ000878
12. 2024-03-25_Redacted                                   SGJ000879-SGJ001041
13. 2024-03-26_Redacted                                   SGJ001042-SGJ001053
14. 2024-04-01_Redacted                                   SGJ001054-SGJ001062
15. 2024-04-08 Daily Admonitions_Redacted                 SGJ001063-SGJ001067
16. 2024-04-08 2nd part_Redacted                     SGJ001068-SGJ001208
17. 2024-04-09 Daily Admonitions_Redacted                 SGJ001209-SGJ001213
18. 2024-04-09_Redacted                                   SGJ001214-SGJ001333
19. 2024-04-15_Redacted                                   SGJ001334-SGJ001345
20. 2024-04-16_Redacted                                   SGJ001346-SGJ001351
21. 2024-04-22_Redacted                                   SGJ001352-SGJ001488
22. 2024-04-23_Redacted                                   SGJ001489-SGJ001531

**SGJ EXHIBITS**
Ex 1 01 16 2024 Power Point                               SGJ001532-SGJ001604
Ex 2 01 22 2024 Power Point                               SGJ001605-SGJ001615
Ex 3 01 29 2024 Power Point                               SGJ001616-SGJ001634
Ex 4 CV 2020-015285 Decision Order Filed 12 08 2020       SGJ001635-SGJ001641
Ex 5 2 20 2024 Power Point State Grand Jury Subpoenae…    SGJ001642-SGJ001659
Ex 6 02 20 2024 Power Point Completed Investigative Int…  SGJ001660-SGJ001675
Ex 7 January 6 Executive Summary                          SGJ001676-SGJ001868
Ex 8 02 26 2024 Power Point                               SGJ001869-SGJ001936
Ex 8 Slide 29 Did you bring the evidence                  SGJ001937
Ex 8 Slide 30 Give the man what he needs, Rudy            SGJ001938
Ex 8 Slide 31 We've got lots of theories, we just don't hav…  SGJ001939
Ex 8 Slide 32 Bowers emotionally describes threats from…  SGJ001940
Ex 8 Slide 56 Hail the Chief                              SGJ001941
Ex 9 03 04 2024 Power Point                               SGJ001942-SGJ002049
Ex 9 Slide 33 Jake Hoffman interviewed by reporter on J…  SGJ002050

3

Ex 9 Slide 42 Anthony Kern Interview with Epoch Time…   SGJ002051
Ex 9 Slide 47 Anthony Kern sidesteps question from repo…   SGJ002052
Ex 9 Slide 48 Anthony Kern   SGJ002053
Ex 9 Slide 58 Anthony Kern speaks at Stop the Steal in D…   SGJ002054
Ex 9 Slide 61 Jim Lamon interview on Politics Unplugged…   SGJ002055
Ex 10 Fake Electors' Memorandum and Mailings to the Pr…   SGJ002056-SGJ002060
Ex 11 Arizona Certificate of Ascertainment 11 30 2022 Ce…   SGJ002061-SGJ002067
Ex 12 Document signed 12 14 2020 by legislators and me…   SGJ002068-SGJ002072
Ex 13 Letter from Vice President Pence 01 06 2021   SGJ002073-SGJ002075
Ex 14 SGJ diagram Rings 03 04 2024   SGJ002076
Ex 15 SGJ diagram List of Individuals 03 04 2024   SGJ002077-SGJ002080
Ex 16 SGJ diagram Individuals from Exhibit 12 03 04 2024   SGJ002081
Ex 17 SGJ diagram List of possible charges 03 04 2024   SGJ002082
Ex 18 03 18 2024 Power Point   SGJ002083-SGJ002150
Ex 18 Slide 42 Pence Lawyer warned Trump adviser   SGJ002151
Ex 18 Slide 43 Pence lawyer warned Trump adviser   SGJ002152
Ex 18 Slide 44 Pence lawyer warned Trump adviser   SGJ002153
Ex 18 Slide 45 Eastman and Giuliani   SGJ002154
Ex 18 Slide 66 Rusty Bowers   SGJ002155
Ex 18 Slide 68 January 6 Committee Interview   SGJ002156
Ex 19 Text Message Chain between Miller, Clark and Mur…   SGJ002157-SGJ002166
Ex 20 Eastman Memo dated 12 23 2020   SGJ002167-SGJ002168
Ex 21 Eastman Memo dated 01 03 2021   SGJ002169-SGJ002173
Ex 22 Grand Jury Media Exhibits   SGJ002174-SGJ002191
Ex 23 Anthony Kern Press Conference held 03 25 2024, t…   SGJ002192-SGJ002193
Ex 23 Anthony Kern video   SGJ002194
Ex 24 03 25 2024 Power Point   SGJ02195-SGJ002199
Ex 25 SGJ Diagram Timeline and Target List 03 25 2024   SGJ002200-SGJ002203
Ex 26 Letter from counsel of Jake Hoffman   SGJ002204-SGJ002233
Ex 27 04 08 2024 Power Point   SGJ002234-SGJ002260
Ex 28 Draft Indictment 04 08 2024   SGJ002261-SGJ002317
Ex 29 Slide 53 Kelli Ward   SGJ002318-SGJ002386
Ex 29 Slide 69 Kern at Stop the Steal January 6   SGJ002387
Ex 29 Timeline Power Point 04 08 2024   SGJ002388
Ex 30 04 22 2024 Power Point   SGJ002389-SGJ002400
Ex 30 Slide 6 Judge Michael Luttig   SGJ002401
Ex 30 Slide 7 Rusty Bowers   SGJ002402
Ex 31 04 22 2024 Power Point   SGJ002403-SGJ002434

2.    *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal

Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

      3.    *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use

at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 12th day of July, 2024.

KRISTIN K. MAYES
Attorney General

*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General

Original of the foregoing e-filed this
12th day of July, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 12th
day of July, 2024, to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
jzook@rrpklaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
criminalparalegals@attorneysforfreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik  / Lacy Cooper
diw@wb-law.com / lacy@azbarristers.com
admin@wb-law.com
*Counsel for J. Lamon 006*

Amanda Lauer
amanda_lauer@maricopa.gov
kay.nelson@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
staff@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
Janeth.Lira@maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
vneumann@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittle.com
info@brownandlittle.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsazlaw.com
lmcondado3@gmail.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
admin@altmanaz.com  patgitre@patriciagitre.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
Karissa@mscclaw.com
*Counsel for M. Meadows 018*

Clerk of the Superior Court
*** Electronically Filed ***
07/15/2024 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                07/12/2024


                                        CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                        S. Allen
                                                 Deputy


STATE OF ARIZONA                        NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                      ANNE M CHAPMAN

                                        JUDGE BRUCE COHEN
                                        VICTIM WITNESS DIV-AG-CCC


MINUTE ENTRY


 The Court having received and considered Defendant Mark Meadows' Motion for Permission to File Sur-Reply in Opposition to State's Motion for Protective Order, filed 07/02/2024, and good cause shown,

 IT IS ORDERED granting Defendant's Motion.

Clerk of the Superior Court
*** Electronically Filed ***
A. Williams, Deputy
7/16/2024 11:41:56 PM
Filing ID 18164160

KRISTIN K. MAYES
Attorney General
Firm Bar No. 014000
NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br>              Plaintiff,<br>vs.<br><br>**KELLI WARD (001),**<br>**TYLER BOWYER (002),**<br>**NANCY COTTLE (003),**<br>**JACOB HOFFMAN (004),**<br>**ANTHONY KERN (005),**<br>**JAMES LAMON (006),**<br>**ROBERT MONTGOMERY (007),**<br>**SAMUEL MOORHEAD (008),**<br>**LORRAINE PELLEGRINO (009),**<br>**GREGORY SAFSTEN (010),**<br>**MICHAEL WARD (011),**<br>**RUDOLPH GIULIANI (012),**<br>**JOHN EASTMAN (013),**<br>**BORIS EPSHTEYN (014),**<br>**JENNA ELLIS (015),**<br>**CHRISTINA BOBB (016),**<br>**MICHAEL ROMAN (017),**<br>**MARK MEADOWS (018),**<br>              Defendants. | Case No**.: CR2024-006850-001**<br>**CR2024-006850-002**<br>**CR2024-006850-003**<br>**CR2024-006850-004**<br>**CR2024-006850-005**<br>**CR2024-006850-006**<br>**CR2024-006850-007**<br>**CR2024-006850-008**<br>**CR2024-006850-009**<br>**CR2024-006850-010**<br>**CR2024-006850-011**<br>**CR2024-006850-012**<br>**CR2024-006850-013**<br>**CR2024-006850-014**<br>**CR2024-006850-015**<br>**CR2024-006850-016**<br>**CR2024-006850-017**<br>**CR2024-006850-018 X**<br><br>**AMENDED NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO A.R.S. § 12-751**<br><br>**AND**<br><br>**AMENDED REQUEST TO SET OMNIBUS BRIEFING SCHEDULE**<br>(Expedited Ruling Requested)<br>(Assigned to the Honorable Bruce Cohen) |

The State of Arizona, through undersigned counsel, hereby provides the Court with an amended notice of its intent to file a response to Defendants' Motions to Dismiss under A.R.S. § 12–751, based on the Court's July 5, 2024 case scheduling minute entry. As stated in the State's previous filing, although the State is not required to file a response concerning the prima facie component of Arizona's anti-SLAPP statute, A.R.S. § 12–751(B), the State would like an opportunity to address Defendants' arguments given that they raise a matter of first impression and public importance.[1]

Since the filing of the State's initial notice, the Court set a universal response deadline of September 23, 2024 for motions to dismiss under A.R.S. § 12–751. Based on this new information, as well as the interests of judicial economy and efficiency, the State now requests it be permitted to file its response 15 days after the Court's deadline, or **October 8, 2024**. *See* Ariz. R. Crim. P. 1.9(b) (response to be filed ten days after service); 1.10(a)(5) (five calendar days are added if served through electronic filing).

## DISCUSSION

"A trial court has broad discretion over the management of its docket." *Findlay v. Lewis*, 172 Ariz. 343, 346 (1992); *see also* Ariz. R. Crim. P. 1.9(d); *State v. Colvin*, 231 Ariz. 269, 271, ¶ 7 (App. 2013) ("Trial courts have discretion to extend the time for filing motions . . . .").

---

[1] The State reserves its right, as provided by A.R.S. § 12–751, to separate address the stage of the anti-SLAPP statute should the Court find the Defendants' have met their prima facie burden under the first stage.

As outlined in the State's previous filing on this issue, numerous defendants have submitted Motions to Dismiss invoking A.R.S. § 12–751, or have sought the Court's approval to extend the deadline to file their anti-SLAPP motions. To serve the interests of judicial economy, the Court granted those extension requests and set a general deadline for all defendants to submit a Motion to Dismiss under A.R.S. § 12–751 by September 23, 2024. Given these circumstances, as well as the overlapping legal arguments and factual issues presented so far and likely to be presented in each motion, the State believes that a single, omnibus response, followed by a single reply deadline for all defendants, provides the most efficient method to resolve the motions. Doing so will, for example:

(1) Allow motions to be addressed on a single timeline, rather than piecemeal;

(2) Avoid potentially redundant oral arguments or other hearings;

(3) Permit the Court to issue a single decision if it so desires; and

(4) Greatly simplify the logistics of any special action or appeal, should any party seek review of the Court's ruling.

Accordingly, the State respectfully requests that the Court permit the State to file an omnibus response to all Defendants' Motions to Dismiss under A.R.S. § 12–751 on the following schedule:

- State's Response Deadline for All Motions to Dismiss under A.R.S. § 12–751: **October 8, 2024**

- Defendants' Reply Deadline for All Motions to Dismiss Under A.R.S. § 12–751: **October 16, 2024**, subject to change if any Defendant later seeks additional time to reply.

Of course, if all Defendants submit anti-SLAPP Motions (or indicate they do not plan to file an anti-SLAPP Motion) before the Court's September 23, 2024 deadline, the State will file an omnibus response according to the Arizona Rules of Criminal Procedure.

## CONCLUSION

For the reasons stated above, the State requests the Court allow the State to file a limited response to the prima facie component of Defendants' Motions to Dismiss under A.R.S. § 12–751 following the Court's deadline of September 23, 2024.

Respectfully submitted July 16, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/ Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General
Criminal Division

ORIGINAL of the foregoing e-filed
This 16th day of July, 2024 with:

Clerk of the Court
Maricopa County Superior Court
175 West Madison Street
Phoenix, Arizona 85003

The Honorable Bruce Cohen
Maricopa County Superior Court

COPY of the foregoing emailed
this 16th day of July, 2024 to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik
diw@wb-law.com
*Counsel for J. Lamon 006*

Danny Evans
Danny.Evans@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittlelaw.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsArizonalaw.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
*Counsel for M. Meadows 018*

/s/ *Krista Wood*

Clerk of the Superior Court
*** Electronically Filed ***
07/17/2024 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                            07/16/2024

CLERK OF THE COURT

HONORABLE BRUCE R. COHEN                              D. MacErnie
Deputy

STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

JUDGE BRUCE COHEN
VICTIM WITNESS DIV-AG-CCC

**BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

Pending before the Court are motions to dismiss pursuant to ARS § 12-751.  These motions were either initiated by or joined with by many of the named defendants.  It is noted that there is a separate motion to dismiss filed by Defendant Lamon on other grounds.

As set forth in the court's minute entry of July 5, 2024 entitled "Preliminary Case Management Order," the parties are required to file a joint pleading entitled "Notice of Pending Motions" by no later than August 1, 2024.  As part of that pleading, those defendants who are joining in the ARS § 12-751 motion to dismiss shall be identified to ensure that the any rulings made thereon are properly applied to those specific defendants seeking this relief.

The State filed pleadings entitled "Notice of Intent To File Response" and "Request For Briefing Schedule."  In addressing this pleading, the court notes that ARS § 12-751(B) does not require a responsive pleading "unless and until the court finds that the moving party has established the *prima facie* proof" required and the court directs the filing of a responsive pleading.  Here, the State has indicated its intention to file a responsive pleading before being directed to by the court.  The State is focused on whether the *prima facie* showing can be met.  For that purpose, the court concludes that full briefing on this statutory threshold would be of assistance to the court and in the interests of justice.

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CR2024-006850-018 DT                                    07/16/2024

IT IS THEREFORE ORDERED granting to the State the right to file a responsive pleading to the Motions to Dismiss pursuant to ARS § 12-751 on or before **July 22, 2024**.  The Response shall address facts and law that focus only Defendants' *prima facie* proof component of ARS § 12-751(B).  If the court later finds that the *prima facie* showing required of Defendants has been met, the court shall set a briefing schedule, argument and any required evidentiary hearing to address additional provisions of ARS § 12-751(B)(1)(a), (b) and (c).

IT IS FURTHER ORDERED that any Reply to the State's Response shall be filed on or before **August 9, 2024**.

IT IS FURTHER ORDERED that absent any further orders of the Court, oral argument/evidentiary hearing shall be held on August 26, 2024, as previously ordered, on the issue of whether a *prima facie* showing pursuant to ARS § 12-751(B) has been established.

IT IS FURTHER ORDERED that as to Defendant Lamon's "*Motion To Dismiss Indictment Pursuant to Rule 16.4(b), U.S. Const. Art. II and VI, U.S. Const. Am I, V and XIV, and Ariz. Const. Art. II,  §§ 4 and 6* " filed on June 24, 2024, the same briefing schedule detailed above shall apply.  Unless otherwise ordered, oral argument on this motion shall be held on August 26, 2024.

IT IS FURTHER ORDERED that the scope of the August 26, 2024 proceedings may be further expanded or limited upon agreement of the parties and order of the Court.

Clerk of the Superior Court
*** Electronically Filed ***
I. Osuna, Deputy
7/18/2024 3:37:26 PM
Filing ID 18177487

**Prosecutor**
Name:          Nicholas Klingerman
Bar Number:    028231
Address:       2005 N Central Avenue
               Phoenix, AZ 85004
Email:         Nicholas.Klingerman@azag.gov;
               crmfraud@azag.gov
Telephone:     (602) 542-3881

**Defense Counsel or Self-Represented Defendant**
Name:          Anne Chapman
Bar Number:    025965
Address:       2600 North Central Avenue, Suite 1000
               Phoenix, AZ 86004
Email:         anne@mscclaw.com
Telephone:     (602) 358-0292

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **STATE OF ARIZONA,**<br><br>Plaintiff,<br><br>v.<br><br>MARK MEADOWS (018),<br><br>Defendant. | No. CR: CR2024-006850-018<br><br>Commissioner Christina Henderson<br><br>**INITIAL PRETRIAL CONFERENCE STATEMENT**<br><br>**IPTC HEARING DATE:** July 30, 2024<br><br>***\*\*Parties must file this statement 3 court days before hearing date.\*\**** |

**REQUEST FOR APPEARANCE HEARING**

**Note:** *To request that the IPTC be an appearance hearing, <u>file</u> this statement no less than 3 court days <u>before</u> the IPTC date and <u>email a courtesy copy</u> to the IPTC Commissioner.*

1. Is any party requesting an appearance hearing?        ☐ Yes    ☒ No

   If yes, who is requesting the hearing?                ☐ State   ☐ Defendant

2. Provide the basis for the requested hearing (e.g., missing disclosures, pending motions):

3. Does the Defendant want their presence waived?        ☒ Yes    ☐ No

**Case Status**

The parties hereby avow to the Court that the following activities have occurred in this case (check all that apply):

☒ Defense counsel and Defendant have been in communication.

☒ The State has complied with Rule 15.1, Ariz. R Crim. P.

☒ The Defendant has complied with Rule 15.2, Ariz. R Crim. P.

☒ There are no disclosure or discovery disputes at this time between the parties that require the Court's involvement.

☐ There are no pending motions (including Notice of Change of Judge) before the court.

For any item(s) **not** checked above, please explain why and the parties' plan for addressing these issues:

Defendant Meadows and the State have been in contact about discovery. The State has been working to answer any requests and questions by Defendant Meadows. There is no need for court intervention at this time.

Defendant Meadows has a pending motion to associate counsel *pro hac vice*.

Defendant Meadows has a pending objection to the State's Motion for Protective Order regarding State Grand Jury transcripts and exhibits.

**Plea Discussions**

The status of plea negotiations is as follows (check applicable boxes):

☐ There is a written plea offer that expires on EXPIRATION DATE. The plea offer has been communicated in writing to: ☐ defense attorney / ☐ Defendant.

☒ A plea offer is forthcoming from State/being discussed/or a deviation request is pending.

☐ No plea offer will be made.

☐ A settlement conference has been held.

**Hearing Dates**

☐ Defendant has been advised of the upcoming hearing dates, including the Comprehensive Pre-Trial Conference (CPTC), the Final Trial Management Conference (FTMC), and Trial Dates.

☒ Victims' Rights have been complied with (as applicable).

☐ The Court still needs to set the following hearing(s). (The hearings will be set via minute entry and defense counsel will need to file a declaration with the Court within 10 business days confirming that they have informed Defendant of the dates.)

☐ CPTC        ☐ FMTC        ☐ Trial

**Defendants with Multiple Cases / Codefendant Matters / Complex**

☐ Defendant has multiple cases pending Maricopa County Superior Court. If checked, list all case numbers here (including probation violation matters): _____

☐ The State and Defendant agree to align all last days to the case listed above with the latest last day and align all hearing dates.

☐ Defendant agrees to waive Rule 8 time on all pending cases (to the extent necessary) to allow for last days to be aligned.

☒ This is a co-Defendant case.  If checked, list the co-Defendant(s) name(s), assigned Case Management Judge(s), and next hearing date(s).

| Name | Judge | Next Hearing |
|------|-------|--------------|
| Kelli Ward (001) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Tyler Bowyer (002) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Nancy Cottle (003) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Jacob Hoffman (004) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Anthony Kern (005) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| James Lamon (006) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Robert Montgomery (007) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Samuel Moorhead (008) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Lorraine Pellegrino (009) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Gregory Safsten (010) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Michael Ward (011) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Rudolph Giuliani (012) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| John Eastman (013) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Boris Epshteyn (014) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Jenna Ellis (015) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Christina Bobb (016) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |
| Michael Roman (017) | Judge Bruce Cohen | CCSC August 26, 2024 @ 9am |

☐ The parties intend to file a request for the Court to designate this case as complex by Click or tap to enter a date.:

**Prosecutor**

**Defense Counsel or
Self-Represented Defendant**

| **Signature: /s/ Nicholas Klingerman** | **Signature: /s/ Anne Chapman** |
|----------------------------------------|----------------------------------|
| **Name:** Nicholas Klingerman | **Name: Anne Chapman** |

Date Submitted: July 18, 2024

Clerk of the Superior Court
*** Electronically Filed ***
07/19/2024 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                        07/18/2024


                                                CLERK OF THE COURT
HONORABLE BRUCE R. COHEN                              D. MacErnie
                                                        Deputy



STATE OF ARIZONA                          NICHOLAS KLINGERMAN

v.

MARK MEADOWS (018)                        ANNE M CHAPMAN

                                          JUDGE BRUCE COHEN
                                          VICTIM WITNESS DIV-AG-CCC



**ORDER RE: BRIEFING AND ARGUMENT ON ANTI-SLAPP MOTIONS TO DISMISS
ORDER PERMITTING VIRTUAL APPEARANCES**

    This court previously issued scheduling orders. Before and since those orders were
entered, the parties have filed a variety of motions, some of which address briefing schedules. This
court has reviewed its prior orders as well as the pleadings from the parties and from that, has
concluded that there a number of proposed schedules that have been communicated and that could
become the source of confusion and delay.

    Many of the Defendants have filed for dismissal pursuant to ARS Section 12-751 or have
joined in the motion filed by others. The statute was enacted to ensure that a party is not subjected
to litigation brought for the purpose of impacting that party's constitutionally protected right to
free speech, press, and assembly. By its nature, it is an issue that requires timely intervention.

    For the purpose of developing a briefing schedule and oral argument, the court makes
particular note of the provisions of subsection B of the statute. It provides:

        B. A person who files a motion pursuant to subsection A of this section has the
        burden of establishing prima facie proof that the legal action was substantially
        motivated by a desire to deter, retaliate against or prevent the lawful exercise of
        a constitutional right. The moving person may submit evidence based on the
        record, a sworn affidavit or other evidence that is submitted with the motion to
        dismiss or quash. A party is not required to file a response to a motion filed

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                       07/18/2024

> pursuant to subsection A of this section unless and until the court finds that the moving party has established the prima facie proof and orders the party to file a response. The court shall grant the motion unless one of the following applies:
>
> 1. If the responding party is a state actor, the responding party shows that the legal action on which the motion is based is justified by clearly established law and that the responding party did not act in order to deter, prevent or retaliate against the moving party's exercise of constitutional rights. A state actor may satisfy the requirements of this paragraph by doing any of the following:
>
> (a) Establishing that the person who initiated and conducted an investigation that resulted in the legal action and that made the decision to pursue the legal action was unaware of the movant's lawful exercise of the constitutional right.
>
> (b) Establishing that the state actor has a consistent practice of pursuing similar legal actions against similarly situated persons who did not lawfully exercise constitutional rights.
>
> (c) Producing any other evidence that the court finds sufficient.

The statute provides for two separate and distinct determinations. At this time, the court is focused on the first of the two; that being, whether the Defendants have established *prima facie* proof that "…the legal action was substantially motivated by a desire to deter, retaliate against or prevent the lawful exercise of a constitutional right." For this determination, the court is not required to seek a responsive pleading from the State. Yet in the interests of justice, this Court has ordered that the State may file a responsive pleading focused only on this first prong of the statute. If and only if the court finds that the *prima facie* showing has been met by Defendants, the court then turns to subsection (B)(1)(a), (b) and (c) of ARS Section 12-751.

The statute does not require the court to allow for oral argument or the presentation of evidence. It authorizes the determination to be made based upon the court record and supportive affidavits. Here, the record has not been developed and based thereon, the court is extending to Defendants a full opportunity to meet their burden of proof and is allowing the State to respond in opposition thereto. That is one of the purposes of the hearing set for August 26, 2024. If this court were now to extend further the threshold determination (as is sought by the State in their Amended Notice of Intent" that was filed on July 16, 2024 and apparently agreed to by at least some of the named defendants), the motion to dismiss will be delayed by months.

Based upon the foregoing, the Court is settling on the following schedule during these preliminary stages of the litigation:

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                        07/18/2024

### *August 1, 2024*

As ordered in the minute entry of July 5, 2024, the parties shall confer and create a joint pleading entitled "Notice of Pending Motions." It shall be filed no later than August 1, 2024. The pleading shall include the following:

- Identification of each pending motion before the court, including the names of the specific defendants who are the subject of the motion or who have joined in the motion. Further, the notice shall include a statement as to whether the motion is fully briefed and, if not, by what date it shall be fully briefed.
- Whether the motion can be decided based on the pleadings filed or whether oral argument is sought. If there is to be oral argument, the court will assume that the oral argument shall be conducted on August 26, 2024 unless otherwise requested by the parties. If any motion requires an evidentiary hearing, the parties shall detail the scope of the hearing, the anticipated length of time needed for the hearing, and whether it may be conducted as part of the August 26, 2024 proceedings. The notice shall further identify which specific defendants are subject to each pending motion.
- Identification of any motions that are now moot given the orders contained herein.
- A list of other motions that are anticipated to be filed within the following 90 days so that appropriate scheduling can be addressed at the CCSC.

### *August 5, 2024*

Replacing prior scheduling orders, the State may file its responsive pleading to the Anti-Slapp motions to dismiss on or before August 5, 2024. The response shall be limited to the threshold determination of whether a *prima facie* showing has been made by Defendants, as contemplated under ARS Section 12-751(B).

### *August 19, 2024*

To the extent that any Defendant wishes to file a Reply in support of whether the Anti-Slapp motions to dismiss are sufficient to meet the burden of proof threshold, defendants may do so on or before August 19, 2024.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/18/2024

*August 26, 2024*

This is the date presently set for the Complex Case Scheduling Conference.  As part of this Conference, the court shall work with the parties to develop a meaningful and viable pretrial and trial schedule.

Further, there shall be oral argument on the issue of whether Defendants have met their *prima facie* burden of proof for the Anti-Slapp motions to dismiss.  The Court shall then either rule in open court or may take that issue under advisement.  If the court does not decide the threshold question under ARS Section 12-751 at the end of oral argument or if the court finds that the burden of proof has been met, a hearing schedule shall be developed to address the second prong of the statute.  This will ensure that if the *prima facie* showing is established either at the Conference or as found in a later-issued ruling, there is an agreed-upon schedule for the next stage in the proceedings.

The Court shall also review with counsel the issues identified in the "Notice of Pending Issues" required from the parties by August 1, 2024.  To the extent that the issues are fully briefed, they may also be addressed at the Conference. If they are not fully briefed or if they require an evidentiary hearing or additional time, a schedule shall be developed for those matters to be heard.

The Court notes that there are other motions to dismiss that have been filed.  The full briefing schedule on all such motions (other than the Anti-Slapp motions) shall be finalized at the Conference.

The Court has received requests from some defendants for their appearances to be waived or for them to be allowed to appear virtually.  No waiver of appearance is granted.  Each defendant must participate in the August 26 proceedings.

The issue left to be decided relates to whether any non-Arizona resident defendants may appear virtually rather than in person.  The August 26th proceedings will not be limited merely to developing a schedule.  This court intends to address as many substantive issues as possible. Proceedings of this nature are facilitated when all parties are present, in-person.  But while this court is disinclined to allow for appearances to be through a virtual platform, the court also recognizes the costs associated with travelling to Arizona for this hearing.

Accordingly, but only as to any Defendant who does not reside in Arizona,

IT IS ORDERED that said Defendant(s) may appear virtually for the August 26, 2024 proceedings.  Each such Defendant shall ensure that they are at a location that is private and not subject to interference or outside activity.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-006850-018 DT                                    07/18/2024


IT IS FURTHER ORDERED that Mr. Wilenchik may appear virtually on behalf of Defendant Lamon, as he requests in the recently filed motion.  This authorization is based upon the understanding that co-counsel for Defendant Lamon will be appearing in-person at the hearing.

The Court notes that for subsequent Complex Case Management Conferences, this court often allows for virtual appearances or for non-appearance conferences.  This shall be addressed further at the CCSC.

Clerk of the Superior Court
*** Electronically Filed ***
M. Yelverton, Deputy
7/22/2024 1:43:24 PM
Filing ID 18191093

Anne Chapman (#025965)
anne@mscclaw.com
Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice

*Attorneys for Defendant Mark Meadows*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No. CR2024-006850-018 |
| Plaintiff, | |
| v. | **DEFENDANT MEADOWS' NOTICE OF JOINDER IN LAMON'S MOTION TO DISMISS INDICTMENT PURSUANT TO A.R.S. § 12-751.** |
| MARK MEADOWS (18), | |
| Defendant. | |

Mr. Meadows, through counsel, and pursuant to A.R.S. § 12-751, hereby joins in the Motion to Dismiss Indictment Pursuant to A.R.S. § 12-751 filed by Mr. Lamon. Mr. Meadows adopts the arguments set forth in Mr. Lamon's Motion.

To the extent he had any involvement concerning the alternate slate of electors, Mr. Meadows involvement was in his role as Chief of Staff to the President. Mr. Meadows received communications directed to him in his role as Chief of Staff. These

communications from legislators, State Party Representatives, and others, to Mr. Meadows in his role as Chief of Staff, were efforts to petition the government for the redress of grievances. The right of those individuals to so petition the government are protected by the First Amendment to the United States Constitution, incorporated against the states by the Fourteenth Amendment. U.S. Const. Am. I and XIV. The Arizona Constitution likewise protects the right of petition. Ariz. Const. Art. 2 § 5.

As Mr. Lamon's Motion persuasively demonstrates, this criminal prosecution involves the lawful exercise of the rights of petition, the right of speech, and the right to freely associate, protected by the United States Constitution and the Arizona Constitution. A defendant need only present prima facia proof that the criminal prosecution "was substantially motivated by a desire to determine, retaliate against or prevent the lawful exercise of a constitutional right." A.R.S. § 12-751(B). Once the defendant's burden is met, the Court must dismiss the charges unless the State is able to prove that (1) the criminal prosecution "is justified by clearly established law," and (2) the State did not bring the prosecution to deter, prevent or retaliate against the moving party's exercise of constitutional rights." A.R.S. §12-751(B)(1). Here, the evidence is overwhelming that the prosecution was brought to retaliate against the lawful exercise of constitutional rights and to deter the exercise of those rights in the future; and the State is unable to show that its novel and unprecedented theories are justified by clearly established law. Under this test, the Indictment must be dismissed.

RESPECTFULLY SUBMITTED this 22nd day of July, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:___/s/ Anne Chapman_____

Anne Chapman
Lee Stein
George J. Terwilliger III*
* Pro Hac Vice
Attorneys for Defendant Mark Meadows

**ORIGINAL** of the foregoing **E-FILED**
this 22nd day of July, 2024 with:

Clerk of the Superior Court
Maricopa County Superior Court

**COPY** of the foregoing **DELIVERED VIA E-FILING**
this 22nd day of July, 2024 to:

Nicholas Klingerman, Esq.
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004
nicholas.klingerman@azag.gov
krista.wood@azag.gov
crmfraud@azag.gov

Attorneys for Plaintiff


  _/s/ PLMcClellan_____

-3-

CLERK OF THE SUPERIOR COURT
FILED
07-22-2024   9:47am.
D. MacEmie, Deputy

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| 8  STATE OF ARIZONA, | Case No. CR2024-006850-018 |
| 9  Plaintiff, | |
| 10 | |
| 11  v. | |
| 12  MARK MEADOWS (18), | **ORDER ASSOCIATING COUNSEL** *PRO HAC VICE* |
| 13  Defendant. | |
| 14 | |

15

16      Upon Review of the Motion to Associate Counsel *Pro Hac Vice* of Anne

17  Chapman of Mitchell Stein Carey Chapman, PC and the consent of Anne Chapman to

18  appear as local counsel,

      IT IS HEREBY ORDERED that George J. Terwilliger III be admitted *pro hac*
19
*vice* as counsel for Defendant Mark Meadows (018).
20
      IT IF FURTHER ORDERED that Local Counsel is to file a Supplement to its
21
Motion to Associate Counsel attaching a copy of the Notice from the State Bar upon
22
receipt.
23

24      DATED this **5th** day of July, 2024.

25

26
      Maricopa County Superior Court
27

28      Hon. Bruce R. Cohen

Clerk of the Superior Court
*** Electronically Filed ***
T. Alameda, Deputy
7/23/2024 11:58:39 AM
Filing ID 18198899

KRISTIN K. MAYES
Attorney General
Firm Bar No. 14000

NICHOLAS KLINGERMAN
State Bar No. 028231
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone 602-542-3881
crmfraud@azag.gov
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Cause No.  **CR2024006850-001** |
| | **CR2024006850-002** |
| Plaintiff, | **CR2024006850-003** |
| v. | **CR2024006850-004** |
| | **CR2024006850-005** |
| **KELLI WARD (001),** | **CR2024006850-006** |
| **TYLER BOWYER (002),** | **CR2024006850-007** |
| **NANCY COTTLE (003),** | **CR2024006850-008** |
| **JACOB HOFFMAN (004),** | **CR2024006850-009** |
| **ANTHONY KERN (005),** | **CR2024006850-010** |
| **JAMES LAMON (006),** | **CR2024006850-011** |
| **ROBERT MONTGOMERY (007),** | **CR2024006850-012** |
| **SAMUEL MOORHEAD (008),** | **CR2024006850-013** |
| **LORRAINE PELLEGRINO (009),** | **CR2024006850-014** |
| **GREGORY SAFSTEN (010),** | **CR2024006850-015** |
| **MICHAEL WARD (011),** | **CR2024006850-016** |
| **RUDOLPH GIULIANI (012),** | **CR2024006850-017** |
| **JOHN EASTMAN (013),** | **CR2024006850-018** |
| **BORIS EPSTHEYN (014),** | |
| **JENNA ELLIS (015),** | **PLAINTIFF'S RULE 15.1** |
| **CHRISTINA BOBB (016),** | **THIRD SUPPLEMENTAL** |
| **MICHAEL ROMAN (017),** | **DISCLOSURE** |
| **MARK MEADOWS (018),** | |
| | |
| Defendants. | Hon. Bruce Cohen |

1

The State, pursuant to Arizona Rule of Criminal Procedure 15.1, makes available the following material and information. All of the materials subject to disclosure, presently in the State's possession, are referenced in this document. Additional disclosure, if any, will be made available as received, in accordance with Rule 15.6. Any such disclosure may be used in the State's case-in-chief or as rebuttal evidence in this case.

      *1.   Disclosure Materials*

The following disclosure materials have been uploaded to the AG Fileshare server and are available for downloading:

EXHIBITS:                                                                  BATES No.:

**MARICOPA COUNTY BOS PRODUCTION**
MC-AG_ 000001 - MC-AG_002748
   Emails
      Donald Trump                                                  035052-035709
          035052-035053 MC-AG_000001-MC-AG_000002
          035054 MC-AG_000003-MC-AG_000003
          035055-035056 MC-AG_000004-MC-AG_000005
          035057 MC-AG_000006-MC-AG_000006
          035058 MC-AG_000007-MC-AG_000007
          035059 MC-AG_000008-MC-AG_000008
          035060 MC-AG_000009-MC-AG_000009
          035061 MC-AG_000010-MC-AG_000010
          035062 MC-AG_000011-MC-AG_000011
          035063 MC-AG_000012-MC-AG_000012
          035064 MC-AG_000013-MC-AG_000013
          035065 MC-AG_000014-MC-AG_000014
          035066-035069 MC-AG_000015-MC-AG_000018
          035070-035073 MC-AG_000019-MC-AG_000022

035074-035077 MC-AG_000023-MC-AG_000026
035078-035081 MC-AG_000027-MC-AG_000030
035082-035087 MC-AG_000031-MC-AG_000036
035088-035089 MC-AG_000037-MC-AG_000038
035090-035091 MC-AG_000039-MC-AG_000040
035092-035096 MC-AG_000041-MC-AG_000045
035097 MC-AG_000046-MC-AG_000046
035098-035102 MC-AG_000047-MC-AG_000051
035103-035105 MC-AG_000052-MC-AG_000054
035106 MC-AG_000055-MC-AG_000055
035107-035110 MC-AG_000056-MC-AG_000059
035111-035114 MC-AG_000060-MC-AG_000063
035115 MC-AG_000064-MC-AG_000064
035116-035117 MC-AG_000065-MC-AG_000066
035118-035123 MC-AG_000067-MC-AG_000072
035124-035126 MC-AG_000073-MC-AG_000075
035127 MC-AG_000076-MC-AG_000076
035128 MC-AG_000077-MC-AG_000077
035129 MC-AG_000078-MC-AG_000078
035130-035134 MC-AG_000079-MC-AG_000083
035135-035136 MC-AG_000084-MC-AG_000085
035137-035142 MC-AG_000086-MC-AG_000091
035143 MC-AG_000092-MC-AG_000092
035144-035145 MC-AG_000093-MC-AG_000094
035146-035152 MC-AG_000095-MC-AG_000101
035153-035154 MC-AG_000102-MC-AG_000103
035155 MC-AG_000104-MC-AG_000104
035156 MC-AG_000105-MC-AG_000105
035157 MC-AG_000106-MC-AG_000106
035158-035160 MC-AG_000107-MC-AG_000109
035161-035163 MC-AG_000110-MC-AG_000112
035164 MC-AG_000113-MC-AG_000113
035165 MC-AG_000114-MC-AG_000114
035166 MC-AG_000115-MC-AG_000115
035167 MC-AG_000116-MC-AG_000116
035168 MC-AG_000117-MC-AG_000117
035169 MC-AG_000118-MC-AG_000118
035170-035171 MC-AG_000119-MC-AG_000120
035172-035173 MC-AG_000121-MC-AG_000122

035174 MC-AG_000123-MC-AG_000123
035175-035177 MC-AG_000124-MC-AG_000126
035178-035180 MC-AG_000127-MC-AG_000129
035181-035183 MC-AG_000130-MC-AG_000132
035184-035186 MC-AG_000133-MC-AG_000135
035187-035189 MC-AG_000136-MC-AG_000138
035190-035192 MC-AG_000139-MC-AG_000141
035193-035195 MC-AG_000142-MC-AG_000144
035196-035198 MC-AG_000145-MC-AG_000147
035199-035201 MC-AG_000148-MC-AG_000150
035202-035204 MC-AG_000151-MC-AG_000153
035205-035207 MC-AG_000154-MC-AG_000156
035208-035210 MC-AG_000157-MC-AG_000159
035211 MC-AG_000160-MC-AG_000160
035212 MC-AG_000161-MC-AG_000161
035213 MC-AG_000162-MC-AG_000162
035214 MC-AG_000163-MC-AG_000163
035215 MC-AG_000164-MC-AG_000164
035216 MC-AG_000165-MC-AG_000165
035217 MC-AG_000166-MC-AG_000166
035218-035219 MC-AG_000167-MC-AG_000168
035220 MC-AG_000169-MC-AG_000169
035221 MC-AG_000170-MC-AG_000170
035222 MC-AG_000171-MC-AG_000171
035223 MC-AG_000172-MC-AG_000172
035224-035225 MC-AG_000173-MC-AG_000174
035226 MC-AG_000175-MC-AG_000175
035227 MC-AG_000176-MC-AG_000176
035228 MC-AG_000177-MC-AG_000177
035229 MC-AG_000178-MC-AG_000178
035230 MC-AG_000179-MC-AG_000179
035231 MC-AG_000180-MC-AG_000180
035232-035233 MC-AG_000181-MC-AG_000182
035234 MC-AG_000183-MC-AG_000183
035235-035238 MC-AG_000184-MC-AG_000187
035239 MC-AG_000188-MC-AG_000188
035240-035242 MC-AG_000189-MC-AG_000191
035243-035246 MC-AG_000192-MC-AG_000195
035247-035251 MC-AG_000196-MC-AG_000200

035247-035251 MC-AG_000196-MC-AG_000200
035252 MC-AG_000201-MC-AG_000201
035253 MC-AG_000202-MC-AG_000202
035254 MC-AG_000203-MC-AG_000203
035255-035258 MC-AG_000204-MC-AG_000207
035259-035262 MC-AG_000208-MC-AG_000211
035263-035266 MC-AG_000212-MC-AG_000215
035267-035270 MC-AG_000216-MC-AG_000219
035271 MC-AG_000220-MC-AG_000220
035272 MC-AG_000221-MC-AG_000221
035273-035274 MC-AG_000222-MC-AG_000223
035275 MC-AG_000224-MC-AG_000224
035276 MC-AG_000225-MC-AG_000225
035277 MC-AG_000226-MC-AG_000226
035278 MC-AG_000227-MC-AG_000227
035279 MC-AG_000228-MC-AG_000228
035280 MC-AG_000229-MC-AG_000229
035281-035282 MC-AG_000230-MC-AG_000231
035283-035285 MC-AG_000232-MC-AG_000234
035286-035287 MC-AG_000235-MC-AG_000236
035288 MC-AG_000237-MC-AG_000237
035289-035290 MC-AG_000238-MC-AG_000239
035291 MC-AG_000240-MC-AG_000240
035292-035293 MC-AG_000241-MC-AG_000242
035294 MC-AG_000243-MC-AG_000243
035295-035296 MC-AG_000244-MC-AG_000245
035297 MC-AG_000246-MC-AG_000246
035298-035299 MC-AG_000247-MC-AG_000248
035300-035302 MC-AG_000249-MC-AG_000251
035303-035305 MC-AG_000252-MC-AG_000254
035306-035307 MC-AG_000255-MC-AG_000256
035308-035310 MC-AG_000257-MC-AG_000259
035311-035315 MC-AG_000260-MC-AG_000264
035316-035320 MC-AG_000265-MC-AG_000269
035321-035329 MC-AG_000270-MC-AG_000278
035330-035332 MC-AG_000279-MC-AG_000281
035333-035342 MC-AG_000282-MC-AG_000291
035343-035365 MC-AG_000292-MC-AG_000314
035366-035368 MC-AG_000315-MC-AG_000317

035369-035371 MC-AG_000318-MC-AG_000320
035372-035377 MC-AG_000321-MC-AG_000326
035378 MC-AG_000327-MC-AG_000327
035379-035387 MC-AG_000328-MC-AG_000336
035388-035389 MC-AG_000337-MC-AG_000338
035390-035391 MC-AG_000339-MC-AG_000340
035392-035396 MC-AG_000341-MC-AG_000345
035397-035400 MC-AG_000346-MC-AG_000349
035401-035404 MC-AG_000350-MC-AG_000353
035405-035407 MC-AG_000354-MC-AG_000356
035408-035410 MC-AG_000357-MC-AG_000359
035411-035412 MC-AG_000360-MC-AG_000361
035413-035414 MC-AG_000362-MC-AG_000363
035415 MC-AG_000364-MC-AG_000364
035416 MC-AG_000365-MC-AG_000365
035417-035421 MC-AG_000366-MC-AG_000370
035422-035423 MC-AG_000371-MC-AG_000372
035424-035425 MC-AG_000373-MC-AG_000374
035426-035427 MC-AG_000375-MC-AG_000376
035428-035429 MC-AG_000377-MC-AG_000378
035430-035431 MC-AG_000379-MC-AG_000380
035432-035433 MC-AG_000381-MC-AG_000382
035434-035435 MC-AG_000383-MC-AG_000384
035436-035437 MC-AG_000385-MC-AG_000386
035438-035439 MC-AG_000387-MC-AG_000388
035440-035444 MC-AG_000389-MC-AG_000393
035445-035447 MC-AG_000394-MC-AG_000396
035448-035450 MC-AG_000397-MC-AG_000399
035451-035453 MC-AG_000400-MC-AG_000402
035454-035458 MC-AG_000403-MC-AG_000407
035459-035462 MC-AG_000408-MC-AG_000411
035463-035466 MC-AG_000412-MC-AG_000415
035467-035470 MC-AG_000416-MC-AG_000419
035471-035474 MC-AG_000420-MC-AG_000423
035475-035478 MC-AG_000424-MC-AG_000427
035479-035481 MC-AG_000428-MC-AG_000430
035482-035489 MC-AG_000431-MC-AG_000438
035490-035493 MC-AG_000439-MC-AG_000442
035494-035497 MC-AG_000443-MC-AG_000446

035498-035502 MC-AG_000447-MC-AG_000451
035503-035504 MC-AG_000452-MC-AG_000453
035505-035509 MC-AG_000454-MC-AG_000458
035510-035513 MC-AG_000459-MC-AG_000462
035514-035519 MC-AG_000463-MC-AG_000468
035520-035522 MC-AG_000469-MC-AG_000471
035523-035524 MC-AG_000472-MC-AG_000473
035525-035529 MC-AG_000474-MC-AG_000478
035530-035532 MC-AG_000479-MC-AG_000481
035533-035536 MC-AG_000482-MC-AG_000485
035537-035538 MC-AG_000486-MC-AG_000487
035539-035540 MC-AG_000488-MC-AG_000489
035541-035542 MC-AG_000490-MC-AG_000491
035543-035544 MC-AG_000492-MC-AG_000493
035545-035546 MC-AG_000494-MC-AG_000495
035547-035549 MC-AG_000496-MC-AG_000498
035550-035551 MC-AG_000499-MC-AG_000500
035552-035555 MC-AG_000501-MC-AG_000504
035556-035570 MC-AG_000505-MC-AG_000519
035571-035574 MC-AG_000520-MC-AG_000523
035575-035578 MC-AG_000524-MC-AG_000527
035579-035581 MC-AG_000528-MC-AG_000530
035582-035584 MC-AG_000531-MC-AG_000533
035585-035587 MC-AG_000534-MC-AG_000536
035588-035590 MC-AG_000537-MC-AG_000539
035591-035592 MC-AG_000540-MC-AG_000541
035593-035594 MC-AG_000542-MC-AG_000543
035595-035596 MC-AG_000544-MC-AG_000545
035597-035602 MC-AG_000546-MC-AG_000551
035603-035605 MC-AG_000552-MC-AG_000554
035606-035610 MC-AG_000555-MC-AG_000559
035611-035612 MC-AG_000560-MC-AG_000561
035613-035618 MC-AG_000562-MC-AG_000567
035619-035620 MC-AG_000568-MC-AG_000569
035621-035622 MC-AG_000570-MC-AG_000571
035623-035683 MC-AG_000572-MC-AG_000632
035684-035685 MC-AG_000633-MC-AG_000634
035686-035688 MC-AG_000635-MC-AG_000637
035689-035690 MC-AG_000638-MC-AG_000639

📄 035691-035693 MC-AG_000640-MC-AG_000642
📄 035694-035699 MC-AG_000643-MC-AG_000648
📄 035700-035704 MC-AG_000649-MC-AG_000653
📄 035705-035709 MC-AG_000654-MC-AG_000658

Federal Appeals                                     035710-035713

📄 035710 MC-AG_000659-MC-AG_000659
📄 035711 MC-AG_000660-MC-AG_000660
📄 035712 MC-AG_000661-MC-AG_000661
📄 035713 MC-AG_000662-MC-AG_000662

Thomas More                                         035714-035760

📄 035714-035716 MC-AG_000663-MC-AG_000665
📄 035717-035718 MC-AG_000666-MC-AG_000667
📄 035719-035720 MC-AG_000668-MC-AG_000669
📄 035721 MC-AG_000670-MC-AG_000670
📄 035722-035723 MC-AG_000671-MC-AG_000672
📄 035724-035725 MC-AG_000673-MC-AG_000674
📄 035726-035728 MC-AG_000675-MC-AG_000677
📄 035729-035731 MC-AG_000678-MC-AG_000680
📄 035732-035734 MC-AG_000681-MC-AG_000683
📄 035735-035738 MC-AG_000684-MC-AG_000687
📄 035739-035740 MC-AG_000688-MC-AG_000689
📄 035741-035743 MC-AG_000690-MC-AG_000692
📄 035744-035746 MC-AG_000693-MC-AG_000695
📄 035747-035749 MC-AG_000696-MC-AG_000698
📄 035750-035752 MC-AG_000699-MC-AG_000701
📄 035753-035754 MC-AG_000702-MC-AG_000703
📄 035755-035757 MC-AG_000704-MC-AG_000706
📄 035758-035760 MC-AG_000707-MC-AG_000709

ZDeleted Items                                      035761-035791

📄 035761-035765 MC-AG_000710-MC-AG_000714
📄 035766-035769 MC-AG_000715-MC-AG_000718
📄 035770-035774 MC-AG_000719-MC-AG_000723
📄 035775-035776 MC-AG_000724-MC-AG_000725
📄 035777-035779 MC-AG_000726-MC-AG_000728
📄 035780-035782 MC-AG_000729-MC-AG_000731
📄 035783-035787 MC-AG_000732-MC-AG_000736
📄 035788 MC-AG_000737-MC-AG_000737
📄 035789 MC-AG_000738-MC-AG_000738
📄 035790 MC-AG_000739-MC-AG_000739
📄 035791 MC-AG_000740-MC-AG_000740

j6 PRR 1512 11-23-2021

Combined – Sent to Select Committee          035792-036252

- 035792 MC-AG-000741-MC-AG_000741
- 035793 MC-AG-000742-MC-AG_000742
- 035794 MC-AG-000743-MC-AG_000743
- 035795 MC-AG-000744-MC-AG_000744
- 035796 MC-AG-000745-MC-AG_000745
- 035797-035799 MC-AG_000746-MC-AG_000748
- 035800 MC-AG-000749-MC-AG_000749
- 035801 MC-AG-000750-MC-AG_000750
- 035802 MC-AG-000751-MC-AG_000751
- 035803-035805 MC-AG_000752-MC-AG_000754
- 035806-035808 MC-AG_000755-MC-AG_000757
- 035809 MC-AG-000758-MC-AG_000758
- 035810-035812 MC-AG_000759-MC-AG_000761
- 035813 MC-AG-000762-MC-AG_000762
- 035814 MC-AG-000763-MC-AG_000763
- 035815 MC-AG-000764-MC-AG_000764
- 035816 MC-AG-000765-MC-AG_000765
- 035817-035818 MC-AG_000766-MC-AG_000767
- 035819 MC-AG-000768-MC-AG_000768
- 035820 MC-AG-000769-MC-AG_000769
- 035821 MC-AG-000770-MC-AG_000770
- 035822 MC-AG-000771-MC-AG_000771
- 035823-035825 MC-AG_000772-MC-AG_000774
- 035826 MC-AG-000775-MC-AG_000775
- 035827-035829 MC-AG_000776-MC-AG_000778
- 035830-035831 MC-AG_000779-MC-AG_000780
- 035832 MC-AG-000781-MC-AG_000781
- 035833-035834 MC-AG_000782-MC-AG_000783
- 035835 MC-AG-000784-MC-AG_000784
- 035836-035841 MC-AG_000785-MC-AG_000790
- 035842-035847 MC-AG_000791-MC-AG_000796
- 035848 MC-AG-000797-MC-AG_000797
- 035849 MC-AG-000798-MC-AG_000798
- 035850 MC-AG-000799-MC-AG_000799
- 035851 MC-AG-000800-MC-AG_000800
- 035852 MC-AG-000801-MC-AG_000801
- 035853 MC-AG-000802-MC-AG_000802
- 035854 MC-AG-000803-MC-AG_000803

035855 MC-AG_000804-MC-AG_000804
035856 MC-AG_000805-MC-AG_000805
035857 MC-AG_000806-MC-AG_000806
035858 MC-AG_000807-MC-AG_000807
035859 MC-AG_000808-MC-AG_000808
035860 MC-AG_000809-MC-AG_000809
035861 MC-AG_000810-MC-AG_000810
035862-035864 MC-AG_000811-MC-AG_000813
035865-035866 MC-AG_000814-MC-AG_000815
035867-035894 MC-AG_000816-MC-AG_000843
035895 MC-AG_000844-MC-AG_000844
035896 MC-AG_000845-MC-AG_000845
035897 MC-AG_000846-MC-AG_000846
035898-035899 MC-AG_000847-MC-AG_000848
035900-035901 MC-AG_000849-MC-AG_000850
035902-035929 MC-AG_000851-MC-AG_000878
035930 MC-AG_000879-MC-AG_000879
035931-035958 MC-AG_000880-MC-AG_000907
035959 MC-AG_000908-MC-AG_000908
035960 MC-AG_000909-MC-AG_000909
035961 MC-AG_000910-MC-AG_000910
035962 MC-AG_000911-MC-AG_000911
035963 MC-AG_000912-MC-AG_000912
035964-035966 MC-AG_000913-MC-AG_000915
035967 MC-AG_000916-MC-AG_000916
035968-035972 MC-AG_000917-MC-AG_000921
035973-035974 MC-AG_000922-MC-AG_000923
035975 MC-AG_000924-MC-AG_000924
035976 MC-AG_000925-MC-AG_000925
035977 MC-AG_000926-MC-AG_000926
035978 MC-AG_000927-MC-AG_000927
035979 MC-AG_000928-MC-AG_000928
035980 MC-AG_000929-MC-AG_000929
035981-035982 MC-AG_000930-MC-AG_000931
035983-035985 MC-AG_000932-MC-AG_000934
035986-035987 MC-AG_000935-MC-AG_000936
035988-035989 MC-AG_000937-MC-AG_000938
035990 MC-AG_000939-MC-AG_000939
035991 MC-AG_000940-MC-AG_000940
035992 MC-AG_000941-MC-AG_000941

035993 MC-AG_000942-MC-AG_000942
035994 MC-AG_000943-MC-AG_000943
035995 MC-AG_000944-MC-AG_000944
035996 MC-AG_000945-MC-AG_000945
035997-035999 MC-AG_000946-MC-AG_000948
036000-036002 MC-AG_000949-MC-AG_000951
036003-036005 MC-AG_000952-MC-AG_000954
036006-036008 MC-AG_000955-MC-AG_000957
036009-036014 MC-AG_000958-MC-AG_000963
036015 MC-AG_000964-MC-AG_000964
036016 MC-AG_000965-MC-AG_000965
036017 MC-AG_000966-MC-AG_000966
036018 MC-AG_000967-MC-AG_000967
036019 MC-AG_000968-MC-AG_000968
036020 MC-AG_000969-MC-AG_000969
036021 MC-AG_000970-MC-AG_000970
036022-036023 MC-AG_000971-MC-AG_000972
036024-03625 MC-AG_000973-MC-AG_000974
036026-036027 MC-AG_000975-MC-AG_000976
036028-036033 MC-AG_000977-MC-AG_000982
036034-036039 MC-AG_000983-MC-AG_000988
036040-036043 MC-AG_000989-MC-AG_000992
036044-036047 MC-AG_000993-MC-AG_000996
036048-036051 MC-AG_000997-MC-AG_001000
036052-036054 MC-AG_001001-MC-AG_001003
036055-036057 MC-AG_001004-MC-AG_001006
036058-036060 MC-AG_001007-MC-AG_001009
036061-036062 MC-AG_001010-MC-AG_001011
036063-036064 MC-AG_001012-MC-AG_001013
036065-036066 MC-AG_001014-MC-AG_001015
036067-036070 MC-AG_001016-MC-AG_001019
036071-036072 MC-AG_001020-MC-AG_001021
036073-036074 MC-AG_001022-MC-AG_001023
036075-036076 MC-AG_001024-MC-AG_001025
036077-036079 MC-AG_001026-MC-AG_001028
036080-036085 MC-AG_001029-MC-AG_001034
036086-036087 MC-AG_001035-MC-AG_001036
036088 MC-AG_001037-MC-AG_001037
036089-036091 MC-AG_001038-MC-AG_001040
036092 MC-AG_001041-MC-AG_001041

036093 MC-AG_001042-MC-AG_001042
036094 MC-AG_001043-MC-AG_001043
036095 MC-AG_001044-MC-AG_001044
036096 MC-AG_001045-MC-AG_001045
036097-036099 MC-AG_001046-MC-AG_001048
036100 MC-AG_001049-MC-AG_001049
036101-036103 MC-AG_001050-MC-AG_001052
036104-036106 MC-AG_001053-MC-AG_001055
036107 MC-AG_001056-MC-AG_001056
036108 MC-AG_001057-MC-AG_001057
036109 MC-AG_001058-MC-AG_001058
036110 MC-AG_001059-MC-AG_001059
036111-036112 MC-AG_001060-MC-AG_001061
036113 MC-AG_001062-MC-AG_001062
036114 MC-AG_001063-MC-AG_001063
036115 MC-AG_001064-MC-AG_001064
036116 MC-AG_001065-MC-AG_001065
036117-036119 MC-AG_001066-MC-AG_001068
036120 MC-AG_001069-MC-AG_001069
036121 MC-AG_001070-MC-AG_001070
036122 MC-AG_001071-MC-AG_001071
036123 MC-AG_001072-MC-AG_001072
036124 MC-AG_001073-MC-AG_001073
036125 MC-AG_001074-MC-AG_001074
036126-036128 MC-AG_001075-MC-AG_001077
036129 MC-AG_001078-MC-AG_001078
036130 MC-AG_001079-MC-AG_001079
036131 MC-AG_001080-MC-AG_001080
036132 MC-AG_001081-MC-AG_001081
036133 MC-AG_001082-MC-AG_001082
036134 MC-AG_001083-MC-AG_001083
036135-036137 MC-AG_001084-MC-AG_001086
036138 MC-AG_001087-MC-AG_001087
036139 MC-AG_001088-MC-AG_001088
036140-036142 MC-AG_001089-MC-AG_001091
036143-036148 MC-AG_001092-MC-AG_001097
036149 MC-AG_001098-MC-AG_001098
036150 MC-AG_001099-MC-AG_001099
036151 MC-AG_001100-MC-AG_001100
036152 MC-AG_001101-MC-AG_001101

036153 MC-AG_001102-MC-AG_001102
036154 MC-AG_001103-MC-AG_001103
036155 MC-AG_001104-MC-AG_001104
036156 MC-AG_001105-MC-AG_001105
036157 MC-AG_001106-MC-AG_001106
036158-036159 MC-AG_001107-MC-AG_001108
036160 MC-AG_001109-MC-AG_001109
036161 MC-AG_001110-MC-AG_001110
036162-036164 MC-AG_001111-MC-AG_001113
036165-036167 MC-AG_001114-MC-AG_001116
036168-036170 MC-AG_001117-MC-AG_001119
036171 MC-AG_001120-MC-AG_001120
036172-036176 MC-AG_001121-MC-AG_001125
036177 MC-AG_001126-MC-AG_001126
036178-036179 MC-AG_001127-MC-AG_001128
036180-036181 MC-AG_001129-MC-AG_001130
036182-036185 MC-AG_001131-MC-AG_001134
036186-036188 MC-AG_001135-MC-AG_001137
036189 MC-AG_001138-MC-AG_001138
036190 MC-AG_001139-MC-AG_001139
036191-036193 MC-AG_001140-MC-AG_001142
036194-036200 MC-AG_001143-MC-AG_001149
036201-036202 MC-AG_001150-MC-AG_001151
036203 MC-AG_001152-MC-AG_001152
036204-036207 MC-AG_001153-MC-AG_001156
036208-036210 MC-AG_001157-MC-AG_001159
036211 MC-AG_001160-MC-AG_001160
036212 MC-AG_001161-MC-AG_001161
036213-036214 MC-AG_001162-MC-AG_001163
036215 MC-AG_001164-MC-AG_001164
036216 MC-AG_001165-MC-AG_001165
036217-036219 MC-AG_001166-MC-AG_001168
036220 MC-AG_001169-MC-AG_001173
036221-036222 MC-AG_001174-MC-AG_001175
036223-036229 MC-AG_001176-MC-AG_001182
036230-036235 MC-AG_001183-MC-AG_001188
036236 MC-AG_001189-MC-AG_001189
036237-036239 MC-AG_001190-MC-AG_001192
036240-036241 MC-AG_001193-MC-AG_001194
036242-036244 MC-AG_001195-MC-AG_001197

13

036245 MC-AG_001198-MC-AG_001198
036246-036247 MC-AG_001199-MC-AG_001200
036248-036252 MC-AG_001201-MC-AG_001205

Combined Texts – Sent to Select Comm                036253-036375
1

036253 MC-AG_001206-MC-AG_001206
036254 MC-AG_001207-MC-AG_001207
036255 MC-AG_001208-MC-AG_001208
036256 MC-AG_001209-MC-AG_001209
036257 MC-AG_001210-MC-AG_001210
036258 MC-AG_001211-MC-AG_001211
036259 MC-AG_001212-MC-AG_001212
036260 MC-AG_001213-MC-AG_001213
036261 MC-AG_001214-MC-AG_001214
036262 MC-AG_001215-MC-AG_001215
036263 MC-AG_001216-MC-AG_001216
036264 MC-AG_001217-MC-AG_001217
036265 MC-AG_001218-MC-AG_001218
036266 MC-AG_001219-MC-AG_001219
036267 MC-AG_001220-MC-AG_001220
036268 MC-AG_001221-MC-AG_001221
036269 MC-AG_001222-MC-AG_001222
036270 MC-AG_001223-MC-AG_001223
036271 MC-AG_001224-MC-AG_001224
036272 MC-AG_001225-MC-AG_001225
036273 MC-AG_001226-MC-AG_001226
036274 MC-AG_001227-MC-AG_001227
036275 MC-AG_001228-MC-AG_001228
036276 MC-AG_001229-MC-AG_001229
036277 MC-AG_001230-MC-AG_001230
036278 MC-AG_001231-MC-AG_001231
036279 MC-AG_001232-MC-AG_001232
036280 MC-AG_001233-MC-AG_001233
036281 MC-AG_001234-MC-AG_001234
036282 MC-AG_001235-MC-AG_001235
036283 MC-AG_001236-MC-AG_001236
036284 MC-AG_001237-MC-AG_001237
036285 MC-AG_001238-MC-AG_001238
036286 MC-AG_001239-MC-AG_001239
036287 MC-AG_001240-MC-AG_001240

036288 MC-AG_001241-MC-AG_001241
036289 MC-AG_001242-MC-AG_001242
036290 MC-AG_001243-MC-AG_001243
036291 MC-AG_001244-MC-AG_001244
036292 MC-AG_001245-MC-AG_001245
036293 MC-AG_001246-MC-AG_001246
036294 MC-AG_001247-MC-AG_001247
036295 MC-AG_001248-MC-AG_001248
036296 MC-AG_001249-MC-AG_001249
036297 MC-AG_001250-MC-AG_001250
036298 MC-AG_001251-MC-AG_001251
036299 MC-AG_001252-MC-AG_001252
036300 MC-AG_001253-MC-AG_001253
036301 MC-AG_001254-MC-AG_001254
036302 MC-AG_001255-MC-AG_001255
036303 MC-AG_001256-MC-AG_001256
036304 MC-AG_001257-MC-AG_001257
036305 MC-AG_001258-MC-AG_001258
036306 MC-AG_001259-MC-AG_001259
036307 MC-AG_001260-MC-AG_001260
036308 MC-AG_001261-MC-AG_001261
036309 MC-AG_001262-MC-AG_001262
036310 MC-AG_001263-MC-AG_001263
036311 MC-AG_001264-MC-AG_001264
036312 MC-AG_001265-MC-AG_001265
036313 MC-AG_001266-MC-AG_001266
036314 MC-AG_001267-MC-AG_001267
036315 MC-AG_001268-MC-AG_001268
036316 MC-AG_001269-MC-AG_001269
036317 MC-AG_001270-MC-AG_001270
036318 MC-AG_001271-MC-AG_001271
036319 MC-AG_001272-MC-AG_001272
036320 MC-AG_001273-MC-AG_001273
036321 MC-AG_001274-MC-AG_001274
036322 MC-AG_001275-MC-AG_001275
036323 MC-AG_001276-MC-AG_001276
036324 MC-AG_001277-MC-AG_001277
036325 MC-AG_001278-MC-AG_001278
036326 MC-AG_001279-MC-AG_001279
036327 MC-AG_001280-MC-AG_001280

036328 MC-AG_001281-MC-AG_001281
036329 MC-AG_001282-MC-AG_001282
036330 MC-AG_001283-MC-AG_001283
036331 MC-AG_001284-MC-AG_001284
036332 MC-AG_001285-MC-AG_001285
036333 MC-AG_001286-MC-AG_001286
036334 MC-AG_001287-MC-AG_001287
036335 MC-AG_001288-MC-AG_001288
036336 MC-AG_001289-MC-AG_001289
036337 MC-AG_001290-MC-AG_001290
036338 MC-AG_001291-MC-AG_001291
036339 MC-AG_001292-MC-AG_001292
036340 MC-AG_001293-MC-AG_001293
036341 MC-AG_001294-MC-AG_001294
036342 MC-AG_001295-MC-AG_001295
036343 MC-AG_001296-MC-AG_001296
036344 MC-AG_001297-MC-AG_001297
036345 MC-AG_001298-MC-AG_001298
036346 MC-AG_001299-MC-AG_001299
036347 MC-AG_001300-MC-AG_001300
036348 MC-AG_001301-MC-AG_001301
036349 MC-AG_001302-MC-AG_001302
036350 MC-AG_001303-MC-AG_001303
036351 MC-AG_001304-MC-AG_001304
036352 MC-AG_001305-MC-AG_001305
036353 MC-AG_001306-MC-AG_001306
036354 MC-AG_001307-MC-AG_001307
036355 MC-AG_001308-MC-AG_001308
036356 MC-AG_001309-MC-AG_001309
036357-036369 MC-AG_001310-MC-AG_001322
036370-036375 MC-AG_001323-MC-AG_001328
2                                                          036376-036769
036376-036390 MC-AG_001329-MC-AG_001343
036391 MC-AG_001344-MC-AG_001344
036392 MC-AG_001345-MC-AG_001345
036393 MC-AG_001346-MC-AG_001346
036394 MC-AG_001347-MC-AG_001347
036395 MC-AG_001348-MC-AG_001348
036396 MC-AG_001349-MC-AG_001349

036397 MC-AG_001350-MC-AG_001350
036398 MC-AG_001351-MC-AG_001351
036399 MC-AG_001352-MC-AG_001352
036400 MC-AG_001353-MC-AG_001353
036401 MC-AG_001354-MC-AG_001354
036402 MC-AG_001355-MC-AG_001355
036403 MC-AG_001356-MC-AG_001356
036404 MC-AG_001357-MC-AG_001357
036405 MC-AG_001358-MC-AG_001358
036406 MC-AG_001359-MC-AG_001359
036407 MC-AG_001360-MC-AG_001360
036408 MC-AG_001361-MC-AG_001361
036409 MC-AG_001362-MC-AG_001362
036410 MC-AG_001363-MC-AG_001363
036411 MC-AG_001364-MC-AG_001364
036412-036701 MC-AG_001365-MC-AG_001654
036702 MC-AG_001655-MC-AG_001655
036703 MC-AG_001656-MC-AG_001656
036704 MC-AG_001657-MC-AG_001657
036705 MC-AG_001658-MC-AG_001658
036706 MC-AG_001659-MC-AG_001659
036707 MC-AG_001660-MC-AG_001660
036708 MC-AG_001661-MC-AG_001661
036709 MC-AG_001662-MC-AG_001662
036710 MC-AG_001663-MC-AG_001663
036711 MC-AG_001664-MC-AG_001664
036712 MC-AG_001665-MC-AG_001665
036713 MC-AG_001666-MC-AG_001666
036714 MC-AG_001667-MC-AG_001667
036715 MC-AG_001668-MC-AG_001668
036716 MC-AG_001669-MC-AG_001669
036717 MC-AG_001670-MC-AG_001670
036718 MC-AG_001671-MC-AG_001671
036719 MC-AG_001672-MC-AG_001672
036720 MC-AG_001673-MC-AG_001673
036721 MC-AG_001674-MC-AG_001674
036722 MC-AG_001675-MC-AG_001675
036723 MC-AG_001676-MC-AG_001676
036724 MC-AG_001677-MC-AG_001677
036725 MC-AG_001678-MC-AG_001678

- 036726 MC-AG_001679-MC-AG_001679
- 036727 MC-AG_001680-MC-AG_001680
- 036728 MC-AG_001681-MC-AG_001681
- 036729 MC-AG_001682-MC-AG_001682
- 036730 MC-AG_001683-MC-AG_001683
- 036731 MC-AG_001684-MC-AG_001684
- 036732 MC-AG_001685-MC-AG_001685
- 036733 MC-AG_001686-MC-AG_001686
- 036734 MC-AG_001687-MC-AG_001687
- 036735 MC-AG_001688-MC-AG_001688
- 036736-036769 MC-AG_001689-MC-AG_001722

**Jen Fifield PRR 1080**                                   036770-036815

- 036770 MC-AG_002337-MC-AG_002337
- 036771 MC-AG_002338-MC-AG_002338
- 036772 MC-AG_002339-MC-AG_002339
- 036773 MC-AG_002340-MC-AG_002340
- 036774 MC-AG_002341-MC-AG_002341
- 036775 MC-AG_002342-MC-AG_002342
- 036776 MC-AG_002343-MC-AG_002343
- 036777 MC-AG_002344-MC-AG_002344
- 036778 MC-AG_002345-MC-AG_002345
- 036779 MC-AG_002346-MC-AG_002346
- 036780 MC-AG_002347-MC-AG_002347
- 036781 MC-AG_002348-MC-AG_002348
- 036782 MC-AG_002349-MC-AG_002349
- 036783 MC-AG_002350-MC-AG_002350
- 036784 MC-AG_002351-MC-AG_002351
- 036785-036786 MC-AG_002352-MC-AG_002353
- 036787 MC-AG_002354-MC-AG_002354
- 036788 MC-AG_002355-MC-AG_002355
- 036789 MC-AG_002356-MC-AG_002356
- 036790 MC-AG_002357-MC-AG_002357
- 036791-036794 MC-AG_002358-MC-AG_002361
- 036795-036800 MC-AG_002362-MC-AG_002367
- 036801-036803 MC-AG_002368-MC-AG_002370
- 036804 MC-AG_002371-MC-AG_002371
- 036805 MC-AG_002372-MC-AG_002372
- 036806 MC-AG_002373-MC-AG_002373
- 036807 MC-AG_002374-MC-AG_002374
- 036808 MC-AG_002375-MC-AG_002375

036808 MC-AG_002375-MC-AG_002375
036809 MC-AG_002376-MC-AG_002376
036810 MC-AG_002377-MC-AG_002377
036811 MC-AG_002378-MC-AG_002378
036812 MC-AG_002379-MC-AG_002379
036813 MC-AG_002380-MC-AG_002380
036814 MC-AG_002381-MC-AG_002381
036815 MC-AG_002382-MC-AG_002382

Linda So PRR 1329                                              036816-037138

036816 MC-AG_002383-MC-AG_002383
036817 MC-AG_002384-MC-AG_002384
036818 MC-AG_002385-MC-AG_002385
036819-036821 MC-AG_002386-MC-AG_002388
036822 MC-AG_002389-MC-AG_002389
036823 MC-AG_002390-MC-AG_002390
036824 MC-AG_002391-MC-AG_002391
036825-036827 MC-AG_002392-MC-AG_002394
036828-036830 MC-AG_002395-MC-AG_002397
036831 MC-AG_002398-MC-AG_002398
036832-036834 MC-AG_002399-MC-AG_002401
036835 MC-AG_002402-MC-AG_002402
036836 MC-AG_002403-MC-AG_002403
036837 MC-AG_002404-MC-AG_002404
036838 MC-AG_002405-MC-AG_002405
036839-036840 MC-AG_002406-MC-AG_002407
036841 MC-AG_002408-MC-AG_002408
036842 MC-AG_002409-MC-AG_002409
036843-036845 MC-AG_002410-MC-AG_002412
036846 MC-AG_002413-MC-AG_002413
036847-036849 MC-AG_002414-MC-AG_002416
036850-036851 MC-AG_002417-MC-AG_002418
036852 MC-AG_002419-MC-AG_002419
036853-036854 MC-AG_002420-MC-AG_002421
036855 MC-AG_002422-MC-AG_002422
036856-036861 MC-AG_002423-MC-AG_002428
036862-036867 MC-AG_002429-MC-AG_002434
036868 MC-AG_002435-MC-AG_002435
036869 MC-AG_002436-MC-AG_002436
036870 MC-AG_002437-MC-AG_002437
036871 MC-AG_002438-MC-AG_002438

- 036872 MC-AG_002439-MC-AG_002439
- 036873 MC-AG_002440-MC-AG_002440
- 036874 MC-AG_002441-MC-AG_002441
- 036875 MC-AG_002442-MC-AG_002442
- 036876 MC-AG_002443-MC-AG_002443
- 036877 MC-AG_002444-MC-AG_002444
- 036878-036880 MC-AG_002445-MC-AG_002447
- 036881-036882 MC-AG_002448-MC-AG_002449
- 036883-036910 MC-AG_002450-MC-AG_002477
- 036911 MC-AG_002478-MC-AG_002478
- 036912-036913 MC-AG_002479-MC-AG_002480
- 036914-036915 MC-AG_002481-MC-AG_002482
- 036916-036943 MC-AG_002483-MC-AG_002510
- 036944-036971 MC-AG_002511-MC-AG_002538
- 036972 MC-AG_002539-MC-AG_002539
- 036973 MC-AG_002540-MC-AG_002540
- 036974 MC-AG_002541-MC-AG_002541
- 036975-036977 MC-AG_002542-MC-AG_002544
- 036978 MC-AG_002545-MC-AG_002545
- 036979-036983 MC-AG_002546-MC-AG_002550
- 036984-036985 MC-AG_002551-MC-AG_002552
- 036986 MC-AG_002553-MC-AG_002553
- 036987 MC-AG_002554-MC-AG_002554
- 036988 MC-AG_002555-MC-AG_002555
- 036999 MC-AG_002566-MC-AG_002566
- 037000 MC-AG_002567-MC-AG_002567
- 037001 MC-AG_002568-MC-AG_002568
- 037002-037004 MC-AG_002569-MC-AG_002571
- 037005-037007 MC-AG_002572-MC-AG_002574
- 037008-037010 MC-AG_002575-MC-AG_002577
- 037011-037013 MC-AG_002578-MC-AG_002580
- 037014-037019 MC-AG_002581-MC-AG_002586
- 037020 MC-AG_002587-MC-AG_002587
- 037021 MC-AG_002588-MC-AG_002588
- 037022 MC-AG_002589-MC-AG_002589
- 037023-037024 MC-AG_002590-MC-AG_002591
- 037025-037026 MC-AG_002592-MC-AG_002593
- 037027-037028 MC-AG_002594-MC-AG_002595
- 037029-037034 MC-AG_002596-MC-AG_002601
- 037035-037040 MC-AG_002602-MC-AG_002607

- 037041-037044 MC-AG_002608-MC-AG_002611
- 037045-037048 MC-AG_002612-MC-AG_002615
- 037049-037052 MC-AG_002616-MC-AG_002619
- 037053-037055 MC-AG_002620-MC-AG_002622
- 037056-037058 MC-AG_002623-MC-AG_002625
- 037059-037061 MC-AG_002626-MC-AG_002628
- 037062-037063 MC-AG_002629-MC-AG_002630
- 037064-037065 MC-AG_002631-MC-AG_002632
- 037066-037067 MC-AG_002633-MC-AG_002634
- 037068-037069 MC-AG_002635-MC-AG_002636
- 037070-037071 MC-AG_002637-MC-AG_002638
- 037072-037073 MC-AG_002639-MC-AG_002640
- 037074-037076 MC-AG_002641-MC-AG_002643
- 037077-037078 MC-AG_002644-MC-AG_002645
- 037079 MC-AG_002646-MC-AG_002646
- 037080 MC-AG_002647-MC-AG_002647
- 037081 MC-AG_002648-MC-AG_002648
- 037082 MC-AG_002649-MC-AG_002649
- 037083 MC-AG_002650-MC-AG_002650
- 037084 MC-AG_002651-MC-AG_002651
- 037085-037087 MC-AG_002652-MC-AG_002654
- 037088 MC-AG_002655-MC-AG_002655
- 037089-037091 MC-AG_002656-MC-AG_002658
- 037092-037094 MC-AG_002659-MC-AG_002661
- 037095 MC-AG_002662-MC-AG_002662
- 037096 MC-AG_002663-MC-AG_002663
- 037097-037098 MC-AG_002664-MC-AG_002665
- 037099 MC-AG_002666-MC-AG_002666
- 037100 MC-AG_002667-MC-AG_002667
- 037101-037103 MC-AG_002668-MC-AG_002670
- 037104 MC-AG_002671-MC-AG_002671
- 037105 MC-AG_002672-MC-AG_002672
- 037106 MC-AG_002673-MC-AG_002673
- 037107 MC-AG_002674-MC-AG_002674
- 037108-037110 MC-AG_002675-MC-AG_002677
- 037111 MC-AG_002678-MC-AG_002678
- 037112 MC-AG_002679-MC-AG_002679
- 037113 MC-AG_002680-MC-AG_002680
- 037114-037116 MC-AG_002681-MC-AG_002683
- 037117 MC-AG_002684-MC-AG_002684

037118 MC-AG_002685-MC-AG_002685
037119-037121 MC-AG_002686-MC-AG_002688
037122-037127 MC-AG_002689-MC-AG_002694
037128 MC-AG_002695-MC-AG_002695
037129 MC-AG_002696-MC-AG_002696
037130 MC-AG_002697-MC-AG_002697
037131 MC-AG_002698-MC-AG_002698
037132 MC-AG_002699-MC-AG_002699
037133 MC-AG_002700-MC-AG_002700
037134 MC-AG_002701-MC-AG_002701
037135 MC-AG_002702-MC-AG_002702
037136-037137 MC-AG_002703-MC-AG_002704
037138 MC-AG_002705-MC-AG_002705

Rosalind Helderman PRR 1294                    037139-037181

037139 MC-AG_002706-MC-AG_002706
037140 MC-AG_002707-MC-AG_002707
037141 MC-AG_002708-MC-AG_002708
037142 MC-AG_002709-MC-AG_002709
037143 MC-AG_002710-MC-AG_002710
037144 MC-AG_002711-MC-AG_002711
037145 MC-AG_002712-MC-AG_002712
037146 MC-AG_002713-MC-AG_002713
037147 MC-AG_002714-MC-AG_002714
037148 MC-AG_002715-MC-AG_002715
037149 MC-AG_002716-MC-AG_002716
037150 MC-AG_002717-MC-AG_002717
037151 MC-AG_002718-MC-AG_002718
037152 MC-AG_002719-MC-AG_002719
037153-037154 MC-AG_002720-MC-AG_002721
037155 MC-AG_002722-MC-AG_002722
037156 MC-AG_002723-MC-AG_002723
037157 MC-AG_002724-MC-AG_002724
037158 MC-AG_002725-MC-AG_002725
037159-037162 MC-AG_002726-MC-AG_002729
037163-037168 MC-AG_002730-MC-AG_002735
037169-037171 MC-AG_002736-MC-AG_002738
037172 MC-AG_002739-MC-AG_002739
037173 MC-AG_002740-MC-AG_002740
037174 MC-AG_002741-MC-AG_002741
037175 MC-AG_002742-MC-AG_002742

037176 MC-AG_002743-MC-AG_002743
037177 MC-AG_002744-MC-AG_002744
037178 MC-AG_002745-MC-AG_002745
037179 MC-AG_002746-MC-AG_002746
037180 MC-AG_002747-MC-AG_002747
037181 MC-AG_002748-MC-AG_002748

Yvonne's PRR 1079
Chucri                                                      037182-037207
037182 MC-AG_001723-MC-AG_001723
037183 MC-AG_001724-MC-AG_001724
037184 MC-AG_001725-MC-AG_001725
037185 MC-AG_001726-MC-AG_001726
037186 MC-AG_001727-MC-AG_001727
037187 MC-AG_001728-MC-AG_001728
037188 MC-AG_001729-MC-AG_001729
037189 MC-AG_001730-MC-AG_001730
037190 MC-AG_001731-MC-AG_001731
037191 MC-AG_001732-MC-AG_001732
037192 MC-AG_001733-MC-AG_001733
037193 MC-AG_001734-MC-AG_001734
037194 MC-AG_001735-MC-AG_001735
037195 MC-AG_001736-MC-AG_001736
037196 MC-AG_001737-MC-AG_001737
037197 MC-AG_001738-MC-AG_001738
037198 MC-AG_001739-MC-AG_001739
037199 MC-AG_001740-MC-AG_001740
037200 MC-AG_001741-MC-AG_001741
037201 MC-AG_001742-MC-AG_001742
037202 MC-AG_001743-MC-AG_001743
037203 MC-AG_001744-MC-AG_001744
037204 MC-AG_001745-MC-AG_001745
037205 MC-AG_001746-MC-AG_001746
037206 MC-AG_001747-MC-AG_001747
037207 MC-AG_001748-MC-AG_001748
Gates                                                       037208-037221
037208 MC-AG_001749-MC-AG_001749
037209 MC-AG_001750-MC-AG_001750
037210 MC-AG_001751-MC-AG_001751
037211 MC-AG_001752-MC-AG_001752
037212 MC-AG_001753-MC-AG_001753

037213 MC-AG_001754-MC-AG_001754
037214 MC-AG_001755-MC-AG_001755
037215 MC-AG_001756-MC-AG_001756
037216 MC-AG_001757-MC-AG_001757
037217 MC-AG_001758-MC-AG_001758
037218 MC-AG_001759-MC-AG_001759
037219 MC-AG_001760-MC-AG_001760
037220 MC-AG_001761-MC-AG_001761
037221 MC-AG_001762-MC-AG_001762

Hickman                                        037222-037285

037222 MC-AG_001763-MC-AG_001763
037223 MC-AG_001764-MC-AG_001764
037224 MC-AG_001765-MC-AG_001765
037225 MC-AG_001766-MC-AG_001766
037226 MC-AG_001767-MC-AG_001767
037227 MC-AG_001768-MC-AG_001768
037228 MC-AG_001769-MC-AG_001769
037229 MC-AG_001770-MC-AG_001770
037230 MC-AG_001771-MC-AG_001771
037231 MC-AG_001772-MC-AG_001772
037232 MC-AG_001773-MC-AG_001773
037233 MC-AG_001774-MC-AG_001774
037234 MC-AG_001775-MC-AG_001775
037235 MC-AG_001776-MC-AG_001776
037236 MC-AG_001777-MC-AG_001777
037237 MC-AG_001778-MC-AG_001778
037238 MC-AG_001779-MC-AG_001779
037239 MC-AG_001780-MC-AG_001780
037240 MC-AG_001781-MC-AG_001781
037241 MC-AG_001782-MC-AG_001782
037242 MC-AG_001783-MC-AG_001783
037243 MC-AG_001784-MC-AG_001784
037244 MC-AG_001785-MC-AG_001785
037245 MC-AG_001786-MC-AG_001786
037246 MC-AG_001787-MC-AG_001787
037247 MC-AG_001788-MC-AG_001788
037248 MC-AG_001789-MC-AG_001789
037249 MC-AG_001790-MC-AG_001790
037250 MC-AG_001791-MC-AG_001791
037251 MC-AG_001792-MC-AG_001792

📄 037252 MC-AG_001793-MC-AG_001793
📄 037253 MC-AG_001794-MC-AG_001794
📄 037254 MC-AG_001795-MC-AG_001795
📄 037255 MC-AG_001796-MC-AG_001796
📄 037256 MC-AG_001797-MC-AG_001797
📄 037257 MC-AG_001798-MC-AG_001798
📄 037258 MC-AG_001799-MC-AG_001799
📄 037259 MC-AG_001800-MC-AG_001800
📄 037260 MC-AG_001801-MC-AG_001801
📄 037261 MC-AG_001802-MC-AG_001802
📄 037262 MC-AG_001803-MC-AG_001803
📄 037263 MC-AG_001804-MC-AG_001804
📄 037264 MC-AG_001805-MC-AG_001805
📄 037265 MC-AG_001806-MC-AG_001806
📄 037266 MC-AG_001807-MC-AG_001807
📄 037267 MC-AG_001808-MC-AG_001808
📄 037268 MC-AG_001809-MC-AG_001809
📄 037269 MC-AG_001810-MC-AG_001810
📄 037270 MC-AG_001811-MC-AG_001811
📄 037271 MC-AG_001812-MC-AG_001812
📄 037272 MC-AG_001813-MC-AG_001813
📄 037273 MC-AG_001814-MC-AG_001814
📄 037274 MC-AG_001815-MC-AG_001815
📄 037275 MC-AG_001816-MC-AG_001816
📄 037276 MC-AG_001817-MC-AG_001817
📄 037277 MC-AG_001818-MC-AG_001818
📄 037278 MC-AG_001819-MC-AG_001819
📄 037279 MC-AG_001820-MC-AG_001820
📄 037280 MC-AG_001821-MC-AG_001821
📄 037281 MC-AG_001822-MC-AG_001822
📄 037282 MC-AG_001823-MC-AG_001823
📄 037283 MC-AG_001824-MC-AG_001824
📄 037284 MC-AG_001825-MC-AG_001825
📄 037285 MC-AG_001826-MC-AG_001826

Sellers                                                                037286-037304
   📄 037286-037298 MC-AG_001827-MC-AG_001839
   📄 037299-037304 MC-AG_001840-MC-AG_001845

Yvonne's PRR 1140 and 1141
  Emails
    Chucri                                                        037305-037328

037305-037307 MC-AG_001846-MC-AG_001848
037308-037310 MC-AG_001849-MC-AG_001851
037311-037313 MC-AG_001852-MC-AG_001854
037314 MC-AG_001855-MC-AG_001855
037315-037319 MC-AG_001856-MC-AG_001860
037320 MC-AG_001861-MC-AG_001861
037321-037322 MC-AG_001862-MC-AG_001863
037323-037324 MC-AG_001864-MC-AG_001865
037325-037328 MC-AG_001866-MC-AG_001869

Gallardo                                    037329-037343

037329-037331 MC-AG_001870-MC-AG_001872
037332 MC-AG_001873-MC-AG_001873
037333 MC-AG_001874-MC-AG_001874
037334-037336 MC-AG_001875-MC-AG_001877
037337-037343 MC-AG_001878-MC-AG_001884

Gates                                        037344-037382

037344-037345 MC-AG_001885-MC-AG_001886
037346 MC-AG_001887-MC-AG_001887
037347-037350 MC-AG_001888-MC-AG_001891
037351-037353 MC-AG_001892-MC-AG_001894
037354 MC-AG_001895-MC-AG_001895
037355 MC-AG_001896-MC-AG_001896
037356-037357 MC-AG_001897-MC-AG_001898
037358 MC-AG_001899-MC-AG_001899
037359 MC-AG_001900-MC-AG_001900
037360-037362 MC-AG_001901-MC-AG_001903
037363-037367 MC-AG_001904-MC-AG_001908
037368-037369 MC-AG_001909-MC-AG_001910
037370-037376 MC-AG_001911-MC-AG_001917
037377-037382 MC-AG_001918-MC-AG_001923

Hickman                                      037383-037388

037383 MC-AG_001924-MC-AG_001924
037384-037386 MC-AG_001925-MC-AG_001927
037387-037388 MC-AG_001928-MC-AG_001929

Sellers                                      037389-037401

037389-037391 MC-AG_001930-MC-AG_001932
037392 MC-AG_001933-MC-AG_001933
037393-037394 MC-AG_001934-MC-AG_001935
037395-037396 MC-AG_001936-MC-AG_001937
037397-037401 MC-AG_001938-MC-AG_001942

Texts
    Chucri                037402-037416
      📄 037402-037416 MC-AG_001943-MC-AG_001957
    Gates                037417-037437
      📄 037417 MC-AG_001958-MC-AG_001958
      📄 037418 MC-AG_001959-MC-AG_001959
      📄 037419 MC-AG_001960-MC-AG_001960
      📄 037420 MC-AG_001961-MC-AG_001961
      📄 037421 MC-AG_001962-MC-AG_001962
      📄 037422 MC-AG_001963-MC-AG_001963
      📄 037423 MC-AG_001964-MC-AG_001964
      📄 037424 MC-AG_001965-MC-AG_001965
      📄 037425 MC-AG_001966-MC-AG_001966
      📄 037426 MC-AG_001967-MC-AG_001967
      📄 037427 MC-AG_001968-MC-AG_001968
      📄 037428 MC-AG_001969-MC-AG_001969
      📄 037429 MC-AG_001970-MC-AG_001970
      📄 037430 MC-AG_001971-MC-AG_001971
      📄 037431 MC-AG_001972-MC-AG_001972
      📄 037432 MC-AG_001973-MC-AG_001973
      📄 037433 MC-AG_001974-MC-AG_001974
      📄 037434 MC-AG_001975-MC-AG_001975
      📄 037435 MC-AG_001976-MC-AG_001976
      📄 037436 MC-AG_001977-MC-AG_001977
      📄 037437 MC-AG_001978-MC-AG_001978
    Hickman             037438-037727
      📄 037438-037727 MC-AG_001979-MC-AG_002268
    Sellers              037728-037762
      📄 037739 MC-AG_002280-MC-AG_002280
      📄 037740 MC-AG_002281-MC-AG_002281
      📄 037741 MC-AG_002282-MC-AG_002282
      📄 037742 MC-AG_002283-MC-AG_002283
      📄 037743 MC-AG_002284-MC-AG_002284
      📄 037744 MC-AG_002285-MC-AG_002285
      📄 037745 MC-AG_002286-MC-AG_002286
      📄 037746 MC-AG_002287-MC-AG_002287
      📄 037747 MC-AG_002288-MC-AG_002288
      📄 037748 MC-AG_002289-MC-AG_002289
      📄 037749 MC-AG_002290-MC-AG_002290
      📄 037750 MC-AG_002291-MC-AG_002291

037751 MC-AG_002292-MC-AG_002292
037752 MC-AG_002293-MC-AG_002293
037753 MC-AG_002294-MC-AG_002294
037754 MC-AG_002295-MC-AG_002295
037755 MC-AG_002296-MC-AG_002296
037756 MC-AG_002297-MC-AG_002297
037757 MC-AG_002298-MC-AG_002298
037758 MC-AG_002299-MC-AG_002299
037759 MC-AG_002300-MC-AG_002300
037760 MC-AG_002301-MC-AG_002301
037761 MC-AG_002302-MC-AG_002302
037762 MC-AG_002303-MC-AG_002336

MC-AG_002749 - MC-AG_023089
    Emails
        D1-Sellers
            Bohan
                Inbox 1            037763-037895

037763-037787 MC-AG_002749-MC-AG_002773
037788-037809 MC-AG_002774-MC-AG_002795
037810-037837 MC-AG_002796-MC-AG_002823
037838-037858 MC-AG_002824-MC-AG_002844
037859 MC-AG_002845-MC-AG_002845
037860-037892 MC-AG_002846-MC-AG_002878
037893-037894 MC-AG_002879-MC-AG_002880
037895 MC-AG_002881-MC-AG_002881

                Inbox 2            037896-038269

037896-037914 MC-AG_002882-MC-AG_002900
037915-037947 MC-AG_002901-MC-AG_002923
037948-037953 MC-AG_002924-MC-AG_002939
037954-037981 MC-AG_002940-MC-AG_002967
037982-038006 MC-AG_002968-MC-AG_002992
038007-038024 MC-AG_002993-MC-AG_003010
038025-038049 MC-AG_003011-MC-AG_003035
038050-038073 MC-AG_003036-MC-AG_003059
038074-038090 MC-AG_003060-MC-AG_003076
038091-038118 MC-AG_003077-MC-AG_003104
038119-038136 MC-AG_003105-MC-AG_003122
038137-038149 MC-AG_003123-MC-AG_003135
038150-038171 MC-AG_003136-MC-AG_003157
038172-038173 MC-AG_003158-MC-AG_003159
038174-038188 MC-AG_003160-MC-AG_003174

038189-038205 MC-AG_003175-MC-AG_003191
038206-038238 MC-AG_003192-MC-AG_003224
038239 MC-AG_003225-MC-AG_003225
038240 MC-AG_003226-MC-AG_003226
038241-038261 MC-AG_003227-MC-AG_003247
038262-038268 MC-AG_003248-MC-AG_003254
038269 MC-AG_003255-MC-AG_003255

**Inbox COB emails**                           038270-038271
038270 MC-AG_003256-MC-AG_003256
038271 MC-AG_003257-MC-AG_003257

**Inbox Communities**                          038272-038273
038272-038273 MC-AG_003258-MC-AG_003259

**Inbox Covid 19 1**                           038274-038302
038274-038302 MC-AG_003260-MC-AG_003288

**Inbox Covid 19 2**                           038303-038354
038303-038325 MC-AG_003289-MC-AG_003311
038326-038354 MC-AG_003312-MC-AG_003340

**Inbox Covid 19 Fields 1**                    038355-038539
038355-038377 MC-AG_003341-MC-AG_003363
038378-038402 MC-AG_003364-MC-AG_003388
038403-038426 MC-AG_003389-MC-AG_003412
038427-038450 MC-AG_003413-MC-AG_003436
038451-038471 MC-AG_003437-MC-AG_003457
038472-038490 MC-AG_003458-MC-AG_003476
038491-038510 MC-AG_003477-MC-AG_003496
038511-038539 MC-AG_003497-MC-AG_003525

**Inbox Covid 19 Fields 2**                    038540-038696
038540-038562 MC-AG_003526-MC-AG_003548
038563-038586 MC-AG_003549-MC-AG_003572
038587-038610 MC-AG_003573-MC-AG_003596
038611-038628 MC-AG_003597-MC-AG_003614
038629-038647 MC-AG_003615-MC-AG_003633
038648-038667 MC-AG_003634-MC-AG_003653
038668-038696 MC-AG_003654-MC-AG_003682

**Inbox Election nonsense 1**                  038697-038715
038697-038698 MC-AG_003683-MC-AG_003684
038699 MC-AG_003685-MC-AG_003685
038700-038701 MC-AG_003686-MC-AG_003687
038702-038703 MC-AG_003688-MC-AG_003689
038704 MC-AG_003690-MC-AG_003690

038705 MC-AG_003691-MC-AG_003691
038706 MC-AG_003692-MC-AG_003692
038707 MC-AG_003693-MC-AG_003693
038708-038709 MC-AG_003694-MC-AG_003695
038710 MC-AG_003696-MC-AG_003696
038711 MC-AG_003697-MC-AG_003697
038712 MC-AG_003698-MC-AG_003698
038713 MC-AG_003699-MC-AG_003699
038714-038715 MC-AG_003700-MC-AG_003701

**Inbox Election nonsense 2**                        038716-038747

038716 MC-AG_003702-MC-AG_003702
038717-038718 MC-AG_003703-MC-AG_003704
038719 MC-AG_003705-MC-AG_003705
038720-038721 MC-AG_003706-MC-AG_003707
038722-038723 MC-AG_003708-MC-AG_003709
038724-038725 MC-AG_003710-MC-AG_003711
038726 MC-AG_003712-MC-AG_003712
038727 MC-AG_003713-MC-AG_003713
038728 MC-AG_003714-MC-AG_003714
038729-038730 MC-AG_003715-MC-AG_003716
038731 MC-AG_003717-MC-AG_003717
038732-038734 MC-AG_003718-MC-AG_003720
038735-038736 MC-AG_003721-MC-AG_003722
038737-038738 MC-AG_003723-MC-AG_003724
038739 MC-AG_003725-MC-AG_003725
038740 MC-AG_003726-MC-AG_003726
038741-038742 MC-AG_003727-MC-AG_003728
038743 MC-AG_003729-MC-AG_003729
038744 MC-AG_003730-MC-AG_003730
038745 MC-AG_003731-MC-AG_003731
038746-038747 MC-AG_003732-MC-AG_003733

**Inbox Elections**                                  038748-038784

038748-038766 MC-AG_003734-MC-AG_003752
038767-038783 MC-AG_003753-MC-AG_003769
038784 MC-AG_003770-MC-AG_003770

**Inbox GR Email**                                   038785

038785 MC-AG_003771-MC-AG_003771

**Inbox P3 Covit Files Updates**                     038786

038786 MC-AG_003772-MC-AG_003772

**Sent 1**                                           038787-038790

038787-038788 MC-AG_003773-MC-AG_003774
038789-038790 MC-AG_003775-MC-AG_003776
Sent 2                                                    038791-038797
038791-038792 MC-AG_003777-MC-AG_003778
038793 MC-AG_003779-MC-AG_003779
038794-038795 MC-AG_003780-MC-AG_003781
038796-038797 MC-AG_003782-MC-AG_003783
Sellers
Archive 1                                                 038798-038818
038798-038799 MC-AG_003784-MC-AG_003785
038800 MC-AG_003786-MC-AG_003786
038801 MC-AG_003787-MC-AG_003787
038802-038805 MC-AG_003788-MC-AG_003791
038806-038811 MC-AG_003792-MC-AG_003797
038812 MC-AG_003798-MC-AG_003798
038813 MC-AG_003799-MC-AG_003799
038814-038816 MC-AG_003800-MC-AG_003802
038817-038818 MC-AG_003803-MC-AG_003804
Archive 2                                                 038819-038891
038819 MC-AG_003805-MC-AG_003805
038820 MC-AG_003806-MC-AG_003806
038821-038822 MC-AG_003807-MC-AG_003808
038823-038824 MC-AG_003809-MC-AG_003810
038825 MC-AG_003811-MC-AG_003811
038826-038827 MC-AG_003812-MC-AG_003813
038828 MC-AG_003814-MC-AG_003814
038829 MC-AG_003815-MC-AG_003815
038830-038831 MC-AG_003816-MC-AG_003817
038832 MC-AG_003818-MC-AG_003818
038833 MC-AG_003819-MC-AG_003819
038834 MC-AG_003820-MC-AG_003820
038835 MC-AG_003821-MC-AG_003821
038836 MC-AG_003822-MC-AG_003822
038837 MC-AG_003823-MC-AG_003823
038838 MC-AG_003824-MC-AG_003824
038839-038842 MC-AG_003825-MC-AG_003828
038843 MC-AG_003829-MC-AG_003829
038844 MC-AG_003830-MC-AG_003830
038845 MC-AG_003831-MC-AG_003831
038846 MC-AG_003832-MC-AG_003832
038847-038852 MC-AG_003833-MC-AG_003838

038853-038854 MC-AG_003839-MC-AG_003840
038855-038859 MC-AG_003841-MC-AG_003845
038860-038862 MC-AG_003846-MC-AG_003848
038863-038864 MC-AG_003849-MC-AG_003850
038865 MC-AG_003851-MC-AG_003851
038866 MC-AG_003852-MC-AG_003852
038867 MC-AG_003853-MC-AG_003853
038868 MC-AG_003854-MC-AG_003854
038869 MC-AG_003855-MC-AG_003855
038870 MC-AG_003856-MC-AG_003856
038871 MC-AG_003857-MC-AG_003857
038872-038873 MC-AG_003858-MC-AG_003859
038874 MC-AG_003860-MC-AG_003860
038875 MC-AG_003861-MC-AG_003861
038876-038878 MC-AG_003862-MC-AG_003864
038879 MC-AG_003865-MC-AG_003865
038880 MC-AG_003866-MC-AG_003866
038881 MC-AG_003867-MC-AG_003867
038882 MC-AG_003868-MC-AG_003868
038883 MC-AG_003869-MC-AG_003869
038884 MC-AG_003870-MC-AG_003870
038885 MC-AG_003871-MC-AG_003871
038886 MC-AG_003872-MC-AG_003872
038887 MC-AG_003873-MC-AG_003873
038888 MC-AG_003874-MC-AG_003874
038889 MC-AG_003875-MC-AG_003875
038890-038891 MC-AG_003876-MC-AG_003877

| | |
|---|---|
| Deleted 1 | 038892-038897 |
| 038892-038897 MC-AG_003878-MC-AG_003883 | |
| Inbox COB Exec Emails | 038898-038909 |
| 038898-038909 MC-AG_003884-MC-AG_003895 | |
| Inbox Covid 19 1 | 038910-038938 |
| 038910-038938 MC-AG_003896-MC-AG_003924 | |
| Inbox Covid 19 2 | 038939-038967 |
| 038939-038967 MC-AG_003925-MC-AG_003953 | |
| Inbox Covid 19 JIC Covid Updates 1 | 038968-038988 |
| 038968-038988 MC-AG_003954-MC-AG_003974 | |
| Inbox Covid 19 JIC Covid Updates 2 | 038989-039021 |
| 038989-039004 MC-AG_003975-MC-AG_003990 | |
| 039005-039021 MC-AG_003991-MC-AG_004007 | |
| Inbox CSA | 039022-039023 |

039022-039023 MC-AG_004008-MC-AG_004009

Inbox Daily Covid Updates                              039024-039094

039024-039041 MC-AG_004010-MC-AG_004027

039042-039059 MC-AG_004028-MC-AG_004045

039060-039072 MC-AG_004046-MC-AG_004058

039073-039094 MC-AG_004059-MC-AG_004080

Inbox Elections                                        039095-039103

039095 MC-AG_004081-MC-AG_004081

039096 MC-AG_004082-MC-AG_004082

039097-039098 MC-AG_004083-MC-AG_004084

039099 MC-AG_004085-MC-AG_004085

039100-039101 MC-AG_004086-MC-AG_004087

039102-039103 MC-AG_004088-MC-AG_004089

Inbox Elections Recount Votes 1                        039104-039160

039104-039106 MC-AG_004090-MC-AG_004092

039107 MC-AG_004093-MC-AG_004093

039108 MC-AG_004094-MC-AG_004094

039109-039111 MC-AG_004095-MC-AG_004097

039112 MC-AG_004098-MC-AG_004098

039113-039118 MC-AG_004099-MC-AG_004104

039119 MC-AG_004105-MC-AG_004105

039120 MC-AG_004106-MC-AG_004106

039121 MC-AG_004107-MC-AG_004107

039122 MC-AG_004108-MC-AG_004108

039123-039124 MC-AG_004109-MC-AG_004110

039125-039127 MC-AG_004111-MC-AG_004113

039128 MC-AG_004114-MC-AG_004114

039129 MC-AG_004115-MC-AG_004115

039130 MC-AG_004116-MC-AG_004116

039131 MC-AG_004117-MC-AG_004117

039132-039133 MC-AG_004118-MC-AG_004119

039134-039136 MC-AG_004120-MC-AG_004122

039137 MC-AG_004123-MC-AG_004123

039138-039143 MC-AG_004124-MC-AG_004129

039144 MC-AG_004130-MC-AG_004130

039145-039146 MC-AG_004131-MC-AG_004132

039147-039149 MC-AG_004133-MC-AG_004135

039150 MC-AG_004136-MC-AG_004136

039151 MC-AG_004137-MC-AG_004137

039152-039154 MC-AG_004138-MC-AG_004140

039155 MC-AG_004141-MC-AG_004141

039156-039157 MC-AG_004142-MC-AG_004143
039158-039160 MC-AG_004144-MC-AG_004146
**Inbox Elections Recount Votes 2**                     039161-039218
039161 MC-AG_004147-MC-AG_004147
039162 MC-AG_004148-MC-AG_004148
039163 MC-AG_004149-MC-AG_004149
039164 MC-AG_004150-MC-AG_004150
039165 MC-AG_004151-MC-AG_004151
039166 MC-AG_004152-MC-AG_004152
039167 MC-AG_004153-MC-AG_004153
039168 MC-AG_004154-MC-AG_004154
039169-039174 MC-AG_004155-MC-AG_004160
039175 MC-AG_004161-MC-AG_004161
039176 MC-AG_004162-MC-AG_004162
039177 MC-AG_004163-MC-AG_004163
039178-039179 MC-AG_004164-MC-AG_004165
039180-039181 MC-AG_004166-MC-AG_004167
039182 MC-AG_004168-MC-AG_004168
039183 MC-AG_004169-MC-AG_004169
039184 MC-AG_004170-MC-AG_004170
039185-039190 MC-AG_004171-MC-AG_004176
039191-039192 MC-AG_004177-MC-AG_004178
039193-039200 MC-AG_004179-MC-AG_004186
039201 MC-AG_004187-MC-AG_004187
039202 MC-AG_004188-MC-AG_004188
039203-039204 MC-AG_004189-MC-AG_004190
039205 MC-AG_004191-MC-AG_004191
039206 MC-AG_004192-MC-AG_004192
039207 MC-AG_004193-MC-AG_004193
039208 MC-AG_004194-MC-AG_004194
039209 MC-AG_004195-MC-AG_004195
039210 MC-AG_004196-MC-AG_004196
039211 MC-AG_004197-MC-AG_004197
039212 MC-AG_004198-MC-AG_004198
039213-039214 MC-AG_004199-MC-AG_004200
039215 MC-AG_004201-MC-AG_004201
039216 MC-AG_004202-MC-AG_004202
039217 MC-AG_004203-MC-AG_004203
039218 MC-AG_004204-MC-AG_004204
**Inbox Mandatory Face Masks 1**                     039219-039220

039219-039220 MC-AG_004205-MC-AG_004206

**Inbox Mandatory Face Masks 2**                    039221-039222

039221-039222 MC-AG_004207-MC-AG_004208

**Inbox NACO 1**                                    039223-039242

039223-039242 MC-AG_004209-MC-AG_004228

**Inbox NACO 2**                                    039243-039262

039243-039262 MC-AG_004229-MC-AG_004248

**Inbox News Clips 1**                              039263-039502

039263-039287 MC-AG_004249-MC-AG_004273

039288-039316 MC-AG_004274-MC-AG_004302

039317-039339 MC-AG_004303-MC-AG_004325

039340-039364 MC-AG_004326-MC-AG_004350

039365-039386 MC-AG_004351-MC-AG_004372

039387-039414 MC-AG_004373-MC-AG_004400

039415-039438 MC-AG_004401-MC-AG_004424

039439-039462 MC-AG_004425-MC-AG_004448

039463-039483 MC-AG_004449-MC-AG_004469

039484-039502 MC-AG_004470-MC-AG_004488

**Inbox News Clips 2**                              039503-040033

039503-039521 MC-AG_004489-MC-AG_004507

039522-039539 MC-AG_004508-MC-AG_004525

039540-039562 MC-AG_004526-MC-AG_004548

039563-039578 MC-AG_004549-MC-AG_004564

039579-039606 MC-AG_004565-MC-AG_004592

039607-039624 MC-AG_004593-MC-AG_004610

039625-039643 MC-AG_004611-MC-AG_004629

039644-039673 MC-AG_004630-MC-AG_004659

039674-039698 MC-AG_004660-MC-AG_004684

039699-039719 MC-AG_004685-MC-AG_004705

039720-039737 MC-AG_004706-MC-AG_004723

039738-039762 MC-AG_004724-MC-AG_004748

039763-039774 MC-AG_004749-MC-AG_004760

039775-039797 MC-AG_004761-MC-AG_004783

039798-039814 MC-AG_004784-MC-AG_004800

039815-039843 MC-AG_004801-MC-AG_004829

039844-039866 MC-AG_004830-MC-AG_004852

039867-039890 MC-AG_004853-MC-AG_004876

039891-039907 MC-AG_004877-MC-AG_004893

039908-039935 MC-AG_004894-MC-AG_004921

039936-039959 MC-AG_004922-MC-AG_004945

039960-039983 MC-AG_004946-MC-AG_004969

040003-040017 MC-AG_004989-MC-AG_005003
040018-040033 MC-AG_005004-MC-AG_005019
Inbox Rose Law Group Newsletter                     040034-040038
040034-040038 MC-AG_005020-MC-AG_005024
Inbox State Transp Board Law 360 New                040039-040044
040039-040044 MC-AG_005025-MC-AG_005030
D2-Chucri
  Chucri
    Drafts 1                                        040045-040049
      040045-040049 MC-AG_005031-MC-AG_005035
    Drafts 2                                        040050-040054
      040050-040054 MC-AG_005036-MC-AG_005040
    Inbox 1                                         040055-041517
      040055-040073 MC-AG_005041-MC-AG_005059
      040074-040091 MC-AG_005060-MC-AG_005077
      040092-040114 MC-AG_005078-MC-AG_005100
      040115-040130 MC-AG_005101-MC-AG_005116
      040131-040158 MC-AG_005117-MC-AG_005144
      040159-040176 MC-AG_005145-MC-AG_005162
      040177-040195 MC-AG_005163-MC-AG_005181
      040196-040213 MC-AG_005182-MC-AG_005199
      040214-040238 MC-AG_005200-MC-AG_005224
      040239-040250 MC-AG_005225-MC-AG_005236
      040251-040273 MC-AG_005237-MC-AG_005259
      040274-040290 MC-AG_005260-MC-AG_005276
      040291-040319 MC-AG_005277-MC-AG_005305
      040320-040342 MC-AG_005306-MC-AG_005328
      040343-040366 MC-AG_005329-MC-AG_005352
      040367-040383 MC-AG_005353-MC-AG_005369
      040384-040411 MC-AG_005370-MC-AG_005397
      040412-040435 MC-AG_005398-MC-AG_005421
      040436-040459 MC-AG_005422-MC-AG_005445
      040460-040477 MC-AG_005446-MC-AG_005463
      040478-040495 MC-AG_005464-MC-AG_005481
      040496-040514 MC-AG_005482-MC-AG_005500
      040515-040525 MC-AG_005501-MC-AG_005511
      040526-040534 MC-AG_005512-MC-AG_005520
      040535-040547 MC-AG_005521-MC-AG_005533
      040548-040569 MC-AG_005534-MC-AG_005555
      040570-040585 MC-AG_005556-MC-AG_005571
      040586-040588 MC-AG_005572-MC-AG_005574

040589-040597 MC-AG_005575-MC-AG_005583
040598-040609 MC-AG_005584-MC-AG_005595
040610-040620 MC-AG_005596-MC-AG_005606
040621-040623 MC-AG_005607-MC-AG_005609
040624-040626 MC-AG_005610-MC-AG_005612
040627-040630 MC-AG_005613-MC-AG_005616
040631-040634 MC-AG_005617-MC-AG_005620
040635-040636 MC-AG_005621-MC-AG_005622
040637-040640 MC-AG_005623-MC-AG_005626
040641-040645 MC-AG_005627-MC-AG_005631
040646-040650 MC-AG_005632-MC-AG_005636
040651-040656 MC-AG_005637-MC-AG_005642
040657-040660 MC-AG_005643-MC-AG_005646
040661-040664 MC-AG_005647-MC-AG_005650
040665-040670 MC-AG_005651-MC-AG_005656
040671-040676 MC-AG_005657-MC-AG_005662
040677-040680 MC-AG_005663-MC-AG_005666
040681-040685 MC-AG_005667-MC-AG_005671
040686-040690 MC-AG_005672-MC-AG_005676
040691-040695 MC-AG_005677-MC-AG_005681
040696-040702 MC-AG_005682-MC-AG_005688
040703-040707 MC-AG_005689-MC-AG_005693
040708-040712 MC-AG_005694-MC-AG_005698
040713-040722 MC-AG_005699-MC-AG_005708
040723-040731 MC-AG_005709-MC-AG_005717
040732-040734 MC-AG_005718-MC-AG_005720
040735-040749 MC-AG_005721-MC-AG_005735
040750-040769 MC-AG_005736-MC-AG_005755
040770-040785 MC-AG_005756-MC-AG_005784
040786-040802 MC-AG_005785-MC-AG_005801
040803-040807 MC-AG_005802-MC-AG_005806
040808-040814 MC-AG_005807-MC-AG_005813
040815-040819 MC-AG_005814-MC-AG_005818
040820-040823 MC-AG_005819-MC-AG_005822
040824-040825 MC-AG_005823-MC-AG_005824
040826-040828 MC-AG_005825-MC-AG_005827
040829-040830 MC-AG_005828-MC-AG_005829
040831-040832 MC-AG_005830-MC-AG_005831
040833-040846 MC-AG_005832-MC-AG_005845
040847-040859 MC-AG_005846-MC-AG_005858

040860-040875 MC-AG_005859-MC-AG_005874
040876-040885 MC-AG_005875-MC-AG_005884
040886-040907 MC-AG_005885-MC-AG_005906
040908-040911 MC-AG_005907-MC-AG_005910
040912-040914 MC-AG_005911-MC-AG_005913
040915-040920 MC-AG_005914-MC-AG_005919
040921-040926 MC-AG_005920-MC-AG_005925
040927 MC-AG_005926-MC-AG_005926
040928-040931 MC-AG_005927-MC-AG_005930
040932-040940 MC-AG_005931-MC-AG_005939
040941-040943 MC-AG_005940-MC-AG_005942
040944-040948 MC-AG_005943-MC-AG_005947
040949-040954 MC-AG_005948-MC-AG_005953
040955-040964 MC-AG_005954-MC-AG_005963
040965-040966 MC-AG_005964-MC-AG_005965
040967-040972 MC-AG_005966-MC-AG_005971
040973-040976 MC-AG_005972-MC-AG_005975
040977-040978 MC-AG_005976-MC-AG_005977
040979-040982 MC-AG_005978-MC-AG_005981
040983-040985 MC-AG_005982-MC-AG_005984
040986-040990 MC-AG_005985-MC-AG_005989
040991-040992 MC-AG_005990-MC-AG_005991
040993-040994 MC-AG_005992-MC-AG_005993
040995-041001 MC-AG_005994-MC-AG_006000
041002-041005 MC-AG_006001-MC-AG_006004
041006-041009 MC-AG_006005-MC-AG_006008
041010-041012 MC-AG_006009-MC-AG_006011
041013-041016 MC-AG_006012-MC-AG_006015
041017-041025 MC-AG_006016-MC-AG_006024
041026-041035 MC-AG_006025-MC-AG_006034
041036-041046 MC-AG_006035-MC-AG_006045
041047-041050 MC-AG_006046-MC-AG_006049
041051-041054 MC-AG_006050-MC-AG_006053
041055-041070 MC-AG_006054-MC-AG_006069
041071-041074 MC-AG_006070-MC-AG_006073
041075-041078 MC-AG_006074-MC-AG_006077
041079-041084 MC-AG_006078-MC-AG_006083
041085-041104 MC-AG_006084-MC-AG_006103
041105-041107 MC-AG_006104-MC-AG_006106
041108-041110 MC-AG_006107-MC-AG_006109

041111-041130 MC-AG_006110-MC-AG_006129
041131-041150 MC-AG_006130-MC-AG_006149
041151-041165 MC-AG_006150-MC-AG_006164
041166-041180 MC-AG_006165-MC-AG_006179
041181-041193 MC-AG_006180-MC-AG_006192
041194-041207 MC-AG_006193-MC-AG_006206
041208-041220 MC-AG_006207-MC-AG_006219
041221-041225 MC-AG_006220-MC-AG_006224
041226-041229 MC-AG_006225-MC-AG_006228
041230-041232 MC-AG_006229-MC-AG_006241
041243-041255 MC-AG_006242-MC-AG_006254
041256-041273 MC-AG_006255-MC-AG_006272
041274-041291 MC-AG_006273-MC-AG_006290
041292-041305 MC-AG_006291-MC-AG_006304
041306-041319 MC-AG_006305-MC-AG_006318
041320-041334 MC-AG_006319-MC-AG_006333
041335-041349 MC-AG_006334-MC-AG_006348
041350-041370 MC-AG_006349-MC-AG_006369
041371-041391 MC-AG_006370-MC-AG_006390
041392-041412 MC-AG_006391-MC-AG_006411
041413-041434 MC-AG_006412-MC-AG_006433
041435-041444 MC-AG_006434-MC-AG_006443
041445-041454 MC-AG_006444-MC-AG_006453
041455-041465 MC-AG_006454-MC-AG_006464
041466-041480 MC-AG_006465-MC-AG_006479
041481-041487 MC-AG_006480-MC-AG_006486
041488-041497 MC-AG_006487-MC-AG_006496
041498-041501 MC-AG_006497-MC-AG_006500
041502 MC-AG_006501-MC-AG_006501
041503-041504 MC-AG_006502-MC-AG_006503
041505-041506 MC-AG_006504-MC-AG_006505
041507-041517 MC-AG_006506-MC-AG_006516

Inbox 2                                          041518-041815
041518-041546 MC-AG_006517-MC-AG_006545
041547-041559 MC-AG_006546-MC-AG_006568
041570-041594 MC-AG_006569-MC-AG_006593
041595-041616 MC-AG_006594-MC-AG_006615
041617-041644 MC-AG_006616-MC-AG_006643
041645-041668 MC-AG_006644-MC-AG_006667
041669-041692 MC-AG_006668-MC-AG_006691

041693-041713 MC-AG_006692-MC-AG_006712
041714-041732 MC-AG_006713-MC-AG_006731
041733-041753 MC-AG_006732-MC-AG_006752
041754-041773 MC-AG_006753-MC-AG_006772
041774-041802 MC-AG_006773-MC-AG_006801
041803-041806 MC-AG_006802-MC-AG_006805
041807-041815 MC-AG_006806-MC-AG_006814

Inbox 2020 General Election 1                     041816-041820
041816-041818 MC-AG_006815-MC-AG_006817
041819-041820 MC-AG_006818-MC-AG_006819

Inbox 2020 General Election 2                     041821-041823
041821-041823 MC-AG_006820-MC-AG_006822

Inbox Election Emails 1                           041824-042208
041824-041853 MC-AG_006823-MC-AG_006852
041858-041878 MC-AG_006853-MC-AG_006877
041879-041899 MC-AG_006878-MC-AG_006898
041900 MC-AG_006899-MC-AG_006899
041901-041903 MC-AG_006900-MC-AG_006902
041904 MC-AG_006903-MC-AG_006903
041905 MC-AG_006904-MC-AG_006904
041906 MC-AG_006905-MC-AG_006905
041907 MC-AG_006906-MC-AG_006906
041908 MC-AG_006907-MC-AG_006907
041909 MC-AG_006908-MC-AG_006908
041910-041911 MC-AG_006909-MC-AG_006910
041912 MC-AG_006911-MC-AG_006911
041913 MC-AG_006912-MC-AG_006912
041914 MC-AG_006913-MC-AG_006913
041915 MC-AG_006914-MC-AG_006914
041916 MC-AG_006915-MC-AG_006915
041917-041918 MC-AG_006916-MC-AG_006917
041919-041924 MC-AG_006918-MC-AG_006923
041925 MC-AG_006924-MC-AG_006924
041926 MC-AG_006925-MC-AG_006925
041927 MC-AG_006926-MC-AG_006926
041928-041929 MC-AG_006927-MC-AG_006928
041930-041931 MC-AG_006929-MC-AG_006930
041932 MC-AG_006931-MC-AG_006931
041933 MC-AG_006932-MC-AG_006932
041934 MC-AG_006933-MC-AG_006933
041935-041941 MC-AG_006934-MC-AG_006940

041942 MC-AG_006941-MC-AG_006941
041943-041959 MC-AG_006942-MC-AG_006958
041960 MC-AG_006959-MC-AG_006959
041961 MC-AG_006960-MC-AG_006960
041962 MC-AG_006961-MC-AG_006961
041963 MC-AG_006962-MC-AG_006962
041964 MC-AG_006963-MC-AG_006963
041965 MC-AG_006964-MC-AG_006964
041966 MC-AG_006965-MC-AG_006965
041967 MC-AG_006966-MC-AG_006966
041968 MC-AG_006967-MC-AG_006967
041969-041971 MC-AG_006968-MC-AG_006970
041972-041977 MC-AG_006971-MC-AG_006976
041978-041981 MC-AG_006977-MC-AG_006980
041982 MC-AG_006981-MC-AG_006981
041983 MC-AG_006982-MC-AG_006982
041984-041985 MC-AG_006983-MC-AG_006984
041986-041988 MC-AG_006985-MC-AG_006987
041989-041996 MC-AG_006988-MC-AG_006995
041997 MC-AG_006996-MC-AG_006996
041998 MC-AG_006997-MC-AG_006997
041999 MC-AG_006998-MC-AG_006998
042000 MC-AG_006999-MC-AG_006999
042001 MC-AG_007000-MC-AG_007000
042002-042003 MC-AG_007001-MC-AG_007002
042004 MC-AG_007003-MC-AG_007003
042005 MC-AG_007004-MC-AG_007004
042006 MC-AG_007005-MC-AG_007005
042007-042016 MC-AG_007006-MC-AG_007015
042017-042022 MC-AG_007016-MC-AG_007021
042023 MC-AG_007022-MC-AG_007022
042024-042025 MC-AG_007023-MC-AG_007024
042026-042030 MC-AG_007025-MC-AG_007029
042031-042032 MC-AG_007030-MC-AG_007031
042033 MC-AG_007032-MC-AG_007032
042034-042037 MC-AG_007033-MC-AG_007036
042038-042040 MC-AG_007037-MC-AG_007039
042041-042042 MC-AG_007040-MC-AG_007041
042043-042044 MC-AG_007042-MC-AG_007043
042045 MC-AG_007044-MC-AG_007044

042046 MC-AG_007045-MC-AG_007045
042047 MC-AG_007046-MC-AG_007046
042048 MC-AG_007047-MC-AG_007047
042049 MC-AG_007048-MC-AG_007048
042050 MC-AG_007049-MC-AG_007049
042051-042052 MC-AG_007050-MC-AG_007051
042053-042062 MC-AG_007052-MC-AG_007061
042063-042082 MC-AG_007062-MC-AG_007081
042083 MC-AG_007082-MC-AG_007082
042084-042087 MC-AG_007083-MC-AG_007086
042088 MC-AG_007087-MC-AG_007087
042089-042125 MC-AG_007088-MC-AG_007124
042126-042128 MC-AG_007125-MC-AG_007127
042129-042138 MC-AG_007128-MC-AG_007137
042139 MC-AG_007138-MC-AG_007138
042140 MC-AG_007139-MC-AG_007139
042141 MC-AG_007140-MC-AG_007140
042142-042143 MC-AG_007141-MC-AG_007142
042144 MC-AG_007143-MC-AG_007143
042145-042146 MC-AG_007144-MC-AG_007145
042147 MC-AG_007146-MC-AG_007146
042148 MC-AG_007147-MC-AG_007147
042149 MC-AG_007148-MC-AG_007148
042150 MC-AG_007149-MC-AG_007149
042151 MC-AG_007150-MC-AG_007150
042152-042153 MC-AG_007151-MC-AG_007152
042154 MC-AG_007153-MC-AG_007153
042155-042168 MC-AG_007154-MC-AG_007167
042169-042178 MC-AG_007168-MC-AG_007177
042179-042193 MC-AG_007178-MC-AG_007192
042194-042208 MC-AG_007193-MC-AG_007207

Inbox Election Emails 2                                    042209-042382
042209-042233 MC-AG_007208-MC-AG_007232
042234-042236 MC-AG_007233-MC-AG_007235
042237 MC-AG_007236-MC-AG_007236
042238 MC-AG_007237-MC-AG_007237
042239-042240 MC-AG_007238-MC-AG_007239
042241 MC-AG_007240-MC-AG_007240
042242-042247 MC-AG_007241-MC-AG_007246
042248 MC-AG_007247-MC-AG_007247

042249 MC-AG_007248-MC-AG_007248
042250 MC-AG_007249-MC-AG_007249
042251 MC-AG_007250-MC-AG_007250
042252 MC-AG_007251-MC-AG_007251
042253-042254 MC-AG_007252-MC-AG_007253
042255-042256 MC-AG_007254-MC-AG_007255
042257-042259 MC-AG_007256-MC-AG_007258
042260 MC-AG_007259-MC-AG_007259
042261 MC-AG_007260-MC-AG_007260
042262 MC-AG_007261-MC-AG_007261
042263-042264 MC-AG_007262-MC-AG_007263
042265-042266 MC-AG_007264-MC-AG_007265
042267 MC-AG_007266-MC-AG_007266
042268-042269 MC-AG_007267-MC-AG_007268
042270 MC-AG_007269-MC-AG_007269
042271 MC-AG_007270-MC-AG_007270
042272-042277 MC-AG_007271-MC-AG_007276
042278 MC-AG_007277-MC-AG_007277
042279-042280 MC-AG_007278-MC-AG_007279
042281-042284 MC-AG_007280-MC-AG_007283
042285-042290 MC-AG_007284-MC-AG_007289
042291-042292 MC-AG_007290-MC-AG_007291
042293-042295 MC-AG_007292-MC-AG_007294
042296 MC-AG_007295-MC-AG_007295
042297 MC-AG_007296-MC-AG_007296
042298 MC-AG_007297-MC-AG_007297
042299-042308 MC-AG_007298-MC-AG_007307
042309-042328 MC-AG_007308-MC-AG_007327
042329-042365 MC-AG_007328-MC-AG_007364
042366-042368 MC-AG_007365-MC-AG_007367
042369 MC-AG_007368-MC-AG_007368
042370-042377 MC-AG_007369-MC-AG_007376
042378-042379 MC-AG_007377-MC-AG_007378
042380-042382 MC-AG_007379-MC-AG_007381
**Inbox Mask Mandates 1**                           042383-042398
042383-042386 MC-AG_007382-MC-AG_007385
042387-042388 MC-AG_007386-MC-AG_007387
042389-042398 MC-AG_007388-MC-AG_007397
**Inbox Mask Mandates 2**                           042399-042400
042399-042400 MC-AG_007398-MC-AG_007399

Purges 1                                                        042401-042409
  042401-042406 MC-AG_007400-MC-AG_007405
  042407-042409 MC-AG_007406-MC-AG_007408
Purges 2                                                        042410-042415
  042410 MC-AG_007409-MC-AG_007409
  042411-042413 MC-AG_007410-MC-AG_007412
  042414-042415 MC-AG_007413-MC-AG_007414
Versions 2                                                      042416-042438
  042416-042418 MC-AG_007415-MC-AG_007417
  042419-042425 MC-AG_007418-MC-AG_007424
  042426-042428 MC-AG_007425-MC-AG_007427
  042429-042434 MC-AG_007428-MC-AG_007433
  042435-042438 MC-AG_007434-MC-AG_007437
Versions 2                                                      042439-042448
  042439-042444 MC-AG_007438-MC-AG_007443
  042445-042448 MC-AG_007444-MC-AG_007447
Gonzales
  Inbox 1                                                       042449-042854
    042449-042473 MC-AG_007448-MC-AG_007472
    042474 MC-AG_007473-MC-AG_007473
    042475-042503 MC-AG_007474-MC-AG_007502
    042504-042526 MC-AG_007503-MC-AG_007525
    042527-042551 MC-AG_007526-MC-AG_007550
    042552-042573 MC-AG_007551-MC-AG_007572
    042574-042601 MC-AG_007573-MC-AG_007600
    042602-042625 MC-AG_007601-MC-AG_007624
    042626-042649 MC-AG_007625-MC-AG_007648
    042650-042670 MC-AG_007649-MC-AG_007669
    042671-042689 MC-AG_007670-MC-AG_007688
    042690-042710 MC-AG_007689-MC-AG_007709
    042711 MC-AG_007710-MC-AG_007710
    042712-042713 MC-AG_007711-MC-AG_007712
    042714-042715 MC-AG_007713-MC-AG_007714
    042716-042722 MC-AG_007715-MC-AG_007721
    042723-042755 MC-AG_007722-MC-AG_007754
    042756-042775 MC-AG_007755-MC-AG_007774
    042776-042804 MC-AG_007775-MC-AG_007803
    042805-042806 MC-AG_007804-MC-AG_007805
    042807-042817 MC-AG_007806-MC-AG_007816
    042818-042819 MC-AG_007817-MC-AG_007818
    042820-042825 MC-AG_007819-MC-AG_007824

042826-042830 MC-AG_007825-MC-AG_007829
042831 MC-AG_007830-MC-AG_007830
042832 MC-AG_007831-MC-AG_007831
042833-042842 MC-AG_007832-MC-AG_007841
042843-042844 MC-AG_007842-MC-AG_007843
042845 MC-AG_007844-MC-AG_007844
042846-042854 MC-AG_007845-MC-AG_007853

Inbox 2                                                      042855-044442

042855-042873 MC-AG_007854-MC-AG_007872
042874-042891 MC-AG_007873-MC-AG_007890
042892-042914 MC-AG_007891-MC-AG_007913
042915-042930 MC-AG_007914-MC-AG_007929
042931-042958 MC-AG_007930-MC-AG_007957
042959-042976 MC-AG_007958-MC-AG_007975
042977-042995 MC-AG_007976-MC-AG_007994
042996-043025 MC-AG_007995-MC-AG_008024
043026-043050 MC-AG_008025-MC-AG_008049
043051-043071 MC-AG_008050-MC-AG_008070
043072-043089 MC-AG_008071-MC-AG_008088
043090-043114 MC-AG_008089-MC-AG_008113
043115-043126 MC-AG_008114-MC-AG_008125
043127-043149 MC-AG_008126-MC-AG_008148
043150-043166 MC-AG_008149-MC-AG_008165
043167-043195 MC-AG_008166-MC-AG_008194
043196-043218 MC-AG_008195-MC-AG_008217
043219-043242 MC-AG_008218-MC-AG_008241
043243-043259 MC-AG_008242-MC-AG_008258
043260-043287 MC-AG_008259-MC-AG_008286
043288-043311 MC-AG_008287-MC-AG_008310
043312-043335 MC-AG_008311-MC-AG_008334
043336-043353 MC-AG_008335-MC-AG_008352
043354-043371 MC-AG_008353-MC-AG_008370
043372-043390 MC-AG_008371-MC-AG_008389
043391-043401 MC-AG_008390-MC-AG_008400
043402-043410 MC-AG_008401-MC-AG_008409
043411-043423 MC-AG_008410-MC-AG_008422
043424-043445 MC-AG_008423-MC-AG_008444
043446-043461 MC-AG_008445-MC-AG_008460
043462-043463 MC-AG_008461-MC-AG_008462
043464-043472 MC-AG_008463-MC-AG_008471

043473-043484 MC-AG_008472-MC-AG_008483
043485-043495 MC-AG_008484-MC-AG_008494
043496-043501 MC-AG_008495-MC-AG_008500
043502-043507 MC-AG_008501-MC-AG_008506
043508 MC-AG_008507-MC-AG_008507
043509-043518 MC-AG_008508-MC-AG_008517
043519 MC-AG_008518-MC-AG_008518
043520 MC-AG_008519-MC-AG_008519
043521 MC-AG_008520-MC-AG_008520
043522-043524 MC-AG_008521-MC-AG_008523
043525-043526 MC-AG_008524-MC-AG_008525
043527-043533 MC-AG_008526-MC-AG_008532
043534-043548 MC-AG_008533-MC-AG_008547
043549-043565 MC-AG_008548-MC-AG_008564
043566-043681 MC-AG_008565-MC-AG_008680
043682-043701 MC-AG_008681-MC-AG_008700
043702-043730 MC-AG_008701-MC-AG_008729
043731-043747 MC-AG_008730-MC-AG_008746
043748 MC-AG_008747-MC-AG_008747
043749-043752 MC-AG_008748-MC-AG_008751
043753-043758 MC-AG_008752-MC-AG_008757
043759-043765 MC-AG_008758-MC-AG_008764
043766-043770 MC-AG_008765-MC-AG_008769
043771-043780 MC-AG_008770-MC-AG_008779
043781-043782 MC-AG_008780-MC-AG_008781
043783-043787 MC-AG_008782-MC-AG_008786
043788-043792 MC-AG_008787-MC-AG_008791
043793-043795 MC-AG_008792-MC-AG_008794
043796-043801 MC-AG_008795-MC-AG_008800
043802-043807 MC-AG_008801-MC-AG_008806
043808-043813 MC-AG_008807-MC-AG_008812
043814-043818 MC-AG_008813-MC-AG_008817
043819-043827 MC-AG_008818-MC-AG_008826
043828-043833 MC-AG_008827-MC-AG_008832
043834-043839 MC-AG_008833-MC-AG_008838
043840-043841 MC-AG_008839-MC-AG_008840
043842-043847 MC-AG_008841-MC-AG_008846
043848-043853 MC-AG_008847-MC-AG_008852
043854-043858 MC-AG_008853-MC-AG_008857
043859-043862 MC-AG_008858-MC-AG_008861

043863-043868 MC-AG_008862-MC-AG_008867
043869-043870 MC-AG_008868-MC-AG_008869
043871-043875 MC-AG_008870-MC-AG_008874
043876-043877 MC-AG_008875-MC-AG_008876
043878-043884 MC-AG_008877-MC-AG_008883
043885-043889 MC-AG_008884-MC-AG_008888
043890-043895 MC-AG_008889-MC-AG_008894
043896-043900 MC-AG_008895-MC-AG_008899
043901-043904 MC-AG_008900-MC-AG_008903
043905-043916 MC-AG_008904-MC-AG_008915
043917-043928 MC-AG_008916-MC-AG_008927
043929-043932 MC-AG_008928-MC-AG_008931
043933-043936 MC-AG_008932-MC-AG_008935
043937-043938 MC-AG_008936-MC-AG_008937
043939-043942 MC-AG_008938-MC-AG_008941
043943-043963 MC-AG_008942-MC-AG_008962
043964-043978 MC-AG_008963-MC-AG_008977
043979-043994 MC-AG_008978-MC-AG_008993
043995-044010 MC-AG_008994-MC-AG_009009
044011-044024 MC-AG_009010-MC-AG_009023
044025-044039 MC-AG_009024-MC-AG_009038
044040-044052 MC-AG_009039-MC-AG_009051
044053-044056 MC-AG_009052-MC-AG_009055
044057-044060 MC-AG_009056-MC-AG_009059
044061-044073 MC-AG_009060-MC-AG_009072
044074-044089 MC-AG_009073-MC-AG_009088
044090-044104 MC-AG_009089-MC-AG_009103
044105-044119 MC-AG_009104-MC-AG_009118
044120-044134 MC-AG_009119-MC-AG_009133
044135-044155 MC-AG_009134-MC-AG_009154
044156-044177 MC-AG_009155-MC-AG_009176
044178-044200 MC-AG_009177-MC-AG_009199
044201-044210 MC-AG_009200-MC-AG_009209
044211-044221 MC-AG_009210-MC-AG_009220
044222-044232 MC-AG_009221-MC-AG_009231
044233-044244 MC-AG_009232-MC-AG_009243
044245-044260 MC-AG_009244-MC-AG_009259
044261-044268 MC-AG_009260-MC-AG_009267
044269-044279 MC-AG_009268-MC-AG_009278
044280-044291 MC-AG_009279-MC-AG_009290

- 044292-044294 MC-AG_009291-MC-AG_009293
- 044295 MC-AG_009294-MC-AG_009294
- 044296 MC-AG_009295-MC-AG_009295
- 044297-044306 MC-AG_009296-MC-AG_009305
- 044307-044310 MC-AG_009306-MC-AG_009309
- 044311-044313 MC-AG_009310-MC-AG_009312
- 044314-044315 MC-AG_009313-MC-AG_009314
- 044316-044318 MC-AG_009315-MC-AG_009317
- 044319-044321 MC-AG_009318-MC-AG_009320
- 044322-044323 MC-AG_009321-MC-AG_009322
- 044324-044327 MC-AG_009323-MC-AG_009326
- 044328-044341 MC-AG_009327-MC-AG_009340
- 044342-044344 MC-AG_009341-MC-AG_009343
- 044345-044347 MC-AG_009344-MC-AG_009346
- 044348 MC-AG_009347-MC-AG_009347
- 044349-044354 MC-AG_009348-MC-AG_009353
- 044355-044356 MC-AG_009354-MC-AG_009355
- 044357-044366 MC-AG_009356-MC-AG_009365
- 044367-044375 MC-AG_009366-MC-AG_009374
- 044376-044385 MC-AG_009375-MC-AG_009384
- 044386-044396 MC-AG_009385-MC-AG_009395
- 044397-044401 MC-AG_009396-MC-AG_009400
- 044402-044417 MC-AG_009401-MC-AG_009416
- 044418-044425 MC-AG_009417-MC-AG_009424
- 044426 MC-AG_009425-MC-AG_009425
- 044427 MC-AG_009426-MC-AG_009426
- 044428-044442 MC-AG_009427-MC-AG_009441

Purges 1                                                      044443-044444
- 044443-044444 MC-AG_009442-MC-AG_009443

Purges 2                                                      044445
- 044445 MC-AG_009444-MC-AG_009444

Sent 1                                                        044446-044458
- 044446-044447 MC-AG_009445-MC-AG_009446
- 044448-044458 MC-AG_009447-MC-AG_009457

Sent 2                                                        044459-044566
- 044459-044473 MC-AG_009458-MC-AG_009472
- 044474-044488 MC-AG_009473-MC-AG_009487
- 044489-044504 MC-AG_009488-MC-AG_009503
- 044505 MC-AG_009504-MC-AG_009504
- 044506-044508 MC-AG_009505-MC-AG_009507
- 044509-044510 MC-AG_009508-MC-AG_009509

044511-044514 MC-AG_009510-MC-AG_009513
044515-044516 MC-AG_009514-MC-AG_009515
044517-044522 MC-AG_009516-MC-AG_009521
044523 MC-AG_009522-MC-AG_009522
044524-044525 MC-AG_009523-MC-AG_009524
044526 MC-AG_009525-MC-AG_009525
044527-044529 MC-AG_009526-MC-AG_009528
044530-044532 MC-AG_009529-MC-AG_009531
044533-044535 MC-AG_009532-MC-AG_009534
044536-044541 MC-AG_009535-MC-AG_009540
044542-044553 MC-AG_009541-MC-AG_009552
044554-044565 MC-AG_009553-MC-AG_009564
044566 MC-AG_009565-MC-AG_009565

Versions 1                                    044567-044575
044567-044575 MC-AG_009566-MC-AG_009574

D3-Gates
  Gates
    Deleted 1                                    044576-044604
044576-044604 MC-AG_009575-MC-AG_009603
    Deleted 2                                    044605-045015
044605-044633 MC-AG_009604-MC-AG_009632
044634 MC-AG_009633-MC-AG_009633
044635 MC-AG_009634-MC-AG_009634
044636-044637 MC-AG_009635-MC-AG_009636
044638-044648 MC-AG_009637-MC-AG_009647
044649-044650 MC-AG_009648-MC-AG_009649
044651 MC-AG_009650-MC-AG_009650
044652-044653 MC-AG_009651-MC-AG_009652
044654-044655 MC-AG_009653-MC-AG_009654
044656-044672 MC-AG_009655-MC-AG_009671
044673-044678 MC-AG_009672-MC-AG_009677
044679-044684 MC-AG_009678-MC-AG_009683
044685-044688 MC-AG_009684-MC-AG_009687
044689-044694 MC-AG_009688-MC-AG_009693
044695-044699 MC-AG_009694-MC-AG_009698
044700-044703 MC-AG_009699-MC-AG_009702
044704-044705 MC-AG_009703-MC-AG_009704
044706 MC-AG_009705-MC-AG_009705
044707-044710 MC-AG_009706-MC-AG_009709
044711-044714 MC-AG_009710-MC-AG_009713

044718-044737 MC-AG_009717-MC-AG_009736
044738-044757 MC-AG_009737-MC-AG_009756
044758-044771 MC-AG_009757-MC-AG_009770
044772-044786 MC-AG_009771-MC-AG_009785
044787-044801 MC-AG_009786-MC-AG_009800
044802-044815 MC-AG_009801-MC-AG_009814
044816-044828 MC-AG_009815-MC-AG_009827
044829-044846 MC-AG_009828-MC-AG_009845
044847-044860 MC-AG_009846-MC-AG_009859
044861-044874 MC-AG_009860-MC-AG_009873
044875-044889 MC-AG_009874-MC-AG_009888
044890-044910 MC-AG_009889-MC-AG_009909
044911-044931 MC-AG_009910-MC-AG_009930
044932-044952 MC-AG_009931-MC-AG_009951
044953-044962 MC-AG_009952-MC-AG_009961
044963-044973 MC-AG_009962-MC-AG_009972
044974-044988 MC-AG_009973-MC-AG_009987
044989-044995 MC-AG_009988-MC-AG_009994
044996-045005 MC-AG_009995-MC-AG_010004
045006-045015 MC-AG_010005-MC-AG_010014

Inbox 1                                                    045016-045308

045016-045040 MC-AG_010015-MC-AG_010039
045041-045063 MC-AG_010040-MC-AG_010062
045064-045088 MC-AG_010063-MC-AG_010087
045089-045110 MC-AG_010088-MC-AG_010109
045111-045138 MC-AG_010110-MC-AG_010137
045139-045162 MC-AG_010138-MC-AG_010161
045163-045186 MC-AG_010162-MC-AG_010185
045187-045207 MC-AG_010186-MC-AG_010206
045208-045226 MC-AG_010207-MC-AG_010225
045227-045247 MC-AG_010226-MC-AG_010246
045248-045267 MC-AG_010247-MC-AG_010266
045268-045296 MC-AG_010267-MC-AG_010295
045297-045299 MC-AG_010296-MC-AG_010298
045300-045301 MC-AG_010299-MC-AG_010300
045302-045303 MC-AG_010301-MC-AG_010302
045304-045308 MC-AG_010303-MC-AG_010307

Inbox 2                                                    045309-046122

045309-045327 MC-AG_010308-MC-AG_010326
045328-045345 MC-AG_010327-MC-AG_010344

045346-045368 MC-AG_010345-MC-AG_010367
045369-045384 MC-AG_010368-MC-AG_010383
045385-045412 MC-AG_010384-MC-AG_010411
045413-045430 MC-AG_010412-MC-AG_010429
045431-045449 MC-AG_010430-MC-AG_010448
045450-045479 MC-AG_010449-MC-AG_010478
045480-045504 MC-AG_010479-MC-AG_010503
045505-045525 MC-AG_010504-MC-AG_010524
045526-045543 MC-AG_010525-MC-AG_010542
045544-045568 MC-AG_010543-MC-AG_010567
045569-045580 MC-AG_010568-MC-AG_010579
045581-045603 MC-AG_010580-MC-AG_010602
045604-045620 MC-AG_010603-MC-AG_010619
045621-045643 MC-AG_010620-MC-AG_010642
045644-045667 MC-AG_010643-MC-AG_010666
045668-045684 MC-AG_010667-MC-AG_010683
045685-045712 MC-AG_010684-MC-AG_010711
045713-045736 MC-AG_010712-MC-AG_010735
045737-045760 MC-AG_010736-MC-AG_010759
045761-045778 MC-AG_010760-MC-AG_010777
045779-045796 MC-AG_010778-MC-AG_010795
045797-045815 MC-AG_010796-MC-AG_010814
045816-045828 MC-AG_010815-MC-AG_010827
045829-045850 MC-AG_010828-MC-AG_010849
045851-045866 MC-AG_010850-MC-AG_010865
045867-045872 MC-AG_010866-MC-AG_010870
045873-045878 MC-AG_010871-MC-AG_010876
045879 MC-AG_010877-MC-AG_010877
045880-045881 MC-AG_010878-MC-AG_010879
045882-045883 MC-AG_010880-MC-AG_010881
045884-045892 MC-AG_010882-MC-AG_010890
045893 MC-AG_010891-MC-AG_010891
045894-045908 MC-AG_010892-MC-AG_010906
045909-045928 MC-AG_010907-MC-AG_010926
045929-045957 MC-AG_010927-MC-AG_010955
045958-045974 MC-AG_010956-MC-AG_010972
045975-045976 MC-AG_010973-MC-AG_010974
045977-045978 MC-AG_010975-MC-AG_010976
045979 MC-AG_010977-MC-AG_010977
045980 MC-AG_010978-MC-AG_010978

045981 MC-AG_010979-MC-AG_010979
045982 MC-AG_010980-MC-AG_010980
045983 MC-AG_010981-MC-AG_010981
045984-045985 MC-AG_010982-MC-AG_010983
045986-045987 MC-AG_010984-MC-AG_010985
045988-045996 MC-AG_010986-MC-AG_010994
045997-046001 MC-AG_010995-MC-AG_010999
046002 MC-AG_011000-MC-AG_011000
046003-046004 MC-AG_011001-MC-AG_011002
046005-046006 MC-AG_011003-MC-AG_011004
046007-046008 MC-AG_011005-MC-AG_011006
046009-046010 MC-AG_011007-MC-AG_011008
046011 MC-AG_011009-MC-AG_011009
046012 MC-AG_011010-MC-AG_011010
046013 MC-AG_011011-MC-AG_011011
046014 MC-AG_011012-MC-AG_011012
046015 MC-AG_011013-MC-AG_011013
046016 MC-AG_011014-MC-AG_011014
046017 MC-AG_011015-MC-AG_011015
046018 MC-AG_011016-MC-AG_011016
046019 MC-AG_011017-MC-AG_011017
046020-046032 MC-AG_011018-MC-AG_011030
046033-046045 MC-AG_011031-MC-AG_011043
046046-046058 MC-AG_011044-MC-AG_011056
046059-046076 MC-AG_011057-MC-AG_011074
046077-046091 MC-AG_011075-MC-AG_011089
046092-046101 MC-AG_011090-MC-AG_011099
046102-046111 MC-AG_011100-MC-AG_011109
046112-046122 MC-AG_011110-MC-AG_011120
Purges                                          046123-046146
046123 MC-AG_011121-MC-AG_011121
046124 MC-AG_011122-MC-AG_011122
046125-046140 MC-AG_011123-MC-AG_011138
046141-046142 MC-AG_011139-MC-AG_011140
046143-046144 MC-AG_011141-MC-AG_011142
046145-046146 MC-AG_011143-MC-AG_011144
Sent 1                                          046147
046147 MC-AG_011145-MC-AG_011145
Sent 2                                          046148-046168
046148 MC-AG_011146-MC-AG_011146
046149 MC-AG_011147-MC-AG_011147

046150 MC-AG_011148-MC-AG_011148
046151-046166 MC-AG_011149-MC-AG_011164
046167-046168 MC-AG_011165-MC-AG_011166
Schira
Archive                                    046169-046273
046169-046186 MC-AG_011167-MC-AG_011184
046187-046205 MC-AG_011185-MC-AG_011203
046206-046221 MC-AG_011204-MC-AG_011219
046222-046228 MC-AG_011220-MC-AG_011226
046229-046230 MC-AG_011227-MC-AG_011228
046231-046242 MC-AG_011229-MC-AG_011240
046243-046258 MC-AG_011241-MC-AG_011256
046259-046269 MC-AG_011257-MC-AG_011267
046270-046273 MC-AG_011268-MC-AG_011271
Inbox 1                                    046274-046626
046274-046298 MC-AG_011272-MC-AG_011296
046299-046327 MC-AG_011297-MC-AG_011325
046328-046350 MC-AG_011326-MC-AG_011348
046351-046375 MC-AG_011349-MC-AG_011373
046376-046397 MC-AG_011374-MC-AG_011395
046398-046425 MC-AG_011396-MC-AG_011423
046426-046449 MC-AG_011424-MC-AG_011447
046450-046473 MC-AG_011448-MC-AG_011471
046474-046494 MC-AG_011472-MC-AG_011492
046495-046513 MC-AG_011493-MC-AG_011511
046514-046534 MC-AG_011512-MC-AG_011532
046535 MC-AG_011533-MC-AG_011533
046536-046541 MC-AG_011534-MC-AG_011539
046542-046543 MC-AG_011540-MC-AG_011541
046544-046545 MC-AG_011542-MC-AG_011543
046546 MC-AG_011544-MC-AG_011544
046547 MC-AG_011545-MC-AG_011545
046548-046567 MC-AG_011546-MC-AG_011565
046568-046596 MC-AG_011566-MC-AG_011594
046597-046598 MC-AG_011595-MC-AG_011596
046599-046604 MC-AG_011597-MC-AG_011602
046605-046610 MC-AG_011603-MC-AG_011608
046611-046616 MC-AG_011609-MC-AG_011614
046617 MC-AG_011615-MC-AG_011615
046618 MC-AG_011616-MC-AG_011616
046619-046620 MC-AG_011617-MC-AG_011618

046618 MC-AG_011616-MC-AG_011616
046619-046620 MC-AG_011617-MC-AG_011618
046621 MC-AG_011619-MC-AG_011619
046622 MC-AG_011620-MC-AG_011620
046623 MC-AG_011621-MC-AG_011621
046624-046625 MC-AG_011622-MC-AG_011623
046626 MC-AG_011624-MC-AG_011624

Inbox 2                                          06627-047806

046627-046645 MC-AG_011625-MC-AG_011643
046646-046663 MC-AG_011644-MC-AG_011661
046664-046686 MC-AG_011662-MC-AG_011684
046687-046702 MC-AG_011685-MC-AG_011700
046703-046730 MC-AG_011701-MC-AG_011728
046731-046760 MC-AG_011729-MC-AG_011758
046761-046785 MC-AG_011759-MC-AG_011783
046786-046806 MC-AG_011784-MC-AG_011804
046807-046824 MC-AG_011805-MC-AG_011822
046825-046849 MC-AG_011823-MC-AG_011847
046850-046861 MC-AG_011848-MC-AG_011859
046862-046884 MC-AG_011860-MC-AG_011882
046885-046901 MC-AG_011883-MC-AG_011899
046902-046930 MC-AG_011900-MC-AG_011928
046931-046953 MC-AG_011929-MC-AG_011951
046954-046977 MC-AG_011952-MC-AG_011975
046978-046994 MC-AG_011976-MC-AG_011992
046995-047022 MC-AG_011993-MC-AG_012020
047023-047046 MC-AG_012021-MC-AG_012044
047047-047070 MC-AG_012045-MC-AG_012068
047071-047088 MC-AG_012069-MC-AG_012086
047089-047106 MC-AG_012087-MC-AG_012104
047107-047125 MC-AG_012105-MC-AG_012123
047126 MC-AG_012124-MC-AG_012124
047127 MC-AG_012125-MC-AG_012125
047128-047132 MC-AG_012126-MC-AG_012130
047133-047134 MC-AG_012131-MC-AG_012132
047135-047136 MC-AG_012133-MC-AG_012134
047137 MC-AG_012135-MC-AG_012135
047138-047139 MC-AG_012136-MC-AG_012137
047140 MC-AG_012138-MC-AG_012138

- 047141 MC-AG_012139-MC-AG_012139
- 047142 MC-AG_012140-MC-AG_012140
- 047143 MC-AG_012141-MC-AG_012141
- 047144-047145 MC-AG_012142-MC-AG_012143
- 047146-047147 MC-AG_012144-MC-AG_012145
- 047148-047153 MC-AG_012146-MC-AG_012151
- 047154-047168 MC-AG_012152-MC-AG_012166
- 047169-047185 MC-AG_012167-MC-AG_012183
- 047186-047205 MC-AG_012184-MC-AG_012203
- 047206-047234 MC-AG_012204-MC-AG_012232
- 047235-047251 MC-AG_012233-MC-AG_012249
- 047252 MC-AG_012250-MC-AG_012250
- 047253-047256 MC-AG_012251-MC-AG_012254
- 047257-047262 MC-AG_012255-MC-AG_012260
- 047263-047269 MC-AG_012261-MC-AG_012267
- 047270-047279 MC-AG_012268-MC-AG_012277
- 047280-047281 MC-AG_012278-MC-AG_012279
- 047282-047286 MC-AG_012280-MC-AG_012284
- 047287-047292 MC-AG_012285-MC-AG_012290
- 047293-047298 MC-AG_012291-MC-AG_012296
- 047299-047307 MC-AG_012297-MC-AG_012305
- 047308-047313 MC-AG_012306-MC-AG_012311
- 047314-047319 MC-AG_012312-MC-AG_012317
- 047320-047321 MC-AG_012318-MC-AG_012319
- 047322-047326 MC-AG_012320-MC-AG_012324
- 047327-047330 MC-AG_012325-MC-AG_012328
- 047331-047336 MC-AG_012329-MC-AG_012334
- 047337-047341 MC-AG_012335-MC-AG_012339
- 047342-047347 MC-AG_012340-MC-AG_012345
- 047348-047352 MC-AG_012346-MC-AG_012350
- 047353-047364 MC-AG_012351-MC-AG_012362
- 047365-047368 MC-AG_012363-MC-AG_012366
- 047369-047372 MC-AG_012367-MC-AG_012370
- 047373-047374 MC-AG_012371-MC-AG_012372
- 047375-047395 MC-AG_012373-MC-AG_012393
- 047396-047410 MC-AG_012394-MC-AG_012408
- 047411-047426 MC-AG_012409-MC-AG_012424
- 047427-047440 MC-AG_012425-MC-AG_012438
- 047441-047455 MC-AG_012439-MC-AG_012453

047456-047468 MC-AG_012454-MC-AG_012466
047469-047472 MC-AG_012467-MC-AG_012470
047473-047476 MC-AG_012471-MC-AG_012474
047477-047489 MC-AG_012475-MC-AG_012487
047490-047505 MC-AG_012488-MC-AG_012503
047506-047520 MC-AG_012504-MC-AG_012518
047521-047535 MC-AG_012519-MC-AG_012533
047536-047550 MC-AG_012534-MC-AG_012548
047551-047571 MC-AG_012549-MC-AG_012569
047572-047593 MC-AG_012570-MC-AG_012591
047594-047616 MC-AG_012592-MC-AG_012614
047617-047626 MC-AG_012615-MC-AG_012624
047627-047637 MC-AG_012625-MC-AG_012635
047638-047648 MC-AG_012636-MC-AG_012646
047649-047660 MC-AG_012647-MC-AG_012658
047661-047676 MC-AG_012659-MC-AG_012674
047677-047684 MC-AG_012675-MC-AG_012682
047685-047690 MC-AG_012683-MC-AG_012688
047691-047696 MC-AG_012689-MC-AG_012694
047697-047702 MC-AG_012695-MC-AG_012700
047703-047708 MC-AG_012701-MC-AG_012706
047709-047714 MC-AG_012707-MC-AG_012712
047715-047720 MC-AG_012713-MC-AG_012718
047721-047726 MC-AG_012719-MC-AG_012724
047727-047732 MC-AG_012725-MC-AG_012730
047733-047738 MC-AG_012731-MC-AG_012736
047739-047744 MC-AG_012737-MC-AG_012742
047745-047750 MC-AG_012743-MC-AG_012748
047751-047756 MC-AG_012749-MC-AG_012754
047757-047762 MC-AG_012755-MC-AG_012760
047763-047764 MC-AG_012761-MC-AG_012762
047765-047776 MC-AG_012763-MC-AG_012774
047777 MC-AG_012775-MC-AG_012775
047778 MC-AG_012776-MC-AG_012776
047779-047780 MC-AG_012777-MC-AG_012778
047781 MC-AG_012779-MC-AG_012779
047782-047783 MC-AG_012780-MC-AG_012781
047784-047786 MC-AG_012782-MC-AG_012784
047787-047788 MC-AG_012785-MC-AG_012786

047789-047790 MC-AG_012787-MC-AG_012788
047791 MC-AG_012789-MC-AG_012789
047792-047793 MC-AG_012790-MC-AG_012791
047794 MC-AG_012792-MC-AG_012792
047795 MC-AG_012793-MC-AG_012793
047796-047797 MC-AG_012794-MC-AG_012795
047798-047800 MC-AG_012796-MC-AG_012798
047801 MC-AG_012799-MC-AG_012799
047802 MC-AG_012800-MC-AG_012800
047803-047804 MC-AG_012801-MC-AG_012802
047805 MC-AG_012803-MC-AG_012803
047806 MC-AG_012804-MC-AG_012804

Inbox 2020 Election Comments 1                     047807
047807 MC-AG_012805-MC-AG_012805
Inbox 2020 Election Comments 2                     047808
047808 MC-AG_012806-MC-AG_012806
Inbox Archive Issues Brian Duffy                   047809-047818
047809-047813 MC-AG_012807-MC-AG_012811
047814-047818 MC-AG_012812-MC-AG_012816
Inbox Old                                          047819-047853
047819-047831 MC-AG_012817-MC-AG_012829
047832-047853 MC-AG_012830-MC-AG_012851
Purges                                             047854-047873
047854-047859 MC-AG_012852-MC-AG_012857
047860-047865 MC-AG_012858-MC-AG_012863
047866-047867 MC-AG_012864-MC-AG_012865
047868 MC-AG_012866-MC-AG_012866
047869-047870 MC-AG_012867-MC-AG_012868
047871 MC-AG_012869-MC-AG_012869
047872-047873 MC-AG_012870-MC-AG_012871
Sent 1                                             047874-047875
047874-047875 MC-AG_012872-MC-AG_012873
Sent 2                                             047876-047888
047876 MC-AG_012874-MC-AG_012874
047877 MC-AG_012875-MC-AG_012875
047878-047879 MC-AG_012876-MC-AG_012877
047880-047881 MC-AG_012878-MC-AG_012879
047882-047883 MC-AG_012880-MC-AG_012881
047884 MC-AG_012882-MC-AG_012882
047885-047886 MC-AG_012883-MC-AG_012884
047887-047888 MC-AG_012885-MC-AG_012886

57

Versions                                    047889-047900
📄 047889-047900 MC-AG_012887-MC-AG_012898
D4-Hickman
  Hickman
    Election 1                               047901-048026
📄 047901 MC-AG_012899-MC-AG_012899
📄 047902 MC-AG_012900-MC-AG_012900
📄 047903 MC-AG_012901-MC-AG_012901
📄 047904 MC-AG_012902-MC-AG_012902
📄 047905 MC-AG_012903-MC-AG_012903
📄 047906 MC-AG_012904-MC-AG_012904
📄 047907 MC-AG_012905-MC-AG_012905
📄 047908 MC-AG_012906-MC-AG_012906
📄 047909 MC-AG_012907-MC-AG_012907
📄 047910 MC-AG_012908-MC-AG_012908
📄 047911-047912 MC-AG_012909-MC-AG_012910
📄 047913 MC-AG_012911-MC-AG_012911
📄 047914 MC-AG_012912-MC-AG_012912
📄 047915 MC-AG_012913-MC-AG_012913
📄 047916-047917 MC-AG_012914-MC-AG_012915
📄 047918-047923 MC-AG_012916-MC-AG_012921
📄 047924 MC-AG_012922-MC-AG_012922
📄 047925 MC-AG_012923-MC-AG_012923
📄 047926 MC-AG_012924-MC-AG_012924
📄 047927 MC-AG_012925-MC-AG_012925
📄 047928-047929 MC-AG_012926-MC-AG_012927
📄 047930-047932 MC-AG_012928-MC-AG_012930
📄 047933-047934 MC-AG_012931-MC-AG_012932
📄 047935 MC-AG_012933-MC-AG_012933
📄 047936 MC-AG_012934-MC-AG_012934
📄 047937 MC-AG_012935-MC-AG_012935
📄 047938 MC-AG_012936-MC-AG_012936
📄 047939-047943 MC-AG_012937-MC-AG_012941
📄 047944 MC-AG_012942-MC-AG_012942
📄 047945 MC-AG_012943-MC-AG_012943
📄 047946 MC-AG_012944-MC-AG_012944
📄 047947 MC-AG_012945-MC-AG_012945
📄 047948 MC-AG_012946-MC-AG_012946
📄 047949-047952 MC-AG_012947-MC-AG_012950
📄 047953 MC-AG_012951-MC-AG_012951
📄 047954 MC-AG_012952-MC-AG_012952

047955 MC-AG_012953-MC-AG_012953
047956-047963 MC-AG_012954-MC-AG_012961
047964 MC-AG_012962-MC-AG_012962
047965 MC-AG_012963-MC-AG_012963
047966 MC-AG_012964-MC-AG_012964
047967 MC-AG_012965-MC-AG_012965
047968 MC-AG_012966-MC-AG_012966
047969-047970 MC-AG_012967-MC-AG_012968
047971 MC-AG_012969-MC-AG_012969
047972 MC-AG_012970-MC-AG_012970
047973 MC-AG_012971-MC-AG_012971
047974 MC-AG_012972-MC-AG_012972
047975 MC-AG_012973-MC-AG_012973
047976 MC-AG_012974-MC-AG_012974
047977-047982 MC-AG_012975-MC-AG_012980
047983 MC-AG_012981-MC-AG_012981
047984-047985 MC-AG_012982-MC-AG_012983
047986-047990 MC-AG_012984-MC-AG_012988
047991-047992 MC-AG_012989-MC-AG_012990
047993-047994 MC-AG_012991-MC-AG_012992
047995-047996 MC-AG_012993-MC-AG_012994
047997-047998 MC-AG_012995-MC-AG_012996
047999 MC-AG_012997-MC-AG_012997
048000 MC-AG_012998-MC-AG_012998
048001 MC-AG_012999-MC-AG_012999
048002 MC-AG_013000-MC-AG_013000
048003 MC-AG_013001-MC-AG_013001
048004 MC-AG_013002-MC-AG_013002
048005-048006 MC-AG_013003-MC-AG_013004
048007 MC-AG_013005-MC-AG_013005
048008 MC-AG_013006-MC-AG_013006
048009 MC-AG_013007-MC-AG_013007
048010-048012 MC-AG_013008-MC-AG_013010
048013 MC-AG_013011-MC-AG_013011
048014 MC-AG_013012-MC-AG_013012
048015 MC-AG_013013-MC-AG_013013
048016 MC-AG_013014-MC-AG_013014
048017-048018 MC-AG_013015-MC-AG_013016
048019 MC-AG_013017-MC-AG_013017

📄 048020-048021 MC-AG_013018-MC-AG_013019
📄 048022 MC-AG_013020-MC-AG_013020
📄 048023 MC-AG_013021-MC-AG_013021
📄 048024 MC-AG_013022-MC-AG_013022
📄 048025 MC-AG_013023-MC-AG_013023
📄 048026 MC-AG_013024-MC-AG_013024

Election 2                                                   048027-048138

📄 048027-048051 MC-AG_013025-MC-AG_013049
📄 048052-048054 MC-AG_013050-MC-AG_013052
📄 048055 MC-AG_013053-MC-AG_013053
📄 048056 MC-AG_013054-MC-AG_013054
📄 048057 MC-AG_013055-MC-AG_013055
📄 048058 MC-AG_013056-MC-AG_013056
📄 048059-048060 MC-AG_013057-MC-AG_013058
📄 048061-048063 MC-AG_013059-MC-AG_013061
📄 048064-048066 MC-AG_013062-MC-AG_013064
📄 048067 MC-AG_013065-MC-AG_013065
📄 048068 MC-AG_013066-MC-AG_013066
📄 048069-048074 MC-AG_013067-MC-AG_013072
📄 048075 MC-AG_013073-MC-AG_013073
📄 048076-048079 MC-AG_013074-MC-AG_013077
📄 048080 MC-AG_013078-MC-AG_013078
📄 048081 MC-AG_013079-MC-AG_013079
📄 048082 MC-AG_013080-MC-AG_013080
📄 048083-048084 MC-AG_013081-MC-AG_013082
📄 048085-048086 MC-AG_013083-MC-AG_013084
📄 048087 MC-AG_013085-MC-AG_013085
📄 048088-048090 MC-AG_013086-MC-AG_013088
📄 048091-048093 MC-AG_013089-MC-AG_013091
📄 048094-048096 MC-AG_013092-MC-AG_013094
📄 048097 MC-AG_013095-MC-AG_013095
📄 048098 MC-AG_013096-MC-AG_013096
📄 048099 MC-AG_013097-MC-AG_013097
📄 048100-048101 MC-AG_013098-MC-AG_013099
📄 048102 MC-AG_013100-MC-AG_013100
📄 048103 MC-AG_013101-MC-AG_013101
📄 048104 MC-AG_013102-MC-AG_013102
📄 048105-048108 MC-AG_013103-MC-AG_013106
📄 048109-048114 MC-AG_013107-MC-AG_013112
📄 048115-048117 MC-AG_013113-MC-AG_013115

048118 MC-AG_013116-MC-AG_013116
048119 MC-AG_013117-MC-AG_013117
048120 MC-AG_013118-MC-AG_013118
048121-048123 MC-AG_013119-MC-AG_013121
048124-048126 MC-AG_013122-MC-AG_013124
048127 MC-AG_013125-MC-AG_013125
048128-048135 MC-AG_013126-MC-AG_013133
048136-048138 MC-AG_013134-MC-AG_013136

Election District 4 1                                048139-048143
048139 MC-AG_013137-MC-AG_013137
048140 MC-AG_013138-MC-AG_013138
048141 MC-AG_013139-MC-AG_013139
048142 MC-AG_013140-MC-AG_013140
048143 MC-AG_013141-MC-AG_013141

Election District 4 2                                048144-048145
048144-048145 MC-AG_013142-MC-AG_013143

Inbox 1                                             048146-048512
048146-048163 MC-AG_013144-MC-AG_013161
048164-048179 MC-AG_013162-MC-AG_013177
048180-048198 MC-AG_013178-MC-AG_013196
048199-048221 MC-AG_013197-MC-AG_013219
048222-048238 MC-AG_013220-MC-AG_013236
048239-048267 MC-AG_013237-MC-AG_013265
048268-048290 MC-AG_013266-MC-AG_013288
048291-048314 MC-AG_013289-MC-AG_013312
048315-048331 MC-AG_013313-MC-AG_013329
048332-048349 MC-AG_013330-MC-AG_013347
048350-048368 MC-AG_013348-MC-AG_013366
048369 MC-AG_013367-MC-AG_013367
048370-048386 MC-AG_013368-MC-AG_013384
048387-048415 MC-AG_013385-MC-AG_013413
048416-048437 MC-AG_013414-MC-AG_013435
048438-048442 MC-AG_013436-MC-AG_013440
048443 MC-AG_013441-MC-AG_013441
048444-048449 MC-AG_013442-MC-AG_013447
048450-048453 MC-AG_013448-MC-AG_013451
048454-048459 MC-AG_013452-MC-AG_013457
048460-048461 MC-AG_013458-MC-AG_013459
048462-048463 MC-AG_013460-MC-AG_013461
048464-048470 MC-AG_013462-MC-AG_013468
048471-048472 MC-AG_013469-MC-AG_013470

048473-048482 MC-AG_013471-MC-AG_013480
048483-048484 MC-AG_013481-MC-AG_013482
048485-048492 MC-AG_013483-MC-AG_013490
048493 MC-AG_013491-MC-AG_013491
048494-048496 MC-AG_013492-MC-AG_013494
048497-048499 MC-AG_013495-MC-AG_013497
048500-048512 MC-AG_013498-MC-AG_013510

Inbox 2                                                          048513-048760
048513-048541 MC-AG_013511-MC-AG_013539
048542-048564 MC-AG_013540-MC-AG_013562
048565-048585 MC-AG_013563-MC-AG_013583
048586-048604 MC-AG_013584-MC-AG_013602
048605-048720 MC-AG_013603-MC-AG_013718
048721-048749 MC-AG_013719-MC-AG_013747
048750-048753 MC-AG_013748-MC-AG_013751
048754 MC-AG_013752-MC-AG_013752
048755-048760 MC-AG_013753-MC-AG_013758

Inbox 2020 1                                                     048761-049612
048761-048779 MC-AG_013759-MC-AG_013777
048800-048802 MC-AG_013778-MC-AG_013800
048803-048830 MC-AG_013801-MC-AG_013828
048831-048860 MC-AG_013829-MC-AG_013858
048861-048885 MC-AG_013859-MC-AG_013883
048886-048906 MC-AG_013884-MC-AG_013904
048907-048924 MC-AG_013905-MC-AG_013922
048925-048936 MC-AG_013923-MC-AG_013934
048937-048964 MC-AG_013935-MC-AG_013962
048965-048975 MC-AG_013963-MC-AG_013973
048976-048988 MC-AG_013974-MC-AG_013986
048989-049010 MC-AG_013987-MC-AG_014008
049011-049026 MC-AG_014009-MC-AG_014024
049027-049035 MC-AG_014025-MC-AG_014033
049036-049047 MC-AG_014034-MC-AG_014045
049048-049051 MC-AG_014046-MC-AG_014049
049052-049055 MC-AG_014050-MC-AG_014053
049056-049059 MC-AG_014054-MC-AG_014057
049060-049063 MC-AG_014058-MC-AG_014061
049064-049068 MC-AG_014062-MC-AG_014066
049069-049073 MC-AG_014067-MC-AG_014071
049074-049079 MC-AG_014072-MC-AG_014077
049080-049085 MC-AG_014078-MC-AG_014083

- 049086-049090 MC-AG_014084-MC-AG_014088
- 049091-049095 MC-AG_014089-MC-AG_014093
- 049096-049102 MC-AG_014094-MC-AG_014100
- 049103-049107 MC-AG_014101-MC-AG_014105
- 049108-049117 MC-AG_014106-MC-AG_014115
- 049118-049119 MC-AG_014116-MC-AG_014117
- 049120-049134 MC-AG_014118-MC-AG_014132
- 049135-049154 MC-AG_014133-MC-AG_014152
- 049155-049161 MC-AG_014153-MC-AG_014159
- 049162-049165 MC-AG_014160-MC-AG_014163
- 049166-049167 MC-AG_014164-MC-AG_014165
- 049168-049181 MC-AG_014166-MC-AG_014179
- 049182-049194 MC-AG_014180-MC-AG_014192
- 049195-049204 MC-AG_014193-MC-AG_014202
- 049205-049206 MC-AG_014203-MC-AG_014204
- 049207-049208 MC-AG_014205-MC-AG_014206
- 049209-049212 MC-AG_014207-MC-AG_014210
- 049213-049218 MC-AG_014211-MC-AG_014216
- 049219-049221 MC-AG_014217-MC-AG_014219
- 049222-049230 MC-AG_014220-MC-AG_014228
- 049231-049235 MC-AG_014229-MC-AG_014233
- 049236-049241 MC-AG_014234-MC-AG_014239
- 049242 MC-AG_014240-MC-AG_014240
- 049243-049246 MC-AG_014241-MC-AG_014244
- 049247-049251 MC-AG_014245-MC-AG_014249
- 049252-049261 MC-AG_014250-MC-AG_014259
- 049262-049269 MC-AG_014260-MC-AG_014267
- 049270-049276 MC-AG_014268-MC-AG_014274
- 049277-049282 MC-AG_014275-MC-AG_014280
- 049283-049290 MC-AG_014281-MC-AG_014288
- 049291-049299 MC-AG_014289-MC-AG_014297
- 049300-049303 MC-AG_014298-MC-AG_014301
- 049304-049308 MC-AG_014302-MC-AG_014306
- 049309-049312 MC-AG_014307-MC-AG_014310
- 049313-049317 MC-AG_014311-MC-AG_014315
- 049318-049322 MC-AG_014316-MC-AG_014320
- 049323-049342 MC-AG_014321-MC-AG_014340
- 049343-049346 MC-AG_014341-MC-AG_014344
- 049347-049351 MC-AG_014345-MC-AG_014349

049352-049371 MC-AG_014350-MC-AG_014369
049372-049391 MC-AG_014370-MC-AG_014389
049392-049405 MC-AG_014390-MC-AG_014403
049406-049420 MC-AG_014404-MC-AG_014418
049421-049433 MC-AG_014419-MC-AG_014431
049434-049447 MC-AG_014432-MC-AG_014445
049448-049452 MC-AG_014446-MC-AG_014450
049453-049456 MC-AG_014451-MC-AG_014454
049457-049474 MC-AG_014455-MC-AG_014472
049475-049492 MC-AG_014473-MC-AG_014490
049493-049506 MC-AG_014491-MC-AG_014504
049507-049527 MC-AG_014505-MC-AG_014525
049528-049548 MC-AG_014526-MC-AG_014546
049549-049563 MC-AG_014547-MC-AG_014561
049564-049573 MC-AG_014562-MC-AG_014571
049574-049583 MC-AG_014572-MC-AG_014581
049584-049598 MC-AG_014582-MC-AG_014596
049599-049608 MC-AG_014597-MC-AG_014606
049609-049612 MC-AG_014607-MC-AG_014610

Inbox 2020 2                                              049613-049689
049613-049637 MC-AG_014611-MC-AG_014635
049638-049665 MC-AG_014636-MC-AG_014663
049666-049667 MC-AG_014664-MC-AG_014665
049668-049687 MC-AG_014666-MC-AG_014685
049688-049689 MC-AG_014686-MC-AG_014687

Inbox 2020 Mask Mandate 1                                 049690-049691
049690-049691 MC-AG_014688-MC-AG_014689

Inbox 2020 Mask Mandate 2                                 049692-049693
049692-049693 MC-AG_014690-MC-AG_014691

Inbox 2021 1                                             049694-049714
049694-049703 MC-AG_014692-MC-AG_014701
049704-049714 MC-AG_014702-MC-AG_014712

Inbox 2021 2                                             049715-049744
049715-049735 MC-AG_014713-MC-AG_014733
049736-049744 MC-AG_014734-MC-AG_014742

News Clips for County 1                                   049745-049769
049745-049769 MC-AG_014743-MC-AG_014767

News Clips for County 2                                   049770-049794
049770-049794 MC-AG_014768-MC-AG_014792

Purges 1                                                049795-051300

049795-049813 MC-AG_014793-MC-AG_014811
049814-049836 MC-AG_014812-MC-AG_014834
049837-049864 MC-AG_014835-MC-AG_014862
049865-049882 MC-AG_014863-MC-AG_014880
049883-049912 MC-AG_014881-MC-AG_014910
049913-049937 MC-AG_014911-MC-AG_014935
049938-049958 MC-AG_014936-MC-AG_014956
049959-049976 MC-AG_014957-MC-AG_014974
049977-050001 MC-AG_014975-MC-AG_014999
050002-050013 MC-AG_015000-MC-AG_015011
050014-050041 MC-AG_015012-MC-AG_015039
050042-050065 MC-AG_015040-MC-AG_015063
050066-050089 MC-AG_015064-MC-AG_015087
050090-050107 MC-AG_015088-MC-AG_015105
050108 MC-AG_015106-MC-AG_015106
050109 MC-AG_015107-MC-AG_015107
050110 MC-AG_015108-MC-AG_015108
050111 MC-AG_015109-MC-AG_015109
050112 MC-AG_015110-MC-AG_015110
050113-050123 MC-AG_015111-MC-AG_015121
050124-050132 MC-AG_015122-MC-AG_015130
050133 MC-AG_015131-MC-AG_015131
050134 MC-AG_015132-MC-AG_015132
050135-050147 MC-AG_015133-MC-AG_015145
050148-050169 MC-AG_015146-MC-AG_015167
050170-050185 MC-AG_015168-MC-AG_015183
050186 MC-AG_015184-MC-AG_015184
050187 MC-AG_015185-MC-AG_015185
050188 MC-AG_015186-MC-AG_015186
050189 MC-AG_015187-MC-AG_015187
050190-050191 MC-AG_015188-MC-AG_015189
050192-050200 MC-AG_015190-MC-AG_015198
050201-050212 MC-AG_015199-MC-AG_015210
050213-050223 MC-AG_015211-MC-AG_015221
050224-050226 MC-AG_015222-MC-AG_015224
050227-050229 0MC-AG_015225-MC-AG_015227
050230-050233 MC-AG_015228-MC-AG_015231
050234-050237 MC-AG_015232-MC-AG_015235
050238-050241 MC-AG_015236-MC-AG_015239
050242-050243 MC-AG_015240-MC-AG_015241
050244-050247 MC-AG_015242-MC-AG_015245
050248-050252 MC-AG_015246-MC-AG_015250
050253 MC-AG_015251-MC-AG_015251

- 050254-050258 MC-AG_015252-MC-AG_015256
- 050259-050264 MC-AG_015257-MC-AG_015262
- 050265-050268 MC-AG_015263-MC-AG_015266
- 050269-050272 MC-AG_015267-MC-AG_015270
- 050273 MC-AG_015271-MC-AG_015271
- 050274 MC-AG_015272-MC-AG_015272
- 050275-050280 MC-AG_015273-MC-AG_015278
- 050281-050286 MC-AG_015279-MC-AG_015284
- 050287-050288 MC-AG_015285-MC-AG_015286
- 050289-050294 MC-AG_015287-MC-AG_015292
- 050295-050296 MC-AG_015293-MC-AG_015294
- 050297-050301 MC-AG_015295-MC-AG_015299
- 050302-050306 MC-AG_015300-MC-AG_015304
- 050307-050311 MC-AG_015305-MC-AG_015309
- 050312-050318 MC-AG_015310-MC-AG_015316
- 050319-050323 MC-AG_015317-MC-AG_015321
- 050324-050328 MC-AG_015322-MC-AG_015326
- 050329 MC-AG_015327-MC-AG_015327
- 050330 MC-AG_015328-MC-AG_015328
- 050331 MC-AG_015329-MC-AG_015329
- 050332-050341 MC-AG_015330-MC-AG_015339
- 050342 MC-AG_015340-MC-AG_015340
- 050343-050356 MC-AG_015341-MC-AG_015354
- 050357-050369 MC-AG_015355-MC-AG_015367
- 050370 MC-AG_015368-MC-AG_015368
- 050371-050372 MC-AG_015369-MC-AG_015370
- 050373-050375 MC-AG_015371-MC-AG_015373
- 050376-050377 MC-AG_015374-MC-AG_015375
- 050378-050379 MC-AG_015376-MC-AG_015377
- 050380-050388 MC-AG_015378-MC-AG_015386
- 050389 MC-AG_015387-MC-AG_015387
- 050390 MC-AG_015388-MC-AG_015388
- 050391 MC-AG_015389-MC-AG_015389
- 050392 MC-AG_015390-MC-AG_015390
- 050393 MC-AG_015391-MC-AG_015391
- 050394-050408 MC-AG_015392-MC-AG_015406
- 050409-050428 MC-AG_015407-MC-AG_015426
- 050429-050445 MC-AG_015427-MC-AG_015443
- 050446-050450 MC-AG_015444-MC-AG_015448
- 050451-050457 MC-AG_015449-MC-AG_015455
- 050458 MC-AG_015456-MC-AG_015456
- 050459-050462 MC-AG_015457-MC-AG_015460
- 050463 MC-AG_015461-MC-AG_015461

- 050464-050468 MC-AG_015462-MC-AG_015466
- 050469 MC-AG_015467-MC-AG_015467
- 050470-050471 MC-AG_015468-MC-AG_015469
- 050472 MC-AG_015470-MC-AG_015470
- 050473 MC-AG_015471-MC-AG_015471
- 050474-050476 MC-AG_015472-MC-AG_015474
- 050477-050478 MC-AG_015475-MC-AG_015476
- 050479-050480 MC-AG_015477-MC-AG_015478
- 050481-050482 MC-AG_015479-MC-AG_015480
- 050483-050496 MC-AG_015481-MC-AG_015494
- 050497-050509 MC-AG_015495-MC-AG_015507
- 050510-050525 MC-AG_015508-MC-AG_015523
- 050526-050535 MC-AG_015524-MC-AG_015533
- 050536-050537 MC-AG_015534-MC-AG_015535
- 050538-050539 MC-AG_015536-MC-AG_015537
- 050540-050543 MC-AG_015538-MC-AG_015541
- 050544-050547 MC-AG_015542-MC-AG_015545
- 050548-050550 MC-AG_015546-MC-AG_015548
- 050551-050556 MC-AG_015549-MC-AG_015554
- 050557-050562 MC-AG_015555-MC-AG_015560
- 050563 MC-AG_015561-MC-AG_015561
- 050564 MC-AG_015562-MC-AG_015562
- 050565-050567 MC-AG_015563-MC-AG_015565
- 050568 MC-AG_015566-MC-AG_015566
- 050569-050572 MC-AG_015567-MC-AG_015570
- 050573 MC-AG_015571-MC-AG_015571
- 050574 MC-AG_015572-MC-AG_015572
- 050575-050583 MC-AG_015573-MC-AG_015581
- 050584-050588 MC-AG_015582-MC-AG_015586
- 050589-050591 MC-AG_015587-MC-AG_015589
- 050592-050596 MC-AG_015590-MC-AG_015594
- 050597 MC-AG_015595-MC-AG_015595
- 050598-050605 MC-AG_015596-MC-AG_015603
- 050606-050615 MC-AG_015604-MC-AG_015613
- 050616-050617 MC-AG_015614-MC-AG_015615
- 050618 MC-AG_015616-MC-AG_015616
- 050619 MC-AG_015617-MC-AG_015617
- 050620 MC-AG_015618-MC-AG_015618
- 050621 MC-AG_015619-MC-AG_015619
- 050622-050623 MC-AG_015620-MC-AG_015621
- 050624 MC-AG_015622-MC-AG_015622
- 050625 MC-AG_015623-MC-AG_015623
- 050626-050627 MC-AG_015624-MC-AG_015625

- 050628-050631 MC-AG_015626-MC-AG_015629
- 050632-050635 MC-AG_015630-MC-AG_015633
- 050636-050637 MC-AG_015634-MC-AG_015635
- 050638 MC-AG_015636-MC-AG_015636
- 050639 MC-AG_015637-MC-AG_015637
- 050640-050644 MC-AG_015638-MC-AG_015642
- 050645 MC-AG_015643-MC-AG_015643
- 050646-050649 MC-AG_015644-MC-AG_015647
- 050650 MC-AG_015648-MC-AG_015648
- 050651 MC-AG_015649-MC-AG_015649
- 050652-050657 MC-AG_015650-MC-AG_015655
- 050658-050659 MC-AG_015656-MC-AG_015657
- 050660 MC-AG_015658-MC-AG_015658
- 050661 MC-AG_015659-MC-AG_015659
- 050662-050663 MC-AG_015660-MC-AG_015661
- 050664-050668 MC-AG_015662-MC-AG_015666
- 050669-050670 MC-AG_015667-MC-AG_015668
- 050671-050678 MC-AG_015669-MC-AG_015676
- 050679-050685 MC-AG_015677-MC-AG_015683
- 050686-050691 MC-AG_015684-MC-AG_015689
- 050692-050699 MC-AG_015690-MC-AG_015697
- 050700-050701 MC-AG_015698-MC-AG_015699
- 050702-050704 MC-AG_015700-MC-AG_015702
- 050705-050706 MC-AG_015703-MC-AG_015704
- 050707-050708 MC-AG_015705-MC-AG_015706
- 050709 MC-AG_015707-MC-AG_015707
- 050710 MC-AG_015708-MC-AG_015708
- 050711 MC-AG_015709-MC-AG_015709
- 050712 MC-AG_015710-MC-AG_015710
- 050713 MC-AG_015711-MC-AG_015711
- 050714 MC-AG_015712-MC-AG_015712
- 050715-050716 MC-AG_015713-MC-AG_015714
- 050717 MC-AG_015715-MC-AG_015715
- 050718-050721 MC-AG_015716-MC-AG_015719
- 050722-050731 MC-AG_015720-MC-AG_015729
- 050732-050740 MC-AG_015730-MC-AG_015738
- 050741-050750 MC-AG_015739-MC-AG_015748
- 050751-050761 MC-AG_015749-MC-AG_015759
- 050762-050765 MC-AG_015760-MC-AG_015763
- 050766 MC-AG_015764-MC-AG_015764
- 050767-050771 MC-AG_015765-MC-AG_015769
- 050772 MC-AG_015770-MC-AG_015770
- 050773-050776 MC-AG_015771-MC-AG_015774

050777-050781 MC-AG_015775-MC-AG_015779
050782-050787 MC-AG_015780-MC-AG_015785
050788-050792 MC-AG_015786-MC-AG_015790
050793-050795 MC-AG_015791-MC-AG_015793
050796-050799 MC-AG_015794-MC-AG_015797
050800-050803 MC-AG_015798-MC-AG_015801
050804 MC-AG_015802-MC-AG_015802
050805 MC-AG_015803-MC-AG_015803
050806 MC-AG_015804-MC-AG_015804
050807 MC-AG_015805-MC-AG_015805
050808-050827 MC-AG_015806-MC-AG_015825
050828-050829 MC-AG_015826-MC-AG_015827
050830 MC-AG_015828-MC-AG_015828
050831-050832 MC-AG_015829-MC-AG_015830
050833 MC-AG_015831-MC-AG_015831
050834 MC-AG_015832-MC-AG_015832
050835-050838 MC-AG_015833-MC-AG_015836
050839-050840 MC-AG_015837-MC-AG_015838
050841 MC-AG_015839-MC-AG_015839
050842-050844 MC-AG_015840-MC-AG_015842
050845 MC-AG_015843-MC-AG_015843
050846 MC-AG_015844-MC-AG_015844
050847 MC-AG_015845-MC-AG_015845
050848 MC-AG_015846-MC-AG_015846
050849-050853 MC-AG_015847-MC-AG_015851
050854-050858 MC-AG_015852-MC-AG_015856
050859-050878 MC-AG_015857-MC-AG_015876
050879-050898 MC-AG_015877-MC-AG_015896
050899-050912 MC-AG_015897-MC-AG_015910
050913-050927 MC-AG_015911-MC-AG_015925
050928-050942 MC-AG_015926-MC-AG_015940
050943-050955 MC-AG_015941-MC-AG_015953
050956-050969 MC-AG_015954-MC-AG_015967
050970-050974 MC-AG_015968-MC-AG_015972
050975-050978 MC-AG_015973-MC-AG_015976
050979-050982 MC-AG_015977-MC-AG_015980
050983-050995 MC-AG_015981-MC-AG_015993
050996-051008 MC-AG_015994-MC-AG_016006
051009-051026 MC-AG_016007-MC-AG_016024
051027-051044 MC-AG_016025-MC-AG_016042
051045-051058 MC-AG_016043-MC-AG_016056
051059-051072 MC-AG_016057-MC-AG_016070
051073-051087 MC-AG_016071-MC-AG_016085

051088-051102 MC-AG_016086-MC-AG_016100
051103-051123 MC-AG_016101-MC-AG_016121
051124-051144 MC-AG_016122-MC-AG_016142
051145-051165 MC-AG_016143-MC-AG_016163
051166-051187 MC-AG_016164-MC-AG_016185
051188-051197 MC-AG_016186-MC-AG_016195
051198-051212 MC-AG_016196-MC-AG_016210
051213-051222 MC-AG_016211-MC-AG_016220
051223-051232 MC-AG_016221-MC-AG_016230
051233-051243 MC-AG_016231-MC-AG_016241
051244-051258 MC-AG_016242-MC-AG_016256
051259-051265 MC-AG_016257-MC-AG_016263
051266-051275 MC-AG_016264-MC-AG_016273
051276-051285 MC-AG_016274-MC-AG_016283
051286-051289 MC-AG_016284-MC-AG_016287
051290-051300 MC-AG_016288-MC-AG_016298
Purges 2                                                    051301-051613
051301-051325 MC-AG_016299-MC-AG_016323
051326-051350 MC-AG_016324-MC-AG_016348
051351-051372 MC-AG_016349-MC-AG_016370
051373-051400 MC-AG_016371-MC-AG_016398
051401-051424 MC-AG_016399-MC-AG_016422
051425-051448 MC-AG_016423-MC-AG_016446
051449-051469 MC-AG_016447-MC-AG_016467
051470-051472 MC-AG_016468-MC-AG_016470
051473 MC-AG_016471-MC-AG_016471
051474 MC-AG_016472-MC-AG_016472
051475 MC-AG_016473-MC-AG_016473
051476 MC-AG_016474-MC-AG_016474
051477-051478 MC-AG_016475-MC-AG_016476
051479-051481 MC-AG_016477-MC-AG_016479
051482-051484 MC-AG_016480-MC-AG_016482
051485 MC-AG_016483-MC-AG_016483
051486 MC-AG_016484-MC-AG_016484
051487-051492 MC-AG_016485-MC-AG_016490
051493-051494 MC-AG_016491-MC-AG_016492
051495 MC-AG_016493-MC-AG_016493
051496-051499 MC-AG_016494-MC-AG_016497
051500 MC-AG_016498-MC-AG_016498
051501 MC-AG_016499-MC-AG_016499

- 051502 MC-AG_016500-MC-AG_016500
- 051503 MC-AG_016501-MC-AG_016501
- 051504-051505 MC-AG_016502-MC-AG_016503
- 051506-051507 MC-AG_016504-MC-AG_016505
- 051508-051509 MC-AG_016506-MC-AG_016507
- 051510 MC-AG_016508-MC-AG_016508
- 051511-051513 MC-AG_016509-MC-AG_016511
- 051514-051516 MC-AG_016512-MC-AG_016514
- 051517-051518 MC-AG_016515-MC-AG_016516
- 051519-051538 MC-AG_016517-MC-AG_016536
- 051539-051541 MC-AG_016537-MC-AG_016539
- 051542 MC-AG_016540-MC-AG_016540
- 051543 MC-AG_016541-MC-AG_016541
- 051544 MC-AG_016542-MC-AG_016542
- 051545-051546 MC-AG_016543-MC-AG_016544
- 051547 MC-AG_016545-MC-AG_016545
- 051548-051549 MC-AG_016546-MC-AG_016547
- 051550-051551 MC-AG_016548-MC-AG_016549
- 051552 MC-AG_016550-MC-AG_016550
- 051553 MC-AG_016551-MC-AG_016551
- 051554-051557 MC-AG_016552-MC-AG_016555
- 051558-051563 MC-AG_016556-MC-AG_016561
- 051564-051566 MC-AG_016562-MC-AG_016564
- 051567 MC-AG_016565-MC-AG_016565
- 051568-051569 MC-AG_016566-MC-AG_016567
- 051570 MC-AG_016568-MC-AG_016568
- 051571-051580 MC-AG_016569-MC-AG_016578
- 051581 MC-AG_016579-MC-AG_016579
- 051582-051584 MC-AG_016580-MC-AG_016582
- 051585-051587 MC-AG_016583-MC-AG_016585
- 051588-051596 MC-AG_016586-MC-AG_016594
- 051597 MC-AG_016595-MC-AG_016595
- 051598 MC-AG_016596-MC-AG_016596
- 051599-051606 MC-AG_016597-MC-AG_016604
- 051607-051608 MC-AG_016605-MC-AG_016606
- 051609-051610 MC-AG_016607-MC-AG_016608
- 051611-051613 MC-AG_016609-MC-AG_016611

Versions 1                                    051614-051618

051614-051616 MC-AG_016612-MC-AG_016614
051617 MC-AG_016615-MC-AG_016615
051618 MC-AG_016616-MC-AG_016616

Isham

| | | |
|---|---|---|
| Archive 1 | | 051619 |

051619 MC-AG_016617-MC-AG_016617

| | | |
|---|---|---|
| Archive 2 | | 051620 |

051620 MC-AG_016618-MC-AG_016618

| | | |
|---|---|---|
| Deleted Items | | 051621-051622 |

051621-051622 MC-AG_016619-MC-AG_016620

| | | |
|---|---|---|
| Deleted Items 2 | | 051623 |

051623 MC-AG_016621-MC-AG_016621

| | | |
|---|---|---|
| Inbox 1 | | 051624-052189 |

051624-051642 MC-AG_016622-MC-AG_016640
051643-051660 MC-AG_016641-MC-AG_016658
051661-051679 MC-AG_016659-MC-AG_016677
051680-051709 MC-AG_016678-MC-AG_016707
051710-051734 MC-AG_016708-MC-AG_016732
051735-051755 MC-AG_016733-MC-AG_016753
051756-051773 MC-AG_016754-MC-AG_016771
051774-051798 MC-AG_016772-MC-AG_016796
051799-051810 MC-AG_016797-MC-AG_016808
051811-051833 MC-AG_016809-MC-AG_016831
051834-051850 MC-AG_016832-MC-AG_016848
051851-051873 MC-AG_016849-MC-AG_016871
051874-051890 MC-AG_016872-MC-AG_016888
051891-051908 MC-AG_016889-MC-AG_016906
051909-051926 MC-AG_016907-MC-AG_016924
051927-051945 MC-AG_016925-MC-AG_016943
051946 MC-AG_016944-MC-AG_016944
051947-051959 MC-AG_016945-MC-AG_016957
051960-051975 MC-AG_016958-MC-AG_016973
051976-051977 MC-AG_016974-MC-AG_016975
051978 MC-AG_016976-MC-AG_016976
051979 MC-AG_016977-MC-AG_016977
051980 MC-AG_016978-MC-AG_016978
051981 MC-AG_016979-MC-AG_016979
051982-051983 MC-AG_016980-MC-AG_016981
051984-051985 MC-AG_016982-MC-AG_016983
051986-051988 MC-AG_016984-MC-AG_016986

051989-052008 MC-AG_016987-MC-AG_017006
052009-052037 MC-AG_017007-MC-AG_017035
052038-052041 MC-AG_017036-MC-AG_017039
052042-052047 MC-AG_017040-MC-AG_017045
052048-052054 MC-AG_017046-MC-AG_017052
052055-052056 MC-AG_017053-MC-AG_017054
052057-052065 MC-AG_017055-MC-AG_017063
052066-052071 MC-AG_017064-MC-AG_017069
052072-052076 MC-AG_017070-MC-AG_017074
052077 MC-AG_017075-MC-AG_017075
052078-052098 MC-AG_017076-MC-AG_017096
052099-052114 MC-AG_017097-MC-AG_017112
052115-052128 MC-AG_017113-MC-AG_017126
052129-052143 MC-AG_017127-MC-AG_017141
052144-052153 MC-AG_017142-MC-AG_017151
052154-052157 MC-AG_017152-MC-AG_017155
052158 MC-AG_017156-MC-AG_017156
052159-052161 MC-AG_017157-MC-AG_017159
052162-052165 MC-AG_017160-MC-AG_017163
052166 MC-AG_017164-MC-AG_017164
052167-052173 MC-AG_017165-MC-AG_017171
052174-052181 MC-AG_017172-MC-AG_017179
052182-052183 MC-AG_017180-MC-AG_017181
052184-052185 MC-AG_017182-MC-AG_017183
052186-052188 MC-AG_017184-MC-AG_017186
052189 MC-AG_017187-MC-AG_017187
Inbox 2                                        052190-052317
052190-052214 MC-AG_017188-MC-AG_017212
052215-052237 MC-AG_017213-MC-AG_017235
052238-052256 MC-AG_017236-MC-AG_017254
052257 MC-AG_017255-MC-AG_017255
052258 MC-AG_017256-MC-AG_017256
052259-052278 MC-AG_017257-MC-AG_017276
052279-052307 MC-AG_017277-MC-AG_017305
052308-052310 MC-AG_017306-MC-AG_017308
052311-052314 MC-AG_017309-MC-AG_017312
052315-052316 MC-AG_017313-MC-AG_017314
052317 MC-AG_017315-MC-AG_017315
Purges 1                                        052318-053795

052318-052335 MC-AG_017316-MC-AG_017333
052336-052358 MC-AG_017334-MC-AG_017356
052359-052374 MC-AG_017357-MC-AG_017372
052375-052402 MC-AG_017373-MC-AG_017400
052403-052420 MC-AG_017401-MC-AG_017418
052421-052445 MC-AG_017419-MC-AG_017443
052446-052474 MC-AG_017444-MC-AG_017472
052475-052498 MC-AG_017473-MC-AG_017496
052499-052526 MC-AG_017497-MC-AG_017524
052527-052550 MC-AG_017525-MC-AG_017548
052551-052574 MC-AG_017549-MC-AG_017572
052575-052598 MC-AG_017573-MC-AG_017596
052599-052622 MC-AG_017597-MC-AG_017620
052623-052640 MC-AG_017621-MC-AG_017638
052641 MC-AG_017639-MC-AG_017639
052642 MC-AG_017640-MC-AG_017640
052643-052653 MC-AG_017641-MC-AG_017651
052654-052662 MC-AG_017652-MC-AG_017660
052663-052671 MC-AG_017661-MC-AG_017669
052672-052693 MC-AG_017670-MC-AG_017691
052694-052695 MC-AG_017692-MC-AG_017693
052696-052704 MC-AG_017694-MC-AG_017702
052705-052706 MC-AG_017703-MC-AG_017704
052707-052718 MC-AG_017705-MC-AG_017716
052719-052729 MC-AG_017717-MC-AG_017727
052730-052740 MC-AG_017728-MC-AG_017738
052741-052743 MC-AG_017739-MC-AG_017741
052744-052746 MC-AG_017742-MC-AG_017744
052747-052750 MC-AG_017745-MC-AG_017748
052751-052752 MC-AG_017749-MC-AG_017750
052753-052756 MC-AG_017751-MC-AG_017754
052757-052760 MC-AG_017755-MC-AG_017758
052761-052763 MC-AG_017759-MC-AG_017761
052764-052769 MC-AG_017762-MC-AG_017767
052770-052775 MC-AG_017768-MC-AG_017773
052776-052781 MC-AG_017774-MC-AG_017779
052782-052783 MC-AG_017780-MC-AG_017781
052784-052785 MC-AG_017782-MC-AG_017783
052786 MC-AG_017784-MC-AG_017784
052787-052788 MC-AG_017785-MC-AG_017786
052789-052790 MC-AG_017787-MC-AG_017788
052791-052795 MC-AG_017789-MC-AG_017793
052796-052800 MC-AG_017794-MC-AG_017798

052801-052810 MC-AG_017799-MC-AG_017808
052811-052824 MC-AG_017809-MC-AG_017822
052825-052837 MC-AG_017823-MC-AG_017835
052838 MC-AG_017836-MC-AG_017836
052839 MC-AG_017837-MC-AG_017837
052840 MC-AG_017838-MC-AG_017838
052841 MC-AG_017839-MC-AG_017839
052842-052843 MC-AG_017840-MC-AG_017841
052844-052852 MC-AG_017842-MC-AG_017850
052853 MC-AG_017851-MC-AG_017851
052854 MC-AG_017852-MC-AG_017852
052855-052856 MC-AG_017853-MC-AG_017854
052857-052871 MC-AG_017855-MC-AG_017869
052872-052888 MC-AG_017870-MC-AG_017886
052889 MC-AG_017887-MC-AG_017887
052890-052906 MC-AG_017888-MC-AG_017904
052907-052923 MC-AG_017905-MC-AG_017921
052924 MC-AG_017922-MC-AG_017922
052925-052929 MC-AG_017923-MC-AG_017927
052930-052939 MC-AG_017928-MC-AG_017937
052940-052944 MC-AG_017938-MC-AG_017942
052945-052949 MC-AG_017943-MC-AG_017947
052950-052954 MC-AG_017948-MC-AG_017952
052955-052960 MC-AG_017953-MC-AG_017958
052961-052966 MC-AG_017959-MC-AG_017964
052967-052971 MC-AG_017965-MC-AG_017969
052972-052977 MC-AG_017970-MC-AG_017975
052978-052983 MC-AG_017976-MC-AG_017981
052984-052991 MC-AG_017982-MC-AG_017989
052992-052997 MC-AG_017990-MC-AG_017995
052998-053001 MC-AG_017996-MC-AG_017999
053002-053007 MC-AG_018000-MC-AG_018005
053008-053010 MC-AG_018006-MC-AG_018008
053011-053015 MC-AG_018009-MC-AG_018013
053016-053021 MC-AG_018014-MC-AG_018019
053022-053026 MC-AG_018020-MC-AG_018024
053027-053030 MC-AG_018025-MC-AG_018028
053031-053042 MC-AG_018029-MC-AG_018040
053043-053046 MC-AG_018041-MC-AG_018044
053047-053050 MC-AG_018045-MC-AG_018048
053051-053053 MC-AG_018049-MC-AG_018051
053054-053057 MC-AG_018052-MC-AG_018055
053058-053061 MC-AG_018056-MC-AG_018059

053062-053076 MC-AG_018060-MC-AG_018074
053077-053092 MC-AG_018075-MC-AG_018090
053093-053107 MC-AG_018091-MC-AG_018105
053108-053120 MC-AG_018106-MC-AG_018118
053121-053124 MC-AG_018119-MC-AG_018122
053125-053128 MC-AG_018123-MC-AG_018126
053129-053141 MC-AG_018127-MC-AG_018139
053142-053157 MC-AG_018140-MC-AG_018155
053158-053172 MC-AG_018156-MC-AG_018170
053173-053187 MC-AG_018171-MC-AG_018185
053188-053208 MC-AG_018186-MC-AG_018206
053209-053230 MC-AG_018207-MC-AG_018228
053231-053253 MC-AG_018229-MC-AG_018251
053254-053264 MC-AG_018252-MC-AG_018262
053265-053275 MC-AG_018263-MC-AG_018273
053276-053287 MC-AG_018274-MC-AG_018285
053288-053303 MC-AG_018286-MC-AG_018301
053304-053311 MC-AG_018302-MC-AG_018309
053312-053322 MC-AG_018310-MC-AG_018320
053323-053326 MC-AG_018321-MC-AG_018324
053327-053338 MC-AG_018325-MC-AG_018336
053339 MC-AG_018337-MC-AG_018337
053340-053342 MC-AG_018338-MC-AG_018340
053343-053344 MC-AG_018341-MC-AG_018342
053345-053347 MC-AG_018343-MC-AG_018345
053348-053349 MC-AG_018346-MC-AG_018347
053350-053351 MC-AG_018348-MC-AG_018349
053352-053353 MC-AG_018350-MC-AG_018351
053354-053369 MC-AG_018352-MC-AG_018367
053370-053373 MC-AG_018368-MC-AG_018371
053374-053376 MC-AG_018372-MC-AG_018374
053377-053382 MC-AG_018375-MC-AG_018380
053383 MC-AG_018381-MC-AG_018381
053384-053385 MC-AG_018382-MC-AG_018383
053386-053388 MC-AG_018384-MC-AG_018386
053389-053391 MC-AG_018387-MC-AG_018389
053392-053396 MC-AG_018390-MC-AG_018394
053397 MC-AG_018395-MC-AG_018395
053398-053407 MC-AG_018396-MC-AG_018405
053408-053409 MC-AG_018406-MC-AG_018407
053410-053411 MC-AG_018408-MC-AG_018409
053412 MC-AG_018410-MC-AG_018410
053413-053414 MC-AG_018411-MC-AG_018412

053415-053418 MC-AG_018413-MC-AG_018416
053419-053420 MC-AG_018417-MC-AG_018418
053421-053422 MC-AG_018419-MC-AG_018420
053423-053424 MC-AG_018421-MC-AG_018422
053425-053428 MC-AG_018423-MC-AG_018426
053429-053430 MC-AG_018427-MC-AG_018428
053431-053432 MC-AG_018429-MC-AG_018430
053433-053438 MC-AG_018431-MC-AG_018436
053439-053446 MC-AG_018437-MC-AG_018444
053447-053448 MC-AG_018445-MC-AG_018446
053449-053451 MC-AG_018447-MC-AG_018449
053452-053453 MC-AG_018450-MC-AG_018451
053454-053455 MC-AG_018452-MC-AG_018453
053456-053458 MC-AG_018454-MC-AG_018456
053459-053462 MC-AG_018457-MC-AG_018460
053463-053467 MC-AG_018461-MC-AG_018465
053468-053472 MC-AG_018466-MC-AG_018470
053473-053474 MC-AG_018471-MC-AG_018472
053475-053484 MC-AG_018473-MC-AG_018482
053485 MC-AG_018483-MC-AG_018483
053486-053487 MC-AG_018484-MC-AG_018485
053488 MC-AG_018486-MC-AG_018486
053489 MC-AG_018487-MC-AG_018487
053490 MC-AG_018488-MC-AG_018488
053491-053492 MC-AG_018489-MC-AG_018490
053493-053496 MC-AG_018491-MC-AG_018494
053497-053506 MC-AG_018495-MC-AG_018504
053507-053516 MC-AG_018505-MC-AG_018514
053517-053525 MC-AG_018515-MC-AG_018523
053526-053535 MC-AG_018524-MC-AG_018533
053536-053545 MC-AG_018534-MC-AG_018543
053546-053556 MC-AG_018544-MC-AG_018554
053557-053567 MC-AG_018555-MC-AG_018565
053568 MC-AG_018566-MC-AG_018566
053569-053573 MC-AG_018567-MC-AG_018571
053574 MC-AG_018572-MC-AG_018572
053575-053579 MC-AG_018573-MC-AG_018577
053580-053585 MC-AG_018578-MC-AG_018583
053586-053591 MC-AG_018584-MC-AG_018589
053592-053596 MC-AG_018590-MC-AG_018594
053597-053598 MC-AG_018595-MC-AG_018596
053599-053602 MC-AG_018597-MC-AG_018600
053603-053606 MC-AG_018601-MC-AG_018604

053607-053608 MC-AG_018605-MC-AG_018606
053609 MC-AG_018607-MC-AG_018607
053610 MC-AG_018608-MC-AG_018608
053611-053612 MC-AG_018609-MC-AG_018610
053613 MC-AG_018611-MC-AG_018611
053614 MC-AG_018612-MC-AG_018612
053615 MC-AG_018613-MC-AG_018613
053616-053618 MC-AG_018614-MC-AG_018616
053619-053623 MC-AG_018617-MC-AG_018621
053624-053638 MC-AG_018622-MC-AG_018636
053639-053642 MC-AG_018637-MC-AG_018640
053643-053655 MC-AG_018641-MC-AG_018653
053656-053668 MC-AG_018654-MC-AG_018666
053669-053682 MC-AG_018667-MC-AG_018680
053683-053697 MC-AG_018681-MC-AG_018695
053698-053712 MC-AG_018696-MC-AG_018710
053713-053733 MC-AG_018711-MC-AG_018731
053734-053755 MC-AG_018732-MC-AG_018753
053756-053765 MC-AG_018754-MC-AG_018763
053766-053776 MC-AG_018764-MC-AG_018774
053777-053783 MC-AG_018775-MC-AG_018781
053784-053793 MC-AG_018782-MC-AG_018791
053794-053795 MC-AG_018792-MC-AG_018793

Purges 2                                    053796-054127

053796-053824 MC-AG_018794-MC-AG_018822
053825-053849 MC-AG_018823-MC-AG_018847
053850-053871 MC-AG_018848-MC-AG_018869
053872-053893 MC-AG_018870-MC-AG_018891
053894-053921 MC-AG_018892-MC-AG_018919
053922-053945 MC-AG_018920-MC-AG_018943
053946-053969 MC-AG_018944-MC-AG_018967
053970-053993 MC-AG_018968-MC-AG_018991
053994-054017 MC-AG_018992-MC-AG_019015
054018-054038 MC-AG_019016-MC-AG_019036
054039-054059 MC-AG_019037-MC-AG_019057
054060 MC-AG_019058-MC-AG_019058
054061-054062 MC-AG_019059-MC-AG_019060
054063-054064 MC-AG_019061-MC-AG_019062
054065-054066 MC-AG_019063-MC-AG_019064
054067 MC-AG_019065-MC-AG_019065

- 054068 MC-AG_019066-MC-AG_019066
- 054069-054070 MC-AG_019067-MC-AG_019068
- 054071-054072 MC-AG_019069-MC-AG_019070
- 054073-054074 MC-AG_019071-MC-AG_019072
- 054075 MC-AG_019073-MC-AG_019073
- 054076-054077 MC-AG_019074-MC-AG_019075
- 054078 MC-AG_019076-MC-AG_019076
- 054079 MC-AG_019077-MC-AG_019077
- 054080-054081 MC-AG_019078-MC-AG_019079
- 054082-054083 MC-AG_019080-MC-AG_019081
- 054084 MC-AG_019082-MC-AG_019082
- 054085-054086 MC-AG_019083-MC-AG_019084
- 054087 MC-AG_019085-MC-AG_019085
- 054088 MC-AG_019086-MC-AG_019086
- 054089 MC-AG_019087-MC-AG_019087
- 054090 MC-AG_019088-MC-AG_019088
- 054091 MC-AG_019089-MC-AG_019089
- 054092-054101 MC-AG_019090-MC-AG_019099
- 054102-054111 MC-AG_019100-MC-AG_019109
- 054112 MC-AG_019110-MC-AG_019110
- 054113-054114 MC-AG_019111-MC-AG_019112
- 054115-054123 MC-AG_019113-MC-AG_019121
- 054124 MC-AG_019122-MC-AG_019122
- 054125 MC-AG_019123-MC-AG_019123
- 054126-054127 MC-AG_019124-MC-AG_019125

Sent 1                                              054128-054164

- 054128 MC-AG_019126-MC-AG_019126
- 054129 MC-AG_019127-MC-AG_019127
- 054130 MC-AG_019128-MC-AG_019128
- 054131-054135 MC-AG_019129-MC-AG_019133
- 054136-054137 MC-AG_019134-MC-AG_019135
- 054138-054143 MC-AG_019136-MC-AG_019141
- 054144-054149 MC-AG_019142-MC-AG_019147
- 054150 MC-AG_019148-MC-AG_019148
- 054151-054152 MC-AG_019149-MC-AG_019150
- 054153-054156 MC-AG_019151-MC-AG_019154
- 054157-054162 MC-AG_019155-MC-AG_019160
- 054163-054164 MC-AG_019161-MC-AG_019162

D5-Gallardo
  Arzaga
    Archive 1                                       054165-054184

79

054165-054184 MC-AG_019163-MC-AG_019182
Archive 2                                                    054185-054204
054185-054204 MC-AG_019183-MC-AG_019202
Deleted Items                                                054205-054212
054205-054212 MC-AG_019203-MC-AG_019210
Inbox  1                                                     054213-054354
054213-054235 MC-AG_019211-MC-AG_019233
054236-054260 MC-AG_019234-MC-AG_019258
054261-054282 MC-AG_019259-MC-AG_019280
054283-054310 MC-AG_019281-MC-AG_019308
054311-054328 MC-AG_019309-MC-AG_019326
054329-054330 MC-AG_019327-MC-AG_019328
054331 MC-AG_019329-MC-AG_019329
054332 MC-AG_019330-MC-AG_019330
054333-054334 MC-AG_019331-MC-AG_019332
054335 MC-AG_019333-MC-AG_019333
054336-054337 MC-AG_019334-MC-AG_019335
054338 MC-AG_019336-MC-AG_019336
054339 MC-AG_019337-MC-AG_019337
054340 MC-AG_019338-MC-AG_019338
054341-054344 MC-AG_019339-MC-AG_019342
054345-054346 MC-AG_019343-MC-AG_019344
054347 MC-AG_019345-MC-AG_019345
054348 MC-AG_019346-MC-AG_019346
054349-054350 MC-AG_019347-MC-AG_019348
054351 MC-AG_019349-MC-AG_019349
054352 MC-AG_019350-MC-AG_019350
054353 MC-AG_019351-MC-AG_019351
054354 MC-AG_019352-MC-AG_019352
Inbox 2                                                      054355-055038
054355-054373 MC-AG_019353-MC-AG_019371
054374-054391 MC-AG_019372-MC-AG_019389
054392-054414 MC-AG_019390-MC-AG_019412
054415-054430 MC-AG_019413-MC-AG_019428
054431-054458 MC-AG_019429-MC-AG_019456
054459-054476 MC-AG_019457-MC-AG_019474
054477-054506 MC-AG_019475-MC-AG_019504
054507-054524 MC-AG_019505-MC-AG_019522
054525-054549 MC-AG_019523-MC-AG_019547
054550-054561 MC-AG_019548-MC-AG_019559
054562-054583 MC-AG_019560-MC-AG_019581

- 054584-054606 MC-AG_019582-MC-AG_019604
- 054607-054634 MC-AG_019605-MC-AG_019632
- 054635-054652 MC-AG_019633-MC-AG_019650
- 054653-054708 MC-AG_019651-MC-AG_019706
- 054709 MC-AG_019707-MC-AG_019707
- 054710 MC-AG_019708-MC-AG_019708
- 054711-054712 MC-AG_019709-MC-AG_019710
- 054713 MC-AG_019711-MC-AG_019711
- 054714 MC-AG_019712-MC-AG_019712
- 054715-054730 MC-AG_019713-MC-AG_019728
- 054731-054732 MC-AG_019729-MC-AG_019730
- 054733-054734 MC-AG_019731-MC-AG_019732
- 054735 MC-AG_019733-MC-AG_019733
- 054736 MC-AG_019734-MC-AG_019734
- 054737-054751 MC-AG_019735-MC-AG_019749
- 054752-054768 MC-AG_019750-MC-AG_019766
- 054769 MC-AG_019767-MC-AG_019767
- 054770-054773 MC-AG_019768-MC-AG_019771
- 054774-054779 MC-AG_019772-MC-AG_019777
- 054780-054789 MC-AG_019778-MC-AG_019787
- 054790-054791 MC-AG_019788-MC-AG_019789
- 054792-054797 MC-AG_019790-MC-AG_019795
- 054798-054803 MC-AG_019796-MC-AG_019801
- 054804-054808 MC-AG_019802-MC-AG_019806
- 054809-054817 MC-AG_019807-MC-AG_019815
- 054818-054823 MC-AG_019816-MC-AG_019821
- 054824-054825 MC-AG_019822-MC-AG_019823
- 054826-054829 MC-AG_019824-MC-AG_019827
- 054830-054835 MC-AG_019828-MC-AG_019833
- 054836-054837 MC-AG_019834-MC-AG_019835
- 054838-054858 MC-AG_019836-MC-AG_019856
- 054859-054872 MC-AG_019857-MC-AG_019870
- 054873-054887 MC-AG_019871-MC-AG_019885
- 054888-054900 MC-AG_019886-MC-AG_019898
- 054901-054904 MC-AG_019899-MC-AG_019902
- 054905-054908 MC-AG_019903-MC-AG_019906
- 054909-054924 MC-AG_019907-MC-AG_019922
- 054925-054939 MC-AG_019923-MC-AG_019937
- 054940-054960 MC-AG_019938-MC-AG_019958
- 054961-054982 MC-AG_019959-MC-AG_019980
- 054983-055005 MC-AG_019981-MC-AG_020003
- 055006-055017 MC-AG_020004-MC-AG_020015
- 055018 MC-AG_020016-MC-AG_020016

055019 MC-AG_020017-MC-AG_020017
055020 MC-AG_020018-MC-AG_020018
055021-055022 MC-AG_020019-MC-AG_020020
055023 MC-AG_020021-MC-AG_020021
055024-055025 MC-AG_020022-MC-AG_020023
055026-055027 MC-AG_020024-MC-AG_020025
055028 MC-AG_020026-MC-AG_020026
055029-055030 MC-AG_020027-MC-AG_020028
055031 MC-AG_020029-MC-AG_020029
055032-055033 MC-AG_020030-MC-AG_020031
055034 MC-AG_020032-MC-AG_020032
055035 MC-AG_020033-MC-AG_020033
055036 MC-AG_020034-MC-AG_020034
055037 MC-AG_020035-MC-AG_020035
055038 MC-AG_020036-MC-AG_020036

Purges 1                                            055039-055516

055039-055063 MC-AG_020037-MC-AG_020061
055064-055088 MC-AG_020062-MC-AG_020086
055089-055117 MC-AG_020087-MC-AG_020115
055118-055146 MC-AG_020116-MC-AG_020144
055147-055171 MC-AG_020145-MC-AG_020169
055172-055193 MC-AG_020170-MC-AG_020191
055194-055221 MC-AG_020192-MC-AG_020219
055222-055245 MC-AG_020220-MC-AG_020243
055246-055269 MC-AG_020244-MC-AG_020267
055270-055293 MC-AG_020268-MC-AG_020291
055294-055317 MC-AG_020292-MC-AG_020315
055318-055338 MC-AG_020316-MC-AG_020336
055339-055357 MC-AG_020337-MC-AG_020355
055358-055376 MC-AG_020356-MC-AG_020374
055377-055397 MC-AG_020375-MC-AG_020395
055398-055418 MC-AG_020396-MC-AG_020416
055419-055422 MC-AG_020417-MC-AG_020420
055423-055455 MC-AG_020421-MC-AG_020453
055456-055475 MC-AG_020454-MC-AG_020473
055476-055504 MC-AG_020474-MC-AG_020502
055505-055508 MC-AG_020503-MC-AG_020506
055509-055512 MC-AG_020507-MC-AG_020510
055513-055516 MC-AG_020511-MC-AG_020514

Purges 2                                            055517-056287

055517-055520 MC-AG_020515-MC-AG_020518
055521-055538 MC-AG_020519-MC-AG_020536
055539-055556 MC-AG_020537-MC-AG_020554
055557-055575 MC-AG_020555-MC-AG_020573
055576-055594 MC-AG_020574-MC-AG_020592
055595-055624 MC-AG_020593-MC-AG_020622
055625-055649 MC-AG_020623-MC-AG_020647
055650-055674 MC-AG_020648-MC-AG_020672
055675-055695 MC-AG_020673-MC-AG_020693
055696-055716 MC-AG_020694-MC-AG_020714
055717-055734 MC-AG_020715-MC-AG_020732
055735-055759 MC-AG_020733-MC-AG_020757
055760-055771 MC-AG_020758-MC-AG_020769
055772-055783 MC-AG_020770-MC-AG_020781
055784-055805 MC-AG_020782-MC-AG_020803
055806-055822 MC-AG_020804-MC-AG_020820
055823-055839 MC-AG_020821-MC-AG_020837
055840-055868 MC-AG_020838-MC-AG_020866
055869-055897 MC-AG_020867-MC-AG_020895
055898-055921 MC-AG_020896-MC-AG_020919
055922-055945 MC-AG_020920-MC-AG_020943
055946-055962 MC-AG_020944-MC-AG_020960
055963-055979 MC-AG_020961-MC-AG_020977
055980-056007 MC-AG_020978-MC-AG_021005
056008-056031 MC-AG_021006-MC-AG_021029
056032-056055 MC-AG_021030-MC-AG_021053
056056-056079 MC-AG_021054-MC-AG_021077
056080-056103 MC-AG_021078-MC-AG_021101
056104-056121 MC-AG_021102-MC-AG_021119
056122-056139 MC-AG_021120-MC-AG_021137
056140-056158 MC-AG_021138-MC-AG_021156
056159-056177 MC-AG_021157-MC-AG_021175
056178-056190 MC-AG_021176-MC-AG_021188
056191-056203 MC-AG_021189-MC-AG_021201
056204-056225 MC-AG_021202-MC-AG_021223
056226-056247 MC-AG_021224-MC-AG_021245
056248-056263 MC-AG_021246-MC-AG_021261
056264-056267 MC-AG_021262-MC-AG_021265
056268-056270 MC-AG_021266-MC-AG_021268
056271-056275 MC-AG_021269-MC-AG_021273
056276 MC-AG_021274-MC-AG_021274
056277-056287 MC-AG_021275-MC-AG_021285

Sent 1                                              056288-056294
- 056288-056289 MC-AG_021286-MC-AG_021287
- 056290 MC-AG_021288-MC-AG_021288
- 056291-056292 MC-AG_021289-MC-AG_021290
- 056293 MC-AG_021291-MC-AG_021291
- 056294 MC-AG_021292-MC-AG_021292

Sent 2                                              056295-056301
- 056295-056296 MC-AG_021293-MC-AG_021294
- 056297 MC-AG_021295-MC-AG_021295
- 056298-056299 MC-AG_021296-MC-AG_021297
- 056300 MC-AG_021298-MC-AG_021298
- 056301 MC-AG_021299-MC-AG_021299

Sync Issues 1                                       056302
- 056302 MC-AG_021300-MC-AG_021300

Versions 1                                          056303-056315
- 056303-056306 MC-AG_021301-MC-AG_021304
- 056307-056309 MC-AG_021305-MC-AG_021307
- 056310-056312 MC-AG_021308-MC-AG_021310
- 056313 MC-AG_021311-MC-AG_021311
- 056314 MC-AG_021312-MC-AG_021312
- 056315 MC-AG_021313-MC-AG_021313

Gallardo
Purges 1                                            056316-057708
- 056316-056319 MC-AG_021314-MC-AG_021317
- 056320-056323 MC-AG_021318-MC-AG_021321
- 056324-056342 MC-AG_021322-MC-AG_021340
- 056343-056360 MC-AG_021341-MC-AG_021358
- 056361-056383 MC-AG_021359-MC-AG_021381
- 056384-056399 MC-AG_021382-MC-AG_021397
- 056400-056427 MC-AG_021398-MC-AG_021425
- 056428-056445 MC-AG_021426-MC-AG_021443
- 056446-056464 MC-AG_021444-MC-AG_021462
- 056465-056494 MC-AG_021463-MC-AG_021492
- 056495-056519 MC-AG_021493-MC-AG_021517
- 056520-056540 MC-AG_021518-MC-AG_021538
- 056541-056558 MC-AG_021539-MC-AG_021556
- 056559-056583 MC-AG_021557-MC-AG_021581
- 056584-056595 MC-AG_021582-MC-AG_021593
- 056596-056618 MC-AG_021594-MC-AG_021616

- 056619-056635 MC-AG_021617-MC-AG_021633
- 056636-056664 MC-AG_021634-MC-AG_021662
- 056665-056687 MC-AG_021663-MC-AG_021685
- 056688-056711 MC-AG_021686-MC-AG_021709
- 056712-056728 MC-AG_021710-MC-AG_021726
- 056729-056756 MC-AG_021727-MC-AG_021754
- 056757-056780 MC-AG_021755-MC-AG_021778
- 056781-056804 MC-AG_021779-MC-AG_021802
- 056805-056822 MC-AG_021803-MC-AG_021820
- 056823-056840 MC-AG_021821-MC-AG_021838
- 056841-056859 MC-AG_021839-MC-AG_021857
- 056860-056872 MC-AG_021858-MC-AG_021870
- 056873-056894 MC-AG_021871-MC-AG_021892
- 056895-056910 MC-AG_021893-MC-AG_021908
- 056911-056914 MC-AG_021909-MC-AG_021912
- 056915-056917 MC-AG_021913-MC-AG_021915
- 056918-056922 MC-AG_021916-MC-AG_021920
- 056923-056927 MC-AG_021921-MC-AG_021925
- 056928-056932 MC-AG_021926-MC-AG_021930
- 056933-056937 MC-AG_021931-MC-AG_021935
- 056938-056944 MC-AG_021936-MC-AG_021942
- 056945-056949 MC-AG_021943-MC-AG_021947
- 056950-056954 MC-AG_021948-MC-AG_021952
- 056955-056963 MC-AG_021953-MC-AG_021961
- 056964-056965 MC-AG_021962-MC-AG_021963
- 056966-056980 MC-AG_021964-MC-AG_021978
- 056981-056997 MC-AG_021979-MC-AG_021995
- 056998-057030 MC-AG_021996-MC-AG_022028
- 057031-057050 MC-AG_022029-MC-AG_022048
- 057051-057079 MC-AG_022049-MC-AG_022077
- 057080-057096 MC-AG_022078-MC-AG_022094
- 057097 MC-AG_022095-MC-AG_022095
- 057098-057101 MC-AG_022096-MC-AG_022099
- 057102-057103 MC-AG_022100-MC-AG_022101
- 057104-057106 MC-AG_022102-MC-AG_022104
- 057107-057109 MC-AG_022105-MC-AG_022107
- 057110-057116 MC-AG_022108-MC-AG_022114
- 057117-057123 MC-AG_022115-MC-AG_022121
- 057124-057126 MC-AG_022122-MC-AG_022124
- 057127-057135 MC-AG_022125-MC-AG_022133
- 057136-057139 MC-AG_022134-MC-AG_022137
- 057140-057141 MC-AG_022138-MC-AG_022139
- 057142-057143 MC-AG_022140-MC-AG_022141

057144-057150 MC-AG_022142-MC-AG_022148
057151-057154 MC-AG_022149-MC-AG_022152
057155-057156 MC-AG_022153-MC-AG_022154
057157-057161 MC-AG_022155-MC-AG_022159
057162-057163 MC-AG_022160-MC-AG_022161
057164-057166 MC-AG_022162-MC-AG_022164
057167-057170 MC-AG_022165-MC-AG_022168
057171-057173 MC-AG_022169-MC-AG_022171
057174-057176 MC-AG_022172-MC-AG_022174
057177-057179 MC-AG_022175-MC-AG_022177
057180-057182 MC-AG_022178-MC-AG_022180
057183-057185 MC-AG_022181-MC-AG_022183
057186-057189 MC-AG_022184-MC-AG_022187
057190-057192 MC-AG_022188-MC-AG_022190
057193-057194 MC-AG_022191-MC-AG_022192
057195-057196 MC-AG_022193-MC-AG_022194
057197-057198 MC-AG_022195-MC-AG_022196
057199-057201 MC-AG_022197-MC-AG_022199
057202-057205 MC-AG_022200-MC-AG_022203
057206-057209 MC-AG_022204-MC-AG_022207
057210-057211 MC-AG_022208-MC-AG_022209
057212-057214 MC-AG_022210-MC-AG_022212
057215-057218 MC-AG_022213-MC-AG_022216
057219-057222 MC-AG_022217-MC-AG_022220
057223-057231 MC-AG_022221-MC-AG_022229
057232-057240 MC-AG_022230-MC-AG_022238
057241-057242 MC-AG_022239-MC-AG_022240
057243-057262 MC-AG_022241-MC-AG_022260
057263-057266 MC-AG_022261-MC-AG_022264
057267-057268 MC-AG_022265-MC-AG_022266
057269-057288 MC-AG_022267-MC-AG_022286
057289-057308 MC-AG_022287-MC-AG_022306
057309-057322 MC-AG_022307-MC-AG_022320
057323-057337 MC-AG_022321-MC-AG_022335
057338-057352 MC-AG_022336-MC-AG_022350
057353-057365 MC-AG_022351-MC-AG_022363
057366-057379 MC-AG_022364-MC-AG_022377
057380-057392 MC-AG_022378-MC-AG_022390
057393-057397 MC-AG_022391-MC-AG_022395
057398-057410 MC-AG_022396-MC-AG_022408
057411-057423 MC-AG_022409-MC-AG_022421
057424-057441 MC-AG_022422-MC-AG_022439
057442-057459 MC-AG_022440-MC-AG_022457

057460-057473 MC-AG_022458-MC-AG_022471
057474-057487 MC-AG_022472-MC-AG_022485
057488-057502 MC-AG_022486-MC-AG_022500
057503-057517 MC-AG_022501-MC-AG_022515
057518-057538 MC-AG_022516-MC-AG_022536
057539-057559 MC-AG_022537-MC-AG_022557
057560-057580 MC-AG_022558-MC-AG_022578
057581-057602 MC-AG_022579-MC-AG_022600
057603-057612 MC-AG_022601-MC-AG_022610
057613-057627 MC-AG_022611-MC-AG_022625
057628-057637 MC-AG_022626-MC-AG_022635
057638-057647 MC-AG_022636-MC-AG_022645
057648-057658 MC-AG_022646-MC-AG_022656
057659-057673 MC-AG_022657-MC-AG_022671
057674-057683 MC-AG_022672-MC-AG_022681
057684-057693 MC-AG_022682-MC-AG_022691
057694-057697 MC-AG_022692-MC-AG_022695
057698-057708 MC-AG_022696-MC-AG_022706

Purges 2                                          057709-058067
057709-057733 MC-AG_022707-MC-AG_022731
057734-057762 MC-AG_022732-MC-AG_022760
057763-057785 MC-AG_022761-MC-AG_022783
057786-057810 MC-AG_022784-MC-AG_022808
057811-057832 MC-AG_022809-MC-AG_022830
057833-057860 MC-AG_022831-MC-AG_022858
057861-057884 MC-AG_022859-MC-AG_022882
057885-057908 MC-AG_022883-MC-AG_022906
057909-057929 MC-AG_022907-MC-AG_022927
057930-057948 MC-AG_022928-MC-AG_022946
057949-057969 MC-AG_022947-MC-AG_022967
057970-057973 MC-AG_022968-MC-AG_022971
057974-058006 MC-AG_022972-MC-AG_023004
058007-058026 MC-AG_023005-MC-AG_023024
058027-058055 MC-AG_023025-MC-AG_023053
058056-058059 MC-AG_023054-MC-AG_023057
058060-058063 MC-AG_023058-MC-AG_023061
058064-058067 MC-AG_023062-MC-AG_023065

Texts
Hickman Texts with Drew Sexton                   058068-058071

058068 MC-AG_023071-MC-AG_023071
058069 MC-AG_023072-MC-AG_023072
058070 MC-AG_023073-MC-AG_023073
058071 MC-AG_023074-MC-AG_023074

Hickman Texts with Jeff Dewitt                          058072-058079

058072 MC-AG_023075-MC-AG_023075
058073 MC-AG_023076-MC-AG_023076
058074 MC-AG_023077-MC-AG_023077
058075 MC-AG_023078-MC-AG_023078
058076 MC-AG_023079-MC-AG_023079
058077 MC-AG_023080-MC-AG_023080
058078 MC-AG_023081-MC-AG_023081
058079 MC-AG_023082-MC-AG_023082

Hickman Texts with Wm Crozer of the Trump Campaign  058080-058086

058080 MC-AG_023083-MC-AG_023083
058081 MC-AG_023084-MC-AG_023084
058082 MC-AG_023085-MC-AG_023085
058083 MC-AG_023086-MC-AG_023086
058084 MC-AG_023087-MC-AG_023087
058085 MC-AG_023088-MC-AG_023088
058086 MC-AG_023089-MC-AG_023089

Giuliani - Trump White House voicemails to Board       058087-058091

058087 MC-AG_023066 New Recording 3
058088 MC-AG_023067 voicemail-2392
058089 MC-AG_023068 voicemail-2474
058090 MC-AG_023069  voicemail-4806
058091 MC-AG_023070 voicemail-561

## MC-AG_023090 - MC-AG_026026

B Gates                                                058092-059981

058092 MC-AG_023090-MC-AG_023090
058093 MC-AG_023091-MC-AG_023091
058094 MC-AG_023092-MC-AG_023092
058095-059981 MC-AG_023093-MC-AG_024979

C Hickman                                              059982-060586

059982-060023 MC-AG_024980-MC-AG_025021
060024-060192 MC-AG_025022-MC-AG_025190
060193-060316 MC-AG_025191-MC-AG_025314
060317-060586 MC-AG_025315-MC-AG_025584

J Sellers                                              0060587-061016

060587-060796 MC-AG_025585-MC-AG_025794
060797-060833 MC-AG_025795-MC-AG_025831
060834-060878 MC-AG_025832-MC-AG_025876
060879-061016 MC-AG_025877-MC-AG_026014

S Chucri                                                               061017-061020

061017 MC-AG_026015-MC-AG_026015
061018 MC-AG_026016-MC-AG_026016
061019 MC-AG_026017-MC-AG_026017
061020 MC-AG_026018-MC-AG_026018

MC-AG_026019-MC-AG_026026                      061021-061028

061021-061028 MC-AG_026019-MC-AG_026026

MC-AG_000001 - 26026 Production Index              061029-061129

061029-061129 MC-AG_000001 - 26026 Production Index

### 2.    *State's Request for Disclosure*

The State requests all disclosure required under Arizona Rule of Criminal Procedure 15.2(a)(1)(A)(H) and (e)(7)(A)-(B).

### 3.    *Continuing Disclosure*

The State will continue to disclose evidence and/or witnesses it plans to use at the trial in this matter, as required pursuant to Rule 15.6.

RESPECTFULLY SUBMITTED this 23rd day of July, 2024.

KRISTIN K. MAYES
Attorney General


*/s/Nicholas Klingerman*
NICHOLAS KLINGERMAN
Assistant Attorney General


Original of the foregoing e-filed this
23rd day of July, 2024, via:

Maricopa County Superior Court
efilingonline.clerkofcourt.maricopa.gov

A copy of the foregoing document
emailed, with attachments made available
via the AG fileshare server, this 23rd
day of July, 2024, to:

Brad Miller
Office@BradLMiller.com
*Counsel for K. Ward 001*

Andrew Pacheco
apacheco@rrulaw.com
jzook@rrpklaw.com
*Counsel for T. Bowyer 002*

John Dosdall
criminaldocket@jacksonwhitelaw.com
*Counsel for N. Cottle 003*

Timothy La Sota
tim@timlasota.com
*Counsel for J. Hoffman 004*

Andrew Marcantel
Andy@AttorneysForFreedom.com
criminalparalegals@attorneysforfreedom.com
*Counsel for A. Kern 005*

Dennis Wilenchik  / Lacy Cooper
diw@wb-law.com / lacy@azbarristers.com
admin@wb-law.com
*Counsel for J. Lamon 006*

Amanda Lauer
amanda_lauer@maricopa.gov
kay.nelson@maricopa.gov
*Counsel for R. Montgomery 007*

Jeffrey Cloud
jcloud@jcloudlaw.com
*Counsel for S. Moorhead 008*

Joshua S. Kolsrud
josh@kolsrudlawoffices.com
staff@kolsrudlawoffices.com
*Counsel for L. Pellegrino 009*

Richard Jones
Richard.Jones@Maricopa.gov
Janeth.Lira@maricopa.gov
*Counsel for G. Safsten 010*

Brad Miller
Office@BradLMiller.com
*Counsel for M. Ward 011*

Mark Williams
markwilliamsesq@yahoo.com
*Counsel for R. Giuliani 012*

Ashley Adams
aadams@azwhitecollarcrime.com
*Counsel for J. Eastman 013*

Michael Bailey
mbailey@tullybailey.com
vneumann@tullybailey.com
*Counsel for B. Epsthyn 014*

Matthew Brown
matt@brownandlittle.com
info@brownandlittle.com
*Counsel for J. Ellis 015*

Thomas Jacobs
tjacobs@jacobsazlaw.com
lmcondado3@gmail.com
*Counsel for C. Bobb 016*

Kurt Altman
admin@altmanaz.com
admin@altmanaz.com  patgitre@patriciagitre.com
*Counsel for M. Roman 017*

Anne Chapman
anne@mscclaw.com
Karissa@mscclaw.com
*Counsel for M. Meadows 018*

PHX #12116167



# Verification of True and Complete Copies

# Attachment 6

Anne Chapman (#025965)
Lee Stein (#012368)
Kathleen E. Brody (#026331)
anne@mscclaw.com
lee@mscclaw.com
kathy@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0290
Facsimile: (602) 358-0291

George J. Terwilliger III*
P.O. Box 74
Delaplane VA 20144
George@gjt3law.com
*Pro Hac Vice

*Attorneys for Mark Meadows*

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | No. _____ |
| Plaintiff, | |
| v. | **LRCIV 3.6 VERIFICATION OF MOVING PARTY THAT TRUE AND COMPLETE COPIES OF ALL PLEADINGS AND OTHER DOCUMENTS FILED IN THE STATE COURT PROCEEDINGS HAVE BEEN FILED** |
| Mark Meadows, | |
| Defendant. | |

In accordance with LRCiv 3.6(b), I hereby verify that true and complete copies of all pleadings and other documents filed in the state court proceeding in Case No.

//

//

CR2024-006850-018, Superior Court of Arizona, in and for the County of Maricopa, are attached to the Notice of Removal filed in this case.

RESPECTFULLY SUBMITTED on July 26, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: ___*/s/ Anne Chapman*___
      Anne Chapman
      Lee Stein
      Kathleen E. Brody
      George J. Terwilliger III*
      *\* Pro Hac Vice*

      *Attorneys for Defendant Mark Meadows*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically transmitted the attached Verification with the Clerk of the Court using the CM/ECF System, which will send notification of filing to all registered parties.

Peggy McClellan

-2-



**DOCUMENT SUBMITTED UDER SEAL**

<u>See</u> Defendant's Motion for Leave to File
Attachment 7 to Notice of Removal Under Seal

# Attachment 7